# U.S. District Court
## Western District of Missouri (St. Joseph)
## CIVIL DOCKET FOR CASE #: 5:18–cv–06019–FJG
### *Internal Use Only*

| | |
|---|---|
| Jet Midwest International Co., Ltd v. Jet Midwest Group, LLC et al | Date Filed: 02/16/2018 |
| Assigned to: District Judge Fernando J. Gaitan, Jr | Jury Demand: Defendant |
| Demand: $7,869,000 | Nature of Suit: 150 Contract: Recovery/Enforcement |
| related Cases: 5:17–cv–06005–FJG | Jurisdiction: Diversity |
| 5:17–cv–06085–FJG | |

Case in other court: 8th Circuit Court of Appeals, 18–02432

8th Circuit Court of Appeals, 19–01098

8th Circuit Court of Appeals, 19–01442

8th Circuit Court of Appeals, 20–02285

8th Circuit Court of Appeals, 20–02285

8th Circuit Court of Appeals, 21–01200

8th Circuit Court of Appeals, 21–01793

8th Circuit Court of Appeals, 21–01793

8th Circuit Court of Appeals, 21–01795

8th Circuit Court of Appeals, 25–01033

8th Circuit Court of Appeals, 25–01033

Cause: 28:3301 Fraudulent Transfer

**Plaintiff**

**Jet Midwest International Co., Ltd**  represented by  **Ari M. Berman**
Pillsbury Winthrop Shaw Pittman LLP
31 West 52nd Street
New York, NY 10019
212–858–1264
Email: ari.berman@pillsburylaw.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Brian L Beckerman**
Pillsbury Winthrop Shaw Pittman LLP
31 West 52nd Street
New York, NY 10019
212–858–1228
Fax: 212–858–1500
Email:
brian.beckerman@pillsburylaw.com
*LEAD ATTORNEY*
*PRO HAC VICE*

*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Carol Lee**
Pillsbury Winthrop Shaw Pittman LLP
31 West 52nd Street
New York, NY 10019
212–858–1000
Fax: 212–858–1500
Email: carol.lee@pillsburylaw.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Daryl Lian Kleiman**
Oppenheim and Zebrak, LLP
461 5th Avenue
Ste Floor 19
New York, NY 10017
212–951–1120
Email: dkleiman@oandzlaw.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Eric B Epstein**
Pillsbury Winthrop Shaw Pittman LLP
31 West 52nd Street
New York, NY 10019
212–858–1000
Email:
*LEAD ATTORNEY*
*PRO HAC VICE*
*Bar Status: Phv*

**Geoffrey Sant**
Pillsbury Winthrop Shaw Pittman LLP
31 West 52nd Street
New York, NY 10019
212–858–1162
Email: geoffrey.sant@pillsburylaw.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Leo T. Crowley**
Pillsbury Winthrop Shaw Pittman LLP
31 West 52nd Street
New York, NY 10019

212–858–1000
Fax: 212–858–1500
Email:
*LEAD ATTORNEY*
*PRO HAC VICE*
*Bar Status: Phv*

**Michelle K Ng**
Pillsbury Winthrop Shaw Pittman LLP
31 West 52nd Street
New York, NY 10019
212–858–1195
Email: michelle.ng@pillsburylaw.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Alessandra Glorioso**
Dorsey & Whitney, LLP – Wilmington
300 Delaware Avenue
Suite 1010
Wilmington, DE 19801
302–425–7166
Email: glorioso.alessandra@dorsey.com
***TERMINATED: 12/13/2018***
*PRO HAC VICE*
*Bar Status: Phv*

**Daniel Eric Blegen**
GM Law PC – KC
1201 Walnut St.
20th Floor
Kansas City, MO 64106
816–474–8100
Fax: 816–474–3216
Email: dblegen@spencerfane.com
***TERMINATED: 06/02/2020***
*Bar Status: Active*

**Eric Lopez Schnabel**
Dorsey & Whitney, LLP – Wilmington
300 Delaware Avenue
Suite 1010
Wilmington, DE 19801
302–425–7162
Email: schnabel.eric@dorsey.com
***TERMINATED: 12/13/2018***
*PRO HAC VICE*
*Bar Status: Phv*

**Kirk T. May**

GM Law PC – KC
1201 Walnut St.
20th Floor
Kansas City, MO 64106
(816) 471–7700
Fax: (816) 471–2221
Email: kirkm@gmlawpc.com
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Richard H Silberberg**
Dorsey & Whitney, LLP – NY
51 W. 52nd Street
New York, NY 10019
212–415–9200
Email: silberberg.richard@dorsey.com
***TERMINATED: 12/13/2018***
*PRO HAC VICE*
*Bar Status: Phv*

**Ronald L. Cheng**
Pillsbury Winthrop Shaw Pittman LLP
725 S. Figueroa St
36th Fl
Los Angeles, CA
213–488–3631
Email: ronald.cheng@pillsburylaw.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status:*

**Carrie Savage**
GM Law PC – KC
1201 Walnut St.
20th Floor
Kansas City, MO 64106
816–460–3308
Fax: 816–471–2221
Email: carries@gmlawpc.com
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

V.

**Defendant**

**Jet Midwest Group, LLC**                  represented by  **Bradley Robert Gardner**
***TERMINATED: 05/26/2020***                                Polsinelli – KCMO
                                                            900 W. 48th Place
                                                            Kansas City, MO 64112
                                                            (816) 753–1000
                                                            Fax: (816) 753–1536

Email: bgardner@polsinelli.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**James P. Martin**
Polsinelli PC – StL
7676 Forsyth Blvd.
Suite 800
St. Louis, MO 63105
314–889–8000
Fax: 314–622–6702
Email: jmartin@polsinelli.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Amy D. Fitts**
8915 Mohawk Lane
Leawood, KS 66206
816–726–0065
Email: amydfitts@yahoo.com
*ATTORNEY TO BE NOTICED*
*Bar Status: Inactive*

**Kelsey Elizabeth Hodgdon**
1010 Grand Blvd
Kansas City, MO 64106
816–860–1393
Email: kelsey.hodgdon@umb.com
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Kriston Joseph Guillot**
Polsinelli – KCMO
900 W. 48th Place
Kansas City, MO 64112
816–753–1000
Email: kguillot@polsinelli.com
*ATTORNEY TO BE NOTICED*
*Bar Status: Inactive*

**Defendant**

**Paul Kraus**
*TERMINATED: 06/14/2023*

represented by **Paul Kraus**
Email:
PRO SE

**Adam J. Gasper**
Sethmar Transportation
12980 Foster Street
Suite 310

Overland Park, KS 66213
913–956–1204
Email: agasper@sethmar.com
*TERMINATED: 02/15/2023*
*Bar Status: Active*

**Defendant**

**Karen Kraus**
*TERMINATED: 06/14/2023*

represented by **Karen Kraus**
Email:
PRO SE

**Adam J. Gasper**
(See above for address)
*TERMINATED: 02/15/2023*
*Bar Status: Active*

**Defendant**

**F. Paul Ohadi**
*in his capacity as trustee and legal representative of the F. Paul Ohadi Trust dated December 15, 1999 and in his individual capacity*
*TERMINATED: 05/26/2020*

represented by **Elaine Drodge Koch**
Bryan Cave Leighton Paisner, LLP – KCMO
1200 Main Street
Suite 3800
Kansas City, MO 64105
(816) 374–3235
Fax: (816) 374–3300
Email: edkoch@bclplaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Erika Pike Turner**
Garman Turner Gordon LLP – LasVegas
7251 Amigo Street
Suite 210
Las Vegas, NV 89119
725–777–3000
Email: eturner@gtg.legal
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Gerald M Gordon**
Garman Turner Gordon LLP – LasVegas
7251 Amigo Street
Suite 210
Las Vegas, NV 89119
725–777–3000
Fax: 725–777–3112
Email: ggordon@gtg.legal
*LEAD ATTORNEY*

*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Jennifer L. Berhorst**
Bryan Cave Leighton Paisner, LLP –
KCMO
1200 Main Street
Suite 3800
Kansas City, MO 64105
(816) 374–3200
Fax: (816) 374–3300
Email: jennifer.berhorst@BCLPLaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Robert J Hoffman**
Bryan Cave Leighton Paisner LLP
1200 Main Street
Suite 3500
Kansas City, MO 64105
816–374–3229
Fax: (816) 374–3300
Email: rjhoffman@bclplaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Teresa Marie Pilatowicz**
Garman Turner Gordon LLP – Phoenix
2415 E Camelback Road
Suite 700
Phoenix, AZ 85016
602–553–1072
Email: tpilatowicz@gtg.legal
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Erick Thomas Gjerdingen**
Mallor Grodner LLP
511 Woodscrest Drive
Bloomington, IN 47408
812–332–5000
Fax: 812–961–6161
Email: egjerdingen@lawmg.com
*TERMINATED: 07/17/2019*
*PRO HAC VICE*
*Bar Status: Phv*

Kersten Holzhueter
Spencer Fane LLP–KCMO
1000 Walnut Street
Suite 1400
Kansas City, MO 64106–2140
(816) 474–8100
Fax: (816) 474–3216
Email: kholzhueter@spencerfane.com
*TERMINATED: 10/11/2024*
*Bar Status: Active*

Scott J. Goldstein
Spencer Fane LLP–KCMO
1000 Walnut Street
Suite 1400
Kansas City, MO 64106–2140
(816)292–8218
Fax: (816)474–3216
Email: sgoldstein@spencerfane.com
*TERMINATED: 10/11/2024*
*Bar Status: Inactive*

**Defendant**

**F. Paul Ohadi Trust**
*dated December 15, 1999*
*TERMINATED: 05/26/2020*

represented by **Erika Pike Turner**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Gerald M Gordon**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Jennifer L. Berhorst**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Robert J Hoffman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Teresa Marie Pilatowicz**
(See above for address)
*LEAD ATTORNEY*

*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Erick Thomas Gjerdingen**
(See above for address)
*TERMINATED: 07/17/2019*
*PRO HAC VICE*
*Bar Status: Phv*

**Kersten Holzhueter**
(See above for address)
*TERMINATED: 10/11/2024*
*Bar Status: Active*

**Scott J. Goldstein**
(See above for address)
*TERMINATED: 10/11/2024*
*Bar Status: Inactive*

**Defendant**

**Kenneth M. Woolley**                          represented by   **Elaine Drodge Koch**
*TERMINATED: 05/26/2020*                                         (See above for address)
                                                                *LEAD ATTORNEY*
                                                                *ATTORNEY TO BE NOTICED*
                                                                *Bar Status: Active*

                                                                **Erika Pike Turner**
                                                                (See above for address)
                                                                *LEAD ATTORNEY*
                                                                *PRO HAC VICE*
                                                                *ATTORNEY TO BE NOTICED*
                                                                *Bar Status: Phv*

                                                                **Gerald M Gordon**
                                                                (See above for address)
                                                                *LEAD ATTORNEY*
                                                                *PRO HAC VICE*
                                                                *ATTORNEY TO BE NOTICED*
                                                                *Bar Status: Phv*

                                                                **Jennifer L. Berhorst**
                                                                (See above for address)
                                                                *LEAD ATTORNEY*
                                                                *ATTORNEY TO BE NOTICED*
                                                                *Bar Status: Active*

                                                                **Robert J Hoffman**
                                                                (See above for address)
                                                                *LEAD ATTORNEY*
                                                                *ATTORNEY TO BE NOTICED*
                                                                *Bar Status: Active*

**Teresa Marie Pilatowicz**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Erick Thomas Gjerdingen**
(See above for address)
*TERMINATED: 07/17/2019*
*PRO HAC VICE*
*Bar Status: Phv*

**Kersten Holzhueter**
(See above for address)
*TERMINATED: 10/11/2024*
*Bar Status: Active*

**Scott J. Goldstein**
(See above for address)
*TERMINATED: 10/11/2024*
*Bar Status: Inactive*

**Defendant**

**Jet Midwest, Inc.**
*TERMINATED: 06/14/2023*

represented by **Jonathan A. Margolies**
Seigfreid Bingham, P.C.
2323 Grand Boulevard
Suite 1000
Kansas City, MO 64108
816–421–4460
Email: jmargolies@sb–kc.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Adam J. Gasper**
(See above for address)
*TERMINATED: 02/15/2023*
*Bar Status: Active*

**Defendant**

**KMW Business Jets, LLC**
*TERMINATED: 05/26/2020*

represented by **Jennifer L. Berhorst**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Kersten Holzhueter**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Robert J Hoffman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Teresa Marie Pilatowicz**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Defendant**

**Alta Airlines Holdings, LLC**          represented by   **Jennifer L. Berhorst**
*TERMINATED: 05/26/2020*                                 (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*
                                                         *Bar Status: Active*

                                                         **Kersten Holzhueter**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*
                                                         *Bar Status: Active*

                                                         **Robert J Hoffman**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*
                                                         *Bar Status: Active*

                                                         **Teresa Marie Pilatowicz**
                                                         (See above for address)
                                                         *PRO HAC VICE*
                                                         *ATTORNEY TO BE NOTICED*
                                                         *Bar Status: Phv*

**Defendant**

**Jet Midwest Group, LLC**          represented by   **Bradley Robert Gardner**
                                                    (See above for address)
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*
                                                    *Bar Status: Active*

V.

**Intervenor Defendant**

**PMC Aviation 2012–1, LLC**
*TERMINATED: 09/09/2019*

represented by **Clint S Morse**
Brooks Pierce McLendon
230 N. Elm St.
Suite 2000
Greensboro, NC 27401
336–373–8850
Email: cmorse@brookspierce.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Jeffrey E Oleynik**
P.O. Box 26000
Greensboro, NC 27420
336–271–3182
Email: joleynik@brookspierce.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Jill D Parsons**
Office of the United States Trustee
400 East 9th St.
Ste. 3440
Kansas City, MO 64106
816–512–1943
Email: jill.parsons@usdoj.gov
*TERMINATED: 10/10/2024*
*Bar Status: Active*

**interested party**

**David Tokoph**

represented by **Michelle Marie Masoner**
Bryan Cave Leighton Paisner, LLP –
KCMO
1200 Main Street
Suite 3800
Kansas City, MO 64105
(816) 374–3208
Fax: (816) 374–3300
Email: michelle.masoner@bclplaw.com
*TERMINATED: 01/06/2021*
*Bar Status: Inactive*

**Robert M. Thompson**
Bryan Cave, LLP
1200 Main Street
Suite 3800
Kansas City, MO 64105
(816) 374–3249
Fax: (816) 855–3249

Email: rmthompson@bclplaw.com
*TERMINATED: 01/06/2021*
*Bar Status: Active*

**William Easley**
Bryan Cave Leighton Paisner, LLP –
KCMO
1200 Main Street
Suite 3800
Kansas City, MO 64105
816–374–3221
Fax: 816–855–3221
Email: will.easley@bclplaw.com
*TERMINATED: 01/06/2021*
*Bar Status: Active*

**Cross Claimant**

**PMC Aviation 2012–1, LLC**
*TERMINATED: 09/09/2019*

represented by **Clint S Morse**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Jeffrey E Oleynik**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Jill D Parsons**
(See above for address)
*TERMINATED: 10/10/2024*
*Bar Status: Active*

V.

**Cross Defendant**

**F. Paul Ohadi Trust**
*dated December 15, 1999*
*TERMINATED: 09/09/2019*

represented by **Erika Pike Turner**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Gerald M Gordon**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

Teresa Marie Pilatowicz
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

Erick Thomas Gjerdingen
(See above for address)
*TERMINATED: 07/17/2019*
*Bar Status: Phv*

Kersten Holzhueter
(See above for address)
*TERMINATED: 10/11/2024*
*Bar Status: Active*

Scott J. Goldstein
(See above for address)
*TERMINATED: 10/11/2024*
*Bar Status: Inactive*

**Cross Defendant**

**Jet Midwest, Inc.**
*TERMINATED: 09/09/2019*

represented by  **Adam J. Gasper**
(See above for address)
*TERMINATED: 02/15/2023*
*Bar Status: Active*

**Cross Defendant**

**F. Paul Ohadi**
*in his capacity as trustee and legal*
*representative of the F. Paul Ohadi Trust*
*dated December 15, 1999 and in his*
*individual capacity*
*TERMINATED: 09/09/2019*

represented by  **Elaine Drodge Koch**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Erika Pike Turner**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Gerald M Gordon**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Jennifer L. Berhorst**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Robert J Hoffman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Teresa Marie Pilatowicz**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Erick Thomas Gjerdingen**
(See above for address)
*TERMINATED: 07/17/2019*
*Bar Status: Phv*

**Kersten Holzhueter**
(See above for address)
*TERMINATED: 10/11/2024*
*Bar Status: Active*

**Mark A Thornhill**
Spencer Fane LLP–KCMO
1000 Walnut Street
Suite 1400
Kansas City, MO 64106–2140
(816) 292–8119
Fax: 816–474–3216
Email: mthornhill@spencerfane.com
*ATTORNEY TO BE NOTICED*
*Bar Status: Inactive*

**Scott J. Goldstein**
(See above for address)
*TERMINATED: 10/11/2024*
*Bar Status: Inactive*

**Cross Defendant**

**Kenneth M. Woolley**
*TERMINATED: 09/09/2019*

represented by **Elaine Drodge Koch**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Erika Pike Turner**
(See above for address)

*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Gerald M Gordon**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Jennifer L. Berhorst**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Robert J Hoffman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Teresa Marie Pilatowicz**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Erick Thomas Gjerdingen**
(See above for address)
***TERMINATED: 07/17/2019***
*Bar Status: Phv*

**Kersten Holzhueter**
(See above for address)
***TERMINATED: 10/11/2024***
*Bar Status: Active*

**Scott J. Goldstein**
(See above for address)
***TERMINATED: 10/11/2024***
*Bar Status: Inactive*

**Cross Defendant**

**KMW Business Jets, LLC**
***TERMINATED: 09/09/2019***

represented by **Kersten Holzhueter**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

Teresa Marie Pilatowicz
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Cross Defendant**

**Alta Airlines Holdings, LLC**          represented by   **Kersten Holzhueter**
*TERMINATED: 09/09/2019*                                  (See above for address)
                                                          *ATTORNEY TO BE NOTICED*
                                                          *Bar Status: Active*

                                                          **Teresa Marie Pilatowicz**
                                                          (See above for address)
                                                          *PRO HAC VICE*
                                                          *ATTORNEY TO BE NOTICED*
                                                          *Bar Status: Phv*

Email All Attorneys
Email All Attorneys and Additional Recipients

| Date Filed | # | Docket Text |
|---|---|---|
| 02/16/2018 | 1 | COMPLAINT against All Defendants filed by Carrie Phillips on behalf of All Plaintiffs. Filing fee $400, receipt number 0866−5650669. Service due by 5/17/2018 unless otherwise directed by the court. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 16, # 17 Exhibit 17, # 18 Exhibit 18, # 19 Exhibit 19, # 20 Exhibit 20, # 21 Exhibit 21, # 22 Exhibit 22, # 23 Exhibit 23, # 24 Exhibit 24, # 25 Civil Cover Sheet)(Phillips, Carrie) (Entered: 02/16/2018) |
| 02/16/2018 | 2 | MOTION for temporary restraining order *and injunctive relief and suggestions in support* filed by Carrie Phillips on behalf of Jet Midwest International Co., Ltd. Suggestions in opposition/response due by 3/2/2018 unless otherwise directed by the court. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3)(Phillips, Carrie) (Entered: 02/16/2018) |
| 02/16/2018 | 3 | **NOTICE OF INCLUSION FOR MEDIATION AND ASSESSMENT PROGRAM (MAP). REVIEW NOTICE AND MAP GENERAL ORDER CAREFULLY FOR IMPORTANT CHANGES, DEADLINES AND REQUIREMENTS.** <br><br> **Notice of MAP assignment to an outside mediator.** (Attachments: # 1 MAP General Order)(Woods, Gloria) (Entered: 02/16/2018) |
| 02/16/2018 | 4 | DISCLOSURE OF CORPORATE INTERESTS filed by Carrie Phillips on behalf of Plaintiff Jet Midwest International Co., Ltd.(Phillips, Carrie) (Entered: 02/16/2018) |
| 02/16/2018 | | SUMMONS ISSUED as to All Defendants. (Woods, Gloria) (Entered: 02/16/2018) |
| 02/16/2018 | 5 | ORDER TRANSFERRING/REASSIGNING CASE. This case is transferred to District Judge Dean Whipple for all further proceedings. District Judge Beth Phillips is no longer assigned to case. New case number is 18−6019−CV−SJ−DW. Signed on |

| | | 2/6/18 by District Judge Beth Phillips. (Cordell, Annette) (Entered: 02/16/2018) |
|---|---|---|
| 02/20/2018 | 6 | Motion to allow Eric B. Epstein to appear pro hac vice (Pro Hac fee $100 receipt number 0866–5652655) filed by Carrie Phillips on behalf of Jet Midwest International Co., Ltd. (Phillips, Carrie) (Entered: 02/20/2018) |
| 02/20/2018 | 7 | Motion to allow Geoffrey Sant to appear pro hac vice (Pro Hac fee $100 receipt number 0866–5652725) filed by Carrie Phillips on behalf of Jet Midwest International Co., Ltd. (Phillips, Carrie) (Entered: 02/20/2018) |
| 02/20/2018 | 8 | Motion to allow Richard H. Silberberg to appear pro hac vice (Pro Hac fee $100 receipt number 0866–5652741) filed by Carrie Phillips on behalf of Jet Midwest International Co., Ltd. (Phillips, Carrie) (Entered: 02/20/2018) |
| 02/20/2018 | 9 | Motion to allow Carol Lee to appear pro hac vice (Pro Hac fee $100 receipt number 0866–5652761) filed by Carrie Phillips on behalf of Jet Midwest International Co., Ltd. (Phillips, Carrie) (Entered: 02/20/2018) |
| 02/20/2018 | 10 | Motion to allow Michelle K. Ng to appear pro hac vice (Pro Hac fee $100 receipt number 0866–5652781) filed by Carrie Phillips on behalf of Jet Midwest International Co., Ltd. (Phillips, Carrie) (Entered: 02/20/2018) |
| 02/22/2018 | 11 | RETURN OF SERVICE of complaint executed by Jet Midwest International Co., Ltd. Jet Midwest Group, LLC served on 2/20/2018, answer due 3/13/2018. (Phillips, Carrie) (Entered: 02/22/2018) |
| 02/22/2018 | 12 | RETURN OF SERVICE of complaint executed by Jet Midwest International Co., Ltd. Karen Kraus served on 2/20/2018, answer due 3/13/2018. (Phillips, Carrie) (Entered: 02/22/2018) |
| 02/22/2018 | 13 | RETURN OF SERVICE of complaint executed by Jet Midwest International Co., Ltd. Kenneth M. Woolley served on 2/20/2018, answer due 3/13/2018. (Phillips, Carrie) (Entered: 02/22/2018) |
| 02/22/2018 | 14 | RETURN OF SERVICE of complaint executed by Jet Midwest International Co., Ltd. F. Paul Ohadi served on 2/20/2018, answer due 3/13/2018. (Phillips, Carrie) (Entered: 02/22/2018) |
| 02/22/2018 | 15 | RETURN OF SERVICE of complaint executed by Jet Midwest International Co., Ltd. Paul Kraus served on 2/20/2018, answer due 3/13/2018. (Phillips, Carrie) (Entered: 02/22/2018) |
| 02/22/2018 | 16 | RETURN OF SERVICE of complaint executed by Jet Midwest International Co., Ltd. F. Paul Ohadi Trust served on 2/20/2018, answer due 3/13/2018. (Phillips, Carrie) (Entered: 02/22/2018) |
| 02/26/2018 | 17 | ORDER granting 6 7 8 9 & 10 motion to appear pro hac vice entered by Clerk of Court. Attorney Michelle K Ng, Carol Lee, Richard H Silberberg, Geoffrey Sant, and Eric B Epstein for Jet Midwest International Co., Ltd allowed to appear pro hac vice. This entry will serve as authorization for the pro hac participation by the attorney.<br><br>Western District of Missouri Local Rule 5.1 requires documents to be filed electronically. If pro hac vice counsel has not already done so, counsel is directed to immediately register for a CM/ECF account. This will enable counsel to electronically file documents and receive electronic notification of filings. Please return the original completed ECF Registration Form to 400 E. 9th Street, Kansas |

| | | City, Missouri 64106 |
|---|---|---|
| | | This is a TEXT ONLY ENTRY. No document is attached.(Geiser, Angel) (Entered: 02/26/2018) |
| 02/26/2018 | 18 | RETURN OF SERVICE of complaint executed by Jet Midwest International Co., Ltd. Jet Midwest, Inc. served on 2/21/2018, answer due 3/14/2018. (Phillips, Carrie) (Entered: 02/26/2018) |
| 02/28/2018 | 19 | NOTICE of filing – *Suggestion of Bankruptcy Petition [of Jet Midwest Group, LLC]* by Jet Midwest International Co., Ltd (Attachments: # 1 Exhibit A – Bankruptcy Petition of Jet Midwest Group, LLC)(Phillips, Carrie) (Entered: 02/28/2018) |
| 03/07/2018 | 20 | ORDER STAYING CASE – Pursuant to 11 U.S.C. § 362, as to Defendant Jet Midwest Group, LLC, further proceedings in this action are STAYED pending resolution of Defendant Jet Midwest Group, LLCs Chapter 11 bankruptcy case. Plaintiff Jet Midwest International Co., Ltd. shall file a status report within sixty (60) days from the date of this Order, and every sixty (60) days thereafter. Signed on 03/07/2018 by District Judge Dean Whipple. (Willis, Kathy) (Entered: 03/07/2018) |
| 03/12/2018 | 21 | MOTION for extension of time to file answer re 1 Complaint,, filed by Kersten Holzhueter on behalf of F. Paul Ohadi Trust, F. Paul Ohadi, Kenneth M. Woolley. Suggestions in opposition/response due by 3/26/2018 unless otherwise directed by the court. (Related document(s) 1 ) (Attorney Kersten Holzhueter added to party F. Paul Ohadi Trust(pty:dft), Attorney Kersten Holzhueter added to party F. Paul Ohadi(pty:dft), Attorney Kersten Holzhueter added to party Kenneth M. Woolley(pty:dft))(Holzhueter, Kersten) (Entered: 03/12/2018) |
| 03/13/2018 | 22 | MOTION for extension of time to file answer filed by Adam J. Gasper on behalf of Jet Midwest, Inc., Karen Kraus, Paul Kraus. Suggestions in opposition/response due by 3/27/2018 unless otherwise directed by the court. (Attorney Adam J. Gasper added to party Jet Midwest, Inc.(pty:dft), Attorney Adam J. Gasper added to party Karen Kraus(pty:dft), Attorney Adam J. Gasper added to party Paul Kraus(pty:dft))(Gasper, Adam) (Entered: 03/13/2018) |
| 03/23/2018 | 23 | RESPONSE to motion re 22 MOTION for extension of time to file answer , 21 MOTION for extension of time to file answer re 1 Complaint,, filed by Carrie Phillips on behalf of Plaintiff Jet Midwest International Co., Ltd. Reply suggestions due by 4/6/2018 unless otherwise directed by the court. (Phillips, Carrie) (Entered: 03/23/2018) |
| 03/26/2018 | 24 | NOTICE of appearance by Bradley Robert Gardner on behalf of Jet Midwest Group, LLC (Attorney Bradley Robert Gardner added to party Jet Midwest Group, LLC(pty:dft))(Gardner, Bradley) (Entered: 03/26/2018) |
| 04/05/2018 | 25 | ORDER Defendants Motions for Extensions of Time (Docs. 21 and 22) are GRANTED. Defendants F. Paul Ohadi, the F. Paul Ohadi Trust, Ken Woolley, Jet Midwest, Inc., and Paul Kraus, and Karen Kraus shall file their answers or other responses to Plaintiffs Complaint, and responses to Plaintiffs Motion for Temporary Restraining Order on or before June 13, 2018. Signed on 04/05/2018 by Chief District Judge Greg Kays for District Judge Dean Whipple. (Willis, Kathy) (Entered: 04/05/2018) |
| 05/07/2018 | 26 | STATUS REPORT by Jet Midwest International Co., Ltd. (Blegen, Daniel) (Entered: 05/07/2018) |

| | | |
|---|---|---|
| 06/04/2018 | 27 | NOTICE of filing *Notice of Dismissal of Bankruptcy Case and Lifting of Automatic Stay* by Jet Midwest International Co., Ltd (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3)(Phillips, Carrie) (Entered: 06/04/2018) |
| 06/04/2018 | 28 | ORDER OF RECUSAL – District Judge Dean Whipple recuses from this case. The Clerk of Court is directed to reassign this case to another Judge for all further proceedings. Signed on 06/04/2018 by District Judge Dean Whipple. Signed on 06/04/2018 by District Judge Dean Whipple. (Willis, Kathy) (Entered: 06/04/2018) |
| 06/04/2018 | 29 | NOTICE OF REASSIGNMENT. Per 28 ORDER OF RECUSAL, this case is reassigned to District Judge Fernando J. Gaitan, Jr. for all further proceedings. **Please note the new case number: 5:18–06019–CV–SJ–FJG.** This is a TEXT ONLY ENTRY. No document is attached.(Moore, Terri) (Entered: 06/04/2018) |
| 06/06/2018 | 30 | ORDER – In light of the recent transfer of this case, the Court will hold a status teleconference with the parties on June 18, 2018, at 11:30 a.m. Counsel should call the Court's toll free conference number, 888–675–2535. Counsel will be provided the access code via email. Signed on 6/6/2018 by District Judge Fernando J. Gaitan, Jr. (Rosa, Patricia) (Entered: 06/06/2018) |
| 06/08/2018 | 35 | ORDER – In light of the recent correspondence regarding the lifting of the stay, the Telephone Conference has been reset to 6/11/2018 11:30 AM. Counsel should call the Court's toll free conference number, 888–675–2535. Counsel will be provided the access code via email. Signed on 6/8/18 by District Judge Fernando J. Gaitan, Jr. This is a TEXT ONLY ENTRY. No document is attached. (Anderson, Christy) (Entered: 06/08/2018) |
| 06/08/2018 | 37 | NOTICE of appearance by Scott J. Goldstein on behalf of F. Paul Ohadi Trust, F. Paul Ohadi, Kenneth M. Woolley (Attorney Scott J. Goldstein added to party F. Paul Ohadi Trust(pty:dft), Attorney Scott J. Goldstein added to party F. Paul Ohadi(pty:dft), Attorney Scott J. Goldstein added to party Kenneth M. Woolley(pty:dft))(Goldstein, Scott) (Entered: 06/08/2018) |
| 06/08/2018 | 38 | Motion to allow Gerald M. Gordon to appear pro hac vice (Pro Hac fee $100 receipt number AMOWDC–5808494) filed by Kersten Holzhueter on behalf of F. Paul Ohadi Trust, F. Paul Ohadi, Kenneth M. Woolley. (Holzhueter, Kersten) (Entered: 06/08/2018) |
| 06/08/2018 | 39 | Motion to allow Teresa M. Pilatowicz to appear pro hac vice (Pro Hac fee $100 receipt number AMOWDC–5808515) filed by Kersten Holzhueter on behalf of F. Paul Ohadi Trust, F. Paul Ohadi, Kenneth M. Woolley. (Holzhueter, Kersten) (Entered: 06/08/2018) |
| 06/11/2018 | 40 | AFFIDAVIT *of Movant Erika Pike Turner, Petition for Admission Pro Hac Vice,* by F. Paul Ohadi Trust, F. Paul Ohadi, Kenneth M. Woolley. (Holzhueter, Kersten) (Entered: 06/11/2018) |
| 06/11/2018 | 41 | Motion to allow Erika Pike Turner to appear pro hac vice (Pro Hac fee $100 receipt number AMOWDC–5809926) filed by Kersten Holzhueter on behalf of F. Paul Ohadi Trust, F. Paul Ohadi, Kenneth M. Woolley. (Holzhueter, Kersten) (Entered: 06/11/2018) |
| 06/11/2018 | 42 | Minute Entry. Proceedings held before District Judge Fernando J. Gaitan, Jr: TELEPHONE CONFERENCE held on 6/11/2018 Time in court: 11:30 a.m. to 11:55 a.m. To order a transcript of this hearing please contact Gayle Wambolt, |

| | | |
|---|---|---|
| | | 816–512–5641. (Anderson, Christy) (Entered: 06/11/2018) |
| 06/11/2018 | 43 | ORDER – Pursuant to the telephone conference held on 6/11/18, the stay currently pending, is hereby lifted. Signed on 6/11/18 by District Judge Fernando J. Gaitan, Jr. This is a TEXT ONLY ENTRY. No document is attached. (Anderson, Christy) (Entered: 06/11/2018) |
| 06/11/2018 | | NOTICE OF DOCKET MODIFICATION. A modification has been made to the document filed on 6/11/2018 as Document No. 40, AFFIDAVIT of Movant Erika Pike Turner, Petition for Admission Pro Hac Vice. The document has been deleted as the incorrect event was used when filing the document. Counsel did refile the document using the correct event and paying the filing fee in entry #41. This is a text entry only – no document is attached. (Travis, Kendra) (Entered: 06/11/2018) |
| 06/12/2018 | 44 | MOTION for extension of time *to Complete Service of Process* filed by Carrie Phillips on behalf of Jet Midwest International Co., Ltd. Suggestions in opposition/response due by 6/26/2018 unless otherwise directed by the court. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4)(Phillips, Carrie) (Entered: 06/12/2018) |
| 06/12/2018 | 45 | Amended MOTION for temporary restraining order *and Preliminary Injunctive Relief and Suggestions in Support* filed by Carrie Phillips on behalf of Jet Midwest International Co., Ltd. Suggestions in opposition/response due by 6/26/2018 unless otherwise directed by the court. (Attachments: # 1 Declaration of Michelle Ng in Support of Motion for Temporary Restraining Order and Preliminary Injunctive Relief, # 2 Exhibit 1–Expert Report of Ken Yormark, # 3 Exhibit 2–Filing, # 4 Exhibit 3–Hearing Transcript, # 5 Exhibit 4–Order, # 6 Exhibit 5–Form 8–K, # 7 Exhibit 6–Deposition Excerpt, # 8 Exhibit 7–Email, # 9 Exhibit 8–Suggestions in Opposition, # 10 Exhibit 9–Process Receipt and Return, # 11 Exhibit 10–Order, # 12 Exhibit 11A–Confirmation, # 13 Exhibit 11B–Bankruptcy Filing, # 14 Exhibit 12–Promissory Note, # 15 Exhibit 13–Amendment No. 2 to Operating Agreement, # 16 Exhibit 14–Action by Unanimous Written Consent, # 17 Exhibit 15–2014 Annual Registration Report, # 18 Exhibit 16–Annual List of Managers or Managing Members, # 19 Exhibit 17–Corporation Annual Report & Certificate of Disclosure, # 20 Exhibit 18–Certified Copy, # 21 Exhibit 19–Aircraft Mortgage and Security Agreement, # 22 Exhibit 20–Security Agreement, # 23 Exhibit 21–UCC Financing Statement)(Phillips, Carrie) (Entered: 06/12/2018) |
| 06/13/2018 | 46 | ORDER granting 38 39 41 motion to appear pro hac vice entered by Clerk of Court. Attorneys Gerald M Gordon, Teresa M Pilatowicz and Erika Pike Turner for defendants F. Paul Ohadi Trust, Woolley, and Ohadi. This entry will serve as authorization for the pro hac participation by the attorney.<br><br>Western District of Missouri Local Rule 5.1 requires documents to be filed electronically. If pro hac vice counsel has not already done so, counsel is directed to immediately register for a WDMO e–filing account for NextGen CM/ECF. This will enable counsel to electronically file documents and receive electronic notification of filings. Register for a WDMO e–filing account at PACER. This is a TEXT ONLY ENTRY. No document is attached.(Geiser, Angel) (Entered: 06/13/2018) |
| 06/15/2018 | 47 | ORDER – Regarding 45 Amended MOTION for temporary restraining order and Preliminary Injunctive Relief. Defendant's Suggestions in opposition/response due by 6/19/2018. Plaintiff's Reply suggestions due by 6/25/2018. Hearing set for **6/26/2018 10:00 AM** in Courtroom 7C, Kansas City (FJG) before District Judge Fernando J. |

| | | |
|---|---|---|
| | | Gaitan Jr. Signed on 6/15/18 by District Judge Fernando J. Gaitan, Jr. (Anderson, Christy) (Entered: 06/15/2018) |
| 06/19/2018 | 48 | SUGGESTIONS in opposition re 45 Amended MOTION for temporary restraining order *and Preliminary Injunctive Relief and Suggestions in Support* filed by Bradley Robert Gardner on behalf of Defendant Jet Midwest Group, LLC. Reply suggestions due by 7/3/2018 unless otherwise directed by the court. (Related document(s) 45 ) (Gardner, Bradley) (Entered: 06/19/2018) |
| 06/19/2018 | 49 | SUGGESTIONS in opposition re 45 Amended MOTION for temporary restraining order *and Preliminary Injunctive Relief and Suggestions in Support* filed by Kersten Holzhueter on behalf of Defendant F. Paul Ohadi Trust. Reply suggestions due by 7/3/2018 unless otherwise directed by the court. (Attachments: # 1 Exhibit Exhibit 1 – Operating Agreement, # 2 Exhibit Exhibit 2 – Ohadi Declaration, # 3 Exhibit Exhibit 3 – Logan Deposition, # 4 Exhibit Exhibit 4 – First Amendment to Security Agreement, # 5 Exhibit Exhibit 5 – Notice of Default, # 6 Exhibit Exhibit 6 – TRO Order, # 7 Exhibit Exhibit 7 – Stock Quote, # 8 Exhibit Exhibit 8 – Cash Collateral Order, # 9 Exhibit Exhibit 9 – Bankruptcy Dismissal Order, # 10 Exhibit Exhibit 10 – Kulowiec Deposition)(Related document(s) 45 ) (Holzhueter, Kersten) (Entered: 06/19/2018) |
| 06/20/2018 | 50 | Motion to allow Alessandra Glorioso to appear pro hac vice (Pro Hac fee $100 receipt number AMOWDC–5823021) filed by Carrie Phillips on behalf of Jet Midwest International Co., Ltd. (Phillips, Carrie) (Entered: 06/20/2018) |
| 06/20/2018 | 51 | Motion to allow Eric Lopez Schnabel to appear pro hac vice (Pro Hac fee $100 receipt number AMOWDC–5823030) filed by Carrie Phillips on behalf of Jet Midwest International Co., Ltd. (Phillips, Carrie) (Entered: 06/20/2018) |
| 06/21/2018 | 52 | ORDER granting 50 & 51 motion to appear pro hac vice entered by Clerk of Court. Attorneys Alessandra Glorioso & Eric Lopez Schnabel for Jet Midwest International Co., Ltd allowed to appear pro hac vice. This entry will serve as authorization for the pro hac participation by the attorney.<br><br>Western District of Missouri Local Rule 5.1 requires documents to be filed electronically. If pro hac vice counsel has not already done so, counsel is directed to immediately register for a WDMO e–filing account for NextGen CM/ECF. This will enable counsel to electronically file documents and receive electronic notification of filings. Register for a WDMO e–filing account at PACER. This is a TEXT ONLY ENTRY. No document is attached.(Geiser, Angel) (Entered: 06/21/2018) |
| 06/22/2018 | 53 | Joint PROPOSED SCHEDULING ORDER by Jet Midwest International Co., Ltd. (Phillips, Carrie) (Entered: 06/22/2018) |
| 06/24/2018 | 54 | AMENDED COMPLAINT against F. Paul Ohadi Trust, Jet Midwest Group, LLC, Jet Midwest, Inc., Karen Kraus, Paul Kraus, F. Paul Ohadi, Kenneth M. Woolley filed by Carrie Phillips on behalf of Jet Midwest International Co., Ltd. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10)(Phillips, Carrie) (Entered: 06/24/2018) |
| 06/24/2018 | 55 | REPLY SUGGESTIONS to motion re 45 Amended MOTION for temporary restraining order *and Preliminary Injunctive Relief and Suggestions in Support* filed by Carrie Phillips on behalf of Plaintiff Jet Midwest International Co., Ltd. (Attachments: # 1 Exhibit 22, # 2 Exhibit 23, # 3 Exhibit 24, # 4 Exhibit 25, # 5 |

| | | |
|---|---|---|
| | | Exhibit 26)(Related document(s) 45 ) (Phillips, Carrie) (Entered: 06/24/2018) |
| 06/26/2018 | 56 | Minute Entry. Proceedings held before District Judge Fernando J. Gaitan, Jr: MOTION HEARING held on 6/26/2018 re 45 Amended MOTION for temporary restraining order *and Preliminary Injunctive Relief and Suggestions in Support* filed by Jet Midwest International Co., Ltd. Time in court: 10:05 a.m. to 11:05 a.m. To order a transcript of this hearing please contact Barbara Barnard, 816–512–5622. (Anderson, Christy) (Entered: 06/26/2018) |
| 06/26/2018 | 57 | SUGGESTIONS in opposition re 44 MOTION for extension of time *to Complete Service of Process* filed by Kersten Holzhueter on behalf of Defendants F. Paul Ohadi Trust, F. Paul Ohadi, Kenneth M. Woolley. Reply suggestions due by 7/10/2018 unless otherwise directed by the court. (Related document(s) 44 ) (Holzhueter, Kersten) (Entered: 06/26/2018) |
| 06/26/2018 | 58 | ORDER denying 2 motion for TRO; and denying 45 amended motion for TRO and preliminary injunctive relief. Signed on 6/26/18 by District Judge Fernando J. Gaitan, Jr. (Anderson, Christy) (Entered: 06/26/2018) |
| 06/29/2018 | 59 | MOTION to intervene *with Suggestions in Support* filed by Jill D Olsen on behalf of PMC Aviation 2012–1, LLC. Suggestions in opposition/response due by 7/13/2018 unless otherwise directed by the court. (Attachments: # 1 Exhibit A – Proposed Answer and Cross–Claims, # 2 Exhibit 1 – First Amended Complaint)(Attorney Jill D Olsen added to party PMC Aviation 2012–1, LLC(pty:intvd))(Olsen, Jill) (Entered: 06/29/2018) |
| 06/29/2018 | 60 | Motion to allow Clint S. Morse to appear pro hac vice (Pro Hac fee $100 receipt number AMOWDC–5836815) filed by Jill D Olsen on behalf of PMC Aviation 2012–1, LLC. (Olsen, Jill) (Entered: 06/29/2018) |
| 06/29/2018 | 61 | ORDER granting 60 motion to appear pro hac vice entered by Clerk of Court. Attorney Clint S Morse for PMC Aviation 2012–1, LLC allowed to appear pro hac vice. This entry will serve as authorization for the pro hac participation by the attorney.<br><br>Western District of Missouri Local Rule 5.1 requires documents to be filed electronically. If pro hac vice counsel has not already done so, counsel is directed to immediately register for a WDMO e–filing account for NextGen CM/ECF. This will enable counsel to electronically file documents and receive electronic notification of filings. Register for a WDMO e–filing account at PACER. This is a TEXT ONLY ENTRY. No document is attached.(Russel, Jeri) (Entered: 06/29/2018) |
| 07/02/2018 | 62 | NOTICE OF APPEAL as to 58 Order on Motion for TRO, by Jet Midwest International Co., Ltd. Filing fee $ 505, receipt number AMOWDC–5839106. (Attachments: # 1 Exhibit A)(Phillips, Carrie) (Entered: 07/02/2018) |
| 07/02/2018 | 63 | TRANSMISSION of Notice of Appeal Supplement to US Court of Appeals, 8th Circuit via electronic mail. Related document 62 Notice of Appeal. (Crespo, Wil) (Entered: 07/02/2018) |
| 07/03/2018 | 64 | REPLY SUGGESTIONS to motion re 44 MOTION for extension of time *to Complete Service of Process* filed by Carrie Phillips on behalf of Plaintiff Jet Midwest International Co., Ltd. (Related document(s) 44 ) (Phillips, Carrie) (Entered: 07/03/2018) |

| 07/05/2018 | 65 | USCA Case Number from 8th Circuit Court of Appeals is 18–2432 for 62 Notice of Appeal filed by Jet Midwest International Co., Ltd. Briefing schedule entered by the Court of Appeals is attached. Transcript due by 8/13/2018. (Attachments: # 1 Schedule)(Crespo, Wil) (Entered: 07/05/2018) |
|---|---|---|
| 07/05/2018 | 66 | ELECTRONIC TRANSCRIPT of Motion for TRO held 6/26/18 before Judge Fernando J. Gaitan, Jr.. Court Reporter: Barbara Barnard, 816–512–5622, Barbara_barnard@mow.uscourts.gov. Number of pages: 40. NOTICE RE: REDACTION OF TRANSCRIPTS: Within 7 calendar days of this filing, each party shall inform the Court, by filing a Notice of Redaction, of the parties' intent to redact personal data identifiers from the electronic transcript of the court proceeding. The policy is located on our website at www.mow.uscourts.gov. Please read this policy carefully. **NOTICE: Attorneys must contact the court reporter for copies during this 90 day period. Notice of Intent to File Redaction of Transcripts due by 7/12/2018 unless otherwise directed by the court. Release of Transcript Restriction set for 10/1/2018.**(Barnard, Barbara) (Entered: 07/05/2018) |
| 07/12/2018 | 67 | SUGGESTIONS in opposition re 59 MOTION to intervene *with Suggestions in Support* filed by Kersten Holzhueter on behalf of Defendants F. Paul Ohadi Trust, Kenneth M. Woolley. Reply suggestions due by 7/26/2018 unless otherwise directed by the court. (Related document(s) 59 ) (Holzhueter, Kersten) (Entered: 07/12/2018) |
| 07/30/2018 | 68 | RESPONSE to motion re 59 MOTION to intervene *with Suggestions in Support* filed by Carrie Phillips on behalf of Plaintiff Jet Midwest International Co., Ltd. Reply suggestions due by 8/13/2018 unless otherwise directed by the court. (Phillips, Carrie) (Entered: 07/30/2018) |
| 08/15/2018 | 69 | USCA Judgment as to 62 Notice of Appeal filed by Jet Midwest International Co., Ltd **This is a preliminary judgment of U.S. Court of Appeals; jurisdiction is not recovered until the Mandate is issued by the U.S Court of Appeals. Appellant's motion to dismiss the appeal is granted.** (Crespo, Wil) (Entered: 08/15/2018) |
| 08/15/2018 | 70 | MANDATE of US COURT OF APPEALS as to 62 Notice of Appeal filed by Jet Midwest International Co., Ltd with mandate issued on 8/10/2018. (Crespo, Wil) (Entered: 08/15/2018) |
| 08/29/2018 | 71 | ORDER: The Court hereby GRANTS JMI's Motion for Extension of Time to Complete Service (Doc. # 44). JMI shall have sixty days from the date of this Order in which to complete service on the defendants. The Court also GRANTS PMC's Motion to Intervene (Doc. # 59). PMC shall file its Proposed Answer and Cross–Claims within five (5) days of the date of this Order. Signed on 8/29/18 by District Judge Fernando J. Gaitan, Jr. (Ellis, Lindsey) (Entered: 08/29/2018) |
| 08/31/2018 | 72 | ANSWER to 54 Amended Complaint, *and*, CROSSCLAIM against F. Paul Ohadi Trust, Jet Midwest, Inc., F. Paul Ohadi, Kenneth M. Woolley on behalf of PMC Aviation 2012–1, LLC. (Attachments: # 1 Exhibit 1 – NY First Amended Complaint)(Olsen, Jill) (Entered: 08/31/2018) |
| 09/24/2018 | 73 | Joint PROPOSED SCHEDULING ORDER *AND DISCOVERY PLAN* by Jet Midwest International Co., Ltd. (Phillips, Carrie) (Entered: 09/24/2018) |
| 10/10/2018 | 74 | AMENDED COMPLAINT *(Second)* filed with Defendants' written consent pursuant to Fed.R.Civ.P. 15(a)(2), see Joint Proposed Discovery and Trial Plan, Dkt. No. 73 para. 2(a), against All Defendants filed by Carrie Phillips on behalf of Jet Midwest International Co., Ltd. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 |

| | | |
|---|---|---|
| | | Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12–A, # 13 Exhibit 12–B, # 14 Exhibit 12–C, # 15 Exhibit 12–D, # 16 Exhibit 12–E, # 17 Exhibit 13, # 18 Exhibit 14, # 19 Exhibit 15, # 20 Exhibit 16)(Phillips, Carrie) (Entered: 10/10/2018) |
| 10/18/2018 | 75 | CERTIFICATE OF SERVICE by Jet Midwest International Co., Ltd *Declaration of Service of Summons and Second Amended Complaint* filed by Carrie Phillips on behalf of Plaintiff Jet Midwest International Co., Ltd.(Phillips, Carrie) (Entered: 10/18/2018) |
| 10/26/2018 | 76 | ANSWER to 74 Amended Complaint,, *(Second)* on behalf of PMC Aviation 2012–1, LLC.(Olsen, Jill) (Entered: 10/26/2018) |
| 10/31/2018 | 77 | ANSWER to 74 Amended Complaint,, on behalf of Jet Midwest Group, LLC.(Gardner, Bradley) (Entered: 10/31/2018) |
| 10/31/2018 | 78 | MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM filed by Kersten Holzhueter on behalf of F. Paul Ohadi Trust, F. Paul Ohadi, Kenneth M. Woolley. Suggestions in opposition/response due by 11/14/2018 unless otherwise directed by the court. (Holzhueter, Kersten) (Entered: 10/31/2018) |
| 10/31/2018 | 79 | SUGGESTIONS in support re 78 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM filed by Kersten Holzhueter on behalf of Cross Defendants F. Paul Ohadi Trust, F. Paul Ohadi, Kenneth M. Woolley. (Related document(s) 78 ) (Holzhueter, Kersten) (Entered: 10/31/2018) |
| 10/31/2018 | 80 | MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM *Plaintiff's Second Amended Complaint* filed by Kersten Holzhueter on behalf of F. Paul Ohadi Trust, F. Paul Ohadi, Kenneth M. Woolley. Suggestions in opposition/response due by 11/14/2018 unless otherwise directed by the court. (Holzhueter, Kersten) (Entered: 10/31/2018) |
| 10/31/2018 | 81 | SUGGESTIONS in support re 80 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM *Plaintiff's Second Amended Complaint* filed by Kersten Holzhueter on behalf of Cross Defendants F. Paul Ohadi Trust, F. Paul Ohadi, Kenneth M. Woolley. (Related document(s) 80 ) (Holzhueter, Kersten) (Entered: 10/31/2018) |
| 10/31/2018 | 82 | ANSWER to 72 Answer to Amended Complaint,, Crossclaim, on behalf of Jet Midwest, Inc., Karen Kraus, Paul Kraus.(Gasper, Adam) (Entered: 10/31/2018) |
| 10/31/2018 | 83 | ANSWER to 74 Amended Complaint,, on behalf of Jet Midwest, Inc., Karen Kraus, Paul Kraus.(Gasper, Adam) (Entered: 10/31/2018) |
| 11/13/2018 | 84 | SUGGESTIONS in opposition re 78 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM filed by Jill D Olsen on behalf of Intervenor Defendant PMC Aviation 2012–1, LLC, Cross Claimant PMC Aviation 2012–1, LLC. Reply suggestions due by 11/27/2018 unless otherwise directed by the court. (Related document(s) 78 ) (Olsen, Jill) (Entered: 11/13/2018) |
| 11/14/2018 | 85 | SUGGESTIONS in opposition re 80 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM *Plaintiff's Second Amended Complaint* filed by Carrie Phillips on behalf of Plaintiff Jet Midwest International Co., Ltd. Reply suggestions due by 11/28/2018 unless otherwise directed by the court. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(Related document(s) 80 ) (Phillips, Carrie) (Entered: 11/14/2018) |

| | | |
|---|---|---|
| 11/16/2018 | 86 | CERTIFICATE OF SERVICE OF INITIAL RULE 26 DISCLOSURES *AND FIRST SETS OF REQUESTS FOR PRODUCTION OF DOCUMENTS AND INTERROGATORIES TO JET MIDWEST GROUP, LLC; JET MIDWEST, INC; KENNETH M. WOOLLEY; F. PAUL OHADI; AND THE F. PAUL OHADI TRUST* filed by Carrie Phillips on behalf of Plaintiff Jet Midwest International Co., Ltd.(Phillips, Carrie) (Entered: 11/16/2018) |
| 11/19/2018 | 87 | CERTIFICATE OF SERVICE OF INITIAL RULE 26 DISCLOSURES filed by Kersten Holzhueter on behalf of Defendants F. Paul Ohadi Trust, F. Paul Ohadi, Kenneth M. Woolley.(Holzhueter, Kersten) (Entered: 11/19/2018) |
| 11/19/2018 | 88 | CERTIFICATE OF SERVICE OF INITIAL RULE 26 DISCLOSURES filed by Jill D Olsen on behalf of Intervenor Defendant PMC Aviation 2012−1, LLC, Cross Claimant PMC Aviation 2012−1, LLC.(Olsen, Jill) (Entered: 11/19/2018) |
| 11/20/2018 | 89 | CERTIFICATE OF SERVICE OF INITIAL RULE 26 DISCLOSURES filed by Adam J. Gasper on behalf of Defendants Jet Midwest, Inc., Karen Kraus, Paul Kraus.(Gasper, Adam) (Entered: 11/20/2018) |
| 11/26/2018 | 90 | NOTICE of filing *Notice of Change of Law Firm and Address − Carol Lee* by Jet Midwest International Co., Ltd (Phillips, Carrie) (Entered: 11/26/2018) |
| 11/26/2018 | 91 | NOTICE of filing *Notice of Change of Law Firm and Address − Eric Epstein* by Jet Midwest International Co., Ltd (Phillips, Carrie) (Entered: 11/26/2018) |
| 11/26/2018 | 92 | NOTICE of filing *Notice of Change of Law Firm and Address − Geoffrey Sant* by Jet Midwest International Co., Ltd (Phillips, Carrie) (Entered: 11/26/2018) |
| 11/26/2018 | 93 | NOTICE of filing *Notice of Change of Law Firm and Address − Michelle Ng* by Jet Midwest International Co., Ltd (Phillips, Carrie) (Entered: 11/26/2018) |
| 11/27/2018 | 94 | REPLY SUGGESTIONS to motion re 78 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM filed by Kersten Holzhueter on behalf of Defendants F. Paul Ohadi Trust, F. Paul Ohadi, Kenneth M. Woolley. (Related document(s) 78 ) (Holzhueter, Kersten) (Entered: 11/27/2018) |
| 11/27/2018 | 95 | CERTIFICATE OF SERVICE OF INITIAL RULE 26 DISCLOSURES filed by Bradley Robert Gardner on behalf of Defendant Jet Midwest Group, LLC.(Gardner, Bradley) (Entered: 11/27/2018) |
| 11/27/2018 | 96 | CERTIFICATE OF SERVICE by PMC Aviation 2012−1, LLC *of Discovery to Jet Midwest Group* filed by Jill D Olsen on behalf of Intervenor Defendant PMC Aviation 2012−1, LLC, Cross Claimant PMC Aviation 2012−1, LLC.(Olsen, Jill) (Entered: 11/27/2018) |
| 11/27/2018 | 97 | CERTIFICATE OF SERVICE by PMC Aviation 2012−1, LLC *of Discovery Requests to F. Paul Ohadi* filed by Jill D Olsen on behalf of Intervenor Defendant PMC Aviation 2012−1, LLC, Cross Claimant PMC Aviation 2012−1, LLC.(Olsen, Jill) (Entered: 11/27/2018) |
| 11/27/2018 | 98 | CERTIFICATE OF SERVICE by PMC Aviation 2012−1, LLC *of Discovery Requests to Kenneth M. Woolley* filed by Jill D Olsen on behalf of Intervenor Defendant PMC Aviation 2012−1, LLC, Cross Claimant PMC Aviation 2012−1, LLC.(Olsen, Jill) (Entered: 11/27/2018) |
| 11/28/2018 | 99 | |

| | | |
|---|---|---|
| | | REPLY SUGGESTIONS to motion re 80 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM *Plaintiff's Second Amended Complaint* filed by Kersten Holzhueter on behalf of Defendants F. Paul Ohadi Trust, F. Paul Ohadi, Kenneth M. Woolley. (Related document(s) 80 ) (Holzhueter, Kersten) (Entered: 11/28/2018) |
| 12/06/2018 | 100 | Emergency MOTION for temporary restraining order *to enjoin foreclosure of Jet Group's assets at an artificially low price* filed by Clint S Morse on behalf of PMC Aviation 2012–1, LLC. Suggestions in opposition/response due by 12/20/2018 unless otherwise directed by the court. (Morse, Clint) Modified on 1/4/2019 (Anderson, Christy). (Entered: 12/06/2018) |
| 12/06/2018 | 101 | SUGGESTIONS in support re 100 Emergency MOTION for temporary restraining order *to enjoin foreclosure of Jet Group's assets at an artificially low price* filed by Clint S Morse on behalf of Intervenor Defendant PMC Aviation 2012–1, LLC, Cross Claimant PMC Aviation 2012–1, LLC. (Attachments: # 1 Exhibit Exhibit 1, # 2 Exhibit Exhibit 2, # 3 Exhibit Exhibit 3, # 4 Exhibit Exhibit 4, # 5 Exhibit Exhibit 5, # 6 Exhibit Exhibit 6, # 7 Exhibit Exhibit 7, # 8 Exhibit Exhibit 8, # 9 Exhibit Exhibit 9, # 10 Exhibit Exhibit 10, # 11 Exhibit Exhibit 11, # 12 Exhibit Exhibit 12, # 13 Exhibit Exhibit 13, # 14 Exhibit Exhibit 14, # 15 Exhibit Exhibit 15, # 16 Exhibit Exhibit 16, # 17 Exhibit Exhibit 17)(Related document(s) 100 ) (Morse, Clint) (Entered: 12/06/2018) |
| 12/06/2018 | 102 | MOTION to amend/correct 72 Answer to Amended Complaint,, Crossclaim, filed by Clint S Morse on behalf of PMC Aviation 2012–1, LLC. Suggestions in opposition/response due by 12/20/2018 unless otherwise directed by the court. (Attachments: # 1 Exhibit Proposed amended Crossclaims)(Related document(s) 72 ) (Morse, Clint) (Entered: 12/06/2018) |
| 12/06/2018 | 103 | SUGGESTIONS in support re 102 MOTION to amend/correct 72 Answer to Amended Complaint,, Crossclaim, filed by Clint S Morse on behalf of Intervenor Defendant PMC Aviation 2012–1, LLC, Cross Claimant PMC Aviation 2012–1, LLC. (Related document(s) 102 ) (Morse, Clint) (Entered: 12/06/2018) |
| 12/06/2018 | 105 | NOTICE OF HEARING – This is the official notice for this hearing.  This is a TEXT ONLY ENTRY. No document is attached. Telephone Conference set for 12/11/2018 10:00 AM in Chambers before District Judge Fernando J. Gaitan Jr. A separate email will be sent to counsel with the contact information to participate. (Anderson, Christy) (Entered: 12/06/2018) |
| 12/06/2018 | 110 | Motion to allow Erick T. Gjerdingen to appear pro hac vice (Pro Hac fee $100 receipt number AMOWDC–6065875) filed by Kersten Holzhueter on behalf of F. Paul Ohadi Trust. (Holzhueter, Kersten) (Entered: 12/06/2018) |
| 12/07/2018 | 111 | Motion to allow Erick T. Gjerdingen to appear pro hac vice (Pro Hac fee $100 receipt number AMOWDC–6065875) filed by Kersten Holzhueter on behalf of F. Paul Ohadi Trust. (Holzhueter, Kersten) (Entered: 12/07/2018) |
| 12/09/2018 | 112 | SUGGESTIONS in opposition re 100 Emergency MOTION for temporary restraining order *to enjoin foreclosure of Jet Group's assets at an artificially low price* filed by Kersten Holzhueter on behalf of Defendants F. Paul Ohadi Trust, F. Paul Ohadi, Kenneth M. Woolley. Reply suggestions due by 12/24/2018 unless otherwise directed by the court. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 16, # 17 Exhibit 17, # 18 Exhibit 18, # 19 |

| | | |
|---|---|---|
| | | Exhibit 19, # 20 Exhibit 20, # 21 Exhibit 21, # 22 Exhibit 22, # 23 Exhibit 23, # 24 Exhibit 24)(Related document(s) 100 ) (Holzhueter, Kersten) (Entered: 12/09/2018) |
| 12/10/2018 | 114 | SUGGESTIONS in support re 100 Emergency MOTION for temporary restraining order *to enjoin foreclosure of Jet Group's assets at an artificially low price (Joinder)* filed by Carrie Phillips on behalf of Plaintiff Jet Midwest International Co., Ltd. (Related document(s) 100 ) (Phillips, Carrie) (Entered: 12/10/2018) |
| 12/10/2018 | 115 | REPLY SUGGESTIONS to motion re 100 Emergency MOTION for temporary restraining order *to enjoin foreclosure of Jet Group's assets at an artificially low price* filed by Clint S Morse on behalf of Intervenor Defendant PMC Aviation 2012−1, LLC, Cross Claimant PMC Aviation 2012−1, LLC. (Attachments: # 1 Exhibit Exhibit 1)(Related document(s) 100 ) (Morse, Clint) (Entered: 12/10/2018) |
| 12/10/2018 | 116 | AFFIDAVIT re 100 Emergency MOTION for temporary restraining order *to enjoin foreclosure of Jet Group's assets at an artificially low price (Declaration of Michelle Ng in Support of Motion for Temporary Restraining Order and Preliminary Injunctive Relief)* by Jet Midwest International Co., Ltd. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15)(Related document(s) 100 ) (Phillips, Carrie) (Entered: 12/10/2018) |
| 12/10/2018 | 117 | ORDER finding as moot 110 motion to appear pro hac vice entered by Clerk of Court and granting 111 motion to appear pro hac vice entered by Clerk of Court. Attorney Erick Gjerdingen for F. Paul Ohadi Trust, F. Paul Ohadi, and for Kenneth M. Woolley allowed to appear pro hac vice. This entry will serve as authorization for the pro hac participation by the attorney.<br><br>Western District of Missouri Local Rule 5.1 requires documents to be filed electronically. If pro hac vice counsel has not already done so, counsel is directed to immediately register for a WDMO e−filing account for NextGen CM/ECF. This will enable counsel to electronically file documents and receive electronic notification of filings. Register for a WDMO e−filing account at PACER. This is a TEXT ONLY ENTRY. No document is attached. (Geiser, Angel) (Entered: 12/10/2018) |
| 12/10/2018 | 118 | MOTION to withdraw as attorney *Richard H. Silberberg, Eric Lopez, Alessandra Glorioso* filed by Carrie Phillips on behalf of Jet Midwest International Co., Ltd. Suggestions in opposition/response due by 12/24/2018 unless otherwise directed by the court. (Phillips, Carrie) (Entered: 12/10/2018) |
| 12/10/2018 | 119 | RESPONSE to motion re 100 Emergency MOTION for temporary restraining order *to enjoin foreclosure of Jet Group's assets at an artificially low price* filed by Bradley Robert Gardner on behalf of Defendant Jet Midwest Group, LLC. Reply suggestions due by 12/24/2018 unless otherwise directed by the court. (Gardner, Bradley) (Entered: 12/10/2018) |
| 12/10/2018 | 120 | SUGGESTIONS in opposition re 100 Emergency MOTION for temporary restraining order *to enjoin foreclosure of Jet Group's assets at an artificially low price* filed by Adam J. Gasper on behalf of Defendants Jet Midwest, Inc., Karen Kraus, Paul Kraus. Reply suggestions due by 12/24/2018 unless otherwise directed by the court. (Related document(s) 100 ) (Gasper, Adam) (Entered: 12/10/2018) |
| 12/11/2018 | 121 | Minute Entry. Proceedings held before District Judge Fernando J. Gaitan, Jr: TELEPHONE CONFERENCE held on 12/11/2018. All counsel present. This is a |

| | | |
|---|---|---|
| | | text entry only. No document is attached. Time in court: 10:00 a.m. to 10:10 a.m. To order a transcript of this hearing please contact Gayle Wambolt, 816–512–5641. (Anderson, Christy) (Entered: 12/11/2018) |
| 12/12/2018 | 122 | ORDER granting 100 motion for Temporary Restraining Order. Signed on 12/12/18 by District Judge Fernando J. Gaitan, Jr. (Anderson, Christy) (Entered: 12/12/2018) |
| 12/12/2018 | 123 | NOTICE OF HEARING – This is the official notice for this hearing. This is a TEXT ONLY ENTRY. No document is attached. Preliminary Injunction Hearing set for 1/3/2019 10:30 AM in Courtroom 7C, Kansas City (FJG) before District Judge Fernando J. Gaitan Jr.. (Anderson, Christy) (Entered: 12/12/2018) |
| 12/13/2018 | 124 | ORDER granting 118 motion to withdraw as attorney. Attorney Richard H Silberberg; Alessandra Glorioso and Eric Lopez Schnabel terminated. Signed on 12/13/18 by District Judge Fernando J. Gaitan, Jr. (Anderson, Christy) (Entered: 12/13/2018) |
| 12/13/2018 | 125 | NOTICE to take deposition of PMC Aviation 2012–1, LLC filed by Kersten Holzhueter on behalf of Defendants F. Paul Ohadi Trust, F. Paul Ohadi, Kenneth M. Woolley.(Holzhueter, Kersten) (Entered: 12/13/2018) |
| 12/13/2018 | 126 | NOTICE to take deposition of Jet Midwest International Co., LTD filed by Kersten Holzhueter on behalf of Defendants F. Paul Ohadi Trust, F. Paul Ohadi, Kenneth M. Woolley.(Holzhueter, Kersten) (Entered: 12/13/2018) |
| 12/13/2018 | 127 | Amended NOTICE to take deposition of Jet Midwest International Co., LTD filed by Kersten Holzhueter on behalf of Defendants F. Paul Ohadi Trust, F. Paul Ohadi, Kenneth M. Woolley.(Holzhueter, Kersten) (Entered: 12/13/2018) |
| 12/13/2018 | 128 | Amended NOTICE to take deposition of PMC Aviation 2012–1, LLC filed by Kersten Holzhueter on behalf of Defendants F. Paul Ohadi Trust, F. Paul Ohadi, Kenneth M. Woolley.(Holzhueter, Kersten) (Entered: 12/13/2018) |
| 12/14/2018 | 129 | CERTIFICATE OF SERVICE by F. Paul Ohadi Trust, F. Paul Ohadi, Kenneth M. Woolley *First Requests for Production to Plaintiff and PMC* filed by Kersten Holzhueter on behalf of Defendants F. Paul Ohadi Trust, F. Paul Ohadi, Kenneth M. Woolley.(Holzhueter, Kersten) (Entered: 12/14/2018) |
| 12/17/2018 | 130 | MOTION for extension of time *to Respond to Discovery Unopposed* filed by Adam J. Gasper on behalf of Jet Midwest, Inc.. Suggestions in opposition/response due by 12/31/2018 unless otherwise directed by the court. (Gasper, Adam) (Entered: 12/17/2018) |
| 12/17/2018 | 131 | ORDER granting 130 motion for extension of time. Jet Midwest, Inc.'s discovery responses are due on or before 12/27/18. Signed on 12/17/2018 by District Judge Fernando J. Gaitan, Jr. This is a TEXT ONLY ENTRY. No document is attached. (Powers, Jo) (Entered: 12/17/2018) |
| 12/17/2018 | 132 | NOTICE to take deposition of Jet Midwest Group, LLC filed by Carrie Phillips on behalf of Plaintiff Jet Midwest International Co., Ltd.(Phillips, Carrie) (Entered: 12/17/2018) |
| 12/17/2018 | 133 | CERTIFICATE OF SERVICE by Jet Midwest International Co., Ltd filed by Carrie Phillips on behalf of Plaintiff Jet Midwest International Co., Ltd.(Phillips, Carrie) (Entered: 12/17/2018) |

| | | |
|---|---|---|
| 12/17/2018 | 134 | STIPULATION *REGARDING JET MIDWEST INTERNATIONAL CO., LTD'S DISCOVERY REQUESTS TO JET MIDWEST GROUP, LLC* by Jet Midwest International Co., Ltd. (Phillips, Carrie) (Entered: 12/17/2018) |
| 12/17/2018 | 135 | CERTIFICATE OF SERVICE by F. Paul Ohadi Trust, F. Paul Ohadi, Kenneth M. Woolley *Responses to Jet Midwest International's First Requests for Production and First Set of Interrogatories* filed by Kersten Holzhueter on behalf of Defendants F. Paul Ohadi Trust, F. Paul Ohadi, Kenneth M. Woolley.(Holzhueter, Kersten) (Entered: 12/17/2018) |
| 12/20/2018 | 136 | Joint MOTION to compel *and Request for Teleconference in Advance of January 3, 2019 Hearing* filed by Carrie Phillips on behalf of Jet Midwest International Co., Ltd. Suggestions in opposition/response due by 1/3/2019 unless otherwise directed by the court. (Phillips, Carrie) (Entered: 12/20/2018) |
| 12/20/2018 | 137 | ORDER re 136 Joint MOTION to compel *and Request for Teleconference in Advance of January 3, 2019 Hearing* filed by Jet Midwest International Co., Ltd. Defendant is ORDERED to file an expedited response to the motion to compel production on or before 12/21/2018 AT NOON. Signed on 12/20/2018 by District Judge Fernando J. Gaitan, Jr. This is a TEXT ONLY ENTRY. No document is attached. (Powers, Jo) (Entered: 12/20/2018) |
| 12/20/2018 | 138 | SUGGESTIONS in opposition re 102 MOTION to amend/correct 72 Answer to Amended Complaint,, Crossclaim, filed by Kersten Holzhueter on behalf of Defendants F. Paul Ohadi Trust, F. Paul Ohadi, Kenneth M. Woolley. Reply suggestions due by 1/3/2019 unless otherwise directed by the court. (Attachments: # 1 Exhibit 1 – Declaration, # 2 Exhibit 1–A – Joint Letter, # 3 Exhibit 1–B – Order)(Related document(s) 102 ) (Holzhueter, Kersten) (Entered: 12/20/2018) |
| 12/21/2018 | 139 | Amended NOTICE to take deposition of Representative of Jet Midwest Group, LLC filed by Carrie Phillips on behalf of Plaintiff Jet Midwest International Co., Ltd.(Phillips, Carrie) (Entered: 12/21/2018) |
| 12/21/2018 | 140 | SUGGESTIONS in opposition re 136 Joint MOTION to compel *and Request for Teleconference in Advance of January 3, 2019 Hearing* filed by Bradley Robert Gardner on behalf of Defendant Jet Midwest Group, LLC. Reply suggestions due by 1/4/2019 unless otherwise directed by the court. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Related document(s) 136 ) (Gardner, Bradley) (Entered: 12/21/2018) |
| 12/21/2018 | 141 | ORDER denying 136 motion to compel and motion for teleconference. After reviewing the movant's and defendant's briefs, the Court finds that it is able to decide the issues without a teleconference, and emergency production of the defendant's general ledger is not warranted. This matter remains set for hearing on preliminary injunction on 1/3/19. Signed on 12/21/2018 by District Judge Fernando J. Gaitan, Jr. This is a TEXT ONLY ENTRY. No document is attached. (Powers, Jo) (Entered: 12/21/2018) |
| 12/26/2018 | 142 | NOTICE of filing *Supplement Correcting Exhibit* by F. Paul Ohadi Trust, F. Paul Ohadi, Kenneth M. Woolley re 112 Suggestions in Opposition to Motion,,, (Attachments: # 1 Exhibit 23 to Doc. 112)(Holzhueter, Kersten) (Entered: 12/26/2018) |
| 12/26/2018 | 143 | CERTIFICATE OF SERVICE by F. Paul Ohadi Trust, F. Paul Ohadi, Kenneth M. Woolley *Responses to Jet Midwest International's Second Requests for Production and First Set of Interrogatories* filed by Kersten Holzhueter on behalf of Defendants |

| | | F. Paul Ohadi Trust, F. Paul Ohadi, Kenneth M. Woolley.(Holzhueter, Kersten) (Entered: 12/26/2018) |
|---|---|---|
| 12/26/2018 | 144 | NOTICE of filing *Notice Vacating Deposition of Jet Midwest International Co., LTD* by F. Paul Ohadi Trust, F. Paul Ohadi, Kenneth M. Woolley re 126 Notice to Take Deposition (Holzhueter, Kersten) (Entered: 12/26/2018) |
| 12/26/2018 | 145 | MOTION for extension of time filed by Carrie Phillips on behalf of Jet Midwest International Co., Ltd. Suggestions in opposition/response due by 1/9/2019 unless otherwise directed by the court. (Phillips, Carrie) (Entered: 12/26/2018) |
| 12/27/2018 | 146 | CERTIFICATE OF SERVICE by F. Paul Ohadi Trust, F. Paul Ohadi, Kenneth M. Woolley *Responses to PMC's First Requests for Production and First Set of Interrogatories* filed by Kersten Holzhueter on behalf of Defendants F. Paul Ohadi Trust, F. Paul Ohadi, Kenneth M. Woolley.(Holzhueter, Kersten) (Entered: 12/27/2018) |
| 12/27/2018 | 147 | ORDER granting 145 motion for extension of time to submit witness and exhibit lists for upcoming hearing. Proposed Witness List due by 12/28/2018. Proposed Exhibit List due by 12/28/2018. Signed on 12/27/2018 by District Judge Fernando J. Gaitan, Jr. This is a TEXT ONLY ENTRY. No document is attached. (Powers, Jo) (Entered: 12/27/2018) |
| 12/28/2018 | 148 | PROPOSED EXHIBIT LIST *and Witness List for Purposes of January 3, 2019 Hearing* by Jet Midwest, Inc., Karen Kraus, Paul Kraus. (Gasper, Adam) (Entered: 12/28/2018) |
| 12/28/2018 | 149 | CERTIFICATE OF SERVICE by Jet Midwest, Inc., Karen Kraus, Paul Kraus filed by Adam J. Gasper on behalf of Cross Defendant Jet Midwest, Inc., Defendants Jet Midwest, Inc., Karen Kraus, Paul Kraus.(Gasper, Adam) (Entered: 12/28/2018) |
| 12/28/2018 | 150 | PROPOSED EXHIBIT LIST *and Witness List Regarding January 3, 2019 Hearing* by Jet Midwest Group, LLC. (Gardner, Bradley) (Entered: 12/28/2018) |
| 12/28/2018 | 151 | PROPOSED EXHIBIT LIST *for January 3, 2019 Hearing* by F. Paul Ohadi Trust, F. Paul Ohadi, Kenneth M. Woolley. (Holzhueter, Kersten) (Entered: 12/28/2018) |
| 12/28/2018 | 152 | PROPOSED WITNESS LIST by F. Paul Ohadi Trust, F. Paul Ohadi, Kenneth M. Woolley *for January 3, 2019 Hearing*. (Holzhueter, Kersten) (Entered: 12/28/2018) |
| 12/28/2018 | 153 | PROPOSED EXHIBIT LIST *and Witnesses for January 3, 2019 Hearing on Motion for Preliminary Injunction* by Jet Midwest International Co., Ltd, PMC Aviation 2012−1, LLC. (Phillips, Carrie) (Entered: 12/28/2018) |
| 12/28/2018 | 154 | PROPOSED EXHIBIT LIST *Supplemental Designation of Additional Exhibit* by Jet Midwest International Co., Ltd. (Phillips, Carrie) (Entered: 12/28/2018) |
| 01/01/2019 | 155 | MOTION to strike *Expert Reports and Related Testimony of David Tokoph and Ken Yormark* filed by Kersten Holzhueter on behalf of F. Paul Ohadi Trust, F. Paul Ohadi, Kenneth M. Woolley. Suggestions in opposition/response due by 1/15/2019 unless otherwise directed by the court. (Holzhueter, Kersten) (Entered: 01/01/2019) |
| 01/01/2019 | 156 | SUGGESTIONS in support re 155 MOTION to strike *Expert Reports and Related Testimony of David Tokoph and Ken Yormark* filed by Kersten Holzhueter on behalf of Defendants F. Paul Ohadi Trust, F. Paul Ohadi, Kenneth M. Woolley. (Attachments: # 1 Declaration of Erick Gjerdingen, # 2 Exhibit A to Declaration, # 3 |

| | | |
|---|---|---|
| | | Exhibit B to Declaration, # <u>4</u> Exhibit C to Declaration, # <u>5</u> Exhibit D to Declaration – Filed Under Seal, # <u>6</u> Exhibit E to Declaration, # <u>7</u> Exhibit F to Declaration – Filed Under Seal)(Related document(s) <u>155</u> ) (Holzhueter, Kersten) (Entered: 01/01/2019) |
| 01/01/2019 | <u>157</u> | MOTION for leave to file *Exhibits to Motion to Strike Under Seal* filed by Kersten Holzhueter on behalf of F. Paul Ohadi Trust, F. Paul Ohadi, Kenneth M. Woolley. Suggestions in opposition/response due by 1/15/2019 unless otherwise directed by the court. (Holzhueter, Kersten) (Entered: 01/01/2019) |
| 01/02/2019 | <u>158</u> | SUGGESTIONS in opposition re <u>155</u> MOTION to strike *Expert Reports and Related Testimony of David Tokoph and Ken Yormark* filed by Carrie Phillips on behalf of Plaintiff Jet Midwest International Co., Ltd. Reply suggestions due by 1/16/2019 unless otherwise directed by the court. (Related document(s) <u>155</u> ) (Phillips, Carrie) (Entered: 01/02/2019) |
| 01/02/2019 | <u>159</u> | ORDER regarding January 3, 2019 Preliminary Injunction Hearing. Signed on 1/2/19 by District Judge Fernando J. Gaitan, Jr. (Anderson, Christy) (Entered: 01/02/2019) |
| 01/02/2019 | <u>160</u> | ORDER granting <u>157</u> motion for leave to file under seal. Signed on 1/2/19 by District Judge Fernando J. Gaitan, Jr. (Anderson, Christy) (Entered: 01/02/2019) |
| 01/02/2019 | <u>161</u> | NOTICE (SEALED) by F. Paul Ohadi Trust, F. Paul Ohadi, Kenneth M. Woolley re <u>156</u> Suggestions in Support of Motion,, *Exhibits D and F to Declaration of Erick Gjerdingen (Doc. 156–1) in Support of Motion to Strike* (Attachments: # <u>1</u> Exhibit D to Declaration of Erick Gjerdingen (Doc. 156–1), # <u>2</u> Exhibit F to Declaration of Erick Gjerdingen (Doc. 156–1))(Holzhueter, Kersten) (Entered: 01/02/2019) |
| 01/02/2019 | <u>162</u> | SUGGESTIONS in opposition re <u>155</u> MOTION to strike *Expert Reports and Related Testimony of David Tokoph and Ken Yormark* filed by Clint S Morse on behalf of Intervenor Defendant PMC Aviation 2012–1, LLC, Cross Claimant PMC Aviation 2012–1, LLC. Reply suggestions due by 1/16/2019 unless otherwise directed by the court. (Attachments: # <u>1</u> Exhibit Exhibit 1, # <u>2</u> Exhibit Exhibit 2, # <u>3</u> Exhibit Exhibit 3, # <u>4</u> Exhibit Exhibit 4)(Related document(s) <u>155</u> ) (Morse, Clint) (Entered: 01/02/2019) |
| 01/02/2019 | <u>163</u> | REPLY SUGGESTIONS to motion re <u>102</u> MOTION to amend/correct <u>72</u> Answer to Amended Complaint,, Crossclaim, filed by Clint S Morse on behalf of Intervenor Defendant PMC Aviation 2012–1, LLC, Cross Claimant PMC Aviation 2012–1, LLC. (Attachments: # <u>1</u> Exhibit Exhibit A – Revised Amended Crossclaims, # <u>2</u> Exhibit Exhibit B – Pine River Declaration)(Related document(s) <u>102</u> ) (Morse, Clint) (Entered: 01/02/2019) |
| 01/02/2019 | <u>164</u> | CERTIFICATE OF SERVICE by Jet Midwest Group, LLC *for Response to Jet Midwest International Co., Ltd's First Request for Production of Documents* filed by Bradley Robert Gardner on behalf of Defendant Jet Midwest Group, LLC.(Gardner, Bradley) (Entered: 01/02/2019) |
| 01/02/2019 | <u>165</u> | CERTIFICATE OF SERVICE by Jet Midwest Group, LLC *for Responses and Objections to Jet Midwest International Co., Ltd's Second Requests for Production and Inspection of Documents* filed by Bradley Robert Gardner on behalf of Defendant Jet Midwest Group, LLC.(Gardner, Bradley) (Entered: 01/02/2019) |
| 01/02/2019 | <u>166</u> | CERTIFICATE OF SERVICE by Jet Midwest Group, LLC *for Response to PMC Aviation 2012–1, LLC's First Set of Requests for Production of Documents and Responses to Interrogatories* filed by Bradley Robert Gardner on behalf of Defendant |

| | | Jet Midwest Group, LLC.(Gardner, Bradley) (Entered: 01/02/2019) |
|---|---|---|
| 01/03/2019 | 167 | MOTION to strike *Mike Logan from Testifying at Hearing or Limit Testimony* filed by Carrie Phillips on behalf of Jet Midwest International Co., Ltd. Suggestions in opposition/response due by 1/17/2019 unless otherwise directed by the court. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Phillips, Carrie) (Entered: 01/03/2019) |
| 01/03/2019 | 168 | Minute Entry. Proceedings held before District Judge Fernando J. Gaitan, Jr: PRELIMINARY INJUNCTION HEARING held on 1/3/2019. Time in court: 10:26 a.m. to 11:42 a.m. To order a transcript of this hearing please contact Judy Moore, 816–512–5622. (Anderson, Christy) (Entered: 01/03/2019) |
| 01/04/2019 | 169 | ORDER granting PMC's motion for preliminary injunction. The parties are in agreement with a proposed Jury Trial date of April 15, 2019. The parties shall provide to the Court a proposed Scheduling and Trial order on or before **January 7, 2019**. Signed on 1/4/19 by District Judge Fernando J. Gaitan, Jr. (Anderson, Christy) (Entered: 01/04/2019) |
| 01/04/2019 | | Deadline Event – Proposed scheduling and trial order due by 1/7/2019. (Anderson, Christy) (Entered: 01/04/2019) |
| 01/07/2019 | 170 | Joint PROPOSED SCHEDULING ORDER *AND DISCOVERY PLAN* by Jet Midwest International Co., Ltd. (Phillips, Carrie) (Entered: 01/07/2019) |
| 01/09/2019 | 171 | MOTION for protective order *agreed–upon by all parties* filed by Carrie Phillips on behalf of Jet Midwest International Co., Ltd. Suggestions in opposition/response due by 1/23/2019 unless otherwise directed by the court. (Attachments: # 1 Exhibit A)(Phillips, Carrie) (Entered: 01/09/2019) |
| 01/10/2019 | 172 | SCHEDULING and TRIAL ORDER: Discovery due by 2/28/2019. Dispositive Motions due by 4/1/2019. Proposed Witness and Exhibit List due by 4/1/2019. Please see order for additional deadlines. Pretrial Conference set for 4/11/2019 10:00 AM Courtroom 7C, Kansas City (FJG). Bench Trial set for 4/15/2019 09:00 AM in Courtroom 7C, Kansas City (FJG) before District Judge Fernando J. Gaitan Jr. Signed on 1/10/19 by District Judge Fernando J. Gaitan, Jr. (Anderson, Christy) (Entered: 01/10/2019) |
| 01/10/2019 | 173 | PROTECTIVE ORDER – ORDER granting 171 motion for protective order. Signed on 1/10/19 by District Judge Fernando J. Gaitan, Jr. (Anderson, Christy) (Entered: 01/10/2019) |
| 01/10/2019 | 174 | NOTICE of filing *Notice of Issuance of Subpoena to Pine River Capital Management L.P.* by F. Paul Ohadi Trust, F. Paul Ohadi, Kenneth M. Woolley (Attachments: # 1 Exhibit Exhibit 1– Subpoena to Pine River)(Holzhueter, Kersten) (Entered: 01/10/2019) |
| 01/10/2019 | 175 | NOTICE to take deposition of Pine River Capital Management L.P. filed by Kersten Holzhueter on behalf of Defendants F. Paul Ohadi Trust, F. Paul Ohadi, Kenneth M. Woolley.(Holzhueter, Kersten) (Entered: 01/10/2019) |
| 01/10/2019 | 176 | CERTIFICATE OF SERVICE OF INITIAL RULE 26 DISCLOSURES *First Supplemental* filed by Kersten Holzhueter on behalf of Defendants F. Paul Ohadi Trust, F. Paul Ohadi, Kenneth M. Woolley.(Holzhueter, Kersten) (Entered: 01/10/2019) |

| | | |
|---|---|---|
| 01/10/2019 | 177 | Amended NOTICE to take deposition of Pine River Capital Management L.P. filed by Kersten Holzhueter on behalf of Defendants F. Paul Ohadi Trust, F. Paul Ohadi, Kenneth M. Woolley.(Holzhueter, Kersten) (Entered: 01/10/2019) |
| 01/11/2019 | 178 | ELECTRONIC TRANSCRIPT of Injunction Hearing held 01/03/2019 before Judge Fernando J. Gaitan, Jr.. Court Reporter: Judy Moore, 816–512–5625, judy_moore@mow.uscourts.gov. Number of pages: 20. NOTICE RE: REDACTION OF TRANSCRIPTS: Within 7 calendar days of this filing, each party shall inform the Court, by filing a Notice of Redaction, of the parties' intent to redact personal data identifiers from the electronic transcript of the court proceeding. The policy is located on our website at www.mow.uscourts.gov. Please read this policy carefully. **NOTICE: Attorneys must contact the court reporter for copies during this 90 day period. Notice of Intent to File Redaction of Transcripts due by 1/18/2019 unless otherwise directed by the court. Release of Transcript Restriction set for 4/8/2019.**(Moore, Judy) (Entered: 01/11/2019) |
| 01/11/2019 | 179 | Motion to allow Brian L. Beckerman to appear pro hac vice (Pro Hac fee $100 receipt number AMOWDC–6120508) filed by Carrie Phillips on behalf of Jet Midwest International Co., Ltd. (Phillips, Carrie) (Main Document 179 replaced on 1/14/2019) (Geiser, Angel). (Entered: 01/11/2019) |
| 01/14/2019 | 180 | NOTICE OF APPEAL as to 169 Order on Motion for TRO, by F. Paul Ohadi Trust, F. Paul Ohadi, Kenneth M. Woolley. Filing fee $ 505, receipt number BMOWDC–6122573. (Attachments: # 1 Exhibit A = Order – Doc #169)(Holzhueter, Kersten) (Entered: 01/14/2019) |
| 01/14/2019 | 181 | TRANSMISSION of Notice of Appeal Supplement to US Court of Appeals, 8th Circuit via electronic mail. Related document 180 Notice of Appeal,. (Terry, Jason) (Entered: 01/14/2019) |
| 01/14/2019 | 182 | ORDER granting 179 motion to appear pro hac vice entered by Clerk of Court. Attorney Brian L Beckerman for Jet Midwest International Co., Ltd allowed to appear pro hac vice. This entry will serve as authorization for the pro hac participation by the attorney.

Western District of Missouri Local Rule 5.1 requires documents to be filed electronically. If pro hac vice counsel has not already done so, counsel is directed to immediately register for a WDMO e–filing account for NextGen CM/ECF. This will enable counsel to electronically file documents and receive electronic notification of filings. Register for a WDMO e–filing account at PACER. This is a TEXT ONLY ENTRY. No document is attached. (Geiser, Angel) (Entered: 01/14/2019) |
| 01/15/2019 | 183 | USCA Case Number from 8th Circuit Court of Appeals is 19–1098 for 180 Notice of Appeal, filed by Kenneth M. Woolley, F. Paul Ohadi, F. Paul Ohadi Trust. Briefing schedule entered by the Court of Appeals is attached. Transcript due by 2/25/2019. (Attachments: # 1 Schedule)(Terry, Jason) (Entered: 01/15/2019) |
| 01/15/2019 | 184 | NOTICE to take deposition of Corporate Representative of PMC Aviation 2012–1, LLC filed by Kersten Holzhueter on behalf of Defendants F. Paul Ohadi Trust, F. Paul Ohadi, Kenneth M. Woolley.(Holzhueter, Kersten) (Entered: 01/15/2019) |
| 01/15/2019 | 185 | CERTIFICATE OF SERVICE by F. Paul Ohadi Trust, F. Paul Ohadi, Kenneth M. Woolley *First Requests for Admission, Second Requests for Production, and First Interrogatories to PMC and Plaintiff* filed by Kersten Holzhueter on behalf of Defendants F. Paul Ohadi Trust, F. Paul Ohadi, Kenneth M. Woolley.(Holzhueter, |

| | | |
|---|---|---|
| | | Kersten) (Entered: 01/15/2019) |
| 01/16/2019 | 186 | CERTIFICATE OF SERVICE by Jet Midwest International Co., Ltd filed by Carrie Phillips on behalf of Plaintiff Jet Midwest International Co., Ltd.(Phillips, Carrie) (Entered: 01/16/2019) |
| 01/22/2019 | 187 | ELECTRONIC TRANSCRIPT of Injunction Hearing held 01/03/2019 before Judge Fernando J. Gaitan, Jr.. Court Reporter: Judy Moore, 816–512–5622, judy_moore@mow.uscourts.gov. Number of pages: 20. NOTICE RE: REDACTION OF TRANSCRIPTS: Within 7 calendar days of this filing, each party shall inform the Court, by filing a Notice of Redaction, of the parties' intent to redact personal data identifiers from the electronic transcript of the court proceeding. The policy is located on our website at www.mow.uscourts.gov. Please read this policy carefully. **NOTICE: Attorneys must contact the court reporter for copies during this 90 day period. Notice of Intent to File Redaction of Transcripts due by 1/29/2019 unless otherwise directed by the court. Release of Transcript Restriction set for 4/19/2019.**(Moore, Judy) (Entered: 01/22/2019) |
| 01/22/2019 | 188 | CERTIFICATE OF SERVICE by Jet Midwest Group, LLC *for Response to Jet Midwest International Co., Ltd's First Set of Interrogatories and Response to First Request for Production and Inspection of Documents* filed by Bradley Robert Gardner on behalf of Defendant Jet Midwest Group, LLC.(Gardner, Bradley) (Entered: 01/22/2019) |
| 01/23/2019 | 189 | CERTIFICATE OF SERVICE by F. Paul Ohadi Trust, F. Paul Ohadi, Kenneth M. Woolley *Third Requests for Production to PMC and JM International* filed by Kersten Holzhueter on behalf of Defendants F. Paul Ohadi Trust, F. Paul Ohadi, Kenneth M. Woolley.(Holzhueter, Kersten) (Entered: 01/23/2019) |
| 01/23/2019 | 190 | CERTIFICATE OF SERVICE by Jet Midwest International Co., Ltd *Second Interrogatories and Third Requests for Production to Jet Midwest Group and Jet Midwest Inc* filed by Carrie Phillips on behalf of Plaintiff Jet Midwest International Co., Ltd.(Phillips, Carrie) (Entered: 01/23/2019) |
| 01/24/2019 | 191 | Second MOTION to amend/correct 72 Answer to Amended Complaint,, Crossclaim, filed by Clint S Morse on behalf of PMC Aviation 2012–1, LLC. Suggestions in opposition/response due by 2/7/2019 unless otherwise directed by the court. (Attachments: # 1 Exhibit Exhibit A – Revised Amended Crossclaims)(Related document(s) 72 ) (Morse, Clint) (Entered: 01/24/2019) |
| 01/24/2019 | 192 | SUGGESTIONS in support re 191 Second MOTION to amend/correct 72 Answer to Amended Complaint,, Crossclaim, filed by Clint S Morse on behalf of Intervenor Defendant PMC Aviation 2012–1, LLC, Cross Claimant PMC Aviation 2012–1, LLC. (Related document(s) 191 ) (Morse, Clint) (Entered: 01/24/2019) |
| 01/24/2019 | 193 | RESPONSE to motion re 191 Second MOTION to amend/correct 72 Answer to Amended Complaint,, Crossclaim, *Notice of Non–Opposition and Reservation of Rights* filed by Kersten Holzhueter on behalf of Cross Defendants F. Paul Ohadi Trust, F. Paul Ohadi, Kenneth M. Woolley. Reply suggestions due by 2/7/2019 unless otherwise directed by the court. (Holzhueter, Kersten) (Entered: 01/24/2019) |
| 01/24/2019 | 194 | CERTIFICATE OF SERVICE by F. Paul Ohadi Trust, F. Paul Ohadi, Kenneth M. Woolley *Expert Discovery to JM International* filed by Kersten Holzhueter on behalf of Cross Defendants F. Paul Ohadi Trust, F. Paul Ohadi, Kenneth M. Woolley.(Holzhueter, Kersten) (Entered: 01/24/2019) |

| | | |
|---|---|---|
| 01/24/2019 | 195 | CERTIFICATE OF SERVICE by F. Paul Ohadi Trust, F. Paul Ohadi, Kenneth M. Woolley *Supplemental Responses to PMC and JMI's First Request for Production* filed by Kersten Holzhueter on behalf of Cross Defendants F. Paul Ohadi Trust, F. Paul Ohadi, Kenneth M. Woolley.(Holzhueter, Kersten) (Entered: 01/24/2019) |
| 01/24/2019 | 196 | MOTION for leave to file *First Amended Answer and Counterclaim to PMC's Cross Claims* filed by Adam J. Gasper on behalf of Jet Midwest, Inc.. Suggestions in opposition/response due by 2/7/2019 unless otherwise directed by the court. (Attachments: # 1 Exhibit 1, # 2 Exhibit Exhibit 1 to First Amended Answer and Counterclaim)(Gasper, Adam) (Entered: 01/24/2019) |
| 01/24/2019 | 197 | MOTION for leave to file *Third Amended Complaint* filed by Carrie Phillips on behalf of Jet Midwest International Co., Ltd. Suggestions in opposition/response due by 2/7/2019 unless otherwise directed by the court. (Phillips, Carrie) (Entered: 01/24/2019) |
| 01/24/2019 | 198 | SUGGESTIONS in support re 197 MOTION for leave to file *Third Amended Complaint* filed by Carrie Phillips on behalf of Plaintiff Jet Midwest International Co., Ltd. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8–A, # 9 Exhibit 8–B, # 10 Exhibit 8–C, # 11 Exhibit 8–D, # 12 Exhibit 8–E, # 13 Exhibit 8–F, # 14 Exhibit 8–G, # 15 Exhibit 8–H, # 16 Exhibit 8–I, # 17 Exhibit 8–J, # 18 Exhibit 8–K, # 19 Exhibit 8–L, # 20 Exhibit 8–M, # 21 Exhibit 8–N, # 22 Exhibit 8–O, # 23 Exhibit 8–P)(Related document(s) 197 ) (Phillips, Carrie) (Entered: 01/24/2019) |
| 01/25/2019 | 199 | NOTICE to take deposition of Mostafiz Shamohammed filed by Bradley Robert Gardner on behalf of Defendant Jet Midwest Group, LLC.(Gardner, Bradley) (Entered: 01/25/2019) |
| 01/25/2019 | 200 | NOTICE to take deposition of Zhu Gujia filed by Bradley Robert Gardner on behalf of Defendant Jet Midwest Group, LLC.(Gardner, Bradley) (Entered: 01/25/2019) |
| 01/25/2019 | 201 | NOTICE to take deposition of Fu Junmin filed by Bradley Robert Gardner on behalf of Defendant Jet Midwest Group, LLC.(Gardner, Bradley) (Entered: 01/25/2019) |
| 01/25/2019 | 202 | NOTICE to take deposition of Alison Mason filed by Bradley Robert Gardner on behalf of Defendant Jet Midwest Group, LLC.(Gardner, Bradley) (Entered: 01/25/2019) |
| 01/25/2019 | 203 | NOTICE to take deposition of Meng Xiaoshi filed by Bradley Robert Gardner on behalf of Defendant Jet Midwest Group, LLC.(Gardner, Bradley) (Entered: 01/25/2019) |
| 01/25/2019 | 204 | NOTICE to take deposition of Eric Dollman filed by Bradley Robert Gardner on behalf of Defendant Jet Midwest Group, LLC.(Gardner, Bradley) (Entered: 01/25/2019) |
| 01/25/2019 | 205 | NOTICE to take deposition of Wang Wei filed by Bradley Robert Gardner on behalf of Defendant Jet Midwest Group, LLC.(Gardner, Bradley) (Entered: 01/25/2019) |
| 01/25/2019 | 206 | NOTICE to take deposition of Kalyan Makam filed by Bradley Robert Gardner on behalf of Defendant Jet Midwest Group, LLC.(Gardner, Bradley) (Entered: 01/25/2019) |
| 01/28/2019 | 207 | MOTION TO AMEND SCHEDULING ORDER *Stipulated Proposed Amendment to Discovery and Trial Plan (Doc. 172)* by F. Paul Ohadi Trust, F. Paul Ohadi, Kenneth |

| | | |
|---|---|---|
| | | M. Woolley. (Holzhueter, Kersten). Suggestions in Opposition due 2/11/19. Modified on 1/31/2019 (Anderson, Christy). (Entered: 01/28/2019) |
| 01/28/2019 | 208 | NOTICE of appearance by Kriston Joseph Guillot on behalf of Jet Midwest Group, LLC (Attorney Kriston Joseph Guillot added to party Jet Midwest Group, LLC(pty:dft))(Guillot, Kriston) (Entered: 01/28/2019) |
| 01/28/2019 | 209 | Amended NOTICE to take deposition of PMC Aviation 2012−1, LLC filed by Kersten Holzhueter on behalf of Cross Defendants F. Paul Ohadi Trust, F. Paul Ohadi, Kenneth M. Woolley.(Holzhueter, Kersten) (Entered: 01/28/2019) |
| 01/29/2019 | 210 | Motion to allow Jeffrey E. Oleynik to appear pro hac vice (Pro Hac fee $100 receipt number AMOWDC−6146776) filed by Jill D Olsen on behalf of PMC Aviation 2012−1, LLC. (Olsen, Jill) (Entered: 01/29/2019) |
| 01/29/2019 | 211 | ORDER: Telephone Conference set for 1/31/2019 10:00 AM in Courtroom 7C, Kansas City (FJG) before District Judge Fernando J. Gaitan Jr. Signed on 1/29/19 by District Judge Fernando J. Gaitan, Jr. (Ellis, Lindsey) (Entered: 01/29/2019) |
| 01/29/2019 | 212 | Joint MOTION to bifurcate *trial* filed by Carrie Phillips on behalf of Jet Midwest International Co., Ltd. Suggestions in opposition/response due by 2/12/2019 unless otherwise directed by the court. (Phillips, Carrie) (Entered: 01/29/2019) |
| 01/29/2019 | 213 | CERTIFICATE OF SERVICE by Jet Midwest International Co., Ltd *Fourth Document Demands to Jet Midwest Group, LLC, Second Document Demands to Kenneth M. Woolley, and Third Document Demands to F. Paul Ohadi and the F. Paul Ohadi Trust* filed by Carrie Phillips on behalf of Plaintiff Jet Midwest International Co., Ltd.(Phillips, Carrie) (Entered: 01/29/2019) |
| 01/29/2019 | 214 | NOTICE to take deposition of Alta Airlines Holdings, LLC filed by Clint S Morse on behalf of Intervenor Defendant PMC Aviation 2012−1, LLC, Cross Claimant PMC Aviation 2012−1, LLC.(Morse, Clint) (Entered: 01/29/2019) |
| 01/29/2019 | 215 | NOTICE to take deposition of KMW Business Jets, LLC filed by Clint S Morse on behalf of Intervenor Defendant PMC Aviation 2012−1, LLC, Cross Claimant PMC Aviation 2012−1, LLC.(Morse, Clint) (Entered: 01/29/2019) |
| 01/29/2019 | 216 | NOTICE to take deposition of Paul Kraus filed by Clint S Morse on behalf of Intervenor Defendant PMC Aviation 2012−1, LLC, Cross Claimant PMC Aviation 2012−1, LLC.(Morse, Clint) (Entered: 01/29/2019) |
| 01/29/2019 | 217 | NOTICE to take deposition of Scott Still filed by Clint S Morse on behalf of Intervenor Defendant PMC Aviation 2012−1, LLC, Cross Claimant PMC Aviation 2012−1, LLC.(Morse, Clint) (Entered: 01/29/2019) |
| 01/29/2019 | 218 | NOTICE to take deposition of Kenneth Woolley filed by Clint S Morse on behalf of Intervenor Defendant PMC Aviation 2012−1, LLC, Cross Claimant PMC Aviation 2012−1, LLC.(Morse, Clint) (Entered: 01/29/2019) |
| 01/29/2019 | 219 | CERTIFICATE OF SERVICE by Jet Midwest International Co., Ltd *Subpoenas to Federal Aviation Administration* filed by Carrie Phillips on behalf of Plaintiff Jet Midwest International Co., Ltd.(Phillips, Carrie) (Entered: 01/29/2019) |
| 01/29/2019 | 220 | CERTIFICATE OF SERVICE by F. Paul Ohadi Trust, F. Paul Ohadi, Kenneth M. Woolley *Second Supplemental Responses to Plaintiff's First RFPs* filed by Kersten Holzhueter on behalf of Defendants F. Paul Ohadi Trust, F. Paul Ohadi, Kenneth M. |

| | | |
|---|---|---|
| | | Woolley.(Holzhueter, Kersten) (Entered: 01/29/2019) |
| 01/29/2019 | 221 | CERTIFICATE OF SERVICE by F. Paul Ohadi Trust, F. Paul Ohadi, Kenneth M. Woolley *Fourth Requests for Production to PMC* filed by Kersten Holzhueter on behalf of Defendants F. Paul Ohadi Trust, F. Paul Ohadi, Kenneth M. Woolley.(Holzhueter, Kersten) (Entered: 01/29/2019) |
| 01/29/2019 | 222 | Cross NOTICE to take deposition of Mostafiz Shahmohammed filed by Erick Thomas Gjerdingen on behalf of Defendants F. Paul Ohadi Trust, F. Paul Ohadi, Kenneth M. Woolley, Cross Defendants F. Paul Ohadi Trust, F. Paul Ohadi, Kenneth M. Woolley.(Gjerdingen, Erick) (Entered: 01/29/2019) |
| 01/29/2019 | 223 | Cross NOTICE to take deposition of Alison Mason filed by Erick Thomas Gjerdingen on behalf of Defendants F. Paul Ohadi Trust, F. Paul Ohadi, Kenneth M. Woolley, Cross Defendants F. Paul Ohadi Trust, F. Paul Ohadi, Kenneth M. Woolley.(Gjerdingen, Erick) (Entered: 01/29/2019) |
| 01/29/2019 | 224 | Cross NOTICE to take deposition of Eric Dollman filed by Erick Thomas Gjerdingen on behalf of Defendants F. Paul Ohadi Trust, F. Paul Ohadi, Kenneth M. Woolley, Cross Defendants F. Paul Ohadi Trust, F. Paul Ohadi, Kenneth M. Woolley.(Gjerdingen, Erick) (Entered: 01/29/2019) |
| 01/29/2019 | 225 | Cross NOTICE to take deposition of Kalyan Makam filed by Erick Thomas Gjerdingen on behalf of Defendants F. Paul Ohadi Trust, F. Paul Ohadi, Kenneth M. Woolley, Cross Defendants F. Paul Ohadi Trust, F. Paul Ohadi, Kenneth M. Woolley.(Gjerdingen, Erick) (Entered: 01/29/2019) |
| 01/29/2019 | 226 | Cross NOTICE to take deposition of Wang Wei filed by Erick Thomas Gjerdingen on behalf of Defendants F. Paul Ohadi Trust, F. Paul Ohadi, Kenneth M. Woolley, Cross Defendants F. Paul Ohadi Trust, F. Paul Ohadi, Kenneth M. Woolley.(Gjerdingen, Erick) (Entered: 01/29/2019) |
| 01/29/2019 | 227 | Cross NOTICE to take deposition of Zhu Gujia filed by Erick Thomas Gjerdingen on behalf of Defendants F. Paul Ohadi Trust, F. Paul Ohadi, Kenneth M. Woolley, Cross Defendants F. Paul Ohadi Trust, F. Paul Ohadi, Kenneth M. Woolley.(Gjerdingen, Erick) (Entered: 01/29/2019) |
| 01/29/2019 | 228 | Cross NOTICE to take deposition of Meng Xiaoshi filed by Erick Thomas Gjerdingen on behalf of Defendants F. Paul Ohadi Trust, F. Paul Ohadi, Kenneth M. Woolley, Cross Defendants F. Paul Ohadi Trust, F. Paul Ohadi, Kenneth M. Woolley.(Gjerdingen, Erick) (Entered: 01/29/2019) |
| 01/29/2019 | 229 | Cross NOTICE to take deposition of Fu Junmin filed by Erick Thomas Gjerdingen on behalf of Defendants F. Paul Ohadi Trust, F. Paul Ohadi, Kenneth M. Woolley, Cross Defendants F. Paul Ohadi Trust, F. Paul Ohadi, Kenneth M. Woolley.(Gjerdingen, Erick) (Entered: 01/29/2019) |
| 01/29/2019 | 230 | Amended NOTICE to take deposition of FRCP 30(b)(6) for Pine River Capital Management L.P. filed by Erick Thomas Gjerdingen on behalf of Defendants F. Paul Ohadi Trust, F. Paul Ohadi, Kenneth M. Woolley, Cross Defendants F. Paul Ohadi Trust, F. Paul Ohadi, Kenneth M. Woolley.(Gjerdingen, Erick) (Entered: 01/29/2019) |
| 01/29/2019 | 231 | MOTION for extension of time to complete discovery *or modify scheduling order re bifurcated claims* filed by Adam J. Gasper on behalf of Jet Midwest, Inc., Karen Kraus, Paul Kraus. Suggestions in opposition/response due by 2/12/2019 unless otherwise directed by the court. (Gasper, Adam) (Entered: 01/29/2019) |

| | | |
|---|---|---|
| 01/30/2019 | 232 | NOTICE of appearance by Mark A Thornhill on behalf of F. Paul Ohadi Trust, F. Paul Ohadi, Kenneth M. Woolley (Attorney Mark A Thornhill added to party F. Paul Ohadi Trust(pty:crd), Attorney Mark A Thornhill added to party F. Paul Ohadi(pty:crd), Attorney Mark A Thornhill added to party Kenneth M. Woolley(pty:crd))(Thornhill, Mark) (Entered: 01/30/2019) |
| 01/31/2019 | | Set/Reset Deadlines as to 207 MOTION to amend/correct. Suggestions in opposition/response due by 2/11/2019 unless otherwise directed by the court. (Anderson, Christy) (Entered: 01/31/2019) |
| 01/31/2019 | 233 | Minute Entry. Proceedings held before District Judge Fernando J. Gaitan, Jr: TELEPHONE CONFERENCE held on 1/31/2019. This is a text entry only. No document is attached. Time in court: 10:00 a.m. to 10:15 a.m. To order a transcript of this hearing please contact Judy Moore, 816–512–5622. (Anderson, Christy) (Entered: 01/31/2019) |
| 01/31/2019 | 234 | ORDER granting 210 motion to appear pro hac vice entered by Clerk of Court. Attorney Jeffrey E Oleynik for PMC Aviation 2012–1, LLC allowed to appear pro hac vice. This entry will serve as authorization for the pro hac participation by the attorney.

Western District of Missouri Local Rule 5.1 requires documents to be filed electronically. If pro hac vice counsel has not already done so, counsel is directed to immediately register for a WDMO e–filing account for NextGen CM/ECF. This will enable counsel to electronically file documents and receive electronic notification of filings. Register for a WDMO e–filing account at PACER. This is a TEXT ONLY ENTRY. No document is attached. (Geiser, Angel) (Entered: 01/31/2019) |
| 01/31/2019 | 235 | CERTIFICATE OF SERVICE by Jet Midwest International Co., Ltd filed by Carrie Phillips on behalf of Plaintiff Jet Midwest International Co., Ltd.(Phillips, Carrie) (Entered: 01/31/2019) |
| 01/31/2019 | 236 | NOTICE to take deposition of FRCP 30(b)(6) Designee of Jet Midwest International Co., Ltd. filed by Erick Thomas Gjerdingen on behalf of Defendants F. Paul Ohadi Trust, F. Paul Ohadi, Kenneth M. Woolley, Cross Defendants F. Paul Ohadi Trust, F. Paul Ohadi, Kenneth M. Woolley.(Gjerdingen, Erick) (Entered: 01/31/2019) |
| 01/31/2019 | 237 | Amended NOTICE to take deposition of Meng Xiaoshi filed by Erick Thomas Gjerdingen on behalf of Defendants F. Paul Ohadi Trust, F. Paul Ohadi, Kenneth M. Woolley, Cross Defendants F. Paul Ohadi Trust, F. Paul Ohadi, Kenneth M. Woolley.(Gjerdingen, Erick) (Entered: 01/31/2019) |
| 02/01/2019 | 238 | Amended NOTICE to take deposition of Pine River Capital Management L.P. filed by Kersten Holzhueter on behalf of Cross Defendants F. Paul Ohadi Trust, F. Paul Ohadi, Kenneth M. Woolley.(Holzhueter, Kersten) (Entered: 02/01/2019) |
| 02/04/2019 | 239 | MOTION to compel *and Request for Teleconference Pursuant to the Scheduling and Trial Order* filed by Carrie Phillips on behalf of Jet Midwest International Co., Ltd. Suggestions in opposition/response due by 2/19/2019 unless otherwise directed by the court. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)(Phillips, Carrie) (Entered: 02/04/2019) |
| 02/04/2019 | 240 | ORDER – Jet Midwest Group is directed to respond to Jet Midwest International Co., LTD, request for teleconference (see 239 Motion to Compel) on or before February 5, 2019 at 12:00 p.m. Signed on 2/4/19 by District Judge Fernando J. Gaitan, Jr. This |

| | | |
|---|---|---|
| | | is a TEXT ONLY ENTRY. No document is attached. (Anderson, Christy) (Entered: 02/04/2019) |
| 02/04/2019 | 241 | NOTICE to take deposition of Karen Kraus filed by Kersten Holzhueter on behalf of Cross Defendants F. Paul Ohadi Trust, F. Paul Ohadi, Kenneth M. Woolley.(Holzhueter, Kersten) (Entered: 02/04/2019) |
| 02/05/2019 | 242 | SUGGESTIONS in opposition re 239 MOTION to compel *and Request for Teleconference Pursuant to the Scheduling and Trial Order* filed by Bradley Robert Gardner on behalf of Defendant Jet Midwest Group, LLC. Reply suggestions due by 2/19/2019 unless otherwise directed by the court. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Related document(s) 239 ) (Gardner, Bradley) (Entered: 02/05/2019) |
| 02/05/2019 | 243 | NOTICE to take deposition of Jet Midwest Inc filed by Carrie Phillips on behalf of Plaintiff Jet Midwest International Co., Ltd.(Phillips, Carrie) (Entered: 02/05/2019) |
| 02/05/2019 | 244 | NOTICE to take deposition of Jet Midwest Group, LLC filed by Carrie Phillips on behalf of Plaintiff Jet Midwest International Co., Ltd.(Phillips, Carrie) (Entered: 02/05/2019) |
| 02/05/2019 | 245 | RESPONSE to motion re 239 MOTION to compel *and Request for Teleconference Pursuant to the Scheduling and Trial Order* filed by Clint S Morse on behalf of Intervenor Defendant PMC Aviation 2012−1, LLC, Cross Claimant PMC Aviation 2012−1, LLC. Reply suggestions due by 2/19/2019 unless otherwise directed by the court. (Morse, Clint) (Entered: 02/05/2019) |
| 02/05/2019 | 246 | CERTIFICATE OF SERVICE by Jet Midwest Group, LLC *for First Request for Production of Documents and First Set of Interrogatories to Jet Midwest International Co., Ltd.* filed by Bradley Robert Gardner on behalf of Defendant Jet Midwest Group, LLC.(Gardner, Bradley) (Entered: 02/05/2019) |
| 02/05/2019 | 247 | CERTIFICATE OF SERVICE by Jet Midwest Group, LLC *for First Request for Production of Documents and First Set of Interrogatories to PMC Aviation 2012−1, LLC* filed by Bradley Robert Gardner on behalf of Defendant Jet Midwest Group, LLC.(Gardner, Bradley) (Entered: 02/05/2019) |
| 02/05/2019 | 248 | NOTICE of filing *Objection to Notice of Deposition of FRCP 30b6 of KMW Business Jets LLC* by F. Paul Ohadi Trust, F. Paul Ohadi, Kenneth M. Woolley re 215 Notice to Take Deposition (Holzhueter, Kersten) (Entered: 02/05/2019) |
| 02/05/2019 | 249 | NOTICE of filing *Objection to Notice of Deposition of FRCP 30b6 of Alta Airlines Holdings LLC* by F. Paul Ohadi Trust, F. Paul Ohadi, Kenneth M. Woolley re 214 Notice to Take Deposition (Holzhueter, Kersten) (Entered: 02/05/2019) |
| 02/06/2019 | 250 | ELECTRONIC TRANSCRIPT of Teleconference held 01/31/2019 before Judge Fernando J. Gaitan, Jr.. Court Reporter: Judy Moore, 816−512−5622, judy_moore@mow.uscourts.gov. Number of pages: 10. NOTICE RE: REDACTION OF TRANSCRIPTS: Within 7 calendar days of this filing, each party shall inform the Court, by filing a Notice of Redaction, of the parties' intent to redact personal data identifiers from the electronic transcript of the court proceeding. The policy is located on our website at www.mow.uscourts.gov. Please read this policy carefully. **NOTICE: Attorneys must contact the court reporter for copies during this 90 day period. Notice of Intent to File Redaction of Transcripts due by 2/13/2019 unless otherwise directed by the court. Release of Transcript Restriction set for 5/6/2019.**(Moore, Judy) (Entered: 02/06/2019) |

| | | |
|---|---|---|
| 02/06/2019 | 251 | ELECTRONIC TRANSCRIPT of Teleconference held December 11, 2018, before Judge Fernando J. Gaitan, Jr.. Court Reporter: Gayle Wambolt, 816–512–5641, gayle_wambolt@mow.uscourts.gov. Number of pages: 5. NOTICE RE: REDACTION OF TRANSCRIPTS: Within 7 calendar days of this filing, each party shall inform the Court, by filing a Notice of Redaction, of the parties' intent to redact personal data identifiers from the electronic transcript of the court proceeding. The policy is located on our website at www.mow.uscourts.gov. Please read this policy carefully. **NOTICE: Attorneys must contact the court reporter for copies during this 90 day period. Notice of Intent to File Redaction of Transcripts due by 2/13/2019 unless otherwise directed by the court. Release of Transcript Restriction set for 5/6/2019.**(Wambolt, Gayle) (Entered: 02/06/2019) |
| 02/06/2019 | 252 | NOTICE OF HEARING – This is the official notice for this hearing. This is a TEXT ONLY ENTRY. No document is attached. Telephone Conference set for 2/7/2019 11:30 AM in Chambers before District Judge Fernando J. Gaitan Jr. Participation information will be sent in an email.(Anderson, Christy) (Entered: 02/06/2019) |
| 02/06/2019 | 253 | NOTICE of filing *Notice of Withdrawal of Cross–Notice of Deposition of Wang Wei* by F. Paul Ohadi Trust, F. Paul Ohadi, Kenneth M. Woolley re 226 Notice to Take Deposition (Holzhueter, Kersten) (Entered: 02/06/2019) |
| 02/06/2019 | 254 | NOTICE of filing *Notice of Withdrawal of Cross–Notice of Deposition of Zhu Gujia* by F. Paul Ohadi Trust, F. Paul Ohadi, Kenneth M. Woolley re 227 Notice to Take Deposition, (Holzhueter, Kersten) (Entered: 02/06/2019) |
| 02/06/2019 | 255 | NOTICE of filing *Notice of Withdrawal of Cross–Notice of Deposition of Fu Junmin* by F. Paul Ohadi Trust, F. Paul Ohadi, Kenneth M. Woolley re 229 Notice to Take Deposition, (Holzhueter, Kersten) (Entered: 02/06/2019) |
| 02/06/2019 | 256 | Joint MOTION to dismiss for lack of jurisdiction *and for Realignment of PMC Aviation 2012–1, LLC* filed by Bradley Robert Gardner on behalf of Jet Midwest Group, LLC. Suggestions in opposition/response due by 2/20/2019 unless otherwise directed by the court. (Gardner, Bradley) (Entered: 02/06/2019) |
| 02/06/2019 | 257 | SUGGESTIONS in support re 256 Joint MOTION to dismiss for lack of jurisdiction *and for Realignment of PMC Aviation 2012–1, LLC* filed by Bradley Robert Gardner on behalf of Defendant Jet Midwest Group, LLC. (Attachments: # 1 Exhibit A – Common Interest Agreement)(Related document(s) 256 ) (Gardner, Bradley) (Entered: 02/06/2019) |
| 02/06/2019 | 258 | Joint MOTION to expedite *Hearing on Motion for Realignment of PMC Aviation 2012–1, LLC and to Dismiss PMC Aviation 2012–1, LLC's Claims for Lack of Subject Matter Jurisdiction, and for Order Staying Discovery Pending Resolution of Motion to Dismiss* filed by Bradley Robert Gardner on behalf of Jet Midwest Group, LLC. Suggestions in opposition/response due by 2/20/2019 unless otherwise directed by the court. (Gardner, Bradley) (Entered: 02/06/2019) |
| 02/06/2019 | 259 | SUGGESTIONS in support re 258 Joint MOTION to expedite *Hearing on Motion for Realignment of PMC Aviation 2012–1, LLC and to Dismiss PMC Aviation 2012–1, LLC's Claims for Lack of Subject Matter Jurisdiction, and for Order Staying Discovery Pending Resolution of Motion to Dis* filed by Bradley Robert Gardner on behalf of Defendant Jet Midwest Group, LLC. (Related document(s) 258 ) (Gardner, Bradley) (Entered: 02/06/2019)* |
| 02/06/2019 | 260 | |

| | | NOTICE to take deposition of Jet Midwest International Co., Ltd. filed by Bradley Robert Gardner on behalf of Defendant Jet Midwest Group, LLC.(Gardner, Bradley) (Entered: 02/06/2019) |
|---|---|---|
| 02/07/2019 | 261 | NOTICE OF HEARING – This is the official notice for this hearing. This is a TEXT ONLY ENTRY. No document is attached. Telephone Conference **RESET** for 2/8/2019 11:00 AM in Chambers before District Judge Fernando J. Gaitan Jr.(Anderson, Christy) (Entered: 02/07/2019) |
| 02/07/2019 | 262 | NOTICE of filing *WITHDRAWAL OF NOTICE OF DEPOSITION* by Jet Midwest International Co., Ltd (Phillips, Carrie) (Entered: 02/07/2019) |
| 02/07/2019 | 263 | SUGGESTIONS in opposition re 258 Joint MOTION to expedite *Hearing on Motion for Realignment of PMC Aviation 2012−1, LLC and to Dismiss PMC Aviation 2012−1, LLC's Claims for Lack of Subject Matter Jurisdiction, and for Order Staying Discovery Pending Resolution of Motion to Dis filed by Clint S Morse on behalf of Intervenor Defendant PMC Aviation 2012−1, LLC, Cross Claimant PMC Aviation 2012−1, LLC. Reply suggestions due by 2/21/2019 unless otherwise directed by the court. (Related document(s) 258 ) (Morse, Clint) (Entered: 02/07/2019)* |
| 02/07/2019 | 264 | STATUS REPORT *With Respect to February 4, 2019 Letter (Docket No. 239)* by Jet Midwest International Co., Ltd. (Lee, Carol) (Entered: 02/07/2019) |
| 02/07/2019 | 265 | SUGGESTIONS in opposition re 258 Joint MOTION to expedite *Hearing on Motion for Realignment of PMC Aviation 2012−1, LLC and to Dismiss PMC Aviation 2012−1, LLC's Claims for Lack of Subject Matter Jurisdiction, and for Order Staying Discovery Pending Resolution of Motion to Dis filed by Carol Lee on behalf of Plaintiff Jet Midwest International Co., Ltd. Reply suggestions due by 2/21/2019 unless otherwise directed by the court. (Related document(s) 258 ) (Lee, Carol) (Entered: 02/07/2019)* |
| 02/07/2019 | 266 | MOTION for protective order *declaring that the deposition of Constance Meng is to be taken by videoconference or in Hong Kong Special Administrative Region of the People's Republic of China filed by Carol Lee on behalf of Jet Midwest International Co., Ltd. Suggestions in opposition/response due by 2/21/2019 unless otherwise directed by the court. (Lee, Carol) (Entered: 02/07/2019)* |
| 02/07/2019 | 267 | SUGGESTIONS in support re 266 MOTION for protective order *declaring that the deposition of Constance Meng is to be taken by videoconference or in Hong Kong Special Administrative Region of the People's Republic of China filed by Carol Lee on behalf of Plaintiff Jet Midwest International Co., Ltd. (Related document(s) 266 ) (Lee, Carol) Document deleted per counsel. Counsel refiled complete document at 268 including exhibits. NEF regenerated. Modified on 2/8/2019 (Crocker, Susan). (Entered: 02/07/2019)* |
| 02/07/2019 | 268 | SUGGESTIONS in support re 266 MOTION for protective order *declaring that the deposition of Constance Meng is to be taken by videoconference or in Hong Kong Special Administrative Region of the People's Republic of China filed by Carol Lee on behalf of Plaintiff Jet Midwest International Co., Ltd. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 16, # 17 Exhibit 17, # 18 Exhibit 18)(Related document(s) 266 ) (Lee, Carol) (Entered: 02/07/2019)* |
| 02/07/2019 | 269 | |

| | | |
|---|---|---|
| | | AFFIDAVIT re 266 MOTION for protective order *declaring that the deposition of Constance Meng is to be taken by videoconference or in Hong Kong Special Administrative Region of the People's Republic of China (Xiaoshi Constance Meng)* by Jet Midwest International Co., Ltd. (Related document(s) 266 ) (Lee, Carol) (Entered: 02/07/2019) |
| 02/07/2019 | 270 | MOTION to expedite *briefing and determination of Motion for Protective Order (Dkt. No. 266)* filed by Carol Lee on behalf of Jet Midwest International Co., Ltd. Suggestions in opposition/response due by 2/21/2019 unless otherwise directed by the court. (Lee, Carol) (Entered: 02/07/2019) |
| 02/08/2019 | 271 | SUGGESTIONS in opposition re 270 MOTION to expedite *briefing and determination of Motion for Protective Order (Dkt. No. 266)* filed by Kersten Holzhueter on behalf of Defendants F. Paul Ohadi Trust, F. Paul Ohadi, Kenneth M. Woolley. Reply suggestions due by 2/22/2019 unless otherwise directed by the court. (Related document(s) 270 ) (Holzhueter, Kersten) (Entered: 02/08/2019) |
| 02/08/2019 | 273 | SUGGESTIONS in opposition re 270 MOTION to expedite *briefing and determination of Motion for Protective Order (Dkt. No. 266)* filed by Bradley Robert Gardner on behalf of Defendant Jet Midwest Group, LLC. Reply suggestions due by 2/22/2019 unless otherwise directed by the court. (Related document(s) 270 ) (Gardner, Bradley) (Entered: 02/08/2019) |
| 02/08/2019 | 274 | Minute Entry. Proceedings held before District Judge Fernando J. Gaitan, Jr: TELEPHONE CONFERENCE held on 2/8/2019. This is a text entry only. No document is attached. Time in court: 11:00 a.m. to 11:05 a.m. To order a transcript of this hearing please contact Gayle Wambolt, 816–512–5641. (Anderson, Christy) (Entered: 02/08/2019) |
| 02/08/2019 | 275 | ORDER – GRANTING 212 joint motion to bifurcate trial. GRANTING 231 motion for extension of time to complete discovery. Within fourteen days after the conclusion of trial currently scheduled for April 15, 2019, the parties shall file a proposed Scheduling and Trial Order regarding the bifurcated claims. GRANTING 239 motion to compel. JMG shall produce the requested documents by Monday, February 11, 2019. DENYING 256 motion to dismiss for lack of jurisdiction. GRANTING 258 motion to expedite hearing on Motion for Realignment. Signed on 2/8/19 by District Judge Fernando J. Gaitan, Jr. (Anderson, Christy) (Entered: 02/08/2019) |
| 02/11/2019 | 276 | NOTICE to take deposition of Brad Helsten filed by Carrie Phillips on behalf of Plaintiff Jet Midwest International Co., Ltd.(Phillips, Carrie) (Entered: 02/11/2019) |
| 02/11/2019 | 277 | SUGGESTIONS in opposition re 266 MOTION for protective order *declaring that the deposition of Constance Meng is to be taken by videoconference or in Hong Kong Special Administrative Region of the People's Republic of China* filed by Kersten Holzhueter on behalf of Defendants F. Paul Ohadi Trust, F. Paul Ohadi, Kenneth M. Woolley. Reply suggestions due by 2/25/2019 unless otherwise directed by the court. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H)(Related document(s) 266 ) (Holzhueter, Kersten) (Entered: 02/11/2019) |
| 02/12/2019 | 278 | ORDER DENYING 266 Jet Midwest International's motion for protective order; DENYING 270 Jet Midwest International's motion to expedite briefing and determination of the motion for protective order. Signed on 2/11/19 by District Judge Fernando J. Gaitan, Jr. (Anderson, Christy) (Entered: 02/12/2019) |

| 02/14/2019 | 279 | CERTIFICATE OF SERVICE by Jet Midwest International Co., Ltd *Subpoenas to Kraake & Associates, Inc. and Airborne Wireless Network* filed by Carrie Phillips on behalf of Plaintiff Jet Midwest International Co., Ltd.(Phillips, Carrie) (Entered: 02/14/2019) |
|---|---|---|
| 02/14/2019 | 280 | NOTICE to take deposition of Designated Representative of Associated Energy Group, LLC filed by Brian L Beckerman on behalf of Plaintiff Jet Midwest International Co., Ltd.(Beckerman, Brian) (Entered: 02/14/2019) |
| 02/14/2019 | 281 | NOTICE to take deposition of Designated Representative of World Fuel Services, Inc. filed by Brian L Beckerman on behalf of Plaintiff Jet Midwest International Co., Ltd.(Beckerman, Brian) (Entered: 02/14/2019) |
| 02/14/2019 | 282 | NOTICE to take deposition of Designated Representative of MercFuel, Inc. filed by Brian L Beckerman on behalf of Plaintiff Jet Midwest International Co., Ltd.(Beckerman, Brian) (Entered: 02/14/2019) |
| 02/15/2019 | 283 | CERTIFICATE OF SERVICE by Jet Midwest International Co., Ltd *Responses and Objections to Woolley and Ohadi Discovery Requests* filed by Carrie Phillips on behalf of Plaintiff Jet Midwest International Co., Ltd.(Phillips, Carrie) (Entered: 02/15/2019) |
| 02/15/2019 | 284 | Cross NOTICE to take deposition of PMC Aviation 2012−1, LLC filed by Bradley Robert Gardner on behalf of Defendant Jet Midwest Group, LLC.(Gardner, Bradley) (Entered: 02/15/2019) |
| 02/15/2019 | 285 | Proposed MOTION to compel *precursor letter to the Court requesting teleconference* filed by Erick Thomas Gjerdingen on behalf of F. Paul Ohadi Trust, F. Paul Ohadi, Kenneth M. Woolley. Suggestions in opposition/response due by 3/1/2019 unless otherwise directed by the court. (Gjerdingen, Erick) (Entered: 02/15/2019) |
| 02/15/2019 | 286 | SUGGESTIONS in support re 285 Proposed MOTION to compel *precursor letter to the Court requesting teleconference* filed by Bradley Robert Gardner on behalf of Defendant Jet Midwest Group, LLC. (Related document(s) 285 ) (Gardner, Bradley) (Entered: 02/15/2019) |
| 02/17/2019 | 287 | ORDER re 285 MOTION to Compel filed by Kenneth M. Woolley, F. Paul Ohadi, F. Paul Ohadi Trust. Jet Midwest International is directed to file a response to the Motion to Compel before 3:00 p.m. February 19, 2019. A telephone conference is scheduled for February 20, 2019 at 10:30 AM in Chambers before District Judge Fernando J. Gaitan Jr.. Signed on 2/17/2019 by District Judge Fernando J. Gaitan, Jr. (Rosa, Patricia) (Entered: 02/17/2019) |
| 02/18/2019 | 288 | Emergency MOTION for temporary restraining order *to enjoin state court litigation designed to interfere with PMC's protections under the Preliminary Injunction* filed by Clint S Morse on behalf of PMC Aviation 2012−1, LLC. Suggestions in opposition/response due by 3/4/2019 unless otherwise directed by the court. (Morse, Clint) (Entered: 02/18/2019) |
| 02/18/2019 | 289 | SUGGESTIONS in support re 288 Emergency MOTION for temporary restraining order *to enjoin state court litigation designed to interfere with PMC's protections under the Preliminary Injunction* filed by Clint S Morse on behalf of Intervenor Defendant PMC Aviation 2012−1, LLC, Cross Claimant PMC Aviation 2012−1, LLC. (Attachments: # 1 Exhibit Exhibit 1, # 2 Exhibit Exhibit 2, # 3 Exhibit Exhibit 3, # 4 Exhibit Exhibit 4, # 5 Exhibit Exhibit 5, # 6 Exhibit Exhibit 6)(Related |

| | | |
|---|---|---|
| | | document(s) 288 ) (Morse, Clint) (Entered: 02/18/2019) |
| 02/18/2019 | 290 | NOTICE to take deposition of Designated Representative of Airborne Wireless Network filed by Brian L Beckerman on behalf of Plaintiff Jet Midwest International Co., Ltd.(Beckerman, Brian) (Entered: 02/18/2019) |
| 02/18/2019 | 291 | NOTICE to take deposition of Designated Representative of Kraake & Associates Inc. filed by Brian L Beckerman on behalf of Plaintiff Jet Midwest International Co., Ltd.(Beckerman, Brian) (Entered: 02/18/2019) |
| 02/18/2019 | 292 | MOTION to continue *trial and extend discovery schedule* filed by Kersten Holzhueter on behalf of F. Paul Ohadi Trust, F. Paul Ohadi, Kenneth M. Woolley. Suggestions in opposition/response due by 3/4/2019 unless otherwise directed by the court. (Holzhueter, Kersten) (Entered: 02/18/2019) |
| 02/18/2019 | 293 | SUGGESTIONS in support re 292 MOTION to continue *trial and extend discovery schedule* filed by Kersten Holzhueter on behalf of Defendants F. Paul Ohadi Trust, F. Paul Ohadi, Kenneth M. Woolley. (Attachments: # 1 Exhibit 1–Proposed Amended Scheduling Order, # 2 Affidavit of Erika Pike Turner, # 3 Affidavit of Erick Gjerdingen – Filed Under Seal)(Related document(s) 292 ) (Holzhueter, Kersten) (Entered: 02/18/2019) |
| 02/18/2019 | 294 | MOTION for leave to file *exhibits under seal re: motion to extend discovery and continue trial* filed by Kersten Holzhueter on behalf of F. Paul Ohadi Trust, F. Paul Ohadi, Kenneth M. Woolley. Suggestions in opposition/response due by 3/4/2019 unless otherwise directed by the court. (Holzhueter, Kersten) (Entered: 02/18/2019) |
| 02/18/2019 | 295 | MOTION to expedite *hearing on defendants' motion to extend the discovery schedule and continue trial* filed by Kersten Holzhueter on behalf of F. Paul Ohadi Trust, F. Paul Ohadi, Kenneth M. Woolley. Suggestions in opposition/response due by 3/4/2019 unless otherwise directed by the court. (Holzhueter, Kersten) (Entered: 02/18/2019) |
| 02/18/2019 | 296 | SUGGESTIONS in support re 295 MOTION to expedite *hearing on defendants' motion to extend the discovery schedule and continue trial* filed by Kersten Holzhueter on behalf of Defendants F. Paul Ohadi Trust, F. Paul Ohadi, Kenneth M. Woolley. (Related document(s) 295 ) (Holzhueter, Kersten) (Entered: 02/18/2019) |
| 02/19/2019 | 297 | CERTIFICATE OF SERVICE by Jet Midwest International Co., Ltd *Subpoena to World Fuel Services, Inc* filed by Brian L Beckerman on behalf of Plaintiff Jet Midwest International Co., Ltd.(Beckerman, Brian) (Entered: 02/19/2019) |
| 02/19/2019 | 298 | AMENDED NOTICE OF HEARING – This is the official notice for this hearing. This is a TEXT ONLY ENTRY. No document is attached. Telephone Conference is reset to 2/21/2019 10:30 AM in Chambers before District Judge Fernando J. Gaitan Jr. Participation information will be sent in a separate email. (Anderson, Christy) (Entered: 02/19/2019) |
| 02/19/2019 | 299 | SUGGESTIONS in opposition re 285 Proposed MOTION to compel *precursor letter to the Court requesting teleconference* filed by Geoffrey Sant on behalf of Plaintiff Jet Midwest International Co., Ltd. Reply suggestions due by 3/5/2019 unless otherwise directed by the court. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K, # 12 Exhibit L, # 13 Exhibit M, # 14 Exhibit N)(Related document(s) 285 ) (Sant, Geoffrey) (Entered: 02/19/2019) |

| 02/19/2019 | 303 | MOTION for reconsideration re 169 Order on Motion for TRO, filed by Kersten Holzhueter on behalf of F. Paul Ohadi Trust, F. Paul Ohadi, Kenneth M. Woolley. Suggestions in opposition/response due by 3/5/2019 unless otherwise directed by the court. (Related document(s) 169 ) (Holzhueter, Kersten) (Entered: 02/19/2019) |
| --- | --- | --- |
| 02/19/2019 | 304 | SUGGESTIONS in support re 303 MOTION for reconsideration re 169 Order on Motion for TRO, filed by Kersten Holzhueter on behalf of Defendants F. Paul Ohadi Trust, F. Paul Ohadi, Kenneth M. Woolley. (Attachments: # 1 Exhibit 1 – Declaration of Erick Gjerdingen, # 2 Exhibit 2 – PMC Interrogatory Answer)(Related document(s) 303 ) (Holzhueter, Kersten) (Entered: 02/19/2019) |
| 02/19/2019 | 305 | MOTION to expedite *Hearing on Motion for Relief from TRO Order (Doc. 303)* filed by Kersten Holzhueter on behalf of F. Paul Ohadi Trust, F. Paul Ohadi, Kenneth M. Woolley. Suggestions in opposition/response due by 3/5/2019 unless otherwise directed by the court. (Holzhueter, Kersten) (Entered: 02/19/2019) |
| 02/19/2019 | 306 | SUGGESTIONS in support re 305 MOTION to expedite *Hearing on Motion for Relief from TRO Order (Doc. 303)* filed by Kersten Holzhueter on behalf of Defendants F. Paul Ohadi Trust, F. Paul Ohadi, Kenneth M. Woolley. (Related document(s) 305 ) (Holzhueter, Kersten) (Entered: 02/19/2019) |
| 02/19/2019 | 307 | ORDER – Suggestions in Opposition to 292 MOTION to Continue Trial and Extend Discovery Schedule and 288 Emergency MOTION for Temporary Restraining Order shall be filed by 3:00 p.m. on February 20, 2019. Signed on 2/19/2019 by District Judge Fernando J. Gaitan, Jr. (Rosa, Patricia) (Entered: 02/19/2019) |
| 02/20/2019 | 308 | SUGGESTIONS in opposition re 292 MOTION to continue *trial and extend discovery schedule* filed by Clint S Morse on behalf of Intervenor Defendant PMC Aviation 2012–1, LLC, Cross Claimant PMC Aviation 2012–1, LLC. Reply suggestions due by 3/6/2019 unless otherwise directed by the court. (Related document(s) 292 ) (Morse, Clint) (Entered: 02/20/2019) |
| 02/20/2019 | 309 | Cross NOTICE to take deposition of David Kulowiec filed by Kersten Holzhueter on behalf of Cross Defendants F. Paul Ohadi Trust, F. Paul Ohadi, Kenneth M. Woolley.(Holzhueter, Kersten) (Entered: 02/20/2019) |
| 02/20/2019 | 310 | SUGGESTIONS in opposition re 292 MOTION to continue *trial and extend discovery schedule* filed by Carol Lee on behalf of Plaintiff Jet Midwest International Co., Ltd. Reply suggestions due by 3/6/2019 unless otherwise directed by the court. (Attachments: # 1 Exhibit 1)(Related document(s) 292 ) (Lee, Carol) (Entered: 02/20/2019) |
| 02/20/2019 | 311 | SUGGESTIONS in opposition re 288 Emergency MOTION for temporary restraining order *to enjoin state court litigation designed to interfere with PMC's protections under the Preliminary Injunction* filed by Bradley Robert Gardner on behalf of Defendant Jet Midwest Group, LLC. Reply suggestions due by 3/6/2019 unless otherwise directed by the court. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Related document(s) 288 ) (Gardner, Bradley) (Entered: 02/20/2019) |
| 02/20/2019 | 312 | SUGGESTIONS in support re 292 MOTION to continue *trial and extend discovery schedule* filed by Bradley Robert Gardner on behalf of Defendant Jet Midwest Group, LLC. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Related document(s) 292 ) (Gardner, Bradley) (Entered: 02/20/2019) |
| 02/20/2019 | 313 | |

| | | |
|---|---|---|
| | | Motion to allow Ari Berman to appear pro hac vice (Pro Hac fee $100 receipt number AMOWDC−6182670) filed by Carrie Phillips on behalf of Jet Midwest International Co., Ltd. (Phillips, Carrie) (Entered: 02/20/2019) |
| 02/21/2019 | | NOTICE OF DOCKET MODIFICATION. A modification has been made to the document filed on 2/20/19 as Document No. 312, SUGGESTIONS in support. The document has been deleted as the incorrect event was used when filing the document. Counsel will refile the document using the correct event, Response to Motion. Counsel is directed to refile document using the proper filing event, to properly set deadlines. This is a text entry only – no document is attached. (Ellis, Lindsey) (Entered: 02/21/2019) |
| 02/21/2019 | 314 | RESPONSE to motion re 292 MOTION to continue *trial and extend discovery schedule* filed by Bradley Robert Gardner on behalf of Defendant Jet Midwest Group, LLC. Reply suggestions due by 3/7/2019 unless otherwise directed by the court. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Gardner, Bradley) (Entered: 02/21/2019) |
| 02/21/2019 | 315 | Minute Entry. Proceedings held before District Judge Fernando J. Gaitan, Jr: TELEPHONE CONFERENCE held on 2/21/2019. This is a text entry only. No document is attached. Time in court: 10:30 a.m. to 11:40 a.m. To order a transcript of this hearing please contact Reggie Lambrecht, 816−512−5623. (Anderson, Christy) (Entered: 02/21/2019) |
| 02/21/2019 | 316 | Third NOTICE to take deposition of Pine River Capital Management L.P. filed by Teresa Marie Pilatowicz on behalf of Defendants F. Paul Ohadi Trust, F. Paul Ohadi, Kenneth M. Woolley, Cross Defendants F. Paul Ohadi Trust, F. Paul Ohadi, Kenneth M. Woolley.(Pilatowicz, Teresa) (Entered: 02/21/2019) |
| 02/21/2019 | 317 | CERTIFICATE OF SERVICE by Jet Midwest International Co., Ltd *Responses and Objections to Woolley and Ohadi Discovery Requests* filed by Carol Lee on behalf of Plaintiff Jet Midwest International Co., Ltd.(Lee, Carol) (Entered: 02/21/2019) |
| 02/21/2019 | 318 | CERTIFICATE OF SERVICE by Jet Midwest International Co., Ltd *of Subpoena to Mercfuel, Inc.* filed by Carrie Phillips on behalf of Plaintiff Jet Midwest International Co., Ltd.(Phillips, Carrie) (Entered: 02/21/2019) |
| 02/22/2019 | 319 | ELECTRONIC TRANSCRIPT of Teleconference held February 21, 2019 before Judge Fernando J. Gaitan, Jr.. Court Reporter: Reggie Lambrecht, 816−512−5623, regina_lambrecht@mow.uscourts.gov. Number of pages: 36. NOTICE RE: REDACTION OF TRANSCRIPTS: Within 7 calendar days of this filing, each party shall inform the Court, by filing a Notice of Redaction, of the parties' intent to redact personal data identifiers from the electronic transcript of the court proceeding. The policy is located on our website at www.mow.uscourts.gov. Please read this policy carefully. **NOTICE: Attorneys must contact the court reporter for copies during this 90 day period. Notice of Intent to File Redaction of Transcripts due by 3/1/2019 unless otherwise directed by the court. Release of Transcript Restriction set for 5/20/2019.**(Lambrecht, Regina) (Entered: 02/22/2019) |
| 02/22/2019 | 320 | ORDER granting 313 motion to appear pro hac vice entered by Clerk of Court. Attorney Ari Berman for Jet Midwest International Co., Ltd allowed to appear pro hac vice. This entry will serve as authorization for the pro hac participation by the attorney. |

| | | |
|---|---|---|
| | | Western District of Missouri Local Rule 5.1 requires documents to be filed electronically. If pro hac vice counsel has not already done so, counsel is directed to immediately register for a WDMO e–filing account for NextGen CM/ECF. This will enable counsel to electronically file documents and receive electronic notification of filings. Register for a WDMO e–filing account at <u>PACER</u>. This is a TEXT ONLY ENTRY. No document is attached. (Geiser, Angel) (Entered: 02/22/2019) |
| 02/22/2019 | <u>321</u> | ORDER – GRANTING <u>288</u> PMC's Motion for TRO to Enjoin State Court Litigation. Signed on 2/22/19 by District Judge Fernando J. Gaitan, Jr. Copy of order mailed via first class mail to Clerk of Court, Court of Chancery of the State of Delaware, 34 The Circle, Georgetown, DE 19947. (Anderson, Christy) (Entered: 02/22/2019) |
| 02/25/2019 | <u>322</u> | CERTIFICATE OF SERVICE by Jet Midwest International Co., Ltd *Responses and Objections to RFPs re Experts* filed by Carrie Phillips on behalf of Plaintiff Jet Midwest International Co., Ltd.(Phillips, Carrie) (Entered: 02/25/2019) |
| 02/25/2019 | <u>323</u> | NOTICE of filing *Notice of Withdrawal of Cross–Notice of Deposition of David Kulowiec* by F. Paul Ohadi Trust, F. Paul Ohadi, Kenneth M. Woolley (Holzhueter, Kersten) (Entered: 02/25/2019) |
| 02/25/2019 | <u>324</u> | ORDER – GRANTING <u>191</u> motion to amend/correct. PMC shall file its Amended Cross–Claims on or before **March 1, 2019**. GRANTING <u>197</u> motion for leave to file Third Amended Complaint. Jet Midwest International shall file its Third Amended Complaint on or before **March 1, 2019**. GRANTING <u>285</u> motion to compel deposition of Jet Midwest International's 30(b)(6) witness. GRANTING <u>292</u> motion to continue trial and extend discovery schedule. GRANTING IN PART <u>303</u> motion for reconsideration re: Order on Motion for TRO. PROVISIONALLY DENYING <u>196</u> Jet Midwest Inc.'s motion for leave to file First Amended Answer and Counterclaim to PMC's Cross–Claims. DENYING AS MOOT <u>78</u> Motion to Dismiss for Failure to State a Claim. DENYING AS MOOT <u>80</u> Motion to Dismiss for Failure to State a Claim. DENYING AS MOOT <u>102</u> PMC's motion to amend/correct cross–claim. DENYING AS MOOT <u>155</u> motion to strike expert reports of Tokoph and Yormark. DENYING AS MOOT <u>167</u> motion to exclude Mike Logan from testifying. DENYING <u>207</u> motion to amend/correct Discovery and Trial Order to allow deposition of Paul Ohadi on March 12, 2019. DENYING AS MOOT <u>294</u> motion for leave to file exhibits under seal re: Motion to Extend Discovery. DENYING AS MOOT <u>295</u> motion to expedite hearing on Motion to Extend Discovery Schedule. DENYING AS MOOT <u>305</u> motion to expedite hearing on Motion for Relief from TRO Order. Signed on 2/25/19 by District Judge Fernando J. Gaitan, Jr. (Anderson, Christy) (Entered: 02/25/2019) |
| 03/01/2019 | <u>325</u> | Amended CROSSCLAIM against F. Paul Ohadi Trust, Jet Midwest, Inc., F. Paul Ohadi, Kenneth M. Woolley, KMW Business Jets, LLC, Alta Airlines Holdings, LLC (Attachments: # <u>1</u> Exhibit Exhibit 1, # <u>2</u> Exhibit Exhibit 2, # <u>3</u> Exhibit Exhibit 3)(Morse, Clint) (Entered: 03/01/2019) |
| 03/01/2019 | <u>326</u> | NOTICE OF APPEAL as to <u>321</u> Order on Motion for TRO, by Jet Midwest Group, LLC. Filing fee $ 505, receipt number AMOWDC–6199535. (Gardner, Bradley) (Entered: 03/01/2019) |
| 03/01/2019 | <u>327</u> | TRANSMISSION of Notice of Appeal Supplement to US Court of Appeals, 8th Circuit via electronic mail. Related document <u>326</u> Notice of Appeal. (Terry, Jason) (Entered: 03/01/2019) |
| 03/01/2019 | <u>328</u> | |

| | | |
|---|---|---|
| | | AMENDED COMPLAINT */Third Amended Complaint* against Alta Airlines Holdings, LLC, F. Paul Ohadi Trust, Jet Midwest Group, LLC, Jet Midwest, Inc., KMW Business Jets, LLC, Karen Kraus, Paul Kraus, F. Paul Ohadi, Kenneth M. Woolley filed by Eric B Epstein on behalf of Jet Midwest International Co., Ltd. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12–A, # 13 Exhibit 12–B, # 14 Exhibit 12–C, # 15 Exhibit 12–D, # 16 Exhibit 12–E, # 17 Exhibit 13, # 18 Exhibit 14–A, # 19 Exhibit 14–B, # 20 Exhibit 14–C, # 21 Exhibit 14–D, # 22 Exhibit 14–E, # 23 Exhibit 14–F, # 24 Exhibit 14–G, # 25 Exhibit 14–H, # 26 Exhibit 14–I, # 27 Exhibit 14–J, # 28 Exhibit 14–K, # 29 Exhibit 14–L, # 30 Exhibit 14–M, # 31 Exhibit 14–N, # 32 Exhibit 14–O, # 33 Exhibit 14–P, # 34 Exhibit 15, # 35 Exhibit 16, # 36 Exhibit 17)(Epstein, Eric) (Entered: 03/01/2019) |
| 03/01/2019 | 329 | CERTIFICATE OF SERVICE OF INITIAL RULE 26 DISCLOSURES */Supplemental Initial Disclosures* filed by Kriston Joseph Guillot on behalf of Defendant Jet Midwest Group, LLC.(Guillot, Kriston) (Entered: 03/01/2019) |
| 03/01/2019 | 330 | CERTIFICATE OF SERVICE by Jet Midwest Group, LLC *for Response to Jet Midwest International Co. Ltd's Second Set of Interrogatories and Responses and Objections to Third Request for Production and Inspection of Documents* filed by Kriston Joseph Guillot on behalf of Defendant Jet Midwest Group, LLC.(Guillot, Kriston) (Entered: 03/01/2019) |
| 03/01/2019 | 331 | Joint PROPOSED SCHEDULING ORDER */ Joint Proposed Amended Discovery and Trial Plan* by Jet Midwest International Co., Ltd. (Epstein, Eric) (Entered: 03/01/2019) |
| 03/04/2019 | 332 | CERTIFICATE OF SERVICE by Jet Midwest International Co., Ltd *Resp to JMG 1st Request for Production of Docs and First Interrogatories* filed by Carrie Phillips on behalf of Plaintiff Jet Midwest International Co., Ltd.(Phillips, Carrie) (Entered: 03/04/2019) |
| 03/04/2019 | 333 | CERTIFICATE OF SERVICE by Jet Midwest Group, LLC *for Responses and Objections to Jet Midwest International Co., Ltd's Fourth Requests for Production and Inspection of Documents* filed by Bradley Robert Gardner on behalf of Defendant Jet Midwest Group, LLC.(Gardner, Bradley) (Entered: 03/04/2019) |
| 03/05/2019 | 334 | NOTICE to take deposition of F. Paul Ohadi filed by Clint S Morse on behalf of Intervenor Defendant PMC Aviation 2012–1, LLC, Cross Claimants PMC Aviation 2012–1, LLC, PMC Aviation 2012–1, LLC.(Morse, Clint) (Entered: 03/05/2019) |
| 03/05/2019 | 335 | NOTICE to take deposition of Ohadi Trust filed by Clint S Morse on behalf of Intervenor Defendant PMC Aviation 2012–1, LLC, Cross Claimants PMC Aviation 2012–1, LLC, PMC Aviation 2012–1, LLC.(Morse, Clint) (Entered: 03/05/2019) |
| 03/05/2019 | 336 | USCA Case Number from 8th Circuit Court of Appeals is 19–1442 for 326 Notice of Appeal filed by Jet Midwest Group, LLC. Briefing schedule entered by the Court of Appeals is attached. Transcript due by 4/15/2019. (Attachments: # 1 Schedule)(Terry, Jason) (Entered: 03/05/2019) |
| 03/06/2019 | 337 | ORDER – The Court finds it necessary to address several issues before issuing an Amended Scheduling Order. The Court orders that the claims in this case shall remain bifurcated as stated in the January 29, 2019 Order. The parties shall file a joint response on or before **March 11, 2019** indicating whether this case is to be tried |

| | | |
|---|---|---|
| | | as a bench or jury trial. Please see Order for additional information. Signed on 3/5/19 by District Judge Fernando J. Gaitan, Jr. (Anderson, Christy) (Entered: 03/06/2019) |
| 03/07/2019 | 338 | NOTICE to take deposition of Scott Still filed by Carrie Phillips on behalf of Plaintiff Jet Midwest International Co., Ltd.(Phillips, Carrie) (Entered: 03/07/2019) |
| 03/07/2019 | | NOTICE OF HEARING CANCELLATION – The Pretrial conference set 4/11/19 at 10:00 and The Bench Trial scheduled for 4/15/19 at 9:00 a.m. has been cancelled. This is a TEXT ONLY ENTRY. No document is attached. (Anderson, Christy) (Entered: 03/07/2019) |
| 03/11/2019 | 339 | RESPONSE to order re 337 Order, *Joint Statement Regarding Trial Dates and Requests for Jury Trial* filed by Eric B Epstein on behalf of Plaintiff Jet Midwest International Co., Ltd. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5)(Related document(s) 337 ) (Epstein, Eric) (Entered: 03/11/2019) |
| 03/12/2019 | | Appeal Remark re 326 Notice of Appeal : mailed copy of Transcript of Teleconference (Doc# 319) to the 8th Circuit Court of Appeals. (Terry, Jason) (Entered: 03/12/2019) |
| 03/12/2019 | 340 | MOTION for extension of time to file answer re 328 Amended Complaint,,,, *Unopposed* filed by Adam J. Gasper on behalf of Jet Midwest, Inc.. Suggestions in opposition/response due by 3/26/2019 unless otherwise directed by the court. (Related document(s) 328 ) (Gasper, Adam) (Entered: 03/12/2019) |
| 03/13/2019 | 341 | ORDER granting 340 Motion for Extension of Time to Answer. Jet Midwest, Inc.'s Answer to the Third Amended Complaint is due on or before 3/20/2019. Signed on 3/13/19 by District Judge Fernando J. Gaitan, Jr. (Rosa, Patricia) (Entered: 03/13/2019) |
| 03/14/2019 | 342 | ORDER – The trial in this case will be conducted as a Bench Trial. Bench Trial is set for 9/9/2019 09:00 AM in Courtroom 7C, Kansas City (FJG) before District Judge Fernando J. Gaitan Jr. The parties shall meet and confer on or before **March 22, 2019** and provide the Court with proposed dates for an Amended Scheduling and Trial Order. Parties will file any answers or motions to dismiss with respect to the Third Amended Complaint on or before **March 15, 2019**. Jet Midwest International shall post its bond on or before **March 29, 2019**. Signed on 3/14/19 by District Judge Fernando J. Gaitan, Jr. (Anderson, Christy) (Entered: 03/14/2019) |
| 03/15/2019 | 343 | MOTION to dismiss for lack of jurisdiction *Motion to Dismiss Jet Midwest International Co., Ltd's Third Amended Complaint for Lack of Subject Matter Jurisdiction* filed by Bradley Robert Gardner on behalf of Jet Midwest Group, LLC. Suggestions in opposition/response due by 3/29/2019 unless otherwise directed by the court. (Gardner, Bradley) (Entered: 03/15/2019) |
| 03/15/2019 | 344 | SUGGESTIONS in support re 343 MOTION to dismiss for lack of jurisdiction *Motion to Dismiss Jet Midwest International Co., Ltd's Third Amended Complaint for Lack of Subject Matter Jurisdiction* filed by Bradley Robert Gardner on behalf of Defendant Jet Midwest Group, LLC. (Attachments: # 1 Exhibit A – Hong Kong Companies Ordinance)(Related document(s) 343 ) (Gardner, Bradley) (Entered: 03/15/2019) |
| 03/15/2019 | 345 | ANSWER to 328 Amended Complaint,,,, on behalf of Alta Airlines Holdings, LLC, F. Paul Ohadi Trust, KMW Business Jets, LLC, F. Paul Ohadi, Kenneth M. |

| | | |
|---|---|---|
| | | Woolley.(Attorney Kersten Holzhueter added to party Alta Airlines Holdings, LLC (pty:dft), Attorney Kersten Holzhueter added to party KMW Business Jets, LLC (pty:dft))(Holzhueter, Kersten) (Entered: 03/15/2019) |
| 03/15/2019 | 346 | MOTION for leave to file *Second Amended Crossclaims* filed by Clint S Morse on behalf of PMC Aviation 2012−1, LLC. Suggestions in opposition/response due by 3/29/2019 unless otherwise directed by the court. (Attachments: # 1 Exhibit Exhibit A − Proposed Second Amended Crossclaims, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit Exhibit b − Redline)(Morse, Clint) (Entered: 03/15/2019) |
| 03/15/2019 | 347 | SUGGESTIONS in support re 346 MOTION for leave to file *Second Amended Crossclaims* filed by Clint S Morse on behalf of Intervenor Defendant PMC Aviation 2012−1, LLC, Cross Claimants PMC Aviation 2012−1, LLC, PMC Aviation 2012−1, LLC. (Related document(s) 346 ) (Morse, Clint) (Entered: 03/15/2019) |
| 03/15/2019 | 348 | ANSWER to 328 Amended Complaint,,,, on behalf of PMC Aviation 2012−1, LLC.(Morse, Clint) (Entered: 03/15/2019) |
| 03/19/2019 | 349 | Motion to allow Daryl Lian Kleiman to appear pro hac vice (Pro Hac fee $100 receipt number AMOWDC−6227743) filed by Carrie Phillips on behalf of Jet Midwest International Co., Ltd. (Phillips, Carrie) (Entered: 03/19/2019) |
| 03/20/2019 | 350 | ORDER granting 349 motion to appear pro hac vice entered by Clerk of Court. Attorney Daryl Lian Kleiman for Jet Midwest International Co., Ltd allowed to appear pro hac vice. This entry will serve as authorization for the pro hac participation by the attorney.<br><br>Western District of Missouri Local Rule 5.1 requires documents to be filed electronically. If pro hac vice counsel has not already done so, counsel is directed to immediately register for a WDMO e−filing account for NextGen CM/ECF. This will enable counsel to electronically file documents and receive electronic notification of filings. Register for a WDMO e−filing account at PACER. This is a TEXT ONLY ENTRY. No document is attached. (Geiser, Angel) (Entered: 03/20/2019) |
| 03/20/2019 | 351 | NOTICE to take deposition of David Kulowiec filed by Kersten Holzhueter on behalf of Defendants F. Paul Ohadi Trust, F. Paul Ohadi, Kenneth M. Woolley.(Holzhueter, Kersten) (Entered: 03/20/2019) |
| 03/20/2019 | 352 | ANSWER to 328 Amended Complaint,,,, on behalf of Jet Midwest, Inc., Karen Kraus, Paul Kraus.(Gasper, Adam) (Entered: 03/20/2019) |
| 03/21/2019 | 353 | NOTICE to take deposition of MENG XIAOSHI filed by Kersten Holzhueter on behalf of Defendants Alta Airlines Holdings, LLC, F. Paul Ohadi Trust, KMW Business Jets, LLC, F. Paul Ohadi, Kenneth M. Woolley.(Holzhueter, Kersten) (Entered: 03/21/2019) |
| 03/21/2019 | 354 | NOTICE to take deposition of Representative of Jet Midwest International Co., Ltd. filed by Kersten Holzhueter on behalf of Defendants Alta Airlines Holdings, LLC, F. Paul Ohadi Trust, KMW Business Jets, LLC, F. Paul Ohadi, Kenneth M. Woolley.(Holzhueter, Kersten) (Entered: 03/21/2019) |
| 03/22/2019 | 355 | Joint PROPOSED SCHEDULING ORDER */Joint Proposed Amended Discovery and Trial Plan* by Jet Midwest International Co., Ltd. (Epstein, Eric) (Entered: 03/22/2019) |

| 03/26/2019 | 356 | Amended NOTICE to take deposition of representative of Jet Midwest International Co. Ltd's filed by Kersten Holzhueter on behalf of Defendants Alta Airlines Holdings, LLC, F. Paul Ohadi Trust, KMW Business Jets, LLC, F. Paul Ohadi, Kenneth M. Woolley.(Holzhueter, Kersten) (Entered: 03/26/2019) |
|---|---|---|
| 03/26/2019 | 357 | Amended NOTICE to take deposition of Meng Xiaoshi filed by Kersten Holzhueter on behalf of Defendants Alta Airlines Holdings, LLC, F. Paul Ohadi Trust, KMW Business Jets, LLC, F. Paul Ohadi, Kenneth M. Woolley.(Holzhueter, Kersten) (Entered: 03/26/2019) |
| 03/28/2019 | 358 | SUGGESTIONS in opposition re 343 MOTION to dismiss for lack of jurisdiction *Motion to Dismiss Jet Midwest International Co., Ltd's Third Amended Complaint for Lack of Subject Matter Jurisdiction* filed by Eric B Epstein on behalf of Plaintiff Jet Midwest International Co., Ltd. Reply suggestions due by 4/11/2019 unless otherwise directed by the court. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12)(Related document(s) 343 ) (Epstein, Eric) (Entered: 03/28/2019) |
| 03/29/2019 | 359 | NOTICE of filing *Notice of Intent to Issue Subpoena to Duff & Phelps, LLC* by Alta Airlines Holdings, LLC, F. Paul Ohadi Trust(dated December 15, 1999), KMW Business Jets, LLC, F. Paul Ohadi(in his capacity as trustee and legal representative of the F. Paul Ohadi Trust dated December 15, 1999 and in his individual capacity), Kenneth M. Woolley (Attachments: # 1 Exhibit 1– Subpoena)(Holzhueter, Kersten) (Entered: 03/29/2019) |
| 03/29/2019 | 360 | SUGGESTIONS in opposition re 346 MOTION for leave to file *Second Amended Crossclaims* filed by Adam J. Gasper on behalf of Defendants Jet Midwest, Inc., Karen Kraus, Paul Kraus. Reply suggestions due by 4/12/2019 unless otherwise directed by the court. (Related document(s) 346 ) (Gasper, Adam) (Entered: 03/29/2019) |
| 03/29/2019 | 361 | MOTION for extension of time */ Unopposed Motion for Extension of Time to Post Bond* filed by Geoffrey Sant on behalf of Jet Midwest International Co., Ltd. Suggestions in opposition/response due by 4/12/2019 unless otherwise directed by the court. (Attachments: # 1 Exhibit A)(Sant, Geoffrey) (Entered: 03/29/2019) |
| 03/29/2019 | 362 | RESPONSE to motion re 361 MOTION for extension of time */ Unopposed Motion for Extension of Time to Post Bond* filed by Kersten Holzhueter on behalf of Defendants Alta Airlines Holdings, LLC, F. Paul Ohadi Trust, KMW Business Jets, LLC, Kenneth M. Woolley, Cross Defendant F. Paul Ohadi. Reply suggestions due by 4/12/2019 unless otherwise directed by the court. (Holzhueter, Kersten) (Entered: 03/29/2019) |
| 03/29/2019 | 363 | SUGGESTIONS in opposition re 346 MOTION for leave to file *Second Amended Crossclaims* filed by Bradley Robert Gardner on behalf of Defendant Jet Midwest Group, LLC. Reply suggestions due by 4/12/2019 unless otherwise directed by the court. (Related document(s) 346 ) (Gardner, Bradley) (Entered: 03/29/2019) |
| 03/29/2019 | 364 | SUGGESTIONS in opposition re 346 MOTION for leave to file *Second Amended Crossclaims and Joinder With Jet Midwest Group, LLC suggestions in opposition (Doc. 363) and Jet Midwest, Inc., Paul Kraus, and Karen Kraus suggestions in opposition (Doc. 360)* filed by Kersten Holzhueter on behalf of Defendants Alta Airlines Holdings, LLC, F. Paul Ohadi Trust, KMW Business Jets, LLC, F. Paul Ohadi, Kenneth M. Woolley. Reply suggestions due by 4/12/2019 unless otherwise |

| | | directed by the court. (Related document(s) 346 ) (Holzhueter, Kersten) (Entered: 03/29/2019) |
|---|---|---|
| 04/04/2019 | 365 | Amended NOTICE to take deposition of David Kulowiec filed by Teresa Marie Pilatowicz on behalf of Defendants Alta Airlines Holdings, LLC, F. Paul Ohadi Trust, KMW Business Jets, LLC, F. Paul Ohadi, Kenneth M. Woolley, Cross Defendants Alta Airlines Holdings, LLC, F. Paul Ohadi Trust, F. Paul Ohadi Trust, KMW Business Jets, LLC, F. Paul Ohadi, F. Paul Ohadi, Kenneth M. Woolley, Kenneth M. Woolley.(Attorney Teresa Marie Pilatowicz added to party Alta Airlines Holdings, LLC (pty:dft), Attorney Teresa Marie Pilatowicz added to party Alta Airlines Holdings, LLC (pty:crd), Attorney Teresa Marie Pilatowicz added to party KMW Business Jets, LLC (pty:dft), Attorney Teresa Marie Pilatowicz added to party KMW Business Jets, LLC (pty:crd))(Pilatowicz, Teresa) (Entered: 04/04/2019) |
| 04/05/2019 | 366 | MOTION for extension of time / *Unopposed Motion for Extension of Time to Post Bond* filed by Geoffrey Sant on behalf of Jet Midwest International Co., Ltd. Suggestions in opposition/response due by 4/19/2019 unless otherwise directed by the court. (Sant, Geoffrey) (Entered: 04/05/2019) |
| 04/05/2019 | 367 | CERTIFICATE OF SERVICE by Jet Midwest International Co., Ltd *JM International Responses* filed by Carrie Phillips on behalf of Plaintiff Jet Midwest International Co., Ltd.(Phillips, Carrie) (Entered: 04/05/2019) |
| 04/05/2019 | 368 | CERTIFICATE OF SERVICE by Jet Midwest International Co., Ltd *JM International RFPs to PMC* filed by Carrie Phillips on behalf of Plaintiff Jet Midwest International Co., Ltd.(Phillips, Carrie) (Entered: 04/05/2019) |
| 04/08/2019 | 369 | ORDER – GRANTING 361 and 366 motions for extension of time to post bond. Jet Midwest International shall post the bond ordered by this Court on or before **April 25, 2019**. Signed on 4/8/19 by District Judge Fernando J. Gaitan, Jr. (Anderson, Christy) (Entered: 04/08/2019) |
| 04/08/2019 | 370 | NOTICE of filing *of Supplemental Authority* by Jet Midwest International Co., Ltd re 343 MOTION to dismiss for lack of jurisdiction /*Motion to Dismiss Jet Midwest International Co., Ltd's Third Amended Complaint for Lack of Subject Matter Jurisdiction* (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3)(Epstein, Eric) (Entered: 04/08/2019) |
| 04/09/2019 | 371 | NOTICE of filing *of Intent to Issue Subpoena to Crowe & Dunlevy* by F. Paul Ohadi Trust(dated December 15, 1999), KMW Business Jets, LLC, F. Paul Ohadi(in his capacity as trustee and legal representative of the F. Paul Ohadi Trust dated December 15, 1999 and in his individual capacity), Kenneth M. Woolley (Pilatowicz, Teresa) (Entered: 04/09/2019) |
| 04/11/2019 | 372 | REPLY SUGGESTIONS to motion re 343 MOTION to dismiss for lack of jurisdiction /*Motion to Dismiss Jet Midwest International Co., Ltd's Third Amended Complaint for Lack of Subject Matter Jurisdiction* filed by Bradley Robert Gardner on behalf of Defendant Jet Midwest Group, LLC. (Related document(s) 343 ) (Gardner, Bradley) (Entered: 04/11/2019) |
| 04/12/2019 | 373 | REPLY SUGGESTIONS to motion re 346 MOTION for leave to file *Second Amended Crossclaims* filed by Clint S Morse on behalf of Intervenor Defendant PMC Aviation 2012–1, LLC, Cross Claimants PMC Aviation 2012–1, LLC, PMC Aviation 2012–1, LLC. (Attachments: # 1 Exhibit Exhibit 1, # 2 Exhibit Exhibit 2)(Related document(s) 346 ) (Morse, Clint) (Entered: 04/12/2019) |

| | | |
|---|---|---|
| 04/15/2019 | 374 | NOTICE of filing *of Eighth Circuit Order Denying Stay Motion* by Jet Midwest International Co., Ltd re 343 MOTION to dismiss for lack of jurisdiction *Motion to Dismiss Jet Midwest International Co., Ltd's Third Amended Complaint for Lack of Subject Matter Jurisdiction* (Attachments: # 1 Exhibit 1)(Epstein, Eric) (Entered: 04/15/2019) |
| 04/15/2019 | 375 | NOTICE of filing *updated information concerning the ownership and control of PMC* by PMC Aviation 2012−1, LLC (Morse, Clint) (Entered: 04/15/2019) |
| 04/15/2019 | 376 | Amended NOTICE to take deposition of Representative of Jet Midwest International Co., Ltd. filed by Bradley Robert Gardner on behalf of Defendant Jet Midwest Group, LLC.(Gardner, Bradley) (Entered: 04/15/2019) |
| 04/15/2019 | 377 | Amended NOTICE to take deposition of Meng Xiaoshi filed by Bradley Robert Gardner on behalf of Defendant Jet Midwest Group, LLC.(Gardner, Bradley) (Entered: 04/15/2019) |
| 04/15/2019 | 378 | CERTIFICATE OF SERVICE by Alta Airlines Holdings, LLC, F. Paul Ohadi Trust(dated December 15, 1999), KMW Business Jets, LLC, F. Paul Ohadi(in his capacity as trustee and legal representative of the F. Paul Ohadi Trust dated December 15, 1999 and in his individual capacity), Kenneth M. Woolley *For THIRD Supplement to Initial Disclosures* filed by Teresa Marie Pilatowicz on behalf of Defendants Alta Airlines Holdings, LLC, F. Paul Ohadi Trust, KMW Business Jets, LLC, F. Paul Ohadi, Kenneth M. Woolley, Cross Defendants Alta Airlines Holdings, LLC, F. Paul Ohadi Trust, F. Paul Ohadi Trust, KMW Business Jets, LLC, F. Paul Ohadi, F. Paul Ohadi, Kenneth M. Woolley, Kenneth M. Woolley.(Pilatowicz, Teresa) (Entered: 04/15/2019) |
| 04/17/2019 | 379 | NOTICE of filing *of Intent to Issue Subpoena* by PMC Aviation 2012−1, LLC (Attachments: # 1 Exhibit Subpoena to Mark Allison)(Morse, Clint) (Entered: 04/17/2019) |
| 04/17/2019 | 380 | NOTICE of filing *intent to serve subpoena* by PMC Aviation 2012−1, LLC (Attachments: # 1 Exhibit Subpoena to Merle Zook)(Morse, Clint) (Entered: 04/17/2019) |
| 04/24/2019 | 381 | CASH BOND in the amount of $ 1,000,000.00 posted by Jet Midwest International Co., Ltd. This is a text entry only. No document is attached. (Anderson, Christy) (Entered: 04/24/2019) |
| 04/24/2019 | | RECEIPT number KCMO077104 in the amount of $1,000,000.00 issued to Pillsbury Winthrop Shaw Pittman LLP. (Anderson, Christy) (Entered: 04/24/2019) |
| 04/25/2019 | 382 | ORDER directing the Clerk of Court to deposit the cash bond posted on 4/24/19 into an interest bearing account. Signed on 4/24/19 by District Judge Fernando J. Gaitan, Jr. (Anderson, Christy) (Entered: 04/25/2019) |
| 04/26/2019 | 383 | NOTICE of change of address by Eric B Epstein (Epstein, Eric) (Entered: 04/26/2019) |
| 04/29/2019 | 384 | NOTICE of filing *Intent to Issue Subpoena to Collateral Verifications LLC* by Alta Airlines Holdings, LLC, F. Paul Ohadi Trust(dated December 15, 1999), KMW Business Jets, LLC, F. Paul Ohadi(in his capacity as trustee and legal representative of the F. Paul Ohadi Trust dated December 15, 1999 and in his individual capacity), Kenneth M. Woolley (Pilatowicz, Teresa) (Entered: 04/29/2019) |

| | | |
|---|---|---|
| 04/29/2019 | 385 | Amended NOTICE to take deposition of designated representative of World Fuel Services, Inc. filed by Carol Lee on behalf of Plaintiff Jet Midwest International Co., Ltd.(Lee, Carol) (Entered: 04/29/2019) |
| 05/02/2019 | 386 | CERTIFICATE OF SERVICE by Alta Airlines Holdings, LLC, F. Paul Ohadi Trust(dated December 15, 1999), KMW Business Jets, LLC, F. Paul Ohadi(in his capacity as trustee and legal representative of the F. Paul Ohadi Trust dated December 15, 1999 and in his individual capacity), Kenneth M. Woolley filed by Teresa Marie Pilatowicz on behalf of Defendants Alta Airlines Holdings, LLC, F. Paul Ohadi Trust, KMW Business Jets, LLC, F. Paul Ohadi, Kenneth M. Woolley, Cross Defendants Alta Airlines Holdings, LLC, F. Paul Ohadi Trust, F. Paul Ohadi Trust, KMW Business Jets, LLC, F. Paul Ohadi, F. Paul Ohadi, Kenneth M. Woolley, Kenneth M. Woolley.(Pilatowicz, Teresa) (Entered: 05/02/2019) |
| 05/03/2019 | 387 | NOTICE of filing *of Intent to Issue Subpoena to Dorsey & Whitney LLP* by Alta Airlines Holdings, LLC, F. Paul Ohadi Trust(dated December 15, 1999), KMW Business Jets, LLC, F. Paul Ohadi(in his capacity as trustee and legal representative of the F. Paul Ohadi Trust dated December 15, 1999 and in his individual capacity), Kenneth M. Woolley (Pilatowicz, Teresa) (Entered: 05/03/2019) |
| 05/08/2019 | 388 | STATUS REPORT *regarding Joint Proposed Amended Discovery and Trial Plan (Dkt. No. 355)* by Jet Midwest International Co., Ltd. (Epstein, Eric) (Entered: 05/08/2019) |
| 05/10/2019 | 389 | NOTICE OF HEARING – This is the official notice for this hearing. This is a TEXT ONLY ENTRY. No document is attached. Telephone Conference set for 5/15/2019 08:00 AM (CST) in Chambers before District Judge Fernando J. Gaitan Jr. Counsel are directed to call **888–675–2535** in order to participate. Access Code will be sent by separate email to counsel.(Anderson, Christy) (Entered: 05/10/2019) |
| 05/15/2019 | 390 | NOTICE of filing *Notice of Intent to Serve Amended Subpoena on Mr. Zook* by PMC Aviation 2012–1, LLC (Morse, Clint) (Entered: 05/15/2019) |
| 05/15/2019 | 391 | FIRST AMENDED SCHEDULING ORDER: Discovery due by 7/31/2019. Pretrial Conference set for 11/13/2019 10:00 AM Courtroom 7C, Kansas City (FJG) before District Judge Fernando J. Gaitan Jr. Bench Trial set for 11/18/2019 09:00 AM in Courtroom 7C, Kansas City (FJG) before District Judge Fernando J. Gaitan Jr.. Proposed Witness List due by 8/26/2019. Proposed Exhibit List due by 8/26/2019. Please see Order for additional deadlines. Signed on 5/15/19 by District Judge Fernando J. Gaitan, Jr. (Ellis, Lindsey) (Entered: 05/15/2019) |
| 05/16/2019 | 392 | CERTIFICATE OF SERVICE by Alta Airlines Holdings, LLC, F. Paul Ohadi Trust(dated December 15, 1999), KMW Business Jets, LLC, F. Paul Ohadi(in his capacity as trustee and legal representative of the F. Paul Ohadi Trust dated December 15, 1999 and in his individual capacity), Kenneth M. Woolley *FOR FOURTH SUPPLEMENT TO INITIAL DISCLOSURES* filed by Teresa Marie Pilatowicz on behalf of Defendants Alta Airlines Holdings, LLC, F. Paul Ohadi Trust, KMW Business Jets, LLC, F. Paul Ohadi, Kenneth M. Woolley, Cross Defendants Alta Airlines Holdings, LLC, F. Paul Ohadi Trust, F. Paul Ohadi Trust, KMW Business Jets, LLC, F. Paul Ohadi, F. Paul Ohadi, Kenneth M. Woolley, Kenneth M. Woolley.(Pilatowicz, Teresa) (Entered: 05/16/2019) |
| 05/16/2019 | 393 | Amended NOTICE to take deposition of Designated Representative of Kraake & Associates Inc. filed by Carol Lee on behalf of Plaintiff Jet Midwest International Co., Ltd.(Lee, Carol) (Entered: 05/16/2019) |

| | | |
|---|---|---|
| 05/16/2019 | 394 | NOTICE of appearance by Kelsey Elizabeth Hodgdon on behalf of Jet Midwest Group, LLC (Attorney Kelsey Elizabeth Hodgdon added to party Jet Midwest Group, LLC(pty:dft))(Hodgdon, Kelsey) (Entered: 05/16/2019) |
| 05/20/2019 | 395 | Minute Entry. Proceedings held before District Judge Fernando J. Gaitan, Jr: TELEPHONE CONFERENCE held on 5/15/2019 regarding scheduling order dates. Time in court: 8:00 a.m. to 8:05 a.m.. To order a transcript of this hearing please contact Gayle Wambolt, 816–512–5641, gayle_wambolt@mow.uscourts.gov. This is a TEXT ONLY ENTRY. No document is attached. (Anderson, Christy) (Entered: 05/20/2019) |
| 05/20/2019 | 396 | NOTICE of filing *Notice of Intent to Serve Subpoena on Mr. Dollman* by PMC Aviation 2012–1, LLC (Morse, Clint) (Entered: 05/20/2019) |
| 05/20/2019 | 397 | MOTION to withdraw as attorney *Erick T. Gjerdingen* filed by Kersten Holzhueter on behalf of Alta Airlines Holdings, LLC, F. Paul Ohadi Trust(dated December 15, 1999), KMW Business Jets, LLC, F. Paul Ohadi(in his capacity as trustee and legal representative of the F. Paul Ohadi Trust dated December 15, 1999 and in his individual capacity), Kenneth M. Woolley. Suggestions in opposition/response due by 6/3/2019 unless otherwise directed by the court. (Attorney Kersten Holzhueter added to party Alta Airlines Holdings, LLC (pty:crd), Attorney Kersten Holzhueter added to party KMW Business Jets, LLC (pty:crd))(Holzhueter, Kersten) (Entered: 05/20/2019) |
| 05/21/2019 | 398 | Amended NOTICE to take deposition of Designated Representative of Kraake & Associates Inc. filed by Carol Lee on behalf of Plaintiff Jet Midwest International Co., Ltd.(Lee, Carol) (Entered: 05/21/2019) |
| 05/28/2019 | 399 | NOTICE of filing */ Notice of Adjournment of Deposition of Designee of Kraake & Associates Inc.* by Jet Midwest International Co., Ltd re 398 Notice to Take Deposition (Lee, Carol) (Entered: 05/28/2019) |
| 05/28/2019 | 401 | ORDER – On or about 5/23/19, Chambers was advised by email that all claims brought by PMC Aviation have been resolved. The parties are directed to file either a stipulation of dismissal or a status report discussing settlement progress on or before 6/27/2019. Signed on 5/28/19 by District Judge Fernando J. Gaitan, Jr. This is a TEXT ONLY ENTRY. No document is attached. (Anderson, Christy) (Entered: 05/28/2019) |
| 05/30/2019 | 402 | Amended NOTICE to take deposition of Designated Representative of Kraake & Associates Inc. filed by Daryl Lian Kleiman on behalf of Plaintiff Jet Midwest International Co., Ltd.(Kleiman, Daryl) (Entered: 05/30/2019) |
| 05/31/2019 | 403 | CERTIFICATE OF SERVICE by Alta Airlines Holdings, LLC, F. Paul Ohadi Trust(dated December 15, 1999), KMW Business Jets, LLC, F. Paul Ohadi(in his capacity as trustee and legal representative of the F. Paul Ohadi Trust dated December 15, 1999 and in his individual capacity), Kenneth M. Woolley *re: Discovery Requests* filed by Teresa Marie Pilatowicz on behalf of Defendants Alta Airlines Holdings, LLC, F. Paul Ohadi Trust, KMW Business Jets, LLC, F. Paul Ohadi, Kenneth M. Woolley, Cross Defendants Alta Airlines Holdings, LLC, F. Paul Ohadi Trust, F. Paul Ohadi Trust, KMW Business Jets, LLC, F. Paul Ohadi, F. Paul Ohadi, Kenneth M. Woolley, Kenneth M. Woolley.(Pilatowicz, Teresa) (Entered: 05/31/2019) |
| 06/03/2019 | 404 | |

| | | |
|---|---|---|
| | | CERTIFICATE OF SERVICE by Jet Midwest International Co., Ltd *Expert Disclosure* filed by Carrie Phillips on behalf of Plaintiff Jet Midwest International Co., Ltd.(Phillips, Carrie) (Entered: 06/03/2019) |
| 06/03/2019 | 405 | CERTIFICATE OF SERVICE by Jet Midwest International Co., Ltd *Requests for Admission* filed by Carrie Phillips on behalf of Plaintiff Jet Midwest International Co., Ltd.(Phillips, Carrie) (Entered: 06/03/2019) |
| 06/12/2019 | 406 | CERTIFICATE OF SERVICE OF INITIAL RULE 26 DISCLOSURES *Certificate of Service of Fifth Supplement to Initial Disclosures* filed by Teresa Marie Pilatowicz on behalf of Defendants Alta Airlines Holdings, LLC, F. Paul Ohadi Trust, KMW Business Jets, LLC, F. Paul Ohadi, Kenneth M. Woolley, Cross Defendants Alta Airlines Holdings, LLC, F. Paul Ohadi Trust, F. Paul Ohadi Trust, KMW Business Jets, LLC, F. Paul Ohadi, F. Paul Ohadi, Kenneth M. Woolley, Kenneth M. Woolley.(Pilatowicz, Teresa) (Entered: 06/12/2019) |
| 06/17/2019 | 407 | NOTICE of filing *Notice of Intent to Issue Subpoena to Bank of Utah* by Alta Airlines Holdings, LLC, F. Paul Ohadi Trust(dated December 15, 1999), KMW Business Jets, LLC, F. Paul Ohadi(in his capacity as trustee and legal representative of the F. Paul Ohadi Trust dated December 15, 1999 and in his individual capacity), Kenneth M. Woolley (Pilatowicz, Teresa) (Entered: 06/17/2019) |
| 06/18/2019 | 408 | ORDER reminding parties that discovery is set to close on July 31, 2019 (See 391 First Amended Scheduling Order). Signed on 6/18/19 by District Judge Fernando J. Gaitan, Jr. (Anderson, Christy) (Entered: 06/18/2019) |
| 06/19/2019 | 409 | NOTICE to take deposition of David Tokoph filed by Teresa Marie Pilatowicz on behalf of Defendants Alta Airlines Holdings, LLC, F. Paul Ohadi Trust, KMW Business Jets, LLC, F. Paul Ohadi, Kenneth M. Woolley, Cross Defendants Alta Airlines Holdings, LLC, F. Paul Ohadi Trust, F. Paul Ohadi Trust, KMW Business Jets, LLC, F. Paul Ohadi, F. Paul Ohadi, Kenneth M. Woolley, Kenneth M. Woolley.(Pilatowicz, Teresa) (Entered: 06/19/2019) |
| 06/19/2019 | 410 | NOTICE to take deposition of Joseph DiSalvatore filed by Teresa Marie Pilatowicz on behalf of Defendants Alta Airlines Holdings, LLC, F. Paul Ohadi Trust, KMW Business Jets, LLC, F. Paul Ohadi, Kenneth M. Woolley, Cross Defendants Alta Airlines Holdings, LLC, F. Paul Ohadi Trust, F. Paul Ohadi Trust, KMW Business Jets, LLC, F. Paul Ohadi, F. Paul Ohadi, Kenneth M. Woolley, Kenneth M. Woolley.(Pilatowicz, Teresa) (Entered: 06/19/2019) |
| 06/19/2019 | 411 | NOTICE to take deposition of Ken Yormark filed by Teresa Marie Pilatowicz on behalf of Defendants Alta Airlines Holdings, LLC, F. Paul Ohadi Trust, KMW Business Jets, LLC, F. Paul Ohadi, Kenneth M. Woolley, Cross Defendants Alta Airlines Holdings, LLC, F. Paul Ohadi Trust, F. Paul Ohadi Trust, KMW Business Jets, LLC, F. Paul Ohadi, F. Paul Ohadi, Kenneth M. Woolley, Kenneth M. Woolley.(Pilatowicz, Teresa) (Entered: 06/19/2019) |
| 06/19/2019 | 412 | CERTIFICATE OF SERVICE OF INITIAL RULE 26 DISCLOSURES *Certificate of Service of Sixth Supplemental Rule 26 Disclosures* filed by Teresa Marie Pilatowicz on behalf of Defendants Alta Airlines Holdings, LLC, F. Paul Ohadi Trust, KMW Business Jets, LLC, F. Paul Ohadi, Kenneth M. Woolley, Cross Defendants Alta Airlines Holdings, LLC, F. Paul Ohadi Trust, F. Paul Ohadi Trust, KMW Business Jets, LLC, F. Paul Ohadi, F. Paul Ohadi, Kenneth M. Woolley, Kenneth M. Woolley.(Pilatowicz, Teresa) (Entered: 06/19/2019) |

| Date | No. | Description |
|---|---|---|
| 06/21/2019 | 413 | CERTIFICATE OF SERVICE by Jet Midwest International Co., Ltd *for Third Request for Production and Inspection of Documents to Jet Midwest Group* filed by Carrie Phillips on behalf of Plaintiff Jet Midwest International Co., Ltd.(Phillips, Carrie) (Entered: 06/21/2019) |
| 06/24/2019 | 414 | MOTION to compel *and Request for Teleconference Pursuant to Scheduling and Trial Order* filed by Carrie Phillips on behalf of Jet Midwest International Co., Ltd. Suggestions in opposition/response due by 7/8/2019 unless otherwise directed by the court. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Phillips, Carrie) (Entered: 06/24/2019) |
| 06/25/2019 | 415 | CERTIFICATE OF SERVICE by Jet Midwest International Co., Ltd *Subpeona to Mark Allison* filed by Carrie Phillips on behalf of Plaintiff Jet Midwest International Co., Ltd.(Phillips, Carrie) (Entered: 06/25/2019) |
| 06/25/2019 | 416 | NOTICE of filing *Notice of Intent to Serve Subpoena on KMW Engines, LLC* by Jet Midwest International Co., Ltd (Attachments: # 1 Exhibit A)(Phillips, Carrie) (Entered: 06/25/2019) |
| 06/25/2019 | 417 | CERTIFICATE OF SERVICE by Jet Midwest International Co., Ltd *for First Interrogatories and Second Request for Production of Documents to Karen Kraus* filed by Carrie Phillips on behalf of Plaintiff Jet Midwest International Co., Ltd.(Phillips, Carrie) (Entered: 06/25/2019) |
| 06/25/2019 | 418 | CERTIFICATE OF SERVICE by Jet Midwest International Co., Ltd *for Second Request for Production of Documents to Paul Kraus* filed by Carrie Phillips on behalf of Plaintiff Jet Midwest International Co., Ltd.(Phillips, Carrie) (Entered: 06/25/2019) |
| 06/25/2019 | 419 | CERTIFICATE OF SERVICE by Jet Midwest International Co., Ltd *for Third Interrogatories and Fourth Request for Production of Documents to Jet Midwest Group, LLC* filed by Carrie Phillips on behalf of Plaintiff Jet Midwest International Co., Ltd.(Phillips, Carrie) (Entered: 06/25/2019) |
| 06/26/2019 | 420 | SUGGESTIONS in opposition re 414 MOTION to compel *and Request for Teleconference Pursuant to Scheduling and Trial Order Response in Opposition to Motion to Compel and Request for Teleconference Pursuant to Scheduling and Trial Order* filed by Teresa Marie Pilatowicz on behalf of Defendants Alta Airlines Holdings, LLC, F. Paul Ohadi Trust, KMW Business Jets, LLC, F. Paul Ohadi, Kenneth M. Woolley, Cross Defendants Alta Airlines Holdings, LLC, F. Paul Ohadi Trust, F. Paul Ohadi Trust, KMW Business Jets, LLC, F. Paul Ohadi, F. Paul Ohadi, Kenneth M. Woolley, Kenneth M. Woolley. Reply suggestions due by 7/10/2019 unless otherwise directed by the court. (Related document(s) 414 ) (Pilatowicz, Teresa) (Entered: 06/26/2019) |
| 06/27/2019 | 421 | NOTICE of filing *Status Report Regarding Settlement Progress* by PMC Aviation 2012–1, LLC re 401 Order, (Morse, Clint) (Entered: 06/27/2019) |
| 07/01/2019 | 422 | CERTIFICATE OF SERVICE by Jet Midwest International Co., Ltd *Responses to 2nd Req for Admissions and 2nd Interrogatories* filed by Carrie Phillips on behalf of Plaintiff Jet Midwest International Co., Ltd.(Phillips, Carrie) (Entered: 07/01/2019) |
| 07/01/2019 | 423 | DESIGNATION *of Rebuttal Expert* by Jet Midwest, Inc., Karen Kraus, Paul Kraus. (Gasper, Adam) (Entered: 07/01/2019) |
| 07/01/2019 | 424 | |

| | | |
|---|---|---|
| | | DESIGNATION /*Disclosure of Rebuttal Expert* by Jet Midwest Group, LLC filed by Bradley Robert Gardner on behalf of Defendant Jet Midwest Group, LLC.(Gardner, Bradley) (Entered: 07/01/2019) |
| 07/01/2019 | 425 | DESIGNATION *Rebuttal Expert Disclosure* by Kenneth M. Woolley, KMW Business Jets, LLC, F. Paul Ohadi Trust(dated December 15, 1999), Alta Airlines Holdings, LLC, F. Paul Ohadi(in his capacity as trustee and legal representative of the F. Paul Ohadi Trust dated December 15, 1999 and in his individual capacity) filed by Teresa Marie Pilatowicz on behalf of Defendants Kenneth M. Woolley, KMW Business Jets, LLC, Alta Airlines Holdings, LLC, F. Paul Ohadi Trust, F. Paul Ohadi, Cross Defendants Kenneth M. Woolley, F. Paul Ohadi Trust, F. Paul Ohadi, Kenneth M. Woolley, Alta Airlines Holdings, LLC, F. Paul Ohadi, KMW Business Jets, LLC, F. Paul Ohadi Trust.(Pilatowicz, Teresa) (Entered: 07/01/2019) |
| 07/01/2019 | 426 | CERTIFICATE OF SERVICE by Alta Airlines Holdings, LLC, F. Paul Ohadi Trust, KMW Business Jets, LLC, F. Paul Ohadi, Kenneth M. Woolley *REBUTTAL EXPERT DISCLOSURE* filed by Teresa Marie Pilatowicz on behalf of Defendants Alta Airlines Holdings, LLC, F. Paul Ohadi Trust, KMW Business Jets, LLC, F. Paul Ohadi, Kenneth M. Woolley.(Pilatowicz, Teresa) (Entered: 07/01/2019) |
| 07/01/2019 | 427 | CERTIFICATE OF SERVICE by Alta Airlines Holdings, LLC, F. Paul Ohadi Trust, KMW Business Jets, LLC, F. Paul Ohadi, Kenneth M. Woolley *RESPONSES TO PLAINTIFF JET MIDWEST INTERNATIONAL CO., LTD.S REQUESTS FOR ADMISSION* filed by Teresa Marie Pilatowicz on behalf of Defendants Alta Airlines Holdings, LLC, F. Paul Ohadi Trust, KMW Business Jets, LLC, F. Paul Ohadi, Kenneth M. Woolley.(Pilatowicz, Teresa) (Entered: 07/01/2019) |
| 07/01/2019 | 428 | CERTIFICATE OF SERVICE by F. Paul Ohadi Trust, F. Paul Ohadi, Kenneth M. Woolley *(1) DEFENDANT KENNETH M. WOOLLEYS SUPPLEMENTAL RESPONSES TO JET MIDWEST INTERNATIONAL CO., LTDS SECOND REQUEST FOR PRODUCTION AND INSPECTION OF DOCUMENTS AND (2) DEFENDANTS F. PAUL OHADI AND THE F. PAUL OHADI TRUST DATED DECEMBER 15, 1999S SUPPLEMENTAL RESPONSES TO JET MIDWEST INTERNATIONAL CO. LTD.S THIRD SET OF REQUEST FOR PRODUCTION OF DOCUMENTS* filed by Teresa Marie Pilatowicz on behalf of Defendants F. Paul Ohadi Trust, F. Paul Ohadi, Kenneth M. Woolley.(Pilatowicz, Teresa) (Entered: 07/01/2019) |
| 07/02/2019 | 429 | CERTIFICATE OF SERVICE by Jet Midwest, Inc. *of Responses to Defendants Woolley, Ohadi, Ohadi Trust, KMW Business Jets and Alta Airlines Holdings' First Set of Requests for Admissions* filed by Adam J. Gasper on behalf of Defendant Jet Midwest, Inc..(Gasper, Adam) (Entered: 07/02/2019) |
| 07/02/2019 | 430 | CERTIFICATE OF SERVICE by Jet Midwest Group, LLC *for Response to Jet Midwest International Co., Ltd.'s Requests for Admission* filed by Kelsey Elizabeth Hodgdon on behalf of Defendant Jet Midwest Group, LLC.(Hodgdon, Kelsey) (Entered: 07/02/2019) |
| 07/02/2019 | 431 | CERTIFICATE OF SERVICE by Jet Midwest Group, LLC *for Responses to Kenneth M. Woolley, F. Paul Ohadi, F. Paul Ohadi Trust, KMW Business Jets, LLC and Alta Airlines Holdings, LLC's First Set of Requests for Admissions and First Set of Interrogatories* filed by Kelsey Elizabeth Hodgdon on behalf of Defendant Jet Midwest Group, LLC.(Hodgdon, Kelsey) (Entered: 07/02/2019) |
| 07/08/2019 | 435 | |

| | | |
|---|---|---|
| | | MOTION for order Order Granting Unopposed Motion to Deposit Share Certificates of Airborne Wireless Network with the Clerk of Court re 434 EX PARTE MOTION for Motion for Order to Deposit Share Certificates of Airborne Wireless Network with The Clerk of Court *Unopposed Motion for Order to Deposit Share Certificates of Airborne Wireless Network with The Clerk of Court Motion for Order Granting Unopposed Motion to Deposit Share Certificates of Airbrone Wireless Network with The Clerk of Court* filed by Teresa Marie Pilatowicz on behalf of Alta Airlines Holdings, LLC, F. Paul Ohadi Trust(dated December 15, 1999), KMW Business Jets, LLC, F. Paul Ohadi(in his capacity as trustee and legal representative of the F. Paul Ohadi Trust dated December 15, 1999 and in his individual capacity), Kenneth M. Woolley. Suggestions in opposition/response due by 7/22/2019 unless otherwise directed by the court. (Related document(s) 434 ) (Pilatowicz, Teresa) (Entered: 07/08/2019) |
| 07/09/2019 | | NOTICE OF DOCKET MODIFICATION. A modification has been made to the document filed on 7/8/19 as Document No. 435, Motion for Order Granting. The proposed order attached to the entry has been deleted. Per Administrative Procedures any proposed orders are to be emailed to the Courtroom Deputy in Word or WordPerfect format (Christy_Anderson@mow.uscourts.gov). This is a text entry only – no document is attached. (Anderson, Christy) (Entered: 07/09/2019) |
| 07/09/2019 | 436 | NOTICE to take deposition of Erick Gjerdingen filed by Carrie Phillips on behalf of Plaintiff Jet Midwest International Co., Ltd.(Phillips, Carrie) (Entered: 07/09/2019) |
| 07/09/2019 | 437 | NOTICE to take deposition of Emily White filed by Carrie Phillips on behalf of Plaintiff Jet Midwest International Co., Ltd.(Phillips, Carrie) (Entered: 07/09/2019) |
| 07/10/2019 | 438 | ORDER – DENYING 414 motion to compel and request for a teleconference. The parties need to invest additional time in an attempt to resolve this issue. If after consultation the parties are unable to reach an agreement regarding certain documents on the log, the parties may contact the Court for assistance. Signed on 7/9/19 by District Judge Fernando J. Gaitan, Jr. (Anderson, Christy) (Entered: 07/10/2019) |
| 07/10/2019 | 439 | Motion to allow Leo T. Crowley to appear pro hac vice (Pro Hac fee $100 receipt number AMOWDC–6393740) filed by Carrie Phillips on behalf of Jet Midwest International Co., Ltd. (Phillips, Carrie) (Entered: 07/10/2019) |
| 07/11/2019 | 440 | NOTICE to take deposition of Mark Allison filed by Carrie Phillips on behalf of Plaintiff Jet Midwest International Co., Ltd.(Phillips, Carrie) (Entered: 07/11/2019) |
| 07/11/2019 | 441 | ORDER granting 439 motion to appear pro hac vice entered by Clerk of Court. Attorney Leo T. Crowley for Jet Midwest International Co., Ltd allowed to appear pro hac vice. This entry will serve as authorization for the pro hac participation by the attorney.<br><br>Western District of Missouri Local Rule 5.1 requires documents to be filed electronically. If pro hac vice counsel has not already done so, counsel is directed to immediately register for a WDMO e–filing account for NextGen CM/ECF. This will enable counsel to electronically file documents and receive electronic notification of filings. Register for a WDMO e–filing account at PACER. This is a TEXT ONLY ENTRY. No document is attached. (Geiser, Angel) (Entered: 07/11/2019) |
| 07/15/2019 | 442 | NOTICE to take deposition of Edward McDonough filed by Carrie Phillips on behalf of Plaintiff Jet Midwest International Co., Ltd.(Phillips, Carrie) (Entered: 07/15/2019) |

| 07/16/2019 | 443 | NOTICE of filing *Second Settlement Status Report* by PMC Aviation 2012–1, LLC re 401 Order, (Morse, Clint) (Entered: 07/16/2019) |
|---|---|---|
| 07/17/2019 | 444 | ORDER – Pursuant to the Second Settlement Status Report 443 filed on 7/16/19, the parties are directed to filed either a stipulation of dismissal or a status report discussing settlement progress, as to the claims brought by PMC Aviation, on or before 8/16/2019. Signed on 7/17/19 by District Judge Fernando J. Gaitan, Jr.  This is a TEXT ONLY ENTRY. No document is attached. (Anderson, Christy) (Entered: 07/17/2019) |
| 07/17/2019 | 445 | ORDER granting 397 Erick T. Gjerdingen's Motion to Withdraw as counsel for F. Paul Ohadi, individually and F. Paul Ohadi, Trustee of the F. Paul Ohadi Trust dated December 15, 1999, Kenneth M. Woolley and KMW Business Jets, LLC and ALTA Airlines Holdings, LLC. Signed on 7/17/2019 by District Judge Fernando J. Gaitan, Jr. (Rosa, Patricia) (Entered: 07/17/2019) |
| 07/22/2019 | 446 | Amended NOTICE to take deposition of Emily White filed by Carrie Phillips on behalf of Plaintiff Jet Midwest International Co., Ltd.(Phillips, Carrie) (Entered: 07/22/2019) |
| 07/22/2019 | 447 | CERTIFICATE OF SERVICE by Jet Midwest Group, LLC *for Responses and Objections to Jet Midwest International Co., Ltd's Third and Fourth Requests for Production and Inspection of Documents* filed by Kelsey Elizabeth Hodgdon on behalf of Defendant Jet Midwest Group, LLC.(Hodgdon, Kelsey) (Entered: 07/22/2019) |
| 07/24/2019 | 448 | CERTIFICATE OF SERVICE by Jet Midwest International Co., Ltd *of Supplemental Initial Disclosures* filed by Carrie Phillips on behalf of Plaintiff Jet Midwest International Co., Ltd.(Phillips, Carrie) (Entered: 07/24/2019) |
| 07/24/2019 | 449 | CERTIFICATE OF SERVICE by Alta Airlines Holdings, LLC, F. Paul Ohadi Trust(dated December 15, 1999), KMW Business Jets, LLC, Kenneth M. Woolley *Certificate of Service of Defendants' Seventh Supplement to Fed R. Civ. P. 26(a)(1) Initial Disclosures* filed by Teresa Marie Pilatowicz on behalf of Defendants Alta Airlines Holdings, LLC, F. Paul Ohadi Trust, KMW Business Jets, LLC, Kenneth M. Woolley, Cross Defendants Alta Airlines Holdings, LLC, F. Paul Ohadi Trust, F. Paul Ohadi Trust, KMW Business Jets, LLC, Kenneth M. Woolley, Kenneth M. Woolley.(Pilatowicz, Teresa) (Entered: 07/24/2019) |
| 07/26/2019 | 450 | Joint MOTION for extension of time */ Joint Motion to Extend Certain Deadlines* filed by Eric B Epstein on behalf of Jet Midwest International Co., Ltd. Suggestions in opposition/response due by 8/9/2019 unless otherwise directed by the court. (Epstein, Eric) (Entered: 07/26/2019) |
| 07/26/2019 | 451 | CERTIFICATE OF SERVICE by Jet Midwest Group, LLC *for Responses and Objections to Jet Midwest International Co., Ltd.'s Third Set of Interrogatories* filed by Kelsey Elizabeth Hodgdon on behalf of Defendant Jet Midwest Group, LLC.(Hodgdon, Kelsey) (Entered: 07/26/2019) |
| 07/29/2019 | 452 | CERTIFICATE OF SERVICE by Karen Kraus, Paul Kraus *Responses to Jet Midwest International Co., Ltd.'s Second Request for Production of Documents and Karen Kraus's Answers to Jet Midwest International Co., Ltd.'s First Set of Interrogatories* filed by Adam J. Gasper on behalf of Defendants Karen Kraus, Paul Kraus.(Gasper, Adam) (Entered: 07/29/2019) |

| | | |
|---|---|---|
| 07/29/2019 | 453 | SECOND AMENDED SCHEDULING ORDER: Dispositive Motions due by 9/6/2019. Witness List, in camera Witness List and Exhibit List due by 9/3/2019. Stipulation of Facts due by 8/12/19. Deposition Designations due 9/3/19. Please see Order for additional information. Signed on 7/29/2019 by District Judge Fernando J. Gaitan, Jr. (Anderson, Christy) (Entered: 07/29/2019) |
| 07/29/2019 | 454 | NOTICE of filing *Withdrawal of Gjerdingen Deposition* by Jet Midwest International Co., Ltd re 436 Notice to Take Deposition (Phillips, Carrie) (Entered: 07/29/2019) |
| 08/01/2019 | 455 | CERTIFICATE OF SERVICE by Alta Airlines Holdings, LLC, F. Paul Ohadi Trust(dated December 15, 1999), KMW Business Jets, LLC, F. Paul Ohadi(in his capacity as trustee and legal representative of the F. Paul Ohadi Trust dated December 15, 1999 and in his individual capacity), Kenneth M. Woolley *Certificate of Service of Defendants' Eighth Supplement to Fed. R. Civ. P. 26(a)(1) Initial Disclosures* filed by Teresa Marie Pilatowicz on behalf of Defendants Alta Airlines Holdings, LLC, F. Paul Ohadi Trust, KMW Business Jets, LLC, F. Paul Ohadi, Kenneth M. Woolley, Cross Defendants Alta Airlines Holdings, LLC, F. Paul Ohadi Trust, F. Paul Ohadi Trust, KMW Business Jets, LLC, F. Paul Ohadi, F. Paul Ohadi, Kenneth M. Woolley, Kenneth M. Woolley.(Pilatowicz, Teresa) (Entered: 08/01/2019) |
| 08/05/2019 | 457 | NOTICE of filing */Letter to Judge Gaitan regarding Court of Appeals for the 8th Circuit issuance of Opinion dated August 2, 2019* by Jet Midwest International Co., Ltd (Attachments: # 1 Exhibit A)(Epstein, Eric) (Entered: 08/05/2019) |
| 08/12/2019 | 458 | STIPULATION *of Uncontroverted Facts* by Jet Midwest International Co., Ltd. (Epstein, Eric) (Entered: 08/12/2019) |
| 08/16/2019 | 459 | NOTICE of filing *Third Settlement Status Report* by PMC Aviation 2012–1, LLC re 444 Order, (Morse, Clint) (Entered: 08/16/2019) |
| 08/29/2019 | 461 | MOTION in limine *TO EXCLUDE EXPERT TESTIMONY OF KEN YORMARK* filed by Teresa Marie Pilatowicz on behalf of Alta Airlines Holdings, LLC, F. Paul Ohadi Trust, KMW Business Jets, LLC, F. Paul Ohadi, Kenneth M. Woolley. Suggestions in opposition/response due by 9/12/2019 unless otherwise directed by the court. (Pilatowicz, Teresa) (Entered: 08/29/2019) |
| 08/29/2019 | 462 | SUGGESTIONS in support re 461 MOTION in limine *TO EXCLUDE EXPERT TESTIMONY OF KEN YORMARK* filed by Teresa Marie Pilatowicz on behalf of Defendants Alta Airlines Holdings, LLC, F. Paul Ohadi Trust, KMW Business Jets, LLC, F. Paul Ohadi, Kenneth M. Woolley. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(Related document(s) 461 ) (Pilatowicz, Teresa) (Entered: 08/29/2019) |
| 08/30/2019 | 463 | Joint MOTION for extension of time *TO EXTEND DEADLINE TO FILE STIPULATION TO THE IDENTITY AND AUTHENTICATION OF EXHIBITS* filed by Teresa Marie Pilatowicz on behalf of Alta Airlines Holdings, LLC, F. Paul Ohadi Trust, KMW Business Jets, LLC, F. Paul Ohadi, Kenneth M. Woolley. Suggestions in opposition/response due by 9/13/2019 unless otherwise directed by the court. (Pilatowicz, Teresa) (Entered: 08/30/2019) |
| 08/30/2019 | 464 | MOTION in limine */Plaintiff's Motion to Exclude Certain Testimony of Edward M. McDonough* filed by Eric B Epstein on behalf of Jet Midwest International Co., Ltd. Suggestions in opposition/response due by 9/13/2019 unless otherwise directed by the court. (Epstein, Eric) (Entered: 08/30/2019) |

| 08/30/2019 | 465 | SUGGESTIONS in support re 464 MOTION in limine *Plaintiff's Motion to Exclude Certain Testimony of Edward M. McDonough* filed by Eric B Epstein on behalf of Plaintiff Jet Midwest International Co., Ltd. (Related document(s) 464 ) (Epstein, Eric) (Entered: 08/30/2019) |
|---|---|---|
| 08/30/2019 | 466 | NOTICE (SEALED) by Jet Midwest International Co., Ltd re 465 Suggestions in Support of Motion, (Epstein, Eric) (Entered: 08/30/2019) |
| 08/30/2019 | 467 | MOTION in limine *Joinder Motion to Exclude Expert Testimony of Ken Yormark* filed by Kelsey Elizabeth Hodgdon on behalf of Jet Midwest Group, LLC. Suggestions in opposition/response due by 9/13/2019 unless otherwise directed by the court. (Hodgdon, Kelsey) (Entered: 08/30/2019) |
| 09/03/2019 | 468 | ORDER – GRANTING 463 motion for extension of time. Parties shall file their Stipulations as to the Identity and Authentication of Exhibits on or before **September 17, 2019**. Signed on 9/3/19 by District Judge Fernando J. Gaitan, Jr. (Anderson, Christy) (Entered: 09/03/2019) |
| 09/03/2019 | 469 | DESIGNATION *Plaintiff's Deposition Designations* by Jet Midwest International Co., Ltd filed by Daryl Lian Kleiman on behalf of Plaintiff Jet Midwest International Co., Ltd.(Kleiman, Daryl) (Entered: 09/03/2019) |
| 09/03/2019 | 470 | PROPOSED EXHIBIT LIST by Jet Midwest International Co., Ltd. (Attachments: # 1 Exhibit 1)(Ng, Michelle) (Attachment 1 replaced on 9/3/2019 at the request of filer due to clerical error; NEF regenerated) (Ellis, Lindsey). (Entered: 09/03/2019) |
| 09/03/2019 | 471 | PROPOSED WITNESS LIST by Jet Midwest International Co., Ltd . (Ng, Michelle) (Entered: 09/03/2019) |
| 09/03/2019 | 472 | DESIGNATION *Jet Midwest Group, LLC's Designations of Depositions* by Jet Midwest Group, LLC. (Gardner, Bradley) (Entered: 09/03/2019) |
| 09/03/2019 | 473 | PROPOSED EXHIBIT LIST *Regarding November 18, 2019 Trial* by Jet Midwest Group, LLC. (Gardner, Bradley) (Entered: 09/03/2019) |
| 09/03/2019 | 474 | PROPOSED WITNESS LIST by Jet Midwest Group, LLC . (Gardner, Bradley) (Entered: 09/03/2019) |
| 09/03/2019 | 475 | NOTICE (SEALED) by Jet Midwest Group, LLC – *In Camera Witness List Regarding November 18, 2019 Trial* (Gardner, Bradley) (Entered: 09/03/2019) |
| 09/03/2019 | 476 | PROPOSED WITNESS LIST by Alta Airlines Holdings, LLC, F. Paul Ohadi Trust, KMW Business Jets, LLC, F. Paul Ohadi, Kenneth M. Woolley . (Pilatowicz, Teresa) (Entered: 09/03/2019) |
| 09/03/2019 | 477 | NOTICE (SEALED) by Alta Airlines Holdings, LLC, F. Paul Ohadi Trust, KMW Business Jets, LLC, F. Paul Ohadi, Kenneth M. Woolley *IN CAMERA WITNESS LIST* (Pilatowicz, Teresa) (Entered: 09/03/2019) |
| 09/03/2019 | 478 | DESIGNATION *of Deposition Testimony* by Alta Airlines Holdings, LLC, F. Paul Ohadi Trust, KMW Business Jets, LLC, F. Paul Ohadi, Kenneth M. Woolley. (Pilatowicz, Teresa) (Entered: 09/03/2019) |
| 09/03/2019 | 479 | Amended PROPOSED WITNESS LIST by Alta Airlines Holdings, LLC, F. Paul Ohadi Trust, KMW Business Jets, LLC, F. Paul Ohadi, Kenneth M. Woolley . (Pilatowicz, Teresa) (Entered: 09/03/2019) |

| 09/03/2019 | 480 | PROPOSED EXHIBIT LIST by Alta Airlines Holdings, LLC, F. Paul Ohadi Trust, KMW Business Jets, LLC, F. Paul Ohadi, Kenneth M. Woolley. (Attachments: # 1 Exhibit A)(Pilatowicz, Teresa) (Entered: 09/03/2019) |
|---|---|---|
| 09/05/2019 | 481 | STIPULATION re 321 Order on Motion for TRO, *Stipulation to Dissolve Anti−Suit Injunction* by PMC Aviation 2012−1, LLC. (Related document(s) 321 ) (Morse, Clint) (Entered: 09/05/2019) |
| 09/05/2019 | 482 | STIPULATION of dismissal *of PMC's Claims and Crossclaims* by PMC Aviation 2012−1, LLC. (Morse, Clint) (Entered: 09/05/2019) |
| 09/05/2019 | 483 | USCA Judgment as to 326 Notice of Appeal filed by Jet Midwest Group, LLC **This is a preliminary judgment of U.S. Court of Appeals; jurisdiction is not recovered until the Mandate is issued by the U.S Court of Appeals.** Appellant's motion to dismiss the appeal is granted. The appeal is hereby dismissed in accordance with the Federal Rules of Appellate Procedure 42(b). (Terry, Jason) (Entered: 09/05/2019) |
| 09/05/2019 | 484 | MANDATE of US COURT OF APPEALS as to 326 Notice of Appeal filed by Jet Midwest Group, LLC with mandate issued on 09/05/2019. (Terry, Jason) (Entered: 09/05/2019) |
| 09/06/2019 | 485 | MOTION for summary judgment filed by Eric B Epstein on behalf of Jet Midwest International Co., Ltd. Suggestions in opposition/response due by 9/27/2019 unless otherwise directed by the court. (Epstein, Eric) (Entered: 09/06/2019) |
| 09/06/2019 | 486 | SUGGESTIONS in support re 485 MOTION for summary judgment filed by Eric B Epstein on behalf of Plaintiff Jet Midwest International Co., Ltd. (Related document(s) 485 ) (Epstein, Eric) (Entered: 09/06/2019) |
| 09/06/2019 | 487 | AFFIDAVIT re 485 MOTION for summary judgment *Declaration of Michelle NG in Support of Motion for Summary Judgment* by Jet Midwest International Co., Ltd. (Related document(s) 485 ) (Epstein, Eric) (Entered: 09/06/2019) |
| 09/06/2019 | 488 | AFFIDAVIT re 485 MOTION for summary judgment *Declaration of Michelle NG in Support of Motion for Summary Judgment* by Jet Midwest International Co., Ltd. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 16, # 17 Exhibit 17, # 18 Exhibit 18, # 19 Exhibit 19, # 20 Exhibit 20, # 21 Exhibit 21, # 22 Exhibit 22, # 23 Exhibit 23, # 24 Exhibit 24, # 25 Exhibit 25, # 26 Exhibit 26, # 27 Exhibit 27, # 28 Exhibit 28, # 29 Exhibit 29, # 30 Exhibit 30, # 31 Exhibit 31, # 32 Exhibit 32, # 33 Exhibit 33, # 34 Exhibit 34, # 35 Exhibit 35, # 36 Exhibit 36, # 37 Exhibit 37, # 38 Exhibit 38, # 39 Exhibit 39, # 40 Exhibit 40, # 41 Exhibit 41, # 42 Exhibit 42, # 43 Exhibit 43, # 44 Exhibit 44, # 45 Exhibit 45 thru 55, # 46 Exhibit 56 thru 66, # 47 Exhibit 67 thru 70)(Related document(s) 485 ) (Epstein, Eric) (Entered: 09/06/2019) |
| 09/06/2019 | 489 | NOTICE (SEALED) by Jet Midwest International Co., Ltd re 485 MOTION for summary judgment (Epstein, Eric) (Entered: 09/06/2019) |
| 09/06/2019 | 490 | NOTICE (SEALED) by Jet Midwest International Co., Ltd re 488 Affidavit,,,, *Exhibits Filed Under Seal* (Epstein, Eric) (Entered: 09/06/2019) |
| 09/06/2019 | 491 | MOTION for leave to file excess pages filed by Teresa Marie Pilatowicz on behalf of Alta Airlines Holdings, LLC, F. Paul Ohadi Trust, KMW Business Jets, LLC, F. Paul Ohadi, Kenneth M. Woolley. Suggestions in opposition/response due by 9/20/2019 |

| | | unless otherwise directed by the court. (Pilatowicz, Teresa) (Entered: 09/06/2019) |
|---|---|---|
| 09/06/2019 | 492 | MOTION for partial summary judgment filed by Teresa Marie Pilatowicz on behalf of Alta Airlines Holdings, LLC, F. Paul Ohadi Trust, KMW Business Jets, LLC, F. Paul Ohadi, Kenneth M. Woolley. Suggestions in opposition/response due by 9/27/2019 unless otherwise directed by the court. (Pilatowicz, Teresa) (Entered: 09/06/2019) |
| 09/06/2019 | 493 | SUGGESTIONS in support re 492 MOTION for partial summary judgment filed by Teresa Marie Pilatowicz on behalf of Defendants Alta Airlines Holdings, LLC, F. Paul Ohadi Trust, KMW Business Jets, LLC, F. Paul Ohadi, Kenneth M. Woolley. (Related document(s) 492 ) (Pilatowicz, Teresa) (Entered: 09/06/2019) |
| 09/06/2019 | 494 | EXHIBIT INDEX **(Exhibits in Support of 492 Motion for Partial Summary Judgment)**. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 5–A, # 7 Exhibit 5–B, # 8 Exhibit 6, # 9 Exhibit 6–A, # 10 Exhibit 7, # 11 Exhibit 7–A, # 12 Exhibit 8, # 13 Exhibit 8–A, # 14 Exhibit 9, # 15 Exhibit 10, # 16 Exhibit 11, # 17 Exhibit 12, # 18 Exhibit 13, # 19 Exhibit 14, # 20 Exhibit 15, # 21 Exhibit 15–A, # 22 Exhibit 15–B, # 23 Exhibit 16, # 24 Exhibit 17, # 25 Exhibit 18, # 26 Exhibit 19, # 27 Exhibit 20, # 28 Exhibit 21, # 29 Exhibit 22, # 30 Exhibit 23, # 31 Exhibit 24, # 32 Exhibit 25, # 33 Exhibit 26, # 34 Exhibit 27, # 35 Exhibit 28, # 36 Exhibit 29, # 37 Exhibit 30, # 38 Exhibit 31, # 39 Exhibit 32, # 40 Exhibit 33, # 41 Exhibit 34, # 42 Exhibit 35, # 43 Exhibit 36, # 44 Exhibit 37, # 45 Exhibit 38, # 46 Exhibit 39, # 47 Exhibit 40, # 48 Exhibit 41, # 49 Exhibit 42, # 50 Exhibit 43, # 51 Exhibit 44, # 52 Exhibit 45, # 53 Exhibit 46, # 54 Exhibit 47, # 55 Exhibit 48, # 56 Exhibit 49, # 57 Exhibit 50, # 58 Exhibit 51, # 59 Exhibit 52, # 60 Exhibit 53, # 61 Index 54, # 62 Exhibit 55, # 63 Exhibit 56, # 64 Exhibit 57, # 65 Exhibit 58, # 66 Exhibit 59, # 67 Exhibit 60, # 68 Exhibit 61, # 69 Exhibit 62, # 70 Exhibit 63, # 71 Exhibit 64, # 72 Exhibit 65, # 73 Exhibit 66, # 74 Exhibit 67, # 75 Exhibit 68, # 76 Exhibit 69, # 77 Exhibit 70, # 78 Exhibit 71, # 79 Exhibit 72, # 80 Exhibit 73, # 81 Exhibit 74, # 82 Exhibit 75, # 83 Exhibit 76, # 84 Exhibit 77, # 85 Exhibit 78, # 86 Exhibit 79, # 87 Exhibit 80, # 88 Exhibit 81, # 89 Exhibit 82, # 90 Exhibit 83, # 91 Exhibit 84, # 92 Exhibit 85, # 93 Exhibit 86, # 94 Exhibit 87, # 95 Exhibit 88, # 96 Exhibit 89, # 97 Exhibit 89–A, # 98 Exhibit 90, # 99 Exhibit 91, # 100 Exhibit 91–A)(Related document(s) 492 ) (Pilatowicz, Teresa) Modified on 9/9/2019 (Anderson, Christy) **Modified on 9/27/2019 at the request of counsel; 91 & 91–A have been removed and will be refiled correctly. NEF regenerated to all parties.**(Kern, Kendra) (Entered: 09/06/2019) |
| 09/06/2019 | 495 | PROPOSED EXHIBIT LIST *ERRATA* by Alta Airlines Holdings, LLC, F. Paul Ohadi Trust, KMW Business Jets, LLC, F. Paul Ohadi, Kenneth M. Woolley. (Attachments: # 1 Exhibit A)(Pilatowicz, Teresa) (Entered: 09/06/2019) |
| 09/09/2019 | 496 | NOTICE of filing *of Plaintiff/Judgment–Creditor Jet Midwest International Co., Ltd.'s Estimate of Time Needed For Cross–Examination* by Jet Midwest International Co., Ltd (Ng, Michelle) (Entered: 09/09/2019) |
| 09/09/2019 | 497 | ORDER – GRANTING 491 defendant Ohadi/Woolley motion for leave to file excess pages as to their Suggestions in Support of the Motion for Partial Summary Judgment. Plaintiff may seek leave if necessary, to file over–length suggestions in opposition to the additional pages of argument. Signed on 9/9/19 by District Judge Fernando J. Gaitan, Jr. (Anderson, Christy) (Entered: 09/09/2019) |
| 09/09/2019 | 498 | |

| | | |
|---|---|---|
| | | ORDER – GRANTING 482 Stipulation of dismissal of Claims and Crossclaims by PMC Aviation 2012−1, LLC. All claims asserted PMC Aviation 2012−1, LLC are hereby dismissed with prejudice. PMC Aviation 2012−1, LLC is hereby dismissed as Intervenor and Cross−Claimant in this action. Signed on 9/9/19 by District Judge Fernando J. Gaitan, Jr. (Anderson, Christy) (Entered: 09/09/2019) |
| 09/09/2019 | 499 | ORDER – GRANTING 481 Stipulation to Dissolve the Anti−Suit Injunction filed by Jet Midwest Group, LLC and PMC Aviation 2012−1, LLC. It is hereby ORDERED that the Anti−Suit Injunction 321 , entered on 2/22/19, is hereby dissolved, with each party to bear its own fees and costs. Signed on 9/9/19 by District Judge Fernando J. Gaitan, Jr. (Anderson, Christy) (Entered: 09/09/2019) |
| 09/09/2019 | 500 | NOTICE (SEALED) by Jet Midwest Group, LLC *In Camera Estimate of Time Necessary to Cross−Examine Jet Midwest International Co., Ltd's Witnesses* (Gardner, Bradley) (Entered: 09/09/2019) |
| 09/09/2019 | 501 | NOTICE (SEALED) by Alta Airlines Holdings, LLC, F. Paul Ohadi Trust, KMW Business Jets, LLC, F. Paul Ohadi, Kenneth M. Woolley *IN CAMERA STATEMENT REGARDING EXPECTED TIMES OF CROSS−EXAMINATION AND REBUTTAL TIMES FOR IDENTIFIED WITNESSES* (Pilatowicz, Teresa) (Entered: 09/09/2019) |
| 09/10/2019 | 502 | DESIGNATION */Objections and Counter−Designations to Jet Midwest Group, LLC's Deposition Designations* by Jet Midwest International Co., Ltd. (Kleiman, Daryl) (Entered: 09/10/2019) |
| 09/10/2019 | 503 | DESIGNATION */Objections and Counter−Designations to F. Paul Ohadi, Kenneth M. Wooley, KMW Business Jets, LLC, and Alta Airlines Holdings, LLC's Deposition Designations* by Jet Midwest International Co., Ltd. (Kleiman, Daryl) (Entered: 09/10/2019) |
| 09/10/2019 | 504 | DESIGNATION */Objections and Counter−Designations to Plaintiff Jet Midwest International Co., Ltd's Deposition Designations* by Jet Midwest Group, LLC. (Gardner, Bradley) (Entered: 09/10/2019) |
| 09/10/2019 | 505 | OBJECTIONS (non motions) by Alta Airlines Holdings, LLC, F. Paul Ohadi Trust, KMW Business Jets, LLC, F. Paul Ohadi, Kenneth M. Woolley re 469 DESIGNATION *Defendants Kenneth M. Woolley, F. Paul Ohadi, Individually and as Trustee of F. Paul Ohadi Trust Dated December 15, 1999, KMW Business Jets, LLC and Alta Airlines Holdings, LLC's Objections to Plaintiff Jet Midwest International CO., Ltd.'s Deposition Designations*. Related document: 469 DESIGNATION filed by Jet Midwest International Co., Ltd.(Pilatowicz, Teresa) (Entered: 09/10/2019) |
| 09/12/2019 | 506 | SUGGESTIONS in opposition re 461 MOTION in limine *TO EXCLUDE EXPERT TESTIMONY OF KEN YORMARK* filed by Eric B Epstein on behalf of Plaintiff Jet Midwest International Co., Ltd. Reply suggestions due by 9/26/2019 unless otherwise directed by the court. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit, # 6 Exhibit)(Related document(s) 461 ) (Epstein, Eric) (Entered: 09/12/2019) |
| 09/12/2019 | 507 | NOTICE (SEALED) by Jet Midwest International Co., Ltd re 461 MOTION in limine *TO EXCLUDE EXPERT TESTIMONY OF KEN YORMARK (Suggestion in Opposition with Exhibits Filed Under Seal)* (Attachments: # 1 Exhibit)(Epstein, Eric) (Entered: 09/12/2019) |

| Date | # | Description |
|---|---|---|
| 09/13/2019 | 508 | SUGGESTIONS in opposition re 464 MOTION in limine *Plaintiff's Motion to Exclude Certain Testimony of Edward M. McDonough* filed by Teresa Marie Pilatowicz on behalf of Defendants Alta Airlines Holdings, LLC, F. Paul Ohadi Trust, KMW Business Jets, LLC, F. Paul Ohadi, Kenneth M. Woolley. Reply suggestions due by 9/27/2019 unless otherwise directed by the court. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)(Related document(s) 464 ) (Pilatowicz, Teresa) (Entered: 09/13/2019) |
| 09/13/2019 | 509 | SUGGESTIONS in opposition re 464 MOTION in limine *Plaintiff's Motion to Exclude Certain Testimony of Edward M. McDonough /Joinder Suggestions in Opposition to Motion to Exclude Certain Testimony of Edward M. McDonough* filed by Kelsey Elizabeth Hodgdon on behalf of Defendant Jet Midwest Group, LLC. Reply suggestions due by 9/27/2019 unless otherwise directed by the court. (Related document(s) 464 ) (Hodgdon, Kelsey) (Entered: 09/13/2019) |
| 09/16/2019 | 510 | Motion to allow James P. Martin to appear pro hac vice (Pro Hac fee $100 receipt number AMOWDC−6492031) filed by Bradley Robert Gardner on behalf of Jet Midwest Group, LLC. (Gardner, Bradley) (Entered: 09/16/2019) |
| 09/17/2019 | 511 | OBJECTIONS (non motions) by Jet Midwest Group, LLC re 502 DESIGNATION */Objections to Deposition Counter−Designations*. Related document: 502 DESIGNATION filed by Jet Midwest International Co., Ltd.(Gardner, Bradley) (Entered: 09/17/2019) |
| 09/17/2019 | 512 | DESIGNATION */Objections to Defendants' Counter−Designations of Deposition Testimony* by Jet Midwest International Co., Ltd. (Kleiman, Daryl) (Entered: 09/17/2019) |
| 09/17/2019 | 513 | NOTICE (SEALED) by Jet Midwest International Co., Ltd re 512 DESIGNATION (Epstein, Eric) (Entered: 09/17/2019) |
| 09/17/2019 | 514 | STIPULATION */Joint Stipulation to the Identity and Authentication of Exhibits* by Jet Midwest International Co., Ltd. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Lee, Carol) (Entered: 09/17/2019) |
| 09/17/2019 | 515 | OBJECTIONS (non motions) by Alta Airlines Holdings, LLC, F. Paul Ohadi Trust, KMW Business Jets, LLC, F. Paul Ohadi, Kenneth M. Woolley re 470 Proposed Exhibit List . Related document: 470 Proposed Exhibit List filed by Jet Midwest International Co., Ltd. (Attachments: # 1 Exhibit A)(Pilatowicz, Teresa) (Entered: 09/17/2019) |
| 09/17/2019 | 516 | OBJECTIONS (non motions) by Alta Airlines Holdings, LLC, F. Paul Ohadi Trust, KMW Business Jets, LLC, F. Paul Ohadi, Kenneth M. Woolley re 503 DESIGNATION *RESPONSE TO OBJECTIONS*. Related document: 503 DESIGNATION filed by Jet Midwest International Co., Ltd.(Pilatowicz, Teresa) (Entered: 09/17/2019) |
| 09/18/2019 | 517 | ORDER requiring certification of completion of discovery. Signed on 9/18/19 by Clerk of Court. (Anderson, Christy) (Entered: 09/18/2019) |
| 09/18/2019 | 518 | ORDER granting 510 motion to appear pro hac vice entered by Clerk of Court. Attorney James P. Martin for Jet Midwest Group, LLC allowed to appear pro hac vice. This entry will serve as authorization for the pro hac participation by the attorney. |

| | | |
|---|---|---|
| | | Western District of Missouri Local Rule 5.1 requires documents to be filed electronically. If pro hac vice counsel has not already done so, counsel is directed to immediately register for a WDMO e–filing account for NextGen CM/ECF. This will enable counsel to electronically file documents and receive electronic notification of filings. Register for a WDMO e–filing account at <u>PACER</u>. This is a TEXT ONLY ENTRY. No document is attached. (Geiser, Angel) (Entered: 09/18/2019) |
| 09/20/2019 | <u>519</u> | OBJECTIONS (non motions) by Jet Midwest International Co., Ltd re <u>495</u> Proposed Exhibit List . Related document: <u>495</u> Proposed Exhibit List filed by Kenneth M. Woolley, KMW Business Jets, LLC, F. Paul Ohadi, Alta Airlines Holdings, LLC, F. Paul Ohadi Trust. (Attachments: # <u>1</u> Exhibit A)(Phillips, Carrie) (Entered: 09/20/2019) |
| 09/23/2019 | <u>520</u> | NOTICE of filing *Certification of Completion of Discovery* by Jet Midwest Group, LLC (Gardner, Bradley) (Entered: 09/23/2019) |
| 09/23/2019 | <u>521</u> | NOTICE of filing *Certification of Completion of Discovery* by Jet Midwest, Inc., Karen Kraus, Paul Kraus (Gasper, Adam) (Entered: 09/23/2019) |
| 09/23/2019 | <u>522</u> | NOTICE of filing *Certification of Completion of Discovery* by Alta Airlines Holdings, LLC, F. Paul Ohadi Trust, KMW Business Jets, LLC, F. Paul Ohadi, Kenneth M. Woolley (Pilatowicz, Teresa) (Entered: 09/23/2019) |
| 09/23/2019 | <u>523</u> | NOTICE of filing *Certification of Completion of Discovery* by Jet Midwest International Co., Ltd (Epstein, Eric) (Entered: 09/23/2019) |
| 09/25/2019 | <u>524</u> | MOTION for leave to file excess pages filed by Teresa Marie Pilatowicz on behalf of Alta Airlines Holdings, LLC, F. Paul Ohadi Trust, KMW Business Jets, LLC, F. Paul Ohadi, Kenneth M. Woolley. Suggestions in opposition/response due by 10/9/2019 unless otherwise directed by the court. (Pilatowicz, Teresa) (Entered: 09/25/2019) |
| 09/26/2019 | <u>525</u> | MOTION for leave to file excess pages */ Motion for Leave to Exceed Page Limit* filed by Eric B Epstein on behalf of Jet Midwest International Co., Ltd. Suggestions in opposition/response due by 10/10/2019 unless otherwise directed by the court. (Epstein, Eric) (Entered: 09/26/2019) |
| 09/26/2019 | <u>526</u> | SUGGESTIONS in opposition re <u>492</u> MOTION for partial summary judgment filed by Eric B Epstein on behalf of Plaintiff Jet Midwest International Co., Ltd. Reply suggestions due by 10/10/2019 unless otherwise directed by the court. (Related document(s) <u>492</u> ) (Epstein, Eric) (Entered: 09/26/2019) |
| 09/26/2019 | <u>527</u> | AFFIDAVIT re <u>492</u> MOTION for partial summary judgment */ Declaration of Michelle Ng in Support of Jet Midwest International Co., LTD.'s Opposition to Motion for Partial Summary Judgment* by Jet Midwest International Co., Ltd. (Attachments: # <u>1</u> Exhibit Exhibit 1–20, # <u>2</u> Exhibit Exhibit 21–30, # <u>3</u> Exhibit Exhibit 31–40, # <u>4</u> Exhibit Exhibit 41–50, # <u>5</u> Exhibit Exhibit 51–61)(Related document(s) <u>492</u> ) (Ng, Michelle) (Entered: 09/26/2019) |
| 09/26/2019 | <u>528</u> | NOTICE (SEALED) by Jet Midwest International Co., Ltd re <u>526</u> Suggestions in Opposition to Motion, *Plaintiff/ Judgment Creditor Jet Midwest International Co, LTD.'s Suggestions in Opposition to Motion for Partial Summary Summary Judgment – Filed Under Seal* (Epstein, Eric) (Entered: 09/26/2019) |
| 09/26/2019 | <u>529</u> | REPLY SUGGESTIONS to motion re <u>461</u> MOTION in limine *TO EXCLUDE EXPERT TESTIMONY OF KEN YORMARK* filed by Teresa Marie Pilatowicz on behalf of Defendants Alta Airlines Holdings, LLC, F. Paul Ohadi Trust, KMW |

| | | |
|---|---|---|
| | | Business Jets, LLC, F. Paul Ohadi, Kenneth M. Woolley. (Related document(s) 461 ) (Pilatowicz, Teresa) (Entered: 09/26/2019) |
| 09/26/2019 | 530 | NOTICE (SEALED) by Jet Midwest International Co., Ltd re 527 Affidavit, / *Exhibits to Declaration of Michelle Ng – Filed Under Seal* (Ng, Michelle) (Entered: 09/26/2019) |
| 09/27/2019 | 531 | MOTION for leave to file *UNDER SEAL* filed by Teresa Marie Pilatowicz on behalf of Alta Airlines Holdings, LLC, F. Paul Ohadi Trust, KMW Business Jets, LLC, F. Paul Ohadi, Kenneth M. Woolley. Suggestions in opposition/response due by 10/11/2019 unless otherwise directed by the court. (Pilatowicz, Teresa) (Entered: 09/27/2019) |
| 09/27/2019 | 532 | REPLY SUGGESTIONS to motion re 464 MOTION in limine */Plaintiff's Motion to Exclude Certain Testimony of Edward M. McDonough* filed by Geoffrey Sant on behalf of Plaintiff Jet Midwest International Co., Ltd. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 16, # 17 Exhibit 17, # 18 Exhibit 18, # 19 Exhibit 19, # 20 Exhibit 20)(Related document(s) 464 ) (Sant, Geoffrey) (Entered: 09/27/2019) |
| 09/27/2019 | 533 | NOTICE (SEALED) by Jet Midwest International Co., Ltd re 532 Reply Suggestions to Motion,, / *Plaintiff / Judgment Creditor Jet Midwest International Co., LTD.s Reply Support of Motion to Exclude Certain Testimony of Edward M. McDonough – Filed Under Seal* (Sant, Geoffrey) (Entered: 09/27/2019) |
| 09/27/2019 | 534 | SUGGESTIONS in opposition to motion for summary judgment re 485 MOTION for summary judgment filed by Teresa Marie Pilatowicz on behalf of Defendants Alta Airlines Holdings, LLC, F. Paul Ohadi Trust, KMW Business Jets, LLC, F. Paul Ohadi, Kenneth M. Woolley. Reply suggestions due by 10/11/2019 unless otherwise directed by the court. (Attachments: # 1 Exhibit A)(Related document(s) 485 ) (Pilatowicz, Teresa) (Entered: 09/27/2019) |
| 09/27/2019 | 535 | NOTICE (SEALED) by Alta Airlines Holdings, LLC, F. Paul Ohadi Trust, KMW Business Jets, LLC, F. Paul Ohadi, Kenneth M. Woolley re 534 Suggestions in Opposition to Motion for Summary Judgment, (Attachments: # 1 Exhibit A)(Pilatowicz, Teresa) (Entered: 09/27/2019) |
| 09/27/2019 | 536 | SUGGESTIONS in opposition re 485 MOTION for summary judgment filed by Bradley Robert Gardner on behalf of Defendant Jet Midwest Group, LLC. Reply suggestions due by 10/11/2019 unless otherwise directed by the court. (Related document(s) 485 ) (Gardner, Bradley) (Entered: 09/27/2019) |
| 09/27/2019 | 537 | AFFIDAVIT re 536 Suggestions in Opposition to Motion, */Declaration of Bradley Gardner in Support of Jet Midwest Group, LLC's Opposition to Jet Midwest International Co., Ltd.'s Motion for Summary Judgment* by Jet Midwest Group, LLC. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5)(Related document(s) 536 ) (Gardner, Bradley) (Entered: 09/27/2019) |
| 09/27/2019 | 538 | NOTICE (SEALED) by Jet Midwest Group, LLC re 537 Affidavit, – *Exhibit 6 to Gardner Declaration* (Gardner, Bradley) (Entered: 09/27/2019) |
| 10/10/2019 | 539 | AMENDED NOTICE OF HEARING – This is the official notice for this hearing. This is a TEXT ONLY ENTRY. No document is attached. **Pretrial Conference has** |

| | | |
|---|---|---|
| | | been RESET to 11/8/2019 10:00 AM. Courtroom 7C, Kansas City (FJG) before District Judge Fernando J. Gaitan Jr.<br><br>Pretrial Conference will be followed by an overview of the courtroom technology by our IT Department. (Anderson, Christy) (Entered: 10/10/2019) |
| 10/10/2019 | 540 | REPLY SUGGESTIONS to motion re 492 MOTION for partial summary judgment *on Second and Third Cause of Action* filed by Teresa Marie Pilatowicz on behalf of Defendants Alta Airlines Holdings, LLC, F. Paul Ohadi Trust, KMW Business Jets, LLC, F. Paul Ohadi, Kenneth M. Woolley. (Attachments: # 1 Index, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit, # 6 Exhibit, # 7 Exhibit, # 8 Exhibit, # 9 Exhibit, # 10 Exhibit, # 11 Exhibit, # 12 Exhibit, # 13 Exhibit, # 14 Exhibit, # 15 Exhibit, # 16 Exhibit, # 17 Exhibit, # 18 Exhibit)(Related document(s) 492 ) (Pilatowicz, Teresa) (Entered: 10/10/2019) |
| 10/10/2019 | 541 | NOTICE (SEALED) by Alta Airlines Holdings, LLC, F. Paul Ohadi Trust, KMW Business Jets, LLC, F. Paul Ohadi, Kenneth M. Woolley *Suggestions in Support of Reply Regarding Motion for Partial Summary Judgment on Second and Third Cause of Action* (Attachments: # 1 Index, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit, # 6 Exhibit, # 7 Exhibit, # 8 Exhibit, # 9 Exhibit, # 10 Exhibit, # 11 Exhibit, # 12 Exhibit, # 13 Exhibit, # 14 Exhibit, # 15 Exhibit, # 16 Exhibit, # 17 Exhibit, # 18 Exhibit)(Pilatowicz, Teresa) (Entered: 10/10/2019) |
| 10/11/2019 | 542 | RESPONSE re 531 MOTION for leave to file *UNDER SEAL* filed by Geoffrey Sant on behalf of Plaintiff Jet Midwest International Co., Ltd. Reply suggestions due by 10/25/2019 unless otherwise directed by the court. (Related document(s) 531 ) (Sant, Geoffrey) Modified on 10/15/2019 correcting docket text upon request of filer (Siegert, Karen). (Entered: 10/11/2019) |
| 10/11/2019 | 543 | REPLY SUGGESTIONS to motion re 485 MOTION for summary judgment */Reply Suggestions in Further Support of Motion and in Response to Opposition of JMG (Docket No. 534)* filed by Eric B Epstein on behalf of Plaintiff Jet Midwest International Co., Ltd. (Related document(s) 485 ) (Epstein, Eric) (Entered: 10/11/2019) |
| 10/11/2019 | 544 | REPLY SUGGESTIONS to motion re 485 MOTION for summary judgment */Reply Suggestions in Further Support of Motion and in Response to Opposition of JMG* filed by Eric B Epstein on behalf of Plaintiff Jet Midwest International Co., Ltd. (Related document(s) 485 ) (Epstein, Eric) (Entered: 10/11/2019) |
| 10/11/2019 | 545 | REPLY SUGGESTIONS to motion re 485 MOTION for summary judgment */Reply Suggestions in Further Support of Motion and in Response to Opposition of Ohadi/Woolley Defendants'* filed by Eric B Epstein on behalf of Plaintiff Jet Midwest International Co., Ltd. (Related document(s) 485 ) (Epstein, Eric) (Entered: 10/11/2019) |
| 10/11/2019 | 546 | NOTICE (SEALED) by Jet Midwest International Co., Ltd re 544 Reply Suggestions to Motion, */Reply Suggestions in Further Support of Motion and in Response to Opposition of JMG* (Epstein, Eric) (Entered: 10/11/2019) |
| 10/11/2019 | 547 | NOTICE (SEALED) by Jet Midwest International Co., Ltd */Reply Suggestions in Further Support of Motion and in Response to Opposition of Ohadi/Woolley Defendants'* (Epstein, Eric) (Entered: 10/11/2019) |
| 10/11/2019 | 548 | |

| | | |
|---|---|---|
| | | AFFIDAVIT re 545 Reply Suggestions to Motion, 544 Reply Suggestions to Motion, *Reply Declaration of Carol Lee in Further Support* by Jet Midwest International Co., Ltd. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 16, # 17 Exhibit 17, # 18 Exhibit 18, # 19 Exhibit 19, # 20 Exhibit 20, # 21 Exhibit 21, # 22 Exhibit 22)(Related document(s) 545 , 544 ) (Epstein, Eric) (Entered: 10/11/2019) |
| 10/11/2019 | 549 | NOTICE (SEALED) by Jet Midwest International Co., Ltd re 547 Notice(SEALED), 546 Notice(SEALED) *Exhibits to Reply Declaration of Carol Lee − Filed Under Seal* (Epstein, Eric) (Entered: 10/11/2019) |
| 10/15/2019 | | NOTICE OF DOCKET MODIFICATION. A modification has been made to the document filed on 10/11/19 as Document No. 543, reply suggestions in support of motion for summary judgment. The document has been deleted because the filer refiled the document as Document No. 544. This is a text entry only − no document is attached. (Siegert, Karen) (Entered: 10/15/2019) |
| 10/16/2019 | 550 | ORDER − **GRANTING** 524 and 525 Ohadi/Woolley and Jet Midwest International's motions for leave to file excess pages. **GRANTING** 531 Ohadi/Woolley's motion for leave to file under seal. **DENYING** 343 Jet Midwest Group's motion to dismiss for lack of jurisdiction. **DENYING AS MOOT** 346 PMC's motion for leave to file amended cross−claims. Signed on 10/16/19 by District Judge Fernando J. Gaitan, Jr. (Anderson, Christy) (Entered: 10/16/2019) |
| 10/18/2019 | 551 | NOTICE (SEALED) by Alta Airlines Holdings, LLC, F. Paul Ohadi Trust, KMW Business Jets, LLC, F. Paul Ohadi, Kenneth M. Woolley re 493 Suggestions in Support of Motion, *[UNREDACTED]* (Pilatowicz, Teresa) (Entered: 10/18/2019) |
| 10/18/2019 | 552 | NOTICE (SEALED) by Alta Airlines Holdings, LLC, F. Paul Ohadi Trust, KMW Business Jets, LLC, F. Paul Ohadi, Kenneth M. Woolley re 494 Supplement,,,,,,,,, *[UNREDACTED EX 91]* (Pilatowicz, Teresa) (Entered: 10/18/2019) |
| 10/18/2019 | 553 | NOTICE (SEALED) by Alta Airlines Holdings, LLC, F. Paul Ohadi Trust, KMW Business Jets, LLC, F. Paul Ohadi, Kenneth M. Woolley re 494 Supplement,,,,,,,,, *[UNREDACTED EX 91A]* (Pilatowicz, Teresa) (Entered: 10/18/2019) |
| 10/21/2019 | 554 | ORDER − Advising counsel that the trial of this case will begin on **Monday November 18, 2019** and **CONCLUDE** no later than **Friday November 22, 2019**. Parties shall submit their final witness and exhibit lists on or before **noon** on **Thursday November 14, 2019**. On or before **January 21, 2020** both parties shall submit to the Court proposed findings of fact and conclusions of law. Please see Order for additional information relating to the trial. Signed on 10/21/19 by District Judge Fernando J. Gaitan, Jr. (Anderson, Christy) (Entered: 10/21/2019) |
| 10/21/2019 | 555 | SUGGESTIONS in support re 492 MOTION for partial summary judgment *[REDACTED]* filed by Teresa Marie Pilatowicz on behalf of Defendants Alta Airlines Holdings, LLC, F. Paul Ohadi Trust, KMW Business Jets, LLC, F. Paul Ohadi, Kenneth M. Woolley. (Related document(s) 492 ) (Pilatowicz, Teresa) (Entered: 10/21/2019) |
| 10/21/2019 | 556 | REDACTION to 494 Supplement,,,,,,,,, byAlta Airlines Holdings, LLC, F. Paul Ohadi Trust, KMW Business Jets, LLC, F. Paul Ohadi, Kenneth M. Woolley. (Attachments: # 1 Exhibit 91, # 2 Exhibit 91−A)(Related document(s) 494 ) |

| | | |
|---|---|---|
| | | (Pilatowicz, Teresa) (Entered: 10/21/2019) |
| 10/28/2019 | 557 | ORDER – The parties shall provide the Court with copies of depositions of only those witnesses who will not be present at trial. The parties shall deliver the highlighted deposition transcripts, as set forth in the Order, to the Court on or before **Friday November 1, 2019**. Signed on 10/28/19 by District Judge Fernando J. Gaitan, Jr. (Anderson, Christy) (Entered: 10/28/2019) |
| 10/30/2019 | 558 | ANSWER to 328 Amended Complaint,,,, *Jet Midwest Group, LLC's Answer to Jet Midwest International Co., Ltd.'s Third Amended Complaint* on behalf of Jet Midwest Group, LLC.(Gardner, Bradley) (Entered: 10/30/2019) |
| 11/01/2019 | 559 | MOTION in limine filed by Adam J. Gasper on behalf of Jet Midwest, Inc., Karen Kraus, Paul Kraus. Suggestions in opposition/response due by 11/15/2019 unless otherwise directed by the court. (Gasper, Adam) (Entered: 11/01/2019) |
| 11/01/2019 | 560 | MOTION in limine */ Plaintiff / Judgment Creditor Jet Midwest International Co., LTD.s Motion in Limine* filed by Eric B Epstein on behalf of Jet Midwest International Co., Ltd. Suggestions in opposition/response due by 11/15/2019 unless otherwise directed by the court. (Epstein, Eric) (Entered: 11/01/2019) |
| 11/01/2019 | 561 | SUGGESTIONS in support re 560 MOTION in limine */ Plaintiff / Judgment Creditor Jet Midwest International Co., LTD.s Motion in Limine* filed by Eric B Epstein on behalf of Plaintiff Jet Midwest International Co., Ltd. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J)(Related document(s) 560 ) (Epstein, Eric) (Entered: 11/01/2019) |
| 11/01/2019 | 562 | NOTICE (SEALED) by Jet Midwest International Co., Ltd re 560 MOTION in limine */ Plaintiff / Judgment Creditor Jet Midwest International Co., LTD.s Motion in Limine / Plaintiff / Judgment Creditor Jet Midwest International Co., LTD.s Motion in Limine* (Epstein, Eric) (Entered: 11/01/2019) |
| 11/01/2019 | 563 | NOTICE (SEALED) by Jet Midwest International Co., Ltd re 561 Suggestions in Support of Motion, */ Plaintiff / Judgment Creditor Jet Midwest International Co., LTD.s Suggestions in Support of Motion in Limine and Exhibits* (Epstein, Eric) (Entered: 11/01/2019) |
| 11/01/2019 | 564 | MOTION in limine *Jet Midwest Group, LLC's Omnibus Motions in Limine* filed by Bradley Robert Gardner on behalf of Jet Midwest Group, LLC. Suggestions in opposition/response due by 11/15/2019 unless otherwise directed by the court. (Gardner, Bradley) (Entered: 11/01/2019) |
| 11/01/2019 | 565 | SUGGESTIONS in support re 564 MOTION in limine *Jet Midwest Group, LLC's Omnibus Motions in Limine* filed by Bradley Robert Gardner on behalf of Defendant Jet Midwest Group, LLC. (Related document(s) 564 ) (Gardner, Bradley) (Entered: 11/01/2019) |
| 11/01/2019 | 566 | MOTION in limine *Joinder of Jet Midwest Group, LLC in and to Bifurcated Defendants' Motion in Limine (Dkt. No. 559)* filed by Bradley Robert Gardner on behalf of Jet Midwest Group, LLC. Suggestions in opposition/response due by 11/15/2019 unless otherwise directed by the court. (Gardner, Bradley) (Entered: 11/01/2019) |
| 11/01/2019 | 567 | Pre TRIAL BRIEF */ Plaintiff / Judgment Creditor Jet Midwest International Co., LTD's Pretrial Brief* by Jet Midwest International Co., Ltd. (Attachments: # 1 Exhibit |

| | | |
|---|---|---|
| | | 1, # <u>2</u> Exhibit 2, # <u>3</u> Exhibit 3)(Epstein, Eric) (Entered: 11/01/2019) |
| 11/01/2019 | <u>568</u> | NOTICE (SEALED) by Jet Midwest International Co., Ltd re <u>567</u> Trial Brief / *Plaintiff / Judgment Creditor Jet Midwest International Co., LTD's Pretrial Brief with Exhibit* (Epstein, Eric) (Entered: 11/01/2019) |
| 11/01/2019 | <u>569</u> | TRIAL BRIEF by Jet Midwest Group, LLC. (Gardner, Bradley) (Entered: 11/01/2019) |
| 11/01/2019 | <u>570</u> | MOTION to strike *LATE EXPERT REPORT* filed by Teresa Marie Pilatowicz on behalf of Alta Airlines Holdings, LLC, F. Paul Ohadi Trust, KMW Business Jets, LLC, F. Paul Ohadi, Kenneth M. Woolley. Suggestions in opposition/response due by 11/15/2019 unless otherwise directed by the court. (Pilatowicz, Teresa) (Entered: 11/01/2019) |
| 11/01/2019 | <u>571</u> | SUGGESTIONS in support re <u>570</u> MOTION to strike *LATE EXPERT REPORT* filed by Teresa Marie Pilatowicz on behalf of Defendants Alta Airlines Holdings, LLC, F. Paul Ohadi Trust, KMW Business Jets, LLC, F. Paul Ohadi, Kenneth M. Woolley. (Related document(s) <u>570</u> ) (Pilatowicz, Teresa) (Entered: 11/01/2019) |
| 11/01/2019 | <u>572</u> | SUPPLEMENT *DECLARATION OF EDWARD MCDONOUGH IN SUPPORT OF SUGGESTIONS IN SUPPORT OF MOTION TO STRIKE JET MIDWEST INTERNATIONAL CO., LTDS LATE EXPERT REPORT*. (Attachments: # <u>1</u> Exhibit A, # <u>2</u> Exhibit B)(Related document(s) <u>570</u> ) (Pilatowicz, Teresa) (Entered: 11/01/2019) |
| 11/01/2019 | <u>573</u> | SUPPLEMENT *DECLARATION OF TERESA M. PILATOWICZ, ESQ. IN SUPPORT OF SUGGESTIONS IN SUPPORT OF MOTION TO STRIKE LATE EXPERT REPORT*. (Attachments: # <u>1</u> Exhibit 1, # <u>2</u> Exhibit 2)(Related document(s) <u>570</u> ) (Pilatowicz, Teresa) (Entered: 11/01/2019) |
| 11/01/2019 | <u>574</u> | MOTION in limine *JOINDER TO DEFENDANT JET MIDWEST GROUP, LLCS OMNIBUS MOTIONS IN LIMINE AND SUGGESTIONS IN SUPPORT* filed by Teresa Marie Pilatowicz on behalf of Alta Airlines Holdings, LLC, F. Paul Ohadi Trust, KMW Business Jets, LLC, F. Paul Ohadi, Kenneth M. Woolley. Suggestions in opposition/response due by 11/15/2019 unless otherwise directed by the court. (Pilatowicz, Teresa) (Entered: 11/01/2019) |
| 11/01/2019 | <u>575</u> | MOTION to strike <u>570</u> MOTION to strike *LATE EXPERT REPORT /Joinder of Jet Midwest Group LLC to Motion to Strike Late Expert Report* filed by Bradley Robert Gardner on behalf of Jet Midwest Group, LLC. Suggestions in opposition/response due by 11/15/2019 unless otherwise directed by the court. (Related document(s) <u>570</u> ) (Gardner, Bradley) (Entered: 11/01/2019) |
| 11/01/2019 | <u>576</u> | TRIAL BRIEF by Alta Airlines Holdings, LLC, F. Paul Ohadi Trust, KMW Business Jets, LLC, F. Paul Ohadi, Kenneth M. Woolley. (Pilatowicz, Teresa) (Entered: 11/01/2019) |
| 11/01/2019 | <u>577</u> | NOTICE (SEALED) by Alta Airlines Holdings, LLC, F. Paul Ohadi Trust, KMW Business Jets, LLC, F. Paul Ohadi, Kenneth M. Woolley re <u>576</u> Trial Brief (Pilatowicz, Teresa) (Entered: 11/01/2019) |
| 11/06/2019 | <u>578</u> | ORDER – **DENYING** <u>461</u> defendants Ohadi/Woolley's Motion in Limine to Exclude Ken Yormark. **DENYING** <u>467</u> defendant Jet Midwest Group's Joinder in the Motion in Limine to Exclude Ken Yormark. **DENYING** <u>464</u> plaintiff Jet Midwest International's Motion in Limine to Exclude Certain Testimony of Edward |

| | | |
|---|---|---|
| | | McDonough. Signed on 11/5/19 by District Judge Fernando J. Gaitan, Jr. (Anderson, Christy) (Entered: 11/06/2019) |
| 11/07/2019 | 579 | SUGGESTIONS in opposition re 559 MOTION in limine , 564 MOTION in limine */Jet Midwest Group, LLC's Omnibus Motions in Limine*, 566 MOTION in limine */Joinder of Jet Midwest Group, LLC in and to Bifurcated Defendants' Motion in Limine (Dkt. No. 559)* filed by Eric B Epstein on behalf of Plaintiff Jet Midwest International Co., Ltd. Reply suggestions due by 11/21/2019 unless otherwise directed by the court. (Attachments: # 1 Exhibit 1 Wright v. RL Liquor, 2016 U.S. Dist. LEXIS 138326, # 2 Exhibit 2 Profile, # 3 Exhibit 3 Meng Declaration)(Related document(s) 559 , 564 , 566 ) (Epstein, Eric) (Entered: 11/07/2019) |
| 11/07/2019 | 580 | NOTICE (SEALED) by Jet Midwest International Co., Ltd re 579 Suggestions in Opposition to Motion,, */ Plaintiff / Judgment Creditor Jet Midwest International Co., LTD's Suggestions in Opposition to Motions in Limine* (Epstein, Eric) (Entered: 11/07/2019) |
| 11/08/2019 | 581 | SUGGESTIONS in opposition re 570 MOTION to strike *LATE EXPERT REPORT*, 575 MOTION to strike 570 MOTION to strike *LATE EXPERT REPORT /Joinder of Jet Midwest Group LLC to Motion to Strike Late Expert Report* filed by Carrie Phillips on behalf of Plaintiff Jet Midwest International Co., Ltd. Reply suggestions due by 11/22/2019 unless otherwise directed by the court. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(Related document(s) 570 , 575 ) (Phillips, Carrie) (Entered: 11/08/2019) |
| 11/08/2019 | 582 | ORDER – **DENYING** 485 plaintiff Jet Midwest International's motion for summary judgment as to Count IV (Declaratory Judgment–Spare Parts Inventory). **DENYING** 492 Ohadi/Woolley defendants motion for partial summary judgment as to Counts II and III. Signed on 11/8/19 by District Judge Fernando J. Gaitan, Jr. (Anderson, Christy) (Entered: 11/08/2019) |
| 11/08/2019 | 583 | Minute Entry. Proceedings held before District Judge Fernando J. Gaitan, Jr: FINAL PRETRIAL CONFERENCE held on 11/8/2019. Court addresses counsel as to trial procedure. Bench Trial is set to commence November 18, 2019 at 8:00 a.m. Counsel appearing for Plaintiff(s): Eric Epstein, Geoffrey Sant, Carrie Philips. Counsel appearing for Defendant(s): Erika Turner, Kersten Holzhueter, Teresa Pilatowicz, Gerald Gordon, Bradley Gardner, Kelsey Hodgdon, James Martin, Adam Gasper. Time in court: 9:59 a.m. to 10:10 a.m. To order a transcript of this hearing please contact Kathy Calvert, 816–512–5741, kathy_calvert@mow.uscourts.gov. This is a TEXT ONLY ENTRY. No document is attached. (Anderson, Christy) (Entered: 11/08/2019) |
| 11/08/2019 | 584 | NOTICE of filing */ Plaintiff / Judgment Creditor Jet Midwest International Co., LTD's Response to Defendants' Pretrial Briefs* by Jet Midwest International Co., Ltd re 576 Trial Brief, 569 Trial Brief (Epstein, Eric) (Entered: 11/08/2019) |
| 11/08/2019 | 585 | NOTICE (SEALED) by Jet Midwest International Co., Ltd re 584 Notice of filing */ Plaintiff / Judgment Creditor Jet Midwest International Co., LTD's Response to Defendants' Pretrial Briefs* (Epstein, Eric) (Entered: 11/08/2019) |
| 11/08/2019 | 586 | SUGGESTIONS in opposition re 560 MOTION in limine */ Plaintiff / Judgment Creditor Jet Midwest International Co., LTD.s Motion in Limine* filed by Bradley Robert Gardner on behalf of Defendant Jet Midwest Group, LLC. Reply suggestions due by 11/22/2019 unless otherwise directed by the court. (Related document(s) 560 ) (Gardner, Bradley) (Entered: 11/08/2019) |

| | | |
|---|---|---|
| 11/08/2019 | 587 | NOTICE of filing *Jet Midwest Group, LLC's Response to Jet Midwest International Co., Ltd.'s Trial Brief* by Jet Midwest Group, LLC re 567 Trial Brief (Gardner, Bradley) (Entered: 11/08/2019) |
| 11/08/2019 | 588 | MOTION for release of bond obligation */ Plaintiff / Judgment Creditor Jet Midwest International Co., LTD's Motion for Release of Bond* filed by Geoffrey Sant on behalf of Jet Midwest International Co., Ltd. Suggestions in opposition/response due by 11/22/2019 unless otherwise directed by the court. (Sant, Geoffrey) (Entered: 11/08/2019) |
| 11/08/2019 | 589 | SUGGESTIONS in support re 588 MOTION for release of bond obligation */ Plaintiff / Judgment Creditor Jet Midwest International Co., LTD's Motion for Release of Bond* filed by Geoffrey Sant on behalf of Plaintiff Jet Midwest International Co., Ltd. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8)(Related document(s) 588 ) (Sant, Geoffrey) (Entered: 11/08/2019) |
| 11/08/2019 | 590 | NOTICE (SEALED) by Jet Midwest International Co., Ltd re 589 Suggestions in Support of Motion, *Plaintiff/ Judgment Creditor Jet Midwest International Co, LTD.'s Suggestions in Support of Motion for Release of Bond and Exhibits* (Sant, Geoffrey) (Entered: 11/08/2019) |
| 11/08/2019 | 591 | SUGGESTIONS in opposition re 560 MOTION in limine */ Plaintiff / Judgment Creditor Jet Midwest International Co., LTD.s Motion in Limine* filed by Teresa Marie Pilatowicz on behalf of Defendants Alta Airlines Holdings, LLC, F. Paul Ohadi Trust, KMW Business Jets, LLC, F. Paul Ohadi, Kenneth M. Woolley. Reply suggestions due by 11/22/2019 unless otherwise directed by the court. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3)(Related document(s) 560 ) (Pilatowicz, Teresa) (Entered: 11/08/2019) |
| 11/08/2019 | 592 | TRIAL BRIEF *AND RESPONSE TO TRIAL BRIEF OF JET MIDWEST INTERNATIONAL CO., LTD.* by Alta Airlines Holdings, LLC, F. Paul Ohadi Trust, KMW Business Jets, LLC, F. Paul Ohadi, Kenneth M. Woolley. (Pilatowicz, Teresa) (Entered: 11/08/2019) |
| 11/12/2019 | 593 | ELECTRONIC TRANSCRIPT of pretrial conference held November 8, 2019, before Judge Fernando J. Gaitan, Jr.. Court Reporter: Kathy Calvert, 816–512–5741, kathy_calvert@mow.uscourts.gov. Number of pages: 10. NOTICE RE: REDACTION OF TRANSCRIPTS: Within 7 calendar days of this filing, each party shall inform the Court, by filing a Notice of Redaction, of the parties' intent to redact personal data identifiers from the electronic transcript of the court proceeding. The policy is located on our website at www.mow.uscourts.gov. Please read this policy carefully. **NOTICE: Attorneys must contact the court reporter for copies during this 90 day period. Notice of Intent to File Redaction of Transcripts due by 11/19/2019 unless otherwise directed by the court. Release of Transcript Restriction set for 2/7/2020.**(Calvert, Kathy) (Entered: 11/12/2019) |
| 11/14/2019 | 594 | PROPOSED WITNESS LIST by Jet Midwest International Co., Ltd . (Phillips, Carrie) (Entered: 11/14/2019) |
| 11/14/2019 | 595 | PROPOSED EXHIBIT LIST by Jet Midwest International Co., Ltd. (Phillips, Carrie) (Entered: 11/14/2019) |
| 11/14/2019 | 596 | PROPOSED WITNESS LIST by Alta Airlines Holdings, LLC, F. Paul Ohadi Trust, KMW Business Jets, LLC, F. Paul Ohadi, Kenneth M. Woolley . (Pilatowicz, Teresa) |

| | | (Entered: 11/14/2019) |
|---|---|---|
| 11/14/2019 | 597 | PROPOSED WITNESS LIST by Jet Midwest Group, LLC *Final Witness List*. (Gardner, Bradley) (Entered: 11/14/2019) |
| 11/14/2019 | 598 | PROPOSED EXHIBIT LIST *Final Exhibit List* by Jet Midwest Group, LLC. (Gardner, Bradley) (Entered: 11/14/2019) |
| 11/14/2019 | 599 | PROPOSED EXHIBIT LIST by Alta Airlines Holdings, LLC, F. Paul Ohadi Trust, KMW Business Jets, LLC, F. Paul Ohadi, Kenneth M. Woolley. (Pilatowicz, Teresa) (Main Document 599 replaced on 11/14/2019 as there was an error with the original document that would not allow you to print) (Anderson, Christy). (Entered: 11/14/2019) |
| 11/14/2019 | 600 | ORDER – **DENYING IN PART** and **DEFERRING RULING** 564 JMG's Omnibus Motion in Limine, *and* 574 Ohadi/Woolley's joinder to JMG's motion in limine. **DENYING** 559 Bifurcated Defendant's Motion in Limine *and* 566 Joinder of JMG to Bifurcated Defendant's Motion in Limine. **GRANTING IN PART** and **DENYING IN PART** and **DEFERRING RULING** 560 Plaintiff JMI's Motion in Limine. **DENYING** 570 Ohadi/Woolley's Motion to Strike Expert Report, *and* 575 JMG's Joinder to the Motion to Strike Late Expert Report.<br><br>To the extent that the parties are unable to agree as to the admissibility of documents, they may argue their objections to the admission of documents at **7:30 a.m.** on Monday **November 18, 2019**. However, the Court will begin the bench trial of the case at 8:00 a.m., so the time to argue objections will be limited to one–half hour. Objections may be raised during trial, but as the Court has notified counsel, unnecessary time taken to raise and/or argue objections will be deducted from that partys time to present their case. Signed on 11/14/19 by District Judge Fernando J. Gaitan, Jr. (Anderson, Christy) (Entered: 11/14/2019) |
| 11/15/2019 | 601 | Amended PROPOSED EXHIBIT LIST *Final Exhibit List* by Jet Midwest Group, LLC. (Gardner, Bradley) (Entered: 11/15/2019) |
| 11/17/2019 | 602 | ORDER Ruling on Parties Deposition Designations. Signed on 11/17/19 by District Judge Fernando J. Gaitan, Jr. (Anderson, Christy) (Entered: 11/17/2019) |
| 11/17/2019 | 603 | Amended PROPOSED EXHIBIT LIST by Jet Midwest International Co., Ltd. (Phillips, Carrie) (Entered: 11/17/2019) |
| 11/17/2019 | 604 | NOTICE of filing *November 17, 2019 Letter to Judge Gaitan* by Jet Midwest International Co., Ltd (Attachments: # 1 Exhibit A)(Phillips, Carrie) (Entered: 11/17/2019) |
| 11/18/2019 | 605 | NOTICE OF HEARING – This is the official notice for this hearing. This is a TEXT ONLY ENTRY. No document is attached. Bench Trial starting on 11/18/19 at 8:00 a.m. will continue through 11/22/2019 08:00 AM in Courtroom 7C, Kansas City (FJG) before District Judge Fernando J. Gaitan Jr. (Anderson, Christy) (Entered: 11/18/2019) |
| 11/18/2019 | 606 | Minute Entry. Proceedings held before District Judge Fernando J. Gaitan, Jr: **BENCH TRIAL – DAY 1** held on 11/18/2019. Time in court: 7:36 a.m. to 4:30 p.m. To order a transcript of this hearing please contact Gayle Wambolt, 816–512–5641, gayle_wambolt@mow.uscourts.gov. (Anderson, Christy) (Main Document 606 replaced on 11/19/2019) (Anderson, Christy). (Entered: 11/18/2019) |

| 11/19/2019 | 607 | Minute Entry. Proceedings held before District Judge Fernando J. Gaitan, Jr: **BENCH TRIAL – DAY 2** held on 11/19/2019. Time in court: 8:01 a.m. to 4:20 p.m. To order a transcript of this hearing please contact Gayle Wambolt, 816–512–5641, gayle_wambolt@mow.uscourts.gov. (Anderson, Christy) (Entered: 11/19/2019) |
|---|---|---|
| 11/20/2019 | 608 | Minute Entry. Proceedings held before District Judge Fernando J. Gaitan, Jr: **BENCH TRIAL – DAY 3** held on 11/20/2019. Time in court: 8:02 a.m. to 2:36 p.m. To order a transcript of this hearing please contact Gayle Wambolt, 816–512–5641, gayle_wambolt@mow.uscourts.gov. (Anderson, Christy) (Entered: 11/20/2019) |
| 11/21/2019 | 609 | Minute Entry. Proceedings held before District Judge Fernando J. Gaitan, Jr: **BENCH TRIAL – DAY 4**, completed on 11/21/2019. Time in court: 9:01 a.m. to 9:45 a.m. To order a transcript of this hearing please contact Gayle Wambolt, 816–512–5641, gayle_wambolt@mow.uscourts.gov. (Anderson, Christy) (Entered: 11/21/2019) |
| 11/21/2019 | 610 | MOTION for Order– STIPULATION for release of bond re 588 MOTION for release of bond obligation */ Plaintiff / Judgment Creditor Jet Midwest International Co., LTD's Motion for Release of Bond* by Alta Airlines Holdings, LLC, F. Paul Ohadi Trust, KMW Business Jets, LLC, F. Paul Ohadi, Kenneth M. Woolley. (Related document(s) 588 ) (Pilatowicz, Teresa)<br><br>Suggestions in opposition/response due by 12/5/2019 unless otherwise directed by the court.<br><br>Modified on 11/22/2019 to correct event to Motion and reset deadlines; NEF regenerated (Ellis, Lindsey). (Entered: 11/21/2019) |
| 11/21/2019 | 611 | EXHIBIT INDEX (Bench Trial) for plaintiff Jet Midwest International Co., Ltd. (Anderson, Christy) (Main Document 611 replaced on 9/17/2020) (Anderson, Christy). (Entered: 11/26/2019) |
| 11/21/2019 | 612 | EXHIBIT INDEX (Bench Trial) for defendant Jet Midwest Group, LLC. (Anderson, Christy) (Entered: 11/26/2019) |
| 11/21/2019 | 613 | EXHIBIT INDEX (Bench Trial) for defendants Ohadi/Woolley. (Anderson, Christy) (Entered: 11/26/2019) |
| 11/22/2019 | | Set/Reset Deadlines as to 610 MOTION for order. Suggestions in opposition/response due by 12/5/2019 unless otherwise directed by the court. (Ellis, Lindsey) (Entered: 11/22/2019) |
| 12/04/2019 | 614 | ORDER – GRANTING 610 motion for extension of time to file response/reply re 588 MOTION for release of bond obligation. Defendant's suggestions in opposition/response due by **12/10/2019**. Plaintiff's reply suggestions due by **1/10/2020**. Signed on 12/3/19 by District Judge Fernando J. Gaitan, Jr. (Anderson, Christy) (Entered: 12/04/2019) |
| 12/05/2019 | 615 | Joint PROPOSED SCHEDULING ORDER *and Trial Order with Respect to Bifurcated Claims* by Jet Midwest International Co., Ltd. (Phillips, Carrie) (Entered: 12/05/2019) |
| 12/10/2019 | 616 | SUGGESTIONS in opposition re 588 MOTION for release of bond obligation */ Plaintiff / Judgment Creditor Jet Midwest International Co., LTD's Motion for Release of Bond* filed by Teresa Marie Pilatowicz on behalf of Defendants Alta |

| | | |
|---|---|---|
| | | Airlines Holdings, LLC, F. Paul Ohadi Trust, KMW Business Jets, LLC, F. Paul Ohadi, Kenneth M. Woolley. Reply suggestions due by 1/10/2020 unless otherwise directed by the court. (Related document(s) 588 ) (Pilatowicz, Teresa) Modified on 12/11/2019 to correct reply suggestion deadline pursuant to Order 614 (Anderson, Christy). (Entered: 12/10/2019) |
| 12/18/2019 | 617 | ELECTRONIC TRANSCRIPT of Bench Trial – Volume 1 held November 18, 2019, before Judge Fernando J. Gaitan, Jr. Court Reporter: Gayle Wambolt, 816–512–5641, gayle_wambolt@mow.uscourts.gov. Number of pages: 302. NOTICE RE: REDACTION OF TRANSCRIPTS: Within 7 calendar days of this filing, each party shall inform the Court, by filing a Notice of Redaction, of the parties' intent to redact personal data identifiers from the electronic transcript of the court proceeding. The policy is located on our website at www.mow.uscourts.gov. Please read this policy carefully. **NOTICE: Attorneys must contact the court reporter for copies during this 90 day period. Notice of Intent to File Redaction of Transcripts due by 12/26/2019 unless otherwise directed by the court. Release of Transcript Restriction set for 3/16/2020.**(Wambolt, Gayle) (Entered: 12/18/2019) |
| 12/18/2019 | 618 | ELECTRONIC TRANSCRIPT of Bench Trial – Volume 2 held November 19, 2019, before Judge Fernando J. Gaitan, Jr. Court Reporter: Gayle Wambolt, 816–512–5641, gayle_wambolt@mow.uscourts.gov. Number of pages: 285. NOTICE RE: REDACTION OF TRANSCRIPTS: Within 7 calendar days of this filing, each party shall inform the Court, by filing a Notice of Redaction, of the parties' intent to redact personal data identifiers from the electronic transcript of the court proceeding. The policy is located on our website at www.mow.uscourts.gov. Please read this policy carefully. **NOTICE: Attorneys must contact the court reporter for copies during this 90 day period. Notice of Intent to File Redaction of Transcripts due by 12/26/2019 unless otherwise directed by the court. Release of Transcript Restriction set for 3/16/2020.**(Wambolt, Gayle) (Entered: 12/18/2019) |
| 12/18/2019 | 619 | ELECTRONIC TRANSCRIPT of Bench Trial – Volume 3 held November 20, 2019, before Judge Fernando J. Gaitan, Jr. Court Reporter: Gayle Wambolt, 816–512–5641, gayle_wambolt@mow.uscourts.gov. Number of pages: 238. NOTICE RE: REDACTION OF TRANSCRIPTS: Within 7 calendar days of this filing, each party shall inform the Court, by filing a Notice of Redaction, of the parties' intent to redact personal data identifiers from the electronic transcript of the court proceeding. The policy is located on our website at www.mow.uscourts.gov. Please read this policy carefully. **NOTICE: Attorneys must contact the court reporter for copies during this 90 day period. Notice of Intent to File Redaction of Transcripts due by 12/26/2019 unless otherwise directed by the court. Release of Transcript Restriction set for 3/16/2020.**(Wambolt, Gayle) (Entered: 12/18/2019) |
| 12/18/2019 | 620 | ELECTRONIC TRANSCRIPT of Bench Trial – Volume 4 held November 21, 2019, before Judge Fernando J. Gaitan, Jr. Court Reporter: Gayle Wambolt, 816–512–5641, gayle_wambolt@mow.uscourts.gov. Number of pages: 28. NOTICE RE: REDACTION OF TRANSCRIPTS: Within 7 calendar days of this filing, each party shall inform the Court, by filing a Notice of Redaction, of the parties' intent to redact personal data identifiers from the electronic transcript of the court proceeding. The policy is located on our website at www.mow.uscourts.gov. Please read this policy carefully. **NOTICE: Attorneys must contact the court reporter for copies** |

| | | |
|---|---|---|
| | | **during this 90 day period. Notice of Intent to File Redaction of Transcripts due by 12/26/2019 unless otherwise directed by the court. Release of Transcript Restriction set for 3/16/2020.**(Wambolt, Gayle) (Entered: 12/18/2019) |
| 01/10/2020 | <u>621</u> | REPLY SUGGESTIONS to motion re <u>588</u> MOTION for release of bond obligation / *Plaintiff / Judgment Creditor Jet Midwest International Co., LTD's Motion for Release of Bond* filed by Geoffrey Sant on behalf of Plaintiff Jet Midwest International Co., Ltd. (Attachments: # <u>1</u> Exhibit 1, # <u>2</u> Exhibit 2, # <u>3</u> Exhibit 3, # <u>4</u> Exhibit 4, # <u>5</u> Exhibit 5, # <u>6</u> Exhibit 6)(Related document(s) <u>588</u> ) (Sant, Geoffrey) (Entered: 01/10/2020) |
| 01/21/2020 | <u>622</u> | PROPOSED FINDINGS OF FACT by Jet Midwest Group, LLC . (Gardner, Bradley) (Entered: 01/21/2020) |
| 01/21/2020 | <u>623</u> | PROPOSED FINDINGS OF FACT by Alta Airlines Holdings, LLC, F. Paul Ohadi Trust, KMW Business Jets, LLC, F. Paul Ohadi, Kenneth M. Woolley . (Pilatowicz, Teresa) (Entered: 01/21/2020) |
| 01/21/2020 | <u>624</u> | PROPOSED FINDINGS OF FACT by Jet Midwest International Co., Ltd *and Conclusions of Law*. (Attachments: # <u>1</u> Exhibit 1, # <u>2</u> Exhibit 2, # <u>3</u> Exhibit 3)(Epstein, Eric) (Entered: 01/21/2020) |
| 03/17/2020 | <u>625</u> | NOTICE of filing *of Supplemental Authority* by Jet Midwest International Co., Ltd (Attachments: # <u>1</u> Exhibit 1)(Phillips, Carrie) (Entered: 03/17/2020) |
| 03/19/2020 | <u>626</u> | NOTICE of filing *Response to Supplemental Authority* by Jet Midwest Group, LLC re <u>625</u> Notice of filing (Gardner, Bradley) (Entered: 03/19/2020) |
| 03/25/2020 | <u>627</u> | USCA Judgment and/or Opinion as to <u>180</u> Notice of Appeal, filed by Kenneth M. Woolley, F. Paul Ohadi, F. Paul Ohadi Trust **This is a preliminary judgment and/or opinion of U.S. Court of Appeals; jurisdiction is not recovered until the Mandate is issued by the U.S Court of Appeals.** It is hereby ordered and adjudged that the judgment of the district court in this cause is affirmed in accordance with the opinion of this Court. (Attachments: # <u>1</u> Opinion)(Terry, Jason) (Entered: 03/25/2020) |
| 03/30/2020 | <u>628</u> | NOTICE of filing *Letter to Judge Gaitan* by Jet Midwest International Co., Ltd (Attachments: # <u>1</u> Exhibit A)(Phillips, Carrie) (Entered: 03/30/2020) |
| 04/02/2020 | <u>629</u> | NOTICE of filing *Letter to Judge Gaitan* by Alta Airlines Holdings, LLC, F. Paul Ohadi Trust, KMW Business Jets, LLC, F. Paul Ohadi, Kenneth M. Woolley re <u>628</u> Notice of filing (Pilatowicz, Teresa) (Entered: 04/02/2020) |
| 04/03/2020 | <u>630</u> | NOTICE of filing *Letter to Judge Gaitan in Response to Plaintiff's Letter Dated March 30, 2020* by Jet Midwest Group, LLC re <u>628</u> Notice of filing (Gardner, Bradley) (Entered: 04/03/2020) |
| 04/16/2020 | <u>632</u> | MANDATE of US COURT OF APPEALS as to <u>180</u> Notice of Appeal, filed by Kenneth M. Woolley, F. Paul Ohadi, F. Paul Ohadi Trust with mandate issued on 04/16/2020. (Terry, Jason) (Entered: 04/16/2020) |
| 05/04/2020 | <u>633</u> | PROPOSED BILL OF COSTS by Jet Midwest International Co., Ltd.Objections to Bill of Costs due by 5/18/2020 unless otherwise directed by the court. (Attachments: # <u>1</u> Affidavit Eric Epstein Declaration)(Epstein, Eric) (Entered: 05/04/2020) |
| 05/26/2020 | <u>634</u> | |

| | | |
|---|---|---|
| | | ORDER – Judgment is hereby entered in favor of plaintiff Jet Midwest International, Inc. and against defendants Jet Midwest Group, LLC., F. Paul Ohadi, F. Paul Ohadi Trust, Kenneth M. Woolley, KMW Business Jets, LLC and Alta Airlines Holdings, LLC. The Court also finds that plaintiff Jet Midwest International, Inc. shall be awarded their costs and fees from litigating this proceeding. Plaintiff shall file a **motion for award of costs and fees** within **forty–five (45) days** of the date of this order. The Court hereby GRANTS <u>588</u> plaintiff Jet Midwest International's motion for release of bond obligation. The Court further directs Plaintiff to inquire of Mr. David Tokoph as to his willingness and availability to be appointed as Receiver in this matter. If he is not, the parties may suggest other suitable individuals for the receiver position. The parties decision as to **whom shall be appointed as the Receiver** shall be provided to the Court within **forty–five days** of the date of this order. Signed on 5/26/20 by District Judge Fernando J. Gaitan, Jr. (Anderson, Christy) (Entered: 05/26/2020) |
| 05/26/2020 | | Utility/Set Deadlines: Plaintiff's Motion for costs and fees due by 7/10/2020. Report as to Receiver appointment due by 7/10/2020. (Anderson, Christy) (Entered: 05/26/2020) |
| 05/27/2020 | <u>635</u> | CLERK'S JUDGMENT entered in favor of plaintiff Jet Midwest International, Inc. (Anderson, Christy) (Entered: 05/27/2020) |
| 05/29/2020 | <u>636</u> | ORDER directing the Clerk of the Court to return the amount of the original bond, plus any accumulated interest to plaintiff Jet Midwest International. Signed on 5/29/20 by District Judge Fernando J. Gaitan, Jr. (Anderson, Christy) (Entered: 05/29/2020) |
| 06/01/2020 | <u>637</u> | NOTICE of appearance by Kirk T. May on behalf of Jet Midwest International Co., Ltd (Attorney Kirk T. May added to party Jet Midwest International Co., Ltd (pty:pla))(May, Kirk) (Entered: 06/01/2020) |
| 06/01/2020 | <u>638</u> | MOTION to withdraw as attorney filed by Daniel Eric Blegen on behalf of Jet Midwest International Co., Ltd. Suggestions in opposition/response due by 6/15/2020 unless otherwise directed by the court. (Blegen, Daniel) (Entered: 06/01/2020) |
| 06/02/2020 | 639 | ORDER – GRANTING <u>638</u> motion to withdraw as attorney. Attorney Daniel Eric Blegen terminated as counsel for Jet Midwest International, Co., Ltd. Signed on 6/2/20 by District Judge Fernando J. Gaitan, Jr. This is a TEXT ONLY ENTRY. No document is attached. (Anderson, Christy) (Entered: 06/02/2020) |
| 06/23/2020 | <u>640</u> | MOTION to stay *Execution of Judgment Pending Appeal or, in the alternative, to set the amount of bond and allow 14 days to obtain The Bond* filed by Kersten Holzhueter on behalf of Alta Airlines Holdings, LLC, F. Paul Ohadi Trust, KMW Business Jets, LLC, F. Paul Ohadi, Kenneth M. Woolley. Suggestions in opposition/response due by 7/7/2020 unless otherwise directed by the court. (Holzhueter, Kersten) (Entered: 06/23/2020) |
| 06/23/2020 | <u>641</u> | SUGGESTIONS in support re <u>640</u> MOTION to stay *Execution of Judgment Pending Appeal or, in the alternative, to set the amount of bond and allow 14 days to obtain The Bond* filed by Kersten Holzhueter on behalf of Defendants Alta Airlines Holdings, LLC, F. Paul Ohadi Trust, KMW Business Jets, LLC, F. Paul Ohadi, Kenneth M. Woolley. (Attachments: # <u>1</u> Exhibit 1, # <u>2</u> Exhibit 2)(Related document(s) <u>640</u> ) (Holzhueter, Kersten) (Entered: 06/23/2020) |
| 06/23/2020 | <u>642</u> | |

| | | |
|---|---|---|
| | | MOTION to expedite *Hearing on Ohadi/Woolley Defendants' Motion to Stay Execution of Judgment Pending Appeal, or, in the alternative, to set the amount of bond and allow 14 days to obtain bond* filed by Kersten Holzhueter on behalf of Alta Airlines Holdings, LLC, F. Paul Ohadi Trust, KMW Business Jets, LLC, F. Paul Ohadi, Kenneth M. Woolley. Suggestions in opposition/response due by 7/7/2020 unless otherwise directed by the court. (Holzhueter, Kersten) (Entered: 06/23/2020) |
| 06/23/2020 | 643 | SUGGESTIONS in support re 642 MOTION to expedite *Hearing on Ohadi/Woolley Defendants' Motion to Stay Execution of Judgment Pending Appeal, or, in the alternative, to set the amount of bond and allow 14 days to obtain bond* filed by Kersten Holzhueter on behalf of Defendants Alta Airlines Holdings, LLC, F. Paul Ohadi Trust, KMW Business Jets, LLC, F. Paul Ohadi, Kenneth M. Woolley. (Related document(s) 642 ) (Holzhueter, Kersten) (Entered: 06/23/2020) |
| 06/23/2020 | 644 | MOTION to clarify *or*, MOTION to amend/correct *Judgment and Order* filed by Kersten Holzhueter on behalf of Alta Airlines Holdings, LLC, F. Paul Ohadi Trust, KMW Business Jets, LLC, F. Paul Ohadi, Kenneth M. Woolley. Suggestions in opposition/response due by 7/7/2020 unless otherwise directed by the court. (Holzhueter, Kersten) (Entered: 06/23/2020) |
| 06/23/2020 | 645 | SUGGESTIONS in support re 644 MOTION to clarify *or* MOTION to amend/correct *Judgment and Order* filed by Kersten Holzhueter on behalf of Defendants Alta Airlines Holdings, LLC, F. Paul Ohadi Trust, KMW Business Jets, LLC, F. Paul Ohadi, Kenneth M. Woolley. (Attachments: # 1 Exhibit 1)(Related document(s) 644 ) (Holzhueter, Kersten) (Entered: 06/23/2020) |
| 06/23/2020 | 646 | NOTICE OF APPEAL by Alta Airlines Holdings, LLC, F. Paul Ohadi Trust, KMW Business Jets, LLC, F. Paul Ohadi, Kenneth M. Woolley. Filing fee $ 505, receipt number AMOWDC−6914552. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Holzhueter, Kersten) (Entered: 06/23/2020) |
| 06/23/2020 | 647 | MOTION to vacate 635 Clerk's Judgment *Under Rule 60, or, Alternatively, Under Rule 59 to Alter or Amend* filed by Bradley Robert Gardner on behalf of Jet Midwest Group, LLC. Suggestions in opposition/response due by 7/7/2020 unless otherwise directed by the court. (Related document(s) 635 ) (Gardner, Bradley) (Entered: 06/23/2020) |
| 06/23/2020 | 648 | SUGGESTIONS in support re 647 MOTION to vacate 635 Clerk's Judgment *Under Rule 60, or, Alternatively, Under Rule 59 to Alter or Amend* filed by Bradley Robert Gardner on behalf of Defendant Jet Midwest Group, LLC. (Related document(s) 647 ) (Gardner, Bradley) (Entered: 06/23/2020) |
| 06/24/2020 | 649 | TRANSMISSION of Notice of Appeal Supplement to US Court of Appeals, 8th Circuit via electronic mail. Related document 646 Notice of Appeal,. (Terry, Jason) (Entered: 06/24/2020) |
| 06/24/2020 | 650 | MOTION to enforce order/judgment */Plaintiff's Motion for Entry of Proposed Receivership Order and Proposed Amended Judgment* filed by Michelle K Ng on behalf of Jet Midwest International Co., Ltd. Suggestions in opposition/response due by 7/8/2020 unless otherwise directed by the court. (Ng, Michelle) (Entered: 06/24/2020) |
| 06/24/2020 | 651 | SUGGESTIONS in support re 650 MOTION to enforce order/judgment */Plaintiff's Motion for Entry of Proposed Receivership Order and Proposed Amended Judgment* filed by Michelle K Ng on behalf of Plaintiff Jet Midwest International Co., Ltd. |

| | | |
|---|---|---|
| | | (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H)(Related document(s) 650 ) (Ng, Michelle) (Entered: 06/24/2020) |
| 06/26/2020 | 652 | SUGGESTIONS in opposition re 642 MOTION to expedite *Hearing on Ohadi/Woolley Defendants' Motion to Stay Execution of Judgment Pending Appeal, or, in the alternative, to set the amount of bond and allow 14 days to obtain bond* filed by Eric B Epstein on behalf of Plaintiff Jet Midwest International Co., Ltd. Reply suggestions due by 7/10/2020 unless otherwise directed by the court. (Related document(s) 642 ) (Epstein, Eric) (Entered: 06/26/2020) |
| 06/26/2020 | 653 | USCA Case Number from 8th Circuit Court of Appeals is 20–2285 for 646 Notice of Appeal, filed by Kenneth M. Woolley, KMW Business Jets, LLC, F. Paul Ohadi, Alta Airlines Holdings, LLC, F. Paul Ohadi Trust. (Terry, Jason) (Entered: 06/26/2020) |
| 06/26/2020 | 654 | RESPONSE to motion re 642 MOTION to expedite *Hearing on Ohadi/Woolley Defendants' Motion to Stay Execution of Judgment Pending Appeal, or, in the alternative, to set the amount of bond and allow 14 days to obtain bond* filed by Bradley Robert Gardner on behalf of Defendant Jet Midwest Group, LLC. Reply suggestions due by 7/10/2020 unless otherwise directed by the court. (Gardner, Bradley) (Entered: 06/26/2020) |
| 06/29/2020 | 655 | REPLY SUGGESTIONS to motion re 642 MOTION to expedite *Hearing on Ohadi/Woolley Defendants' Motion to Stay Execution of Judgment Pending Appeal, or, in the alternative, to set the amount of bond and allow 14 days to obtain bond* filed by Kersten Holzhueter on behalf of Defendants Alta Airlines Holdings, LLC, F. Paul Ohadi Trust, KMW Business Jets, LLC, F. Paul Ohadi, Kenneth M. Woolley. (Related document(s) 642 ) (Holzhueter, Kersten) (Entered: 06/29/2020) |
| 06/29/2020 | 656 | Hearing on 650 MOTION Entry of Proposed Receivership, 644 MOTION to clarify, and 647 MOTION to vacate set for 7/30/2020 10:00 AM by Telephone Conference before District Judge Fernando J. Gaitan Jr.  This is a TEXT ONLY ENTRY. No document is attached. (Diefenbach, Tracy) Conference call information emailed to counsel. (Entered: 06/29/2020) |
| 06/29/2020 | 657 | NOTICE of appearance by Amy D. Fitts on behalf of Jet Midwest Group, LLC (Attorney Amy D. Fitts added to party Jet Midwest Group, LLC(pty:dft))(Fitts, Amy) (Entered: 06/29/2020) |
| 07/01/2020 | 658 | NOTICE of filing *Notice of Firm Name Change and email address change* by Jet Midwest International Co., Ltd (Phillips, Carrie) (Entered: 07/01/2020) |
| 07/01/2020 | 659 | ORDER denying 642 motion to expedite. Signed on 7/1/2020 by District Judge Fernando J. Gaitan, Jr. (Houston, Kiambu) (Entered: 07/02/2020) |
| 07/02/2020 | 660 | NOTICE of filing *Letter to Judge Gaitan Regarding Foreign Arbitral Award and Proposed Receivership Order* by Jet Midwest International Co., Ltd re 651 Suggestions in Support of Motion, (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Ng,Michelle) (Entered: 07/02/2020) |
| 07/02/2020 | 661 | NOTICE of filing */Notice of Substitution of Exhibit* by Jet Midwest International Co., Ltd re 651 Suggestions in Support of Motion, (Attachments: # 1 Exhibit A)(Ng, Michelle) (Entered: 07/02/2020) |
| 07/07/2020 | 662 | |

| | | |
|---|---|---|
| | | SUGGESTIONS in opposition re 640 MOTION to stay *Execution of Judgment Pending Appeal or, in the alternative, to set the amount of bond and allow 14 days to obtain The Bond* filed by Michelle K Ng on behalf of Plaintiff Jet Midwest International Co., Ltd. Reply suggestions due by 7/21/2020 unless otherwise directed by the court. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F)(Related document(s) 640 ) (Ng, Michelle) (Entered: 07/07/2020) |
| 07/07/2020 | 663 | SUGGESTIONS in opposition re 644 MOTION to clarify *or* MOTION to amend/correct *Judgment and Order* filed by Michelle K Ng on behalf of Plaintiff Jet Midwest International Co., Ltd. Reply suggestions due by 7/21/2020 unless otherwise directed by the court. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E)(Related document(s) 644 ) (Ng, Michelle) (Entered: 07/07/2020) |
| 07/07/2020 | 664 | SUGGESTIONS in opposition re 647 MOTION to vacate 635 Clerk's Judgment *Under Rule 60, or, Alternatively, Under Rule 59 to Alter or Amend* filed by Michelle K Ng on behalf of Plaintiff Jet Midwest International Co., Ltd. Reply suggestions due by 7/21/2020 unless otherwise directed by the court. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)(Related document(s) 647 ) (Ng, Michelle) (Entered: 07/07/2020) |
| 07/07/2020 | 665 | NOTICE of filing *Letter to Judge Gaitan Regarding Discovery Dispute* by Jet Midwest Group, LLC (Gardner, Bradley) (Entered: 07/07/2020) |
| 07/08/2020 | 666 | NOTICE of filing *Letter to Judge Gaitan in Response to Defendant/Judgment–Debtor JMG's Letter Dated July 7, 2020* by Jet Midwest International Co., Ltd re 665 Notice of filing (Attachments: # 1 Exhibit A)(Ng, Michelle) (Entered: 07/08/2020) |
| 07/08/2020 | 667 | SUGGESTIONS in opposition re 650 MOTION to enforce order/judgment */Plaintiff's Motion for Entry of Proposed Receivership Order and Proposed Amended Judgment* filed by Kersten Holzhueter on behalf of Defendants Alta Airlines Holdings, LLC, F. Paul Ohadi Trust, KMW Business Jets, LLC, F. Paul Ohadi, Kenneth M. Woolley. Reply suggestions due by 7/22/2020 unless otherwise directed by the court. (Related document(s) 650 ) (Holzhueter, Kersten) (Entered: 07/08/2020) |
| 07/08/2020 | 668 | SUGGESTIONS in opposition re 650 MOTION to enforce order/judgment */Plaintiff's Motion for Entry of Proposed Receivership Order and Proposed Amended Judgment* filed by Bradley Robert Gardner on behalf of Defendant Jet Midwest Group, LLC. Reply suggestions due by 7/22/2020 unless otherwise directed by the court. (Related document(s) 650 ) (Gardner, Bradley) (Entered: 07/08/2020) |
| 07/08/2020 | 669 | SUGGESTIONS in opposition re 650 MOTION to enforce order/judgment */Plaintiff's Motion for Entry of Proposed Receivership Order and Proposed Amended Judgment* filed by Adam J. Gasper on behalf of Defendants Jet Midwest, Inc., Karen Kraus, Paul Kraus. Reply suggestions due by 7/22/2020 unless otherwise directed by the court. (Attachments: # 1 Exhibit Consignment Agreement)(Related document(s) 650 ) (Gasper, Adam) (Entered: 07/08/2020) |
| 07/09/2020 | 670 | NOTICE of filing *Letter to Judge Gaitan in Reply to Jet Midwest International Co., Ltd.'s July 8, 2020 Response Letter* by Jet Midwest Group, LLC re 666 Notice of filing (Attachments: # 1 Exhibit A – E–Mail Correspondence)(Gardner, Bradley) (Entered: 07/09/2020) |

| | | |
|---|---|---|
| 07/09/2020 | 671 | NOTICE of filing *Letter to Judge Gaitan in Response to Defendant/Judgment–Debtor JMG's July 9, 2020 Letter* by Jet Midwest International Co., Ltd re 670 Notice of filing, (Ng, Michelle) (Entered: 07/09/2020) |
| 07/09/2020 | 672 | ORDER denying JMG's request to depose Mr. Tokoph. Signed on 7/10/20 by District Judge Fernando J. Gaitan, Jr. (Diefenbach, Tracy) (Entered: 07/10/2020) |
| 07/10/2020 | 673 | MOTION for attorney fees *and costs* filed by Michelle K Ng on behalf of Jet Midwest International Co., Ltd. Suggestions in opposition/response due by 7/24/2020 unless otherwise directed by the court. (Ng, Michelle) (Entered: 07/10/2020) |
| 07/10/2020 | 674 | SUGGESTIONS in support re 673 MOTION for attorney fees *and costs* filed by Michelle K Ng on behalf of Plaintiff Jet Midwest International Co., Ltd. (Related document(s) 673 ) (Ng, Michelle) (Entered: 07/10/2020) |
| 07/10/2020 | 675 | AFFIDAVIT re 673 MOTION for attorney fees *and costs* by Jet Midwest International Co., Ltd. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13)(Related document(s) 673 ) (Ng, Michelle) (Entered: 07/10/2020) |
| 07/10/2020 | 676 | NOTICE of filing *of Report Regarding Selection of Receiver Pursuant to May 26 Order* by Jet Midwest International Co., Ltd (Ng, Michelle) (Entered: 07/10/2020) |
| 07/15/2020 | 677 | NOTICE of filing *Written Questions to David Tokoph* by Jet Midwest Group, LLC re 672 Order (Gardner, Bradley) (Entered: 07/15/2020) |
| 07/16/2020 | 678 | NOTICE of filing *First Amended Written Questions to David Tokoph* by Jet Midwest Group, LLC re 672 Order (Gardner, Bradley) (Entered: 07/16/2020) |
| 07/21/2020 | 679 | REPLY SUGGESTIONS to motion re 647 MOTION to vacate 635 Clerk's Judgment *Under Rule 60, or, Alternatively, Under Rule 59 to Alter or Amend* filed by Bradley Robert Gardner on behalf of Defendant Jet Midwest Group, LLC. (Related document(s) 647 ) (Gardner, Bradley) (Entered: 07/21/2020) |
| 07/21/2020 | 680 | NOTICE of appearance by Robert M. Thompson on behalf of David Tokoph (Attorney Robert M. Thompson added to party David Tokoph(pty:intp))(Thompson, Robert) (Entered: 07/21/2020) |
| 07/21/2020 | 681 | NOTICE of appearance by Michelle Marie Masoner on behalf of David Tokoph (Attorney Michelle Marie Masoner added to party David Tokoph(pty:intp))(Masoner, Michelle) (Entered: 07/21/2020) |
| 07/21/2020 | 682 | NOTICE of appearance by William Easley on behalf of David Tokoph (Attorney William Easley added to party David Tokoph(pty:intp))(Easley, William) (Entered: 07/21/2020) |
| 07/21/2020 | 683 | REPLY SUGGESTIONS to motion re 644 MOTION to clarify *or* MOTION to amend/correct *Judgment and Order* filed by Kersten Holzhueter on behalf of Defendants Alta Airlines Holdings, LLC, F. Paul Ohadi Trust, KMW Business Jets, LLC, F. Paul Ohadi, Kenneth M. Woolley. (Related document(s) 644 ) (Holzhueter, Kersten) (Entered: 07/21/2020) |
| 07/21/2020 | 684 | REPLY SUGGESTIONS to motion re 640 MOTION to stay *Execution of Judgment Pending Appeal or, in the alternative, to set the amount of bond and allow 14 days to obtain The Bond* filed by Kersten Holzhueter on behalf of Defendants Alta Airlines |

| | | |
|---|---|---|
| | | Holdings, LLC, F. Paul Ohadi Trust, KMW Business Jets, LLC, F. Paul Ohadi, Kenneth M. Woolley. (Attachments: # 1 Exhibit 1– SEC Form for Filing)(Related document(s) 640 ) (Holzhueter, Kersten) (Entered: 07/21/2020) |
| 07/22/2020 | 685 | REPLY SUGGESTIONS to motion re 650 MOTION to enforce order/judgment */Plaintiff's Motion for Entry of Proposed Receivership Order and Proposed Amended Judgment /REPLY SUGGESTIONS Responding to Bifurcated Defendants' Opposition* filed by Michelle K Ng on behalf of Plaintiff Jet Midwest International Co., Ltd. (Attachments: # 1 Exhibit A)(Related document(s) 650 ) (Ng, Michelle) (Entered: 07/22/2020) |
| 07/22/2020 | 686 | REPLY SUGGESTIONS to motion re 650 MOTION to enforce order/judgment */Plaintiff's Motion for Entry of Proposed Receivership Order and Proposed Amended Judgment /REPLY SUGGESTIONS Responding to Defendant / Judgment−Debtor Jet Midwest Group, LLC's Opposition* filed by Michelle K Ng on behalf of Plaintiff Jet Midwest International Co., Ltd. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Related document(s) 650 ) (Ng, Michelle) (Entered: 07/22/2020) |
| 07/22/2020 | 687 | REPLY SUGGESTIONS to motion re 650 MOTION to enforce order/judgment */Plaintiff's Motion for Entry of Proposed Receivership Order and Proposed Amended Judgment /REPLY SUGGESTIONS Responding to the Ohadi/Woolley Defendants' Opposition* filed by Michelle K Ng on behalf of Plaintiff Jet Midwest International Co., Ltd. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G)(Related document(s) 650 ) (Ng, Michelle) (Entered: 07/22/2020) |
| 07/23/2020 | 688 | NOTICE of filing *of David Tokophs Responses to Written Questions from Jet Midwest Group, LLC* by David Tokoph re 677 Notice of filing (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Masoner, Michelle) (Entered: 07/23/2020) |
| 07/24/2020 | 689 | SUGGESTIONS in opposition re 673 MOTION for attorney fees *and costs* filed by Bradley Robert Gardner on behalf of Defendant Jet Midwest Group, LLC. Reply suggestions due by 8/7/2020 unless otherwise directed by the court. (Related document(s) 673 ) (Gardner, Bradley) (Entered: 07/24/2020) |
| 07/24/2020 | 690 | SUGGESTIONS in opposition re 673 MOTION for attorney fees *and costs* filed by Kersten Holzhueter on behalf of Defendants Alta Airlines Holdings, LLC, F. Paul Ohadi Trust, KMW Business Jets, LLC, F. Paul Ohadi, Kenneth M. Woolley. Reply suggestions due by 8/7/2020 unless otherwise directed by the court. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11)(Related document(s) 673 ) (Holzhueter, Kersten) (Entered: 07/24/2020) |
| 07/27/2020 | 691 | SUPPLEMENT *Errata to Ohadi/Woolley Defendants' Suggestions in Opposition (Doc. 690) to Plaintiffs' Motion for Fees and Costs.* (Attachments: # 1 Exhibit 11 to Doc. 690 (P. Kraus Depo), # 2 Exhibit 12 to Doc. 690 (K. Kraus Depo), # 3 Exhibit 13 to Doc. 690 (K. Yormark Depo), # 4 Exhibit 14 to Doc. 690 (J. DiSalvatore Depo), # 5 Exhibit 15 to Doc. 690 (11/18/2019 Trial Transcript))(Related document(s) 673 ) (Holzhueter, Kersten) (Entered: 07/27/2020) |
| 07/27/2020 | 692 | SUGGESTIONS in opposition re 650 MOTION to enforce order/judgment */Plaintiff's Motion for Entry of Proposed Receivership Order and Proposed Amended Judgment /Jet Midwest Group, LLC's Supplement to Its Opposition to Jet Midwest International Co., Ltd.'s Motion for Entry of Proposed Receivership Order and Proposed Amended Judgment* filed by Bradley Robert Gardner on behalf of |

| | | |
|---|---|---|
| | | Defendant Jet Midwest Group, LLC. Reply suggestions due by 8/10/2020 unless otherwise directed by the court. (Related document(s) 650 ) (Gardner, Bradley) (Entered: 07/27/2020) |
| 07/27/2020 | 693 | NOTICE of filing *Declaration of Michael Logan in Support of Jet Midwest Group, LLC's Supplement to Its Opposition to Jet Midwest International Co., Ltd.'s Motion for Entry of Proposed Receivership Order and Proposed Amended Judgment* by Jet Midwest Group, LLC re 692 Suggestions in Opposition to Motion,, (Gardner, Bradley) (Entered: 07/27/2020) |
| 07/29/2020 | 694 | REPLY SUGGESTIONS to motion re 650 MOTION to enforce order/judgment */Plaintiff's Motion for Entry of Proposed Receivership Order and Proposed Amended Judgment / Response to Defendant / Judgment–Debtor Jet Midwest Group, LLC's Supplement to Its Opposition (Docket Nos. 692, 693)* filed by Michelle K Ng on behalf of Plaintiff Jet Midwest International Co., Ltd. (Related document(s) 650 ) (Ng, Michelle) (Entered: 07/29/2020) |
| 07/29/2020 | 695 | SUGGESTIONS in opposition re 650 MOTION to enforce order/judgment */Plaintiff's Motion for Entry of Proposed Receivership Order and Proposed Amended Judgment* filed by Adam J. Gasper on behalf of Defendants Jet Midwest, Inc., Karen Kraus, Paul Kraus. Reply suggestions due by 8/12/2020 unless otherwise directed by the court. (Attachments: # 1 Exhibit 1)(Related document(s) 650 ) (Gasper, Adam) (Entered: 07/29/2020) |
| 07/30/2020 | 696 | Minute Entry. Proceedings held before District Judge Fernando J. Gaitan, Jr: TELEPHONE CONFERENCE held on 7/30/2020. Time in court: 10:43 a.m. to 11:50 a.m. To order a transcript of this hearing please contact Judy Moore, 816–512–5622, judy_moore@mow.uscourts.gov. (Anderson, Christy) (Entered: 07/30/2020) |
| 07/30/2020 | 697 | VACATED PER ORDER NO. 756 – ORDER re Issues Raised During 7/30/2020 Teleconference. Signed on 7/30/2020 by District Judge Fernando J. Gaitan, Jr. (Houston, Kiambu) Modified on 12/28/2020 (Houston, Kiambu). (Entered: 07/30/2020) |
| 08/06/2020 | 698 | ORDERED: The Ohadi/Woolley Defendants' Motion to Stay Execution of Judgment Pending Appeal or in the Alternative to Set the Amount of Bond and Allow 14 Days to Obtain the Bond (Doc. # 640) is hereby GRANTED; the Ohadi/Woolley Defendants' Motion to Alter or Amend Judgment and Order (Doc. # 644) is hereby GRANTED; Jet Midwest Group, LLC (JMGs) Motion Under Rule 60 to Vacate the Judgment or Alternatively Under Rule 59 to Alter or Amend (Doc. # 647) is hereby GRANTED and Jet Midwest International's Motion for Entry of Proposed Receivership Order and Proposed Amended Judgment (Doc. # 650) is GRANTED IN PART and DENIED IN PART. Signed on 8/6/20 by District Judge Fernando J. Gaitan, Jr. (Diefenbach, Tracy) (Entered: 08/06/2020) |
| 08/06/2020 | 699 | AMENDED FINDINGS OF FACT/CONCLUSIONS OF LAW. Signed on 8/6/20 by District Judge Fernando J. Gaitan, Jr. (Diefenbach, Tracy) (Entered: 08/06/2020) |
| 08/06/2020 | 700 | AMENDED CLERK'S JUDGMENT (Diefenbach, Tracy) (Entered: 08/06/2020) |
| 08/07/2020 | 701 | NOTICE of filing *JMG Inventory List and Balance Sheet* by Jet Midwest Group, LLC re 697 Order (Attachments: # 1 Exhibit A)(Gardner, Bradley) (Entered: 08/07/2020) |
| 08/07/2020 | 702 | |

| | | |
|---|---|---|
| | | REPLY SUGGESTIONS to motion re 673 MOTION for attorney fees *and costs /Reply Suggestions in Further Support of Motion and in Response to Opposition of JMG (Docket No. 689)* filed by Michelle K Ng on behalf of Plaintiff Jet Midwest International Co., Ltd. (Related document(s) 673 ) (Ng, Michelle) (Entered: 08/07/2020) |
| 08/07/2020 | 703 | AFFIDAVIT re 673 MOTION for attorney fees *and costs Reply Declaration of Geoffrey Sant* by Jet Midwest International Co., Ltd. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K, # 12 Exhibit L, # 13 Exhibit M, # 14 Exhibit N, # 15 Exhibit O, # 16 Exhibit P, # 17 Exhibit Q, # 18 Exhibit R)(Related document(s) 673 ) (Sant, Geoffrey) (Entered: 08/07/2020) |
| 08/07/2020 | 704 | REPLY SUGGESTIONS to motion re 673 MOTION for attorney fees *and costs / Reply Suggestions in Further Support of Motion and in Response to the Ohadi/Woolley Defendants Opposition (Docket No. 690)* filed by Michelle K Ng on behalf of Plaintiff Jet Midwest International Co., Ltd. (Related document(s) 673 ) (Ng, Michelle) (Entered: 08/07/2020) |
| 08/17/2020 | 705 | NOTICE of filing *Letter re: Objections to Plaintiff's Reply in Support of Motion for Attorneys' Fees (Docs. 703–704)* by Alta Airlines Holdings, LLC, F. Paul Ohadi Trust, KMW Business Jets, LLC, F. Paul Ohadi, Kenneth M. Woolley re 703 Affidavit,, 704 Reply Suggestions to Motion, (Holzhueter, Kersten) (Entered: 08/17/2020) |
| 08/18/2020 | 706 | MOTION to strike 702 Reply Suggestions to Motion, */Jet Midwest Group, LLC's Motion to Disregard/Strike Portions of Jet Midwest International Co., Ltd.'s Reply in Response to Jet Midwest Group, LLC's Opposition to Jet Midwest International Co., Ltd.'s Motion for Award of Attorney Fees and Costs* filed by Bradley Robert Gardner on behalf of Jet Midwest Group, LLC. Suggestions in opposition/response due by 9/1/2020 unless otherwise directed by the court. (Related document(s) 702 ) (Gardner, Bradley) (Entered: 08/18/2020) |
| 08/18/2020 | 707 | SUGGESTIONS in support re 706 MOTION to strike 702 Reply Suggestions to Motion, */Jet Midwest Group, LLC's Motion to Disregard/Strike Portions of Jet Midwest International Co., Ltd.'s Reply in Response to Jet Midwest Group, LLC's Opposition to Jet Midwest I* filed by Bradley Robert Gardner on behalf of Defendant Jet Midwest Group, LLC. (Related document(s) 706 ) (Gardner, Bradley) (Entered: 08/18/2020)* |
| 08/18/2020 | 708 | MOTION for leave to file */Jet Midwest International's Motion Requesting the Court Accept Supplemental Suggestions In Further Support of Motion for Award of Attorney Fees and Costs, and In Response to Jet Midwest Group, LLC's August 7, 2020 Filing* filed by Carol Lee on behalf of Jet Midwest International Co., Ltd. Suggestions in opposition/response due by 9/1/2020 unless otherwise directed by the court. (Attachments: # 1 Exhibit 1)(Lee, Carol) (Entered: 08/18/2020) |
| 08/19/2020 | | RECEIPT number KCMO085855 in the amount of $20,000,000.00 issued to Kenneth Woolley c/o Spencer Fane, 1000 Walnut St., Suite 1400, KC, MO 64106 for defendants F. Paul Ohadi, F. Paul Ohadi trust, Kenneth Woolley, Alta Airlines Holdings, LLC, KMW Business Jets, LLC. Supersedeas bond, per order, Doc. 698. (Melvin, Greg) (Entered: 08/19/2020) |
| 08/19/2020 | 709 | NOTICE of filing *Jet Midwest International Co., Ltd.'s Response Letter* by Jet Midwest International Co., Ltd re 705 Notice of filing, (Lee, Carol) (Entered: |

| | | |
|---|---|---|
| | | 08/19/2020) |
| 08/19/2020 | <u>710</u> | NOTICE of filing *Notice of Posting Supersedeas Bond* by Alta Airlines Holdings, LLC, F. Paul Ohadi Trust, KMW Business Jets, LLC, F. Paul Ohadi, Kenneth M. Woolley re <u>698</u> Order on Motion to Stay,,, Order on Motion to Clarify,,, Order on Motion to Amend/Correct,,, Order on Motion to Vacate,,, Order on Motion to Enforce Order/Judgment,, (Attachments: # <u>1</u> Exhibit 1 – Receipt)(Holzhueter, Kersten) (Entered: 08/19/2020) |
| 08/20/2020 | <u>711</u> | ORDER granting in part and denying in part <u>706</u> motion to strike ; granting <u>708</u> motion for leave to file. Signed on 8/20/2020 by District Judge Fernando J. Gaitan, Jr. (Houston, Kiambu) (Entered: 08/21/2020) |
| 08/25/2020 | <u>712</u> | REPLY SUGGESTIONS to motion re <u>673</u> MOTION for attorney fees *and costs /Jet Midwest Group, LLC's Sur–Reply Regarding Jet Midwest International Co., Ltd.'s Motion for Attorney Fees and Costs* filed by Bradley Robert Gardner on behalf of Defendant Jet Midwest Group, LLC. (Related document(s) <u>673</u> ) (Gardner, Bradley) (Entered: 08/25/2020) |
| 08/25/2020 | <u>713</u> | SUGGESTIONS in opposition re <u>673</u> MOTION for attorney fees *and costs Sur–Reply in Opposition* filed by Kersten Holzhueter on behalf of Defendants Alta Airlines Holdings, LLC, F. Paul Ohadi Trust, KMW Business Jets, LLC, F. Paul Ohadi, Kenneth M. Woolley. Reply suggestions due by 9/8/2020 unless otherwise directed by the court. (Related document(s) <u>673</u> ) (Holzhueter, Kersten) (Entered: 08/25/2020) |
| 08/25/2020 | <u>714</u> | SUPPLEMENT *Jet Midwest International's Supplemental Suggestions, Filed in Accordance with August 20, 2020 Order, In Further Support of Motion for Award of Attorney Fees and Costs*. (Related document(s) <u>673</u> ) (Lee, Carol) (Entered: 08/25/2020) |
| 08/26/2020 | 715 | NOTICE OF HEARING – This is the official notice for this hearing.  This is a TEXT ONLY ENTRY. No document is attached. Oral Argument set on <u>673</u> Motion for Attorney Fee for 9/2/2020 12:00 PM by Zoom Video Teleconference – Kansas City before District Judge Fernando J. Gaitan Jr.. (Diefenbach, Tracy) Zoom Invite Emailed to Counsel. (Entered: 08/26/2020) |
| 08/27/2020 | <u>716</u> | MOTION to vacate <u>697</u> Order, <u>698</u> Order on Motion to Stay,,, Order on Motion to Clarify,,, Order on Motion to Amend/Correct,,, Order on Motion to Vacate,,, Order on Motion to Enforce Order/Judgment,, – *Jet Midwest Group, LLC's Motion Under Rule 60 to Vacate the Court's Injunction Order, Order Continuing that Injunction, and Judgment, or, Alternatively, Under Rule 59(e) to Alter or Amend the Same or, Alternatively, Under Rule 62 to Suspend the Injunction Provisions Challenged Herein Pending Appeal* filed by Bradley Robert Gardner on behalf of Jet Midwest Group, LLC. Suggestions in opposition/response due by 9/10/2020 unless otherwise directed by the court. (Related document(s) <u>697</u> , <u>698</u> ) (Gardner, Bradley) (Entered: 08/27/2020) |
| 08/27/2020 | <u>717</u> | SUGGESTIONS in support re <u>716</u> MOTION to vacate <u>697</u> Order, <u>698</u> Order on Motion to Stay,,, Order on Motion to Clarify,,, Order on Motion to Amend/Correct,,, Order on Motion to Vacate,,, Order on Motion to Enforce Order/Judgment,, – *Jet Midwest Group, LLC's Motion* filed by Bradley Robert Gardner on behalf of Defendant Jet Midwest Group, LLC. (Attachments: # <u>1</u> Exhibit A – Transcript of July 30, 2020 Teleconference Proceedings)(Related document(s) <u>716</u> ) (Gardner, Bradley) (Entered: 08/27/2020) |

| 08/28/2020 | 718 | NOTICE OF APPEAL as to 699 Order, 634 Order on Motion for Release of Bond Obligation,,,, 700 Clerk's Judgment, 698 Order on Motion to Stay,,, Order on Motion to Clarify,,, Order on Motion to Amend/Correct,,, Order on Motion to Vacate,,, Order on Motion to Enforce Order/Judgment,, 635 Clerk's Judgment, 697 Order by Jet Midwest Group, LLC. Filing fee $ 505, receipt number AMOWDC–7019119. (Gardner, Bradley) (Entered: 08/28/2020) |
|---|---|---|
| 08/28/2020 | 719 | Amended NOTICE OF APPEAL by Alta Airlines Holdings, LLC, F. Paul Ohadi Trust, KMW Business Jets, LLC, F. Paul Ohadi, Kenneth M. Woolley. Filing fee $ 505, receipt number AMOWDC–7019474. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)(Holzhueter, Kersten) (Entered: 08/28/2020) |
| 08/31/2020 | 720 | TRANSMISSION of Notice of Appeal Supplement to US Court of Appeals, 8th Circuit via electronic mail. Related document 718 Notice of Appeal,. (Terry, Jason) (Entered: 08/31/2020) |
| 08/31/2020 | 721 | TRANSMISSION of Notice of Appeal Supplement to US Court of Appeals, 8th Circuit via electronic mail. Related document 719 Notice of Appeal,. (Terry, Jason) (Entered: 08/31/2020) |
| 09/01/2020 | 722 | USCA Case Number from 8th Circuit Court of Appeals is 20–2818 for 718 Notice of Appeal, filed by Jet Midwest Group, LLC.(Terry, Jason) (Entered: 09/01/2020) |
| 09/01/2020 | 723 | CONSOLIDATED BRIEFING SCHEDULE from USCA for Case Number 20–2818 for 718 Notice of Appeal, filed by Jet Midwest Group, LLC, and 20–2285 719 Notice of Appeal, filed by Kenneth M. Woolley, KMW Business Jets, LLC, F. Paul Ohadi, Alta Airlines Holdings, LLC, F. Paul Ohadi Trust, 646 Notice of Appeal, filed by Kenneth M. Woolley, KMW Business Jets, LLC, F. Paul Ohadi, Alta Airlines Holdings, LLC, F. Paul Ohadi Trust. Transcript due by 10/13/2020. (Terry, Jason) (Entered: 09/01/2020) |
| 09/01/2020 | 724 | ORDER: The Clerk of the Court is hereby directed to transfer the $20,000,000.00 supersedeas bond posted by defendants on August 19, 2020 into an interest bearing account. Signed on 9/1/20 by District Judge Fernando J. Gaitan, Jr.  This is a TEXT ONLY ENTRY. No document is attached. (Diefenbach, Tracy) (Entered: 09/01/2020) |
| 09/02/2020 | 725 | Minute Entry. Proceedings held before District Judge Fernando J. Gaitan, Jr: ORAL ARGUMENT held on 9/2/2020 regarding Motion for Attorney Fees. Counsel appearing for Plaintiff(s): Geoffrey Sant. Counsel appearing for Defendant(s): Robert Gardner and Erika Pike Turner. Time in court: 12:10 pm to 1:05 pm. To order a transcript of this hearing please contact Gayle Wambolt, 816–512–5641, gayle_wambolt@mow.uscourts.gov.  This is a TEXT ONLY ENTRY. No document is attached. (Diefenbach, Tracy) (Entered: 09/02/2020) |
| 09/09/2020 | 726 | MOTION to enforce order/judgment *Plaintiff/Judgment–Creditor Jet Midwest International Co. Ltd.'s Motion to Enforce Order Requiring Production of Updated Inventory List* filed by Carol Lee on behalf of Jet Midwest International Co., Ltd. Suggestions in opposition/response due by 9/23/2020 unless otherwise directed by the court. (Lee, Carol) (Entered: 09/09/2020) |
| 09/09/2020 | 727 | NOTICE of filing *SUGGESTIONS in support re 726 MOTION to enforce order/judgment / Plaintiff/Judgment–Creditor Jet Midwest International Co. Ltd.'s Motion to Enforce Order Requiring Production of Updated Inventory List and in Opposition re 716 MOTION to vacate* by Jet Midwest International Co., Ltd re 726 |

| | | |
|---|---|---|
| | | MOTION to enforce order/judgment / *Plaintiff/Judgment−Creditor Jet Midwest International Co. Ltd.'s Motion to Enforce Order Requiring Production of Updated Inventory List*, 716 MOTION to vacate 697 Order, 698 Order on Motion to Stay,,, Order on Motion to Clarify,,, Order on Motion to Amend/Correct,,, Order on Motion to Vacate,,, Order on Motion to Enforce Order/Judgment,, − *Jet Midwest Group, LLC's Motion* (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)(Lee, Carol) (Entered: 09/09/2020) |
| 09/10/2020 | 728 | ELECTRONIC TRANSCRIPT of Teleconference held 07/30/2020 before Judge Fernando J. Gaitan, Jr.. Court Reporter: Judy Moore, 816−512−5622, judy_moore@mow.uscourts.gov. Number of pages: 42. NOTICE RE: REDACTION OF TRANSCRIPTS: Within 7 calendar days of this filing, each party shall inform the Court, by filing a Notice of Redaction, of the parties' intent to redact personal data identifiers from the electronic transcript of the court proceeding. The policy is located on our website at www.mow.uscourts.gov. Please read this policy carefully. **NOTICE: Attorneys must contact the court reporter for copies during this 90 day period. If necessary, Notice of Intent to Redact is due by 9/17/2020 unless otherwise directed by the court. Release of Transcript Restriction set for 12/9/2020. NOTICE: Attorneys must contact the court reporter for copies during this 90 day period.**<br><br>(Moore, Judy) (Entered: 09/10/2020) |
| 09/10/2020 | 729 | NOTICE of filing *Certificate of Transcript Order* by Jet Midwest Group, LLC (Attachments: # 1 Exhibit A − Transcript Order and Transmittal E−Mails)(Hodgdon, Kelsey) (Entered: 09/10/2020) |
| 09/11/2020 | 730 | NOTICE of filing *Ohadi/Woolley Defendants' Statement Regarding Transcripts* by Alta Airlines Holdings, LLC, F. Paul Ohadi Trust, KMW Business Jets, LLC, F. Paul Ohadi, Kenneth M. Woolley (Holzhueter, Kersten) (Entered: 09/11/2020) |
| 09/11/2020 | 731 | ELECTRONIC TRANSCRIPT of Oral Arguments held September 2, 2020, before Judge Fernando J. Gaitan, Jr. Court Reporter: Gayle Wambolt, 816−512−5641, gayle_wambolt@mow.uscourts.gov. Number of pages: 35. NOTICE RE: REDACTION OF TRANSCRIPTS: Within 7 calendar days of this filing, each party shall inform the Court, by filing a Notice of Redaction, of the parties' intent to redact personal data identifiers from the electronic transcript of the court proceeding. The policy is located on our website at www.mow.uscourts.gov. Please read this policy carefully. **NOTICE: Attorneys must contact the court reporter for copies during this 90 day period. If necessary, Notice of Intent to Redact is due by 9/18/2020 unless otherwise directed by the court. Release of Transcript Restriction set for 12/10/2020. NOTICE: Attorneys must contact the court reporter for copies during this 90 day period.**<br><br>(Wambolt, Gayle) (Entered: 09/11/2020) |
| 09/11/2020 | 732 | ELECTRONIC TRANSCRIPT of Teleconference held June 11, 2018, before Judge Fernando J. Gaitan, Jr. Court Reporter: Gayle Wambolt, 816−512−5641, gayle_wambolt@mow.uscourts.gov. Number of pages: 16. NOTICE RE: REDACTION OF TRANSCRIPTS: Within 7 calendar days of this filing, each party shall inform the Court, by filing a Notice of Redaction, of the parties' intent to redact personal data identifiers from the electronic transcript of the court proceeding. The policy is located on our website at www.mow.uscourts.gov. Please read this policy |

| | | |
|---|---|---|
| | | carefully. **NOTICE: Attorneys must contact the court reporter for copies during this 90 day period. If necessary, Notice of Intent to Redact is due by 9/18/2020 unless otherwise directed by the court. Release of Transcript Restriction set for 12/10/2020. NOTICE: Attorneys must contact the court reporter for copies during this 90 day period.** (Wambolt, Gayle) (Entered: 09/11/2020) |
| 09/11/2020 | 733 | ELECTRONIC TRANSCRIPT of Teleconference held February 8, 2019, before Judge Fernando J. Gaitan, Jr. Court Reporter: Gayle Wambolt, 816−512−5641, gayle_wambolt@mow.uscourts.gov. Number of pages: 4. NOTICE RE: REDACTION OF TRANSCRIPTS: Within 7 calendar days of this filing, each party shall inform the Court, by filing a Notice of Redaction, of the parties' intent to redact personal data identifiers from the electronic transcript of the court proceeding. The policy is located on our website at www.mow.uscourts.gov. Please read this policy carefully. **NOTICE: Attorneys must contact the court reporter for copies during this 90 day period. If necessary, Notice of Intent to Redact is due by 9/18/2020 unless otherwise directed by the court. Release of Transcript Restriction set for 12/10/2020. NOTICE: Attorneys must contact the court reporter for copies during this 90 day period.** (Wambolt, Gayle) (Entered: 09/11/2020) |
| 09/11/2020 | 734 | ELECTRONIC TRANSCRIPT of Teleconference held May 15, 2019, before Judge Fernando J. Gaitan, Jr. Court Reporter: Gayle Wambolt, 816−512−5641, gayle_wambolt@mow.uscourts.gov. Number of pages: 5. NOTICE RE: REDACTION OF TRANSCRIPTS: Within 7 calendar days of this filing, each party shall inform the Court, by filing a Notice of Redaction, of the parties' intent to redact personal data identifiers from the electronic transcript of the court proceeding. The policy is located on our website at www.mow.uscourts.gov. Please read this policy carefully. **NOTICE: Attorneys must contact the court reporter for copies during this 90 day period. If necessary, Notice of Intent to Redact is due by 9/18/2020 unless otherwise directed by the court. Release of Transcript Restriction set for 12/10/2020. NOTICE: Attorneys must contact the court reporter for copies during this 90 day period.** (Wambolt, Gayle) (Entered: 09/11/2020) |
| 09/16/2020 | 735 | ORDER: Directing the parties to discuss with their clients and each other regarding referral to Courts Mediation and Assessment Program Director or another mediator and inform the Court no later than September 30, 2020 if this is an option that they would be interested in exploring further. Signed on 9/16/20 by District Judge Fernando J. Gaitan, Jr. (Diefenbach, Tracy) (Entered: 09/16/2020) |
| 09/23/2020 | 736 | NOTICE of filing *Declaration of Michael Logan Regarding JMG's Supplement to Inventory List* by Jet Midwest Group, LLC (Attachments: # 1 Exhibit A − Supplemental Inventory)(Gardner, Bradley) (Entered: 09/23/2020) |
| 09/23/2020 | 737 | CERTIFICATE OF SERVICE by Jet Midwest Group, LLC re 736 Notice of filing filed by Bradley Robert Gardner on behalf of Defendant Jet Midwest Group, LLC. Related document: 736 Notice of filing filed by Jet Midwest Group, LLC.(Gardner, Bradley) (Entered: 09/23/2020) |
| 09/23/2020 | 738 | |

| | | |
|---|---|---|
| | | SUGGESTIONS in opposition re 726 MOTION to enforce order/judgment */Plaintiff/Judgment−Creditor Jet Midwest International Co. Ltd.'s Motion to Enforce Order Requiring Production of Updated Inventory List* filed by Bradley Robert Gardner on behalf of Defendant Jet Midwest Group, LLC. Reply suggestions due by 10/7/2020 unless otherwise directed by the court. (Related document(s) 726 ) (Gardner, Bradley) (Entered: 09/23/2020) |
| 09/23/2020 | 739 | REPLY SUGGESTIONS to motion re 716 MOTION to vacate 697 Order, 698 Order on Motion to Stay,,, Order on Motion to Clarify,,, Order on Motion to Amend/Correct,,, Order on Motion to Vacate,,, Order on Motion to Enforce Order/Judgment,, *− Jet Midwest Group, LLC's Motion filed by Bradley Robert Gardner on behalf of Defendant Jet Midwest Group, LLC. (Related document(s) 716 ) (Gardner, Bradley) (Entered: 09/23/2020)* |
| 09/29/2020 | 740 | NOTICE of filing *Update Regarding Procedural Status of Eighth Circuit Appeal* by Jet Midwest International Co., Ltd (Lee, Carol) (Entered: 09/29/2020) |
| 09/30/2020 | 741 | NOTICE of filing *Status Report Regarding Compliance with Order Dated September 16, 2020* by Alta Airlines Holdings, LLC, F. Paul Ohadi Trust, KMW Business Jets, LLC, F. Paul Ohadi, Kenneth M. Woolley. (Clerk's Office note: Filed by the Clerk's Office on behalf of Kersten Holzhueter due to technical issues of the filer.) (Melvin, Greg) (Entered: 09/30/2020) |
| 09/30/2020 | 742 | STATUS REPORT *Regarding Court's Mediation Order* by Jet Midwest Group, LLC. (Gardner, Bradley) (Entered: 09/30/2020) |
| 09/30/2020 | 743 | NOTICE of filing */ Letter to Judge Gaitan Regarding Compliance with September 16 Order* by Jet Midwest International Co., Ltd (Lee, Carol) (Entered: 09/30/2020) |
| 10/01/2020 | 744 | NOTICE of filing *Response to Correspondence from Plaintiff* by Alta Airlines Holdings, LLC, F. Paul Ohadi Trust, KMW Business Jets, LLC, F. Paul Ohadi, Kenneth M. Woolley re 743 Notice of filing (Attachments: # 1 Exhibit 1)(Holzhueter, Kersten) (Entered: 10/01/2020) |
| 10/01/2020 | 745 | NOTICE of filing */Response to Letter Filed by Ohadi / Woolley Defendants as Dkt. No. 744 on October 1, 2020* by Jet Midwest International Co., Ltd (Lee, Carol) (Entered: 10/01/2020) |
| 10/02/2020 | 746 | NOTICE of filing *Response to Jet Midwest International Co., Ltd's October 1, 2020 Letter* by Jet Midwest Group, LLC (Gardner, Bradley) (Entered: 10/02/2020) |
| 10/03/2020 | 747 | NOTICE of filing */ Second Supplemental Report of Ken Yormark* by Jet Midwest International Co., Ltd re 726 MOTION to enforce order/judgment */Plaintiff/Judgment−Creditor Jet Midwest International Co. Ltd.'s Motion to Enforce Order Requiring Production of Updated Inventory List* (Lee, Carol) (Entered: 10/03/2020) |
| 10/04/2020 | 748 | REPLY SUGGESTIONS to motion re 726 MOTION to enforce order/judgment */Plaintiff/Judgment−Creditor Jet Midwest International Co. Ltd.'s Motion to Enforce Order Requiring Production of Updated Inventory List* filed by Carol Lee on behalf of Plaintiff Jet Midwest International Co., Ltd. (Related document(s) 726 ) (Lee, Carol) (Entered: 10/04/2020) |
| 10/15/2020 | 749 | NOTICE of filing */Update Regarding Eighth Circuit's Denial of Appellants' Motion for Stay Pending Appeal* by Jet Midwest International Co., Ltd (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4)(Lee, Carol) (Entered: |

| | | 10/15/2020) |
|---|---|---|
| 10/16/2020 | 750 | NOTICE of filing *Letter to Judge Gaitan in Response to Plaintiff's Update Regarding Eighth Circuit's Denial of Appellants' Motion for Stay Pending Appeal* by Jet Midwest Group, LLC re 749 Notice of filing, (Gardner, Bradley) (Entered: 10/16/2020) |
| 10/19/2020 | 751 | MOTION to withdraw as attorney filed by Michelle Marie Masoner on behalf of David Tokoph. Suggestions in opposition/response due by 11/2/2020 unless otherwise directed by the court. (Masoner, Michelle) (Entered: 10/19/2020) |
| 10/28/2020 | 752 | MOTION for sanctions *against Defendant / Judgment–Debtor Jet Midwest Group, LLC* filed by Carol Lee on behalf of Jet Midwest International Co., Ltd. Suggestions in opposition/response due by 11/12/2020 unless otherwise directed by the court. (Lee, Carol) (Entered: 10/28/2020) |
| 10/28/2020 | 753 | SUGGESTIONS in support re 752 MOTION for sanctions *against Defendant / Judgment–Debtor Jet Midwest Group, LLC* filed by Carol Lee on behalf of Plaintiff Jet Midwest International Co., Ltd. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E)(Related document(s) 752 ) (Lee, Carol) (Entered: 10/28/2020) |
| 11/12/2020 | 754 | SUGGESTIONS in opposition re 752 MOTION for sanctions *against Defendant / Judgment–Debtor Jet Midwest Group, LLC* filed by Bradley Robert Gardner on behalf of Defendant Jet Midwest Group, LLC. Reply suggestions due by 11/27/2020 unless otherwise directed by the court. (Related document(s) 752 ) (Attorney Bradley Robert Gardner added to party Jet Midwest Group, LLC(pty:dft))(Gardner, Bradley) (Entered: 11/12/2020) |
| 11/27/2020 | 755 | REPLY SUGGESTIONS to motion re 752 MOTION for sanctions *against Defendant / Judgment–Debtor Jet Midwest Group, LLC* filed by Carol Lee on behalf of Plaintiff Jet Midwest International Co., Ltd. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Related document(s) 752 ) (Lee, Carol) (Entered: 11/27/2020) |
| 12/28/2020 | 756 | ORDER granting 716 Motion to vacate ; denying 726 motion to enforce orderjudgment; denying 752 motion for sanctions. Signed on 12/28/2020 by District Judge Fernando J. Gaitan, Jr. (Houston, Kiambu) (Entered: 12/28/2020) |
| 01/06/2021 | 757 | Before this Court is 751 motion to withdraw as attorney by Michelle M. Masoner, Robert Thompson and William Easley of the law firm Bryan Cave Leighton Paisner LLP as counsel for David Tokoph, the proposed Receiver. For good cause stated the motion is granted. Michelle M. Masoner, Robert Thompson and William Easley are hereby permitted to withdraw. Signed on 1/6/21 by District Judge Fernando J. Gaitan, Jr. This is a TEXT ONLY ENTRY. No document is attached. (Diefenbach, Tracy) (Entered: 01/06/2021) |
| 01/26/2021 | 758 | NOTICE OF APPEAL as to 756 Order on Motion to Vacate, Order on Motion to Enforce Order/Judgment, Order on Motion for Sanctions by Jet Midwest International Co., Ltd. Filing fee $ 505, receipt number AMOWDC–7253601. (Lee, Carol) (Entered: 01/26/2021) |
| 01/27/2021 | 759 | TRANSMISSION of Notice of Appeal Supplement to US Court of Appeals, 8th Circuit via electronic mail. Related document 758 Notice of Appeal. (Terry, Jason) (Entered: 01/27/2021) |
| 01/28/2021 | 760 | |

| | | |
|---|---|---|
| | | USCA Case Number from 8th Circuit Court of Appeals is 21−1200 for <u>758</u> Notice of Appeal filed by Jet Midwest International Co., Ltd. Briefing schedule entered by the Court of Appeals is attached. (Attachments: # <u>1</u> Schedule)(Terry, Jason) (Entered: 01/28/2021) |
| 03/30/2021 | <u>761</u> | ORDER granting <u>673</u> in part motion for attorney fees. Signed on 3/30/2021 by District Judge Fernando J. Gaitan, Jr. (Houston, Kiambu) (Entered: 03/30/2021) |
| 04/09/2021 | <u>762</u> | NOTICE OF APPEAL as to <u>761</u> Order on Motion for Attorney Fees by Jet Midwest Group, LLC. Filing fee $ 505, receipt number AMOWDC−7371299. (Gardner, Bradley) (Entered: 04/09/2021) |
| 04/09/2021 | <u>763</u> | TRANSMISSION of Notice of Appeal Supplement to US Court of Appeals, 8th Circuit via electronic mail. Related document <u>762</u> Notice of Appeal. (Terry, Jason) (Entered: 04/09/2021) |
| 04/09/2021 | <u>764</u> | NOTICE OF APPEAL by Alta Airlines Holdings, LLC, F. Paul Ohadi Trust, KMW Business Jets, LLC, F. Paul Ohadi, Kenneth M. Woolley. Filing fee $ 505, receipt number AMOWDC−7371353. (Attachments: # <u>1</u> Exhibit A− Order)(Holzhueter, Kersten) (Entered: 04/09/2021) |
| 04/09/2021 | <u>765</u> | TRANSMISSION of Notice of Appeal Supplement to US Court of Appeals, 8th Circuit via electronic mail. Related document <u>764</u> Notice of Appeal. (Terry, Jason) (Entered: 04/09/2021) |
| 04/12/2021 | <u>766</u> | USCA Case Number from 8th Circuit Court of Appeals is 21−1793 for <u>762</u> Notice of Appeal filed by Jet Midwest Group, LLC. Briefing schedule entered by the Court of Appeals is attached. Transcript due by 5/24/2021. (Attachments: # <u>1</u> Schedule)(Terry, Jason) (Entered: 04/12/2021) |
| 04/12/2021 | <u>767</u> | USCA Case Number from 8th Circuit Court of Appeals is 21−1795 for <u>764</u> Notice of Appeal filed by Kenneth M. Woolley, KMW Business Jets, LLC, F. Paul Ohadi, Alta Airlines Holdings, LLC, F. Paul Ohadi Trust. Briefing schedule entered by the Court of Appeals is attached. Transcript due by 5/24/2021. (Attachments: # <u>1</u> Schedule)(Terry, Jason) (Entered: 04/12/2021) |
| 04/15/2021 | <u>768</u> | NOTICE OF CROSS APPEAL as to <u>761</u> Order on Motion for Attorney Fees by Jet Midwest International Co., Ltd. Filing fee $ 505, receipt number AMOWDC−7380007. (Lee, Carol) (Entered: 04/15/2021) |
| 04/16/2021 | <u>769</u> | TRANSMISSION of Notice of Appeal Supplement to US Court of Appeals, 8th Circuit via electronic mail. Related document <u>768</u> Notice of Cross Appeal. (Terry, Jason) (Entered: 04/16/2021) |
| 04/19/2021 | <u>770</u> | USCA Case Number from 8th Circuit Court of Appeals is 21−1858 for <u>768</u> Notice of Cross Appeal filed by Jet Midwest International Co., Ltd. (Terry, Jason) (Entered: 04/19/2021) |
| 04/19/2021 | <u>771</u> | CROSS APPEAL BRIEFING SCHEDULE from 8th Circuit Court of Appeals for 21−1793 for <u>768</u> Notice of Cross Appeal filed by Jet Midwest International Co., Ltd, <u>762</u> Notice of Appeal filed by Jet Midwest Group, LLC, <u>764</u> Notice of Appeal filed by Kenneth M. Woolley, KMW Business Jets, LLC, F. Paul Ohadi, Alta Airlines Holdings, LLC, F. Paul Ohadi Trust. Transcript due by 5/24/2021. (Terry, Jason) (Entered: 04/19/2021) |
| 03/15/2022 | <u>772</u> | |

| | | |
|---|---|---|
| | | USCA Judgment as to <u>762</u> Notice of Appeal filed by Jet Midwest Group, LLC. **This is a preliminary judgment of U.S. Court of Appeals; jurisdiction is not recovered until the Mandate is issued by the U.S Court of Appeals.** The joint stipulation and motion for dismissal is granted. The appeal is hereby dismissed in accordance with the Federal Rules of Appellate Procedure 42(b). (Terry, Jason) (Entered: 03/15/2022) |
| 03/15/2022 | <u>773</u> | MANDATE of US COURT OF APPEALS as to <u>762</u> Notice of Appeal filed by Jet Midwest Group, LLC with mandate issued on 03/15/2022. (Terry, Jason) (Entered: 03/15/2022) |
| 03/28/2022 | <u>774</u> | USCA Judgment as to <u>718</u> Notice of Appeal, filed by Jet Midwest Group, LLC, <u>758</u> Notice of Appeal filed by Jet Midwest International Co., Ltd **This is a preliminary judgment of U.S. Court of Appeals; jurisdiction is not recovered until the Mandate is issued by the U.S Court of Appeals.** The parties stipulation to dismiss the appeal is granted. The appeal is hereby dismissed in accordance with the Federal Rules of Appellate Procedure 42(b). (Terry, Jason) (Entered: 03/28/2022) |
| 03/28/2022 | <u>775</u> | MANDATE of US COURT OF APPEALS as to <u>718</u> Notice of Appeal, filed by Jet Midwest Group, LLC, <u>758</u> Notice of Appeal filed by Jet Midwest International Co., Ltd with mandate issued on 03/28/2022. (Terry, Jason) (Entered: 03/28/2022) |
| 04/05/2022 | <u>776</u> | NOTICE of appearance by Jonathan A. Margolies on behalf of Jet Midwest, Inc. (Attorney Jonathan A. Margolies added to party Jet Midwest, Inc.(pty:dft))(Margolies, Jonathan) (Entered: 04/05/2022) |
| 04/05/2022 | <u>777</u> | MOTION to withdraw as attorney filed by Adam J. Gasper on behalf of Jet Midwest, Inc., Karen Kraus, Paul Kraus. Suggestions in opposition/response due by 4/19/2022 unless otherwise directed by the court. (Gasper, Adam) (Entered: 04/05/2022) |
| 02/15/2023 | 778 | ORDER – GRANTING <u>777</u> motion to withdraw as attorney. Attorney Adam J. Gasper permitted to withdraw as replacement counsel has made entry of appearance in case. Signed on 2/15/23 by District Judge Fernando J. Gaitan, Jr. <span style="color:red">This is a TEXT ONLY ENTRY. No document is attached.</span> (Anderson, Christy) (Entered: 02/15/2023) |
| 03/15/2023 | <u>779</u> | USCA Judgment and/or Opinion as to <u>719</u> Notice of Appeal, filed by Kenneth M. Woolley, KMW Business Jets, LLC, F. Paul Ohadi, Alta Airlines Holdings, LLC, F. Paul Ohadi Trust, <u>646</u> Notice of Appeal, filed by Kenneth M. Woolley, KMW Business Jets, LLC, F. Paul Ohadi, Alta Airlines Holdings, LLC, F. Paul Ohadi Trust **This is a preliminary judgment and/or opinion of U.S. Court of Appeals; jurisdiction is not recovered until the Mandate is issued by the U.S Court of Appeals.** It is hereby ordered and adjudged that the judgment of the district court in this cause is affirmed in accordance with the opinion of this Court. (Attachments: # <u>1</u> Opinion)(Terry, Jason) (Entered: 03/15/2023) |
| 04/05/2023 | <u>780</u> | MANDATE of US COURT OF APPEALS as to <u>719</u> Notice of Appeal, filed by Kenneth M. Woolley, KMW Business Jets, LLC, F. Paul Ohadi, Alta Airlines Holdings, LLC, F. Paul Ohadi Trust, <u>646</u> Notice of Appeal, filed by Kenneth M. Woolley, KMW Business Jets, LLC, F. Paul Ohadi, Alta Airlines Holdings, LLC, F. Paul Ohadi Trust with mandate issued on 04/05/2023. (Terry, Jason) (Entered: 04/05/2023) |
| 04/07/2023 | <u>781</u> | MOTION for bond *Emergency Motion for Partial Release of Bond* filed by Kersten Holzhueter on behalf of Alta Airlines Holdings, LLC, F. Paul Ohadi Trust, KMW Business Jets, LLC, F. Paul Ohadi, Kenneth M. Woolley. Suggestions in opposition/response due by 4/21/2023 unless otherwise directed by the court. |

| | | (Holzhueter, Kersten) (Entered: 04/07/2023) |
|---|---|---|
| 04/07/2023 | 782 | SUGGESTIONS in support re 781 MOTION for bond *Emergency Motion for Partial Release of Bond* filed by Kersten Holzhueter on behalf of Defendants Alta Airlines Holdings, LLC, F. Paul Ohadi Trust, KMW Business Jets, LLC, F. Paul Ohadi, Kenneth M. Woolley. (Related document(s) 781 ) (Holzhueter, Kersten) (Entered: 04/07/2023) |
| 04/07/2023 | 783 | MOTION to expedite *Hearing on Motion for Partial Release of Bond* filed by Kersten Holzhueter on behalf of Alta Airlines Holdings, LLC, F. Paul Ohadi Trust, KMW Business Jets, LLC, F. Paul Ohadi, Kenneth M. Woolley. Suggestions in opposition/response due by 4/21/2023 unless otherwise directed by the court. (Holzhueter, Kersten) (Entered: 04/07/2023) |
| 04/07/2023 | 784 | SUGGESTIONS in support re 783 MOTION to expedite *Hearing on Motion for Partial Release of Bond* filed by Kersten Holzhueter on behalf of Defendants Alta Airlines Holdings, LLC, F. Paul Ohadi Trust, KMW Business Jets, LLC, F. Paul Ohadi, Kenneth M. Woolley. (Related document(s) 783 ) (Holzhueter, Kersten) (Entered: 04/07/2023) |
| 04/10/2023 | 785 | RESPONSE re 783 MOTION to expedite *Hearing on Motion for Partial Release of Bond /JET MIDWEST INTERNATIONAL CO., LTD.'S RESPONSE TO OHADI / WOOLLEY DEFENDANTS' MOTION FOR EXPEDITED HEARING ON THE MOTION FOR PARTIAL RELEASE OF THE BOND* filed by Geoffrey Sant on behalf of Plaintiff Jet Midwest International Co., Ltd. Reply suggestions due by 4/24/2023 unless otherwise directed by the court. (Related document(s) 783 ) (Sant, Geoffrey) Modified on 4/11/2023 to correct filing event to a response per filer, document remains the same; NEF regenerated (Ellis, Lindsey). (Entered: 04/10/2023) |
| 04/10/2023 | 786 | RESPONSE to motion re 781 MOTION for bond *Emergency Motion for Partial Release of Bond /JET MIDWEST INTERNATIONAL CO., LTD.'S SUGGESTIONS IN RESPONSE TO OHADI / WOOLLEY DEFENDANTS' EMERGENCY MOTION FOR PARTIAL RELEASE OF THE BOND* filed by Geoffrey Sant on behalf of Plaintiff Jet Midwest International Co., Ltd. Reply suggestions due by 4/24/2023 unless otherwise directed by the court. (Sant, Geoffrey) (Entered: 04/10/2023) |
| 04/10/2023 | 787 | NOTICE of filing *DECLARATION OF CAROL LEE IN SUPPORT OF JET MIDWEST INTERNATIONAL CO., LTD.'S RESPONSE TO OHADI / WOOLLEY DEFENDANTS' EMERGENCY MOTION FOR PARTIAL RELEASE OF THE BOND* by Jet Midwest International Co., Ltd re 781 MOTION for bond *Emergency Motion for Partial Release of Bond* (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G)(Lee, Carol) (Entered: 04/10/2023) |
| 04/12/2023 | 788 | Motion to allow Ronald L. Cheng to appear pro hac vice (Pro Hac fee $100 receipt number AMOWDC−8409405) filed by Carrie Savage on behalf of Jet Midwest International Co., Ltd. (Savage, Carrie) (Entered: 04/12/2023) |
| 04/12/2023 | 789 | ORDER granting 788 motion to appear pro hac vice entered by Clerk of Court. Attorney Ronald L. Cheng for Jet Midwest International Co., Ltd allowed to appear pro hac vice. This entry will serve as authorization for the pro hac participation by the attorney.<br><br>Western District of Missouri Local Rule 5.1 requires documents to be filed electronically. If pro hac vice counsel has not already done so, counsel is directed to |

| | | |
|---|---|---|
| | | immediately register for a WDMO e−filing account for NextGen CM/ECF. This will enable counsel to electronically file documents and receive electronic notification of filings. Register for a WDMO e−filing account at <u>PACER</u>. This is a TEXT ONLY ENTRY. No document is attached. (Warren, Melissa) (Entered: 04/12/2023) |
| 04/12/2023 | <u>790</u> | REPLY SUGGESTIONS to motion re <u>781</u> MOTION for bond *Emergency Motion for Partial Release of Bond* filed by Kersten Holzhueter on behalf of Defendants Alta Airlines Holdings, LLC, F. Paul Ohadi Trust, KMW Business Jets, LLC, F. Paul Ohadi, Kenneth M. Woolley. (Related document(s) <u>781</u> ) (Holzhueter, Kersten) (Entered: 04/12/2023) |
| 04/18/2023 | <u>791</u> | ORDER – GRANTING <u>781</u> Ohadi/Woolley defendants' Emergency Motion for Partial Release of the Bond. GRANTING <u>783</u> Motion to Expedite the Hearing on the Motion for Partial Release of the Bond. The Clerk of the Court is hereby ORDERED to disburse $13,564,842.35 as of April 10, 2023, plus per diem of $2,843.58 from April 11, 2023 until the date of the release from the $20 million deposited into the Registry of the Court in this case. The balance (including any interest) shall be maintained to satisfy such other portions of the Courts award that become final. Signed on 4/18/23 by District Judge Fernando J. Gaitan, Jr. (Anderson, Christy) (Entered: 04/18/2023) |
| 04/20/2023 | <u>792</u> | ORDER of US COURT OF APPEALS as to <u>719</u> Notice of Appeal, filed by Kenneth M. Woolley, KMW Business Jets, LLC, F. Paul Ohadi, Alta Airlines Holdings, LLC, F. Paul Ohadi Trust, <u>646</u> Notice of Appeal, filed by Kenneth M. Woolley, KMW Business Jets, LLC, F. Paul Ohadi, Alta Airlines Holdings, LLC, F. Paul Ohadi Trust. Jet Midwest International Co., Ltd.s motion for attorneys fees is remanded to the district court for appropriate hearing and determination. The appellants' motion to file a response out of time is denied as moot. (Terry, Jason) (Entered: 04/20/2023) |
| 04/20/2023 | <u>794</u> | MOTION for attorney fees in the amount of $459,808.70 filed by Attorney Mr. Geoffrey R. Sant for Appellee Jet Midwest International Co., Ltd. (Jurisdiction transferred from the Eighth Circuit Court of Appeals on 4/20/2023)(Houston, Kiambu) (Entered: 04/26/2023) |
| 04/25/2023 | <u>793</u> | NOTICE of filing *Suggestions in Opposition to Plaintiff's Motion for Attorney Fees and Costs* by Alta Airlines Holdings, LLC, F. Paul Ohadi Trust, KMW Business Jets, LLC, F. Paul Ohadi, Kenneth M. Woolley re <u>792</u> USCA Order,, (Attachments: # <u>1</u> Exhibit 1 – Declaration of Kersten Holzhueter)(Holzhueter, Kersten) (Entered: 04/25/2023) |
| 04/26/2023 | | Set/Reset Deadlines as to <u>794</u> MOTION for attorney fees. Reply suggestions due by 5/10/2023 unless otherwise directed by the court. (Houston, Kiambu) (Entered: 04/26/2023) |
| 05/10/2023 | <u>795</u> | NOTICE of filing */Reply Declaration of Geoffrey Sant* by Jet Midwest International Co., Ltd re <u>794</u> MOTION for attorney fees (Attachments: # <u>1</u> Exhibit 1 to Reply Declaration – Filed Under Seal, # <u>2</u> Exhibit 2 to Reply Declaration – Filed Under Seal, # <u>3</u> Exhibit 3)(Sant, Geoffrey) (Entered: 05/10/2023) |
| 05/10/2023 | <u>796</u> | REPLY SUGGESTIONS to motion re <u>794</u> MOTION for attorney fees */Plaintiff's Reply in Support of Motion for Attorney Fees* filed by Geoffrey Sant on behalf of Plaintiff Jet Midwest International Co., Ltd. (Related document(s) <u>794</u> ) (Sant, Geoffrey) (Entered: 05/10/2023) |
| 05/10/2023 | <u>797</u> | |

| | | NOTICE (SEALED) by Jet Midwest International Co., Ltd re 795 Notice of filing, /*Exhibit 1 and Exhibit 2 to Reply Declaration of Geoffrey Sant filed under seal* (Sant, Geoffrey) (Entered: 05/10/2023) |
|---|---|---|
| 06/12/2023 | 798 | MOTION to dismiss party / *Plaintiff / Judgment − Creditor Jet Midwest International Co., LTD's Motion for Voluntary Dismissal of Certain Defendants* filed by Geoffrey Sant on behalf of Jet Midwest International Co., Ltd. Suggestions in opposition/response due by 6/26/2023 unless otherwise directed by the court. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4)(Sant, Geoffrey) (Entered: 06/12/2023) |
| 06/14/2023 | 799 | ORDER – GRANTING 798 plaintiff's motion to dismiss as to certain parties. Defendants Jet Midwest Inc., Paul Kraus and Karen Kraus are hereby DISMISSED with prejudice. Each party to bear their own costs and fees. Signed on 6/14/23 by District Judge Fernando J. Gaitan, Jr. (Anderson, Christy) (Entered: 06/14/2023) |
| 09/18/2023 | 800 | MOTION for sanctions *against Defendants / Judgment−Creditor Jet Midwest International Co., Ltd.s Motion for Sanctions Against F. Paul Ohadi and Kenneth M. Woolley* filed by Geoffrey Sant on behalf of Jet Midwest International Co., Ltd. Suggestions in opposition/response due by 10/2/2023 unless otherwise directed by the court. (Sant, Geoffrey) (Entered: 09/18/2023) |
| 09/18/2023 | 801 | SUGGESTIONS in support re 800 MOTION for sanctions *against Defendants / Judgment−Creditor Jet Midwest International Co., Ltd.s Motion for Sanctions Against F. Paul Ohadi and Kenneth M. Woolley* filed by Geoffrey Sant on behalf of Plaintiff Jet Midwest International Co., Ltd. (Related document(s) 800 ) (Sant, Geoffrey) (Entered: 09/18/2023) |
| 09/18/2023 | 802 | NOTICE of filing *Declaration of Geoffrey Sant in Support of Plaintiff Jet Midwest International Co., Ltd.'s Motion for Sanctions* by Jet Midwest International Co., Ltd re 800 MOTION for sanctions *against Defendants / Judgment−Creditor Jet Midwest International Co., Ltd.s Motion for Sanctions Against F. Paul Ohadi and Kenneth M. Woolley* (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K, # 12 Exhibit L, # 13 Exhibit M, # 14 Exhibit N, # 15 Exhibit O, # 16 Exhibit P, # 17 Exhibit Q, # 18 Exhibit R, # 19 Exhibit S, # 20 Exhibit T, # 21 Exhibit U, # 22 Exhibit V, # 23 Exhibit W, # 24 Exhibit X, # 25 Exhibit Y, # 26 Exhibit Z, # 27 Exhibit AA, # 28 Exhibit BB, # 29 Exhibit CC, # 30 Exhibit DD, # 31 Exhibit EE, # 32 Exhibit FF, # 33 Exhibit GG, # 34 Exhibit HH, # 35 Exhibit II, # 36 Exhibit JJ, # 37 Exhibit KK, # 38 Exhibit LL)(Sant, Geoffrey) (Entered: 09/18/2023) |
| 10/02/2023 | 803 | SUGGESTIONS in opposition re 800 MOTION for sanctions *against Defendants / Judgment−Creditor Jet Midwest International Co., Ltd.s Motion for Sanctions Against F. Paul Ohadi and Kenneth M. Woolley* filed by Kersten Holzhueter on behalf of Defendants F. Paul Ohadi Trust, Kenneth M. Woolley. Reply suggestions due by 10/16/2023 unless otherwise directed by the court. (Attachments: # 1 Affidavit Declaration of T. Pilatowicz, # 2 Exhibit Exhibit 1 to Declaration of T. Pilatowicz, # 3 Exhibit Exhibit 2 to Declaration of T. Pilatowicz, # 4 Exhibit Exhibit 3 to Declaration of T. Pilatowicz)(Related document(s) 800 ) (Holzhueter, Kersten) (Entered: 10/02/2023) |
| 10/16/2023 | 804 | REPLY SUGGESTIONS to motion re 800 MOTION for sanctions *against Defendants / Judgment−Creditor Jet Midwest International Co., Ltd.s Motion for Sanctions Against F. Paul Ohadi and Kenneth M. Woolley* filed by Geoffrey Sant on |

| | | |
|---|---|---|
| | | behalf of Plaintiff Jet Midwest International Co., Ltd. (Related document(s) 800 ) (Sant, Geoffrey) (Entered: 10/16/2023) |
| 02/09/2024 | 805 | USCA Judgment and/or Opinion as to 768 Notice of Cross Appeal filed by Jet Midwest International Co., Ltd, 764 Notice of Appeal filed by Kenneth M. Woolley, KMW Business Jets, LLC, F. Paul Ohadi, Alta Airlines Holdings, LLC, F. Paul Ohadi Trust **This is a preliminary judgment and/or opinion of U.S. Court of Appeals; jurisdiction is not recovered until the Mandate is issued by the U.S Court of Appeals.** It is hereby ordered and adjudged that the award of attorneys' fees and costs against the Ohadi/Woolley defendants is vacated and the cause is remanded to the district court for proceedings consistent with the opinion of this court. (Attachments: # 1 Opinion)(Terry, Jason) (Entered: 02/09/2024) |
| 03/01/2024 | 806 | MANDATE of US COURT OF APPEALS as to 768 Notice of Cross Appeal filed by Jet Midwest International Co., Ltd, 764 Notice of Appeal filed by Kenneth M. Woolley, KMW Business Jets, LLC, F. Paul Ohadi, Alta Airlines Holdings, LLC, F. Paul Ohadi Trust with mandate issued on 03/01/2024. (Terry, Jason) (Entered: 03/01/2024) |
| 03/25/2024 | 807 | ORDER – GRANTING 794 Jet Midwest International's motion for attorney fees and awards Jet Midwest International fees in the amount of $459,808.70. Signed on 3/25/24 by District Judge Fernando J. Gaitan, Jr. (Anderson, Christy) (Entered: 03/25/2024) |
| 04/04/2024 | 808 | Second MOTION for release of bond obligation *(seeking partial release)* filed by Kersten Holzhueter on behalf of Alta Airlines Holdings, LLC, F. Paul Ohadi Trust, KMW Business Jets, LLC, F. Paul Ohadi, Kenneth M. Woolley. Suggestions in opposition/response due by 4/18/2024 unless otherwise directed by the court. (Holzhueter, Kersten) (Entered: 04/04/2024) |
| 04/04/2024 | 809 | SUGGESTIONS in support re 808 Second MOTION for release of bond obligation *(seeking partial release)* filed by Kersten Holzhueter on behalf of Defendants Alta Airlines Holdings, LLC, F. Paul Ohadi Trust, KMW Business Jets, LLC, F. Paul Ohadi, Kenneth M. Woolley. (Related document(s) 808 ) (Holzhueter, Kersten) (Entered: 04/04/2024) |
| 04/16/2024 | 810 | MOTION for extension of time to file response/reply filed by Carrie Savage on behalf of Jet Midwest International Co., Ltd. Suggestions in opposition/response due by 4/30/2024 unless otherwise directed by the court. (Savage, Carrie) (Entered: 04/16/2024) |
| 04/17/2024 | 811 | ORDER – GRANTING 810 plaintiff's motion for extension of time to file response/reply, as to 808 Ohadi/Woolley's Second MOTION for release of bond obligation. New Deadline: Suggestions in opposition/response due by **4/22/2024** unless otherwise directed by the court. Signed on 4/17/24 by District Judge Fernando J. Gaitan, Jr.  This is a TEXT ONLY ENTRY. No document is attached. (Anderson, Christy) (Entered: 04/17/2024) |
| 04/18/2024 | 812 | NOTICE OF HEARING – This is the official notice for this hearing.  This is a TEXT ONLY ENTRY. No document is attached. Telephone Conference set for 4/22/2024 11:30 AM (CST) before District Judge Fernando J. Gaitan Jr. **A separate email has been sent to counsel containing the participation information.(Anderson, Christy) (Entered: 04/18/2024) |
| 04/19/2024 | 813 | |

| | | CERTIFICATE OF SERVICE by F. Paul Ohadi Trust, F. Paul Ohadi, Kenneth M. Woolley *CERTIFICATE OF SERVICE OF RESPONSES AND OBJECTIONS TO JET MIDWEST INTERNATIONAL CO., LTD.S FIRST SET OF POST−JUDGMENT DEMANDS FOR PRODUCTION OF DOCUMENTS TO DEFENDANTS* filed by Teresa Marie Pilatowicz on behalf of Defendants F. Paul Ohadi Trust, F. Paul Ohadi, Kenneth M. Woolley.(Pilatowicz, Teresa) (Entered: 04/19/2024) |
|---|---|---|
| 04/22/2024 | 814 | Minute Entry. Proceedings held before District Judge Fernando J. Gaitan, Jr: TELEPHONE CONFERENCE held on 4/22/2024. Court accepts matter as fully briefed and takes under advisement. Counsel appearing for Plaintiff(s): Geoffrey Sant, Carol Lee, Michelle Ng, Ronald Cheng, Carrie Savage. Counsel appearing for Defendant(s): Teresa Pilatowicz, Kersten Holzhueter. Time in court: 11:31 a.m. to 11:58 a.m. To order a transcript of this hearing please contact Jodi Quelle, 816−512−5623.  This is a TEXT ONLY ENTRY. No document is attached. (Anderson, Christy) (Entered: 04/22/2024) |
| 04/22/2024 | 815 | NOTICE of filing *Plaintiff's Non−Opposition to Second Motion for Partial Release of the Bond and Suggestions in Support of Cross−Motion for Interest on its Award of Attorney Fees and Costs* by Jet Midwest International Co., Ltd re 808 Second MOTION for release of bond obligation *(seeking partial release)* (Sant, Geoffrey) (Entered: 04/22/2024) |
| 04/22/2024 | 816 | NOTICE of filing *Declaration of Carol Lee in support of its cross motion for interest on its award of attorney fees and costs* by Jet Midwest International Co., Ltd re 808 Second MOTION for release of bond obligation *(seeking partial release)* (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)(Lee, Carol) (Entered: 04/22/2024) |
| 05/03/2024 | 817 | ELECTRONIC TRANSCRIPT of Telephone Conference held 04/22/2024 before Judge Fernando J. Gaitan, Jr.. Court Reporter: Jodi Quelle, 816−512−5623, jodi_quelle@mow.uscourts.gov. Number of pages: 16. NOTICE RE: REDACTION OF TRANSCRIPTS: Within 7 calendar days of this filing, each party shall inform the Court, by filing a Notice of Redaction, of the parties' intent to redact personal data identifiers from the electronic transcript of the court proceeding. The policy is located on our website at www.mow.uscourts.gov. Please read this policy carefully. **NOTICE: Attorneys must contact the court reporter for copies during this 90 day period. If necessary, Notice of Intent to Redact is due by 5/10/2024 unless otherwise directed by the court. Release of Transcript Restriction set for 8/1/2024. NOTICE: Attorneys must contact the court reporter for copies during this 90 day period.**<br><br>(Quelle, Jodi) (Entered: 05/03/2024) |
| 05/06/2024 | 818 | SUGGESTIONS in opposition re 808 Second MOTION for release of bond obligation *(seeking partial release)* filed by Teresa Marie Pilatowicz on behalf of Defendants Alta Airlines Holdings, LLC, F. Paul Ohadi Trust, KMW Business Jets, LLC, F. Paul Ohadi, Kenneth M. Woolley. Reply suggestions due by 5/20/2024 unless otherwise directed by the court. (Related document(s) 808 ) (Pilatowicz, Teresa) (Entered: 05/06/2024) |
| 05/08/2024 | 819 | ORDER RULING DISCOVERY DISPUTE. Signed on 5/8/2024 by District Judge Fernando J. Gaitan, Jr. (Houston, Kiambu) (Entered: 05/08/2024) |
| 05/20/2024 | 820 | |

| | | Emergency MOTION to clarify *or, in the Alternative, Reconsideration of Discovery Order* filed by Teresa Marie Pilatowicz on behalf of Alta Airlines Holdings, LLC, F. Paul Ohadi Trust, KMW Business Jets, LLC, F. Paul Ohadi, Kenneth M. Woolley. Suggestions in opposition/response due by 6/3/2024 unless otherwise directed by the court. (Pilatowicz, Teresa) (Entered: 05/20/2024) |
|---|---|---|
| 05/20/2024 | 821 | SUGGESTIONS in support re 820 Emergency MOTION to clarify *or, in the Alternative, Reconsideration of Discovery Order* filed by Teresa Marie Pilatowicz on behalf of Defendants Alta Airlines Holdings, LLC, F. Paul Ohadi Trust, KMW Business Jets, LLC, F. Paul Ohadi, Kenneth M. Woolley. (Attachments: # 1 Declaration of Attorney in support of Suggestion, # 2 Exhibit A – D, # 3 Exhibit E, # 4 Exhibit F, # 5 Exhibit G – J, # 6 Exhibit K, # 7 Exhibit L)(Related document(s) 820 ) (Pilatowicz, Teresa) (Entered: 05/20/2024) |
| 05/20/2024 | 822 | MOTION to expedite *Motion for clarification or, in the alternative, reconsideration of discovery order* filed by Teresa Marie Pilatowicz on behalf of Alta Airlines Holdings, LLC, F. Paul Ohadi Trust, KMW Business Jets, LLC, F. Paul Ohadi, Kenneth M. Woolley. Suggestions in opposition/response due by 6/3/2024 unless otherwise directed by the court. (Pilatowicz, Teresa) (Entered: 05/20/2024) |
| 05/20/2024 | 823 | SUGGESTIONS in support re 822 MOTION to expedite *Motion for clarification or, in the alternative, reconsideration of discovery order* filed by Teresa Marie Pilatowicz on behalf of Defendants Alta Airlines Holdings, LLC, F. Paul Ohadi Trust, KMW Business Jets, LLC, F. Paul Ohadi, Kenneth M. Woolley. (Related document(s) 822 ) (Pilatowicz, Teresa) (Entered: 05/20/2024) |
| 05/20/2024 | 824 | REPLY SUGGESTIONS to motion re 808 Second MOTION for release of bond obligation *(seeking partial release)* filed by Geoffrey Sant on behalf of Plaintiff Jet Midwest International Co., Ltd. (Related document(s) 808 ) (Sant, Geoffrey) (Entered: 05/20/2024) |
| 06/03/2024 | 825 | SUGGESTIONS in opposition re 820 Emergency MOTION to clarify *or, in the Alternative, Reconsideration of Discovery Order* filed by Geoffrey Sant on behalf of Plaintiff Jet Midwest International Co., Ltd. Reply suggestions due by 6/17/2024 unless otherwise directed by the court. (Related document(s) 820 ) (Sant, Geoffrey) (Entered: 06/03/2024) |
| 06/03/2024 | 826 | NOTICE of filing */Declaration of Carol Lee in Support of Plaintiff's Opposition to Defendants' Emergency Motion* by Jet Midwest International Co., Ltd re 825 Suggestions in Opposition to Motion, (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13)(Sant, Geoffrey) (Entered: 06/03/2024) |
| 06/07/2024 | 827 | ORDER – DENYING 820 defendants Ohadi/Woolley's Motion for Clarification and/or Reconsideration. DENYING 822 defendants' motion to expedite Consideration of the Motion for Clarification. The Ohadi/Woolley defendants are hereby ORDERED to produce to counsel for Jet Midwest International unredacted copies of all engagement letters, bills, invoices, payment records including checks and wire transfers for all law firms representing the Ohadi/Woolley defendants including Garman Turner Gordon, Spencer Fane, the Helsten Firm and Taft Stettinius. The engagement letters, bills, invoices and payment records produced shall cover the time period of February 16, 2018 through May 31, 2020. The Ohadi/Woolley defendants should produce these records on or before **JUNE 17,** |

| | | |
|---|---|---|
| | | **2024**. The previous deadlines established by the Court in the May 8, 2024 Discovery Order for briefing on the issue of attorneys' fees remain in place. Signed on 6/7/24 by District Judge Fernando J. Gaitan, Jr. (Anderson, Christy) (Entered: 06/07/2024) |
| 07/15/2024 | 828 | MOTION for attorney fees *Plaintiff's Motion for Award of Enhanced Attorney Fees and Cost* filed by Geoffrey Sant on behalf of Jet Midwest International Co., Ltd. Suggestions in opposition/response due by 7/29/2024 unless otherwise directed by the court. (Sant, Geoffrey) (Entered: 07/15/2024) |
| 07/15/2024 | 829 | SUGGESTIONS in support re 828 MOTION for attorney fees *Plaintiff's Motion for Award of Enhanced Attorney Fees and Cost* filed by Geoffrey Sant on behalf of Plaintiff Jet Midwest International Co., Ltd. (Related document(s) 828 ) (Sant, Geoffrey) (Entered: 07/15/2024) |
| 07/15/2024 | 830 | NOTICE of filing *Declaration of Geoffrey Sant in Support of Plaintiff's Motion for an Award of Enhanced Attorney Fee and Costs* by Jet Midwest International Co., Ltd re 828 MOTION for attorney fees *Plaintiff's Motion for Award of Enhanced Attorney Fees and Cost* (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K, # 12 Exhibit L, # 13 Exhibit M, # 14 Exhibit N, # 15 Exhibit O)(Sant, Geoffrey) (Entered: 07/15/2024) |
| 07/26/2024 | 831 | MOTION to substitute attorney filed by Jennifer L. Berhorst on behalf of Alta Airlines Holdings, LLC, F. Paul Ohadi Trust, KMW Business Jets, LLC, F. Paul Ohadi, Kenneth M. Woolley. Suggestions in opposition/response due by 8/9/2024 unless otherwise directed by the court. (Attorney Jennifer L. Berhorst added to party Alta Airlines Holdings, LLC (pty:dft), Attorney Jennifer L. Berhorst added to party F. Paul Ohadi Trust(pty:dft), Attorney Jennifer L. Berhorst added to party KMW Business Jets, LLC (pty:dft), Attorney Jennifer L. Berhorst added to party F. Paul Ohadi(pty:dft), Attorney Jennifer L. Berhorst added to party Kenneth M. Woolley(pty:dft))(Berhorst, Jennifer) (Entered: 07/26/2024) |
| 07/29/2024 | 832 | SUGGESTIONS in opposition re 828 MOTION for attorney fees *Plaintiff's Motion for Award of Enhanced Attorney Fees and Cost* filed by Jennifer L. Berhorst on behalf of Defendants Alta Airlines Holdings, LLC, F. Paul Ohadi Trust, KMW Business Jets, LLC, F. Paul Ohadi, Kenneth M. Woolley. Reply suggestions due by 8/12/2024 unless otherwise directed by the court. (Attachments: # 1 Declaration of T. Pilatowicz, # 2 Exhibit 1 to Declaration, # 3 Exhibit 2 to Declaration, # 4 Exhibit 3 to Declaration)(Related document(s) 828 ) (Berhorst, Jennifer) (Entered: 07/29/2024) |
| 08/12/2024 | 833 | REPLY SUGGESTIONS to motion re 828 MOTION for attorney fees *Plaintiff's Motion for Award of Enhanced Attorney Fees and Cost* filed by Geoffrey Sant on behalf of Plaintiff Jet Midwest International Co., Ltd. (Attachments: # 1 Reply Declaration of Geoffrey Sant in Further Support of Motion for Award of Enhanced Attorney Fees and Costs)(Related document(s) 828 ) (Sant, Geoffrey) (Entered: 08/12/2024) |
| 09/18/2024 | 834 | ORDER – Currently pending before the Court is Jet Midwest International's Motion for Sanctions Against F. Paul Ohadi and Kenneth M. Woolley (Doc. 800 ); Jet Midwest International's Motion for Award of Enhanced Attorney Fees and Costs (Doc. 828 ); and Jet Midwest International's Cross–Motion for Interest on its Award of Attorney Fees and Costs (Doc. 815 ).. After reviewing the pleadings, the Court is requesting oral argument on the pending motions before issuing a ruling. The parties shall notify the Court on or before **September 25, 2024** of how much time they |

| | | estimate they will need to present their positions on the pending motions. |
|---|---|---|
| | | **Oral Argument** set for 10/11/2024 09:00 AM in Courtroom 7C, Kansas City (FJG) before District Judge Fernando J. Gaitan Jr. Signed on 9/18/24 by District Judge Fernando J. Gaitan, Jr. (Anderson, Christy) (Entered: 09/18/2024) |
| 09/25/2024 | 835 | NOTICE of filing *Joint Notice of Time for Oral Argument* by Alta Airlines Holdings, LLC, F. Paul Ohadi Trust, KMW Business Jets, LLC, F. Paul Ohadi, Kenneth M. Woolley (Berhorst, Jennifer) (Entered: 09/25/2024) |
| 10/08/2024 | 836 | NOTICE of filing */Notice of Withdrawal of Motion for Sanctions* by Jet Midwest International Co., Ltd re 800 MOTION for sanctions *against Defendants / Judgment−Creditor Jet Midwest International Co., Ltd.s Motion for Sanctions Against F. Paul Ohadi and Kenneth M. Woolley* (Ng, Michelle) (Entered: 10/08/2024) |
| 10/08/2024 | 837 | MOTION to withdraw as attorney filed by Jill D Olsen on behalf of PMC Aviation 2012−1, LLC. Suggestions in opposition/response due by 10/22/2024 unless otherwise directed by the court. (Olsen, Jill) (Entered: 10/08/2024) |
| 10/10/2024 | 838 | ORDER – GRANTING 837 motion to withdraw as attorney. Attorney Jill D Olsen permitted to withdraw as counsel for Intervenor Defendant/Cross Claimant PMC Aviation 2012−1, LLC, who has been released as party to this action. Signed on 10/10/24 by District Judge Fernando J. Gaitan, Jr. This is a TEXT ONLY ENTRY. No document is attached. (Anderson, Christy) (Entered: 10/10/2024) |
| 10/11/2024 | 839 | ORDER – GRANTING 831 motion to substitute attorney. Added attorneys Robert J Hoffman, Jennifer L. Berhorst and Elaine Drodge Koch for F. Paul Ohadi, F. Paul Ohadi Trust, Kenneth M. Woolley. Attorneys Scott J. Goldstein and Kersten Holzhueter terminated. Signed on 10/11/24 by District Judge Fernando J. Gaitan, Jr. This is a TEXT ONLY ENTRY. No document is attached. (Anderson, Christy) (Entered: 10/11/2024) |
| 10/11/2024 | 840 | Minute Entry. Proceedings held before District Judge Fernando J. Gaitan, Jr: ORAL ARGUMENT held on 10/11/2024. Counsel provide argument as to the pending motions. Court accepts matter as fully briefed and takes under advisement. Ruling to be entered by written order at later date. Counsel appearing for Plaintiff(s): Geoffrey Sant, Carrie Savage, Michelle Ng. Counsel appearing for Defendant(s): Robert Hoffman, Elaine Koch, Teresa Pilatowicz. Time in court: 9:02 a.m. to 10:07 a.m. To order a transcript of this hearing please contact Jodi Quelle, 816−512−5623. This is a TEXT ONLY ENTRY. No document is attached. (Anderson, Christy) (Entered: 10/11/2024) |
| 10/18/2024 | 841 | ELECTRONIC TRANSCRIPT of Oral Argument held 10/11/2024 before Judge Fernando J. Gaitan, Jr.. Court Reporter: Jodi Quelle, 816−512−5623, jodi_quelle@mow.uscourts.gov. Number of pages: 38. NOTICE RE: REDACTION OF TRANSCRIPTS: Within 7 calendar days of this filing, each party shall inform the Court, by filing a Notice of Redaction, of the parties' intent to redact personal data identifiers from the electronic transcript of the court proceeding. The policy is located on our website at www.mow.uscourts.gov. Please read this policy carefully. **NOTICE: Attorneys must contact the court reporter for copies during this 90 day period. If necessary, Notice of Intent to Redact is due by 10/25/2024 unless otherwise directed by the court. Release of Transcript Restriction set for 1/16/2025. NOTICE: Attorneys must contact the court reporter for copies** |

| | | |
|---|---|---|
| | | **during this 90 day period.**<br><br>(Quelle, Jodi) (Entered: 10/18/2024) |
| 12/06/2024 | 842 | ORDER – **GRANTING IN PART and DENYING IN PART** 828 Jet Midwest International's Motion for Award of Enhanced Attorney Fees and Costs. Jet Midwest International is awarded attorney fees in the amount of $5,852,297.70 plus pre–judgment interest at the rate of 14% from the date of each invoice. Jet Midwest International is awarded Expert Witness Fees in the amount of $1,117,791.24 as part of the attorneys fee award. Jet Midwest International is also awarded costs of $364,748.32 for printing, legal research and court reporting services. The Court also **GRANTS** Jet Midwest International's Cross–Motion for Interest on its Award of Attorney Fees and Costs (Doc. # 815 ). Signed on 12/6/24 by District Judge Fernando J. Gaitan, Jr. (Anderson, Christy) (Entered: 12/06/2024) |
| 12/16/2024 | 843 | ORDER – GRANTING 808 Ohadi/Woolley defendants' second motion for release of bond obligation. the Clerk of Court is directed to disburse funds as directed in this Order. Signed on 12/16/24 by District Judge Fernando J. Gaitan, Jr. (Anderson, Christy) (Entered: 12/16/2024) |
| 12/31/2024 | 844 | MOTION for release of bond obligation *(Partial) and Stay Pending Appeal* filed by Robert J Hoffman on behalf of F. Paul Ohadi, F. Paul Ohadi Trust, Kenneth M. Woolley, KMW Business Jets, LLC, Alta Airlines Holdings, LLC. Suggestions in opposition/response due by 1/14/2025 unless otherwise directed by the court. (Attorney Robert J Hoffman added to party F. Paul Ohadi Trust(pty:dft), Attorney Robert J Hoffman added to party KMW Business Jets, LLC (pty:dft), Attorney Robert J Hoffman added to party Alta Airlines Holdings, LLC (pty:dft))(Hoffman, Robert) (Entered: 12/31/2024) |
| 12/31/2024 | 845 | SUGGESTIONS in support re 844 MOTION for release of bond obligation *(Partial) and Stay Pending Appeal* filed by Robert J Hoffman on behalf of Defendants F. Paul Ohadi, F. Paul Ohadi Trust, Kenneth M. Woolley, KMW Business Jets, LLC, Alta Airlines Holdings, LLC. (Related document(s) 844 ) (Hoffman, Robert) (Entered: 12/31/2024) |
| 12/31/2024 | 846 | NOTICE of filing *Declaration of Teresa M. Pilatowicz in Support of Suggestions in Support of Motion for Partial Release of the Bond and Stay Pending Appeal* by F. Paul Ohadi, F. Paul Ohadi Trust, Kenneth M. Woolley, KMW Business Jets, LLC, Alta Airlines Holdings, LLC re 845 Suggestions in Support of Motion, (Hoffman, Robert) (Entered: 12/31/2024) |
| 12/31/2024 | 847 | MOTION for hearing re 844 MOTION for release of bond obligation *(Partial) and Stay Pending Appeal (Expedited)* filed by Robert J Hoffman on behalf of F. Paul Ohadi, F. Paul Ohadi Trust, Kenneth M. Woolley, KMW Business Jets, LLC, Alta Airlines Holdings, LLC. Suggestions in opposition/response due by 1/14/2025 unless otherwise directed by the court. (Related document(s) 844 ) (Hoffman, Robert) (Entered: 12/31/2024) |
| 12/31/2024 | 848 | SUGGESTIONS in support re 847 MOTION for hearing re 844 MOTION for release of bond obligation *(Partial) and Stay Pending Appeal (Expedited)* filed by Robert J Hoffman on behalf of Defendants F. Paul Ohadi, F. Paul Ohadi Trust, Kenneth M. Woolley, KMW Business Jets, LLC, Alta Airlines Holdings, LLC. (Related document(s) 847 ) (Hoffman, Robert) (Entered: 12/31/2024) |
| 01/02/2025 | 849 | |

| | | |
|---|---|---|
| | | NOTICE of filing *of Errata to the Declaration of Teresa M. Pilatowicz in Support of Suggestions in Support of Motion for Partial Release of the Bond and Stay Pending Appeal* by F. Paul Ohadi, F. Paul Ohadi Trust, Kenneth M. Woolley, KMW Business Jets, LLC, Alta Airlines Holdings, LLC re 846 Notice of filing, (Attachments: # 1 Exhibit 1)(Hoffman, Robert) (Entered: 01/02/2025) |
| 01/03/2025 | 850 | SUGGESTIONS in opposition re 847 MOTION for hearing re 844 MOTION for release of bond obligation *(Partial) and Stay Pending Appeal (Expedited)* filed by Carol Lee on behalf of Plaintiff Jet Midwest International Co., Ltd. Reply suggestions due by 1/17/2025 unless otherwise directed by the court. (Related document(s) 847 ) (Lee, Carol) (Entered: 01/03/2025) |
| 01/04/2025 | 851 | ORDER – GRANTING 847 motion for hearing. For good cause shown and in order to allow Jet Midwest International to respond to the Motion for Partial Release of the Bond, and to allow the Court to schedule a hearing on the motion, the Court finds that a STAY of Order 842 is necessary. Accordingly, the Court hereby GRANTS the Ohadi/Woolley parties' Motion for a Stay of Execution of the December 6, 2024 Fee Award against the Ohadi/Woolley parties until a hearing on the Motion can be held. The parties shall contact the Court Room Deputy after January 6, 2025 to let them know their availability for a hearing on or after January 21, 2025. Accordingly, the Courts December 6, 2024 Order 842 is hereby STAYED until further order of the Court.. Signed on 1/4/25 by District Judge Fernando J. Gaitan, Jr. (Anderson, Christy) (Entered: 01/04/2025) |
| 01/06/2025 | 852 | NOTICE OF APPEAL as to 843 Order on Motion for Release of Bond Obligation, 842 Order on Motion for Sanctions,,,, Order on Motion for Attorney Fees,,, by F. Paul Ohadi, F. Paul Ohadi Trust, Kenneth M. Woolley, KMW Business Jets, LLC, Alta Airlines Holdings, LLC. Filing fee $ 605, receipt number AMOWDC–9366944. (Hoffman, Robert) (Entered: 01/06/2025) |
| 01/06/2025 | 853 | TRANSMISSION of Notice of Appeal Supplement to US Court of Appeals, 8th Circuit via electronic mail. Related document 852 Notice of Appeal,. (Terry, Jason) (Entered: 01/06/2025) |
| 01/07/2025 | 854 | NOTICE OF CROSS APPEAL as to 842 Order on Motion for Sanctions,,,, Order on Motion for Attorney Fees,,, by Jet Midwest International Co., Ltd. Filing fee $ 605, receipt number BMOWDC–9370064. (Attachments: # 1 Exhibit A– December 6, 2024 Order)(Sant, Geoffrey) (Entered: 01/07/2025) |
| 01/07/2025 | 855 | TRANSMISSION of Notice of Appeal Supplement to US Court of Appeals, 8th Circuit via electronic mail. Related document 854 Notice of Cross Appeal,. (Terry, Jason) (Entered: 01/07/2025) |
| 01/07/2025 | 856 | USCA Case Number from 8th Circuit Court of Appeals is 25–1033 for 852 Notice of Appeal, filed by Kenneth M. Woolley, KMW Business Jets, LLC, F. Paul Ohadi, Alta Airlines Holdings, LLC, F. Paul Ohadi Trust.(Terry, Jason) (Entered: 01/07/2025) |
| 01/07/2025 | 857 | USCA Case Number from 8th Circuit Court of Appeals is 25–1034 for 854 Notice of Cross Appeal, filed by Jet Midwest International Co., Ltd. (Terry, Jason) (Entered: 01/07/2025) |
| 01/07/2025 | 858 | CROSS APPEAL BRIEFING SCHEDULE from 8th Circuit Court of Appeals for 25–1034 for 854 Notice of Cross Appeal, filed by Jet Midwest International Co., Ltd, and 24–1033 852 Notice of Appeal, filed by Kenneth M. Woolley, KMW Business |

| | | |
|---|---|---|
| | | Jets, LLC, F. Paul Ohadi, Alta Airlines Holdings, LLC, F. Paul Ohadi Trust. Transcript due by 2/18/2025. (Terry, Jason) (Entered: 01/07/2025) |
| 01/08/2025 | 859 | NOTICE OF HEARING – This is the official notice for this hearing.  This is a TEXT ONLY ENTRY. No document is attached. |
| | | Oral Argument, RE: 844 MOTION for release of bond obligation (Partial) and Stay Pending Appeal set for 1/22/2025 09:30 AM in Courtroom 7C, Kansas City (FJG) before District Judge Fernando J. Gaitan Jr. |
| | | DEADLINES: Plaintiffs response due date: January 13, 2025 and Defendants Reply Suggestions due date: January 17, 2025. (Anderson, Christy) (Entered: 01/08/2025) |
| 01/13/2025 | 860 | RESPONSE to motion re 844 MOTION for release of bond obligation *(Partial) and Stay Pending Appeal* filed by Geoffrey Sant on behalf of Plaintiff Jet Midwest International Co., Ltd. Reply suggestions due by 1/27/2025 unless otherwise directed by the court. (Sant, Geoffrey) (Entered: 01/13/2025) |
| 01/13/2025 | 861 | NOTICE of filing *Declaration of Geoffrey Sant in Support of Response to Defendants' Motion for Partial Release of the Bond and Staying Pending Appeal* by Jet Midwest International Co., Ltd re 860 Response to Motion, (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F)(Sant, Geoffrey) (Entered: 01/13/2025) |
| 01/13/2025 | 862 | NOTICE of filing *Proposed Order* by Jet Midwest International Co., Ltd re 844 MOTION for release of bond obligation *(Partial) and Stay Pending Appeal* (Sant, Geoffrey) **Modified on 1/14/2025:** The document filed was a proposed order, which has been deleted. Per Administrative Procedures any proposed orders are to be emailed to the Courtroom Deputy in Word format. NEF regenerated. (Melvin, Greg) (Entered: 01/13/2025) |
| 01/15/2025 | 863 | AMENDED NOTICE OF HEARING – This is the official notice for this hearing. This is a TEXT ONLY ENTRY. No document is attached. Oral Argument set for 1/22/2025 09:30 AM will be held via **TELEPHONE CONFERENCE** – Kansas City before District Judge Fernando J. Gaitan Jr. **A separate email will be sent to counsel containing the participation information. (Anderson, Christy) (Entered: 01/15/2025) |
| 01/17/2025 | 864 | REPLY SUGGESTIONS to motion re 844 MOTION for release of bond obligation *(Partial) and Stay Pending Appeal* filed by Robert J Hoffman on behalf of Defendants F. Paul Ohadi, F. Paul Ohadi Trust, Kenneth M. Woolley, KMW Business Jets, LLC, Alta Airlines Holdings, LLC. (Related document(s) 844 ) (Hoffman, Robert) (Entered: 01/17/2025) |
| 01/17/2025 | 865 | NOTICE of filing *Notice of Declaration of Robert J. Hoffman in Support of Reply* by F. Paul Ohadi, F. Paul Ohadi Trust, Kenneth M. Woolley, KMW Business Jets, LLC, Alta Airlines Holdings, LLC re 864 Reply Suggestions to Motion, (Attachments: # 1 Exhibit Exhibits to Hoffman Declaration)(Hoffman, Robert) (Entered: 01/17/2025) |
| 01/21/2025 | 866 | MOTION for leave to file *Sur−reply in response to Defendants' Motion for Partial Release of the Bond and Stay Pending Appeal − [Dkt. No 864]* filed by Geoffrey Sant on behalf of Jet Midwest International Co., Ltd. Suggestions in opposition/response due by 2/4/2025 unless otherwise directed by the court. (Attachments: # 1 Exhibit 1 − Proposed sur−reply)(Sant, Geoffrey) (Entered: 01/21/2025) |

| 01/22/2025 | 867 | Minute Entry. Proceedings held before District Judge Fernando J. Gaitan, Jr: ORAL ARGUMENT held on 1/22/2025. Court accepts matter as fully briefed and takes under advisement. Written Order to be entered. Counsel appearing for Plaintiff(s): Geoffrey Sant, Michelle Ng. Counsel appearing for Defendant(s): Robert Hoffman, Jennifer Berhorst, Teresa Pilatowicz. Time in court: 9:32 a.m. to 10:08 a.m. To order a transcript of this hearing please contact Jeannine Rankin, 417–225–7713, jeannine_rankin@mow.uscourts.gov. This is a TEXT ONLY ENTRY. No document is attached. (Anderson, Christy) (Entered: 01/22/2025) |
|---|---|---|
| 01/23/2025 | 868 | ELECTRONIC TRANSCRIPT of Oral Argument held January 22, 2025 before Judge Fernando J. Gaitan. Court Reporter: Jeannine Rankin, 417–225–7713, jeannine_rankin@mow.uscourts.gov. Number of pages: 20. NOTICE RE: REDACTION OF TRANSCRIPTS: Within 7 calendar days of this filing, each party shall inform the Court, by filing a Notice of Redaction, of the parties' intent to redact personal data identifiers from the electronic transcript of the court proceeding. The policy is located on our website at www.mow.uscourts.gov. Please read this policy carefully. **NOTICE: Attorneys must contact the court reporter for copies during this 90 day period. If necessary, Notice of Intent to Redact is due by 1/30/2025 unless otherwise directed by the court. Release of Transcript Restriction set for 4/23/2025. NOTICE: Attorneys must contact the court reporter for copies during this 90 day period.**<br><br>(Rankin, Jeannine) (Entered: 01/23/2025) |
| 01/24/2025 | 869 | ORDER – GRANTING 866 Jet Midwest International's motion for leave to file sur–reply in response to the motion for partial release of the bond. GRANTING 844 Ohadi/Woolley defendants' motion for partial release of bond. The Court further ORDERS: 1) The Clerk of the Court shall disburse $6,217,046.02 from the initial Bond ordered by this Court on August 6, 2020 (Doc. # 698 ) to Jet Midwest International in partial satisfaction of this Courts December 6, 2024 order. The balance (including any interest) shall be maintained and may be used by the Ohadi/Woolley defendants to satisfy the amount of the Second Supersedeas Bond they are required to post within thirty days.; 2) Collection on the remainder of the Order is stayed for thirty days from the date of this Order to allow the Ohadi/Woolley defendants to post an additional $8,309,925.75 supersedeas bond with the Clerk of the Court.; 3) Upon the posting of the supersedeas Bond, execution upon the award in the December 6, 2024 Order and execution on the Bond is STAYED pending further order of this Court.. Signed on 1/24/25 by District Judge Fernando J. Gaitan, Jr. (Anderson, Christy) (Entered: 01/24/2025) |
| 01/24/2025 | 870 | NOTICE of filing *Plaintiff's Sur–reply in opposition* by Jet Midwest International Co., Ltd re 844 MOTION for release of bond obligation *(Partial) and Stay Pending Appeal* (Sant, Geoffrey) (Entered: 01/24/2025) |
| 02/11/2025 | 871 | Amended NOTICE OF APPEAL as to 843 Order on Motion for Release of Bond Obligation, 842 Order on Motion for Sanctions,,,, Order on Motion for Attorney Fees,,, 869 Order on Motion for Release of Bond Obligation,,,,, Order on Motion for Leave to File,,,, by F. Paul Ohadi, F. Paul Ohadi Trust, Kenneth M. Woolley, KMW Business Jets, LLC, Alta Airlines Holdings, LLC. Filing fee $ 605, receipt number AMOWDC–9366944. (Hoffman, Robert) (Entered: 02/11/2025) |
| 02/11/2025 | 872 | TRANSMISSION of Notice of Appeal Supplement to US Court of Appeals, 8th Circuit via electronic mail. Related document 871 Notice of Appeal,. (Terry, Jason) |

| | | (Entered: 02/11/2025) |

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# ST. JOSEPH DIVISION

| | |
|---|---|
| JET MIDWEST INTERNATIONAL CO., LTD., | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| vs. | ) Case No.18-cv-06019-FJG |
| | ) |
| JET MIDWEST GROUP, LLC, ET AL., | ) |
| | ) |
| Defendants. | ) |
| | ) |

# ORDER

Currently pending before the Court is Jet Midwest International's Motion for Award of Enhanced Attorney Fees and Costs (Doc. # 828) and Jet Midwest International's Cross-Motion for Interest on its Award of Attorney Fees and Costs on Appeal  (Doc. # 815).

## I. BACKGROUND

### A. Fraudulent Transfer Action

On February 16, 2018, Jet Midwest International filed the instant Fraudulent Transfer Action pursuant to the Missouri Uniform Fraudulent Transfer Act ("MUFTA") because Jet Midwest Group, LLC ("JMG") refused to pay a judgment from an earlier action[1] and was fraudulently transferring its assets. The Fraudulent Transfer action was heavily litigated by the parties and involved multiple temporary restraining orders, extensive discovery, numerous discovery dispute teleconferences and two preliminary injunction hearings which culminated in a four-day bench trial in November 2019. On May 26,

---

[1] Jet Midwest Inter. Co. Ltd. v. Jet Midwest Group, LLC, 17-6005-CV-SJ-DW, 2017  WL 11483955 (W.D.Mo. Oct. 25, 2017).

2020, the Court entered judgment in favor of Jet Midwest International on all of its causes of action. The Court's Findings of Fact and Conclusions of Law were detailed in a 210-page Order. The Court determined that JMG fraudulently transferred cash and share certificates valued at $41,054,949.67[2]. The Court directed Jet Midwest International to file a separate motion detailing the request for attorney fees. A hearing was held on September 2, 2020, on the motion for attorney fees. On March 30, 2021, the Court entered an Order awarding Jet Midwest International $6,565,297.19 in attorney fees plus contractual interest accruing on the date of each invoice at issue. (Doc. #761). On April 9, 2021, JMG, F. Paul Ohadi, as Trustee of the F. Paul Ohadi Trust dated December 15, 1999 and in his individual capacity, Kenneth M. Woolley, KMW Business Jets, LLC and Alta Airlines Holdings, LLC filed a notice of appeal. JMG later dismissed its appeal.

**B. Production of Documents by David Kulowiec**

On January 25, 2021, the Court granted Top Jet Enterprises, Ltd.'s ("Top Jet's") Motion for Confirmation of a foreign arbitration award entered before the Hong Kong International Arbitration Centre. Top Jet commenced the arbitration as a result of the Term Loan Action. On June 25, 2021, Top Jet Enterprises, Ltd. registered the judgment confirming the arbitration award in the Southern District of New York[3]. On October 22, 2021, Top Jet Enterprises, Ltd. filed a separate miscellaneous action in the Southern

---

[2]  On August 6, 2020, the court issued Amended Findings of Fact and Conclusions of Law and an Amended Judgment was also entered. The Amended Judgment specified the amount of damages awarded and certified pursuant to Fed.R.Civ.P. 54(b) that there was no just reason for delay. The Amended Judgment also indicated that plaintiff would be awarded costs and attorney fees at a later date.

[3]  Top Jet Enterprises v. Sino Jet Holding, Ltd., No. 21-MC-497(RA)(KHP)(S.D.N.Y. 2021).

2

District of New York seeking enforcement of a subpoena for production of documents and sanctions against David Kulowiec.[4]  On January 31, 2022, the New York court compelled Kulowiec to produce over 38,000 emails/documents responsive to the subpoena and ordered Kulowiec to pay Top Jet's attorney's fees for having to move to compel compliance. On April 21, 2022, the New York Court awarded Top Jet $111,041.30 in attorneys' fees. Top Jet initially requested $916,848.81 in attorney fees, but the Court only awarded 25% of the fees requested finding that Top Jet sought fees and costs unrelated to the motion to compel, billed excessive hours and had not adequately supported its request for fees.

### C. Motion for Sanctions

On September 18, 2023, Jet Midwest International filed a motion for Sanctions against F. Paul Ohadi and Ken Woolley. Jet Midwest International stated that throughout the litigation, Ohadi/Woolley claimed no evidence existed which showed they owned JMG, when in fact they concealed evidence which showed exactly that. Jet Midwest International then cited the January 31, 2022, Southern District of New York decision by Judge Parker [5] and the documents which Kulowiec was compelled to produce. In the Motion for Sanctions, Jet Midwest International asked this Court to use its inherent power under Rule 37 and 28 U.S.C. § 1927 to sanction Ohai/Woolley for violation of their discovery obligations. Jet Midwest International argued that the concealment of evidence must be sanctioned because it was willful. Evidence was

---

[4]  Top Jet Enterprises, Ltd. v. Kulowiec, No. 21-MC-789(RA)(KHP)(S.D.N.Y. 2021). David Kulowiec was counsel to JMG and its affiliates.

[5]  Top Jet Enterprises, Ltd. v. Kulowiec, No. 21-MC-789(RA)(KHP), 2022 WL 280459 (S.D.N.Y. Jan. 31, 2022).

3

concealed while the parties falsely claimed that it did not exist. Jet Midwest International asked for sanctions in the form of additional attorneys' fees. Jet Midwest International argued that attorney fees are an appropriate sanction because the Ohadi/Woolley parties increased Jet Midwest International's appellate fees by filing a frivolous appeal based on knowingly false factual assertions. Jet Midwest International also requested that the Court order disgorgement of Ohadi/Woolley's profits obtained through their discovery misconduct, i.e., the "interest payments" that Ohadi/Woolley received during the pendency of the litigation. The Ohadi/Woolley parties alleged that they never intentionally concealed documents in the case and there was no basis to allege they knew the majority of the documents even existed.

### D. Eighth Circuit Reversal of Attorney's Fee Award

On February 9, 2024, the Eighth Circuit issued its ruling on the appeal of the $6.5 attorneys' fee award in the Fraudulent Transfer action. The Eighth Circuit found that the Term Loan Agreement did not provide a basis upon which to jointly and severally award attorneys' fees against the Ohadi/Woolley defendants. However, the Eighth Circuit found that Jet Midwest International was entitled to an award of attorney fees under the Special Circumstances Exception to the American Rule. The Eighth Circuit found this court's factual findings supported an award of attorneys' fees on that basis. Jet Midwest Int'l. v. Jet Midwest Grp., LLC, 93 F.4th 408, 419 (2024). The Eighth Circuit noted this court's finding that "JMG and the Ohadi/Woolley defendants acted with 'actual intent to hinder, delay and defraud'" and "JMG transferred the . . .share certificates to the Ohadi Trust in January 2018 . . .with actual intent to hinder, delay and defraud [Jet Midwest] International." Id. "The sole effect of this transfer was to hinder, delay and defraud Jet

4

Midwest International by preventing Jet Midwest International from satisfying a portion of the Judgment." Id. The Court also found that "[w]hen JMG and the Ohadi Trust entered into the SAA [Security Agreement Amendment] . . ., they did so with actual intent to hinder, delay and defraud [Jet Midwest] International," and "because the actual effect of the SAA was to hinder and delay the enforcement of the Judgment, this must have been intentional," and "the Proposed Foreclosures – like the SAA on which the Proposed Foreclosures purport to be based – are designed to hinder, delay and defraud Jet Midwest International." Id.

The Eighth Circuit found that even though Jet Midwest International had provided the Court with a lodestar chart, the Court was required to set forth its own lodestar calculation prior to considering any additional factors in calculating the attorneys' fee award. The Eighth Circuit vacated this Court's award of $6.5 million award of attorneys' fees and costs and remanded the case for further proceedings. Id. at 423. After remand, this Court ordered additional briefing on the Motion for Attorney Fees and scheduled oral argument on the Motion for Attorney Fees and the Motion for Sanctions.

**E. Oral Argument on Motion for Attorney's Fees and Sanctions**

On October 8, 2024, three days before oral argument on the Motion for Attorney's Fees and Sanctions, Jet Midwest International withdrew its Motion for Sanctions stating it would not seek any relief requested in the Sanctions motion and was reserving its rights and intended to refer to facts discussed in the Sanctions motion during oral argument. During oral argument, Jet Midwest International stated that the Sanctions motion was dismissed as part of the settlement of the California bankruptcy action. Counsel stated that in the bankruptcy settlement term sheet, it was agreed that Jet

5

Case 5:18-cv-06019-FJG    Document 842    Filed 12/06/24    Page 5 of 41
Appellate Case: 25-1306    Page: 113    Date Filed: 02/13/2025 Entry February 13 2025 p113

Midwest International could use all of the information and documents in the Sanctions motion as part of its argument in support of the fee motions.[6]  Counsel for the Ohadi/Woolley defendants stated they did not agree that the evidence related to the sanctions motion could be used in determining the fee awards[7]. The Ohadi/Woolley defendants noted that the bankruptcy Settlement Agreement does not contain any provision allowing Jet Midwest International to rely on evidence or exhibits from the Sanctions Motion in support of their  motion for Attorneys' Fees. Counsel for the Ohadi/Woolley defendants, Mr. Hoffman stated, "[i]t is telling, frankly, that the sanction motion was withdrawn. There was a sanction motion which would have provided an avenue for that type of relief, but it was specifically negotiated to be withdrawn, and it was withdrawn, and it is not before the Court."[8]  In response, Mr. Sant stated:

> Just to clarify, the settlement term sheet which the parties - - or the Defendants agreed to and the Trustee agreed to in the bankruptcy action stated that we would be able to continue using the evidence from the sanctions motion in the fee awards. Later on, the Trustee and the Defendants entered into a settlement agreement. That settlement agreement does not reference the sanctions motion at all. However, our understanding is that because any award that we would receive would be indemnified as part of that agreement. Therefore, we withdrew it because anything we got as a sanction would be indemnified anyway, so there's no point in continuing it. That's why it was withdrawn. That's the sole reason it's withdrawn, but that evidence is critical to showing why our fees were what it was. It's critical because the Eighth Circuit found that the fees here are appropriate because of the frauds. How can we even have a discussion about what the lodestar is without discussing the frauds that the Eighth Circuit said are the reason why we get the fees in the first place? [9]

---

[6]   <u>Jet Midwest Inter. v. Jet Midwest Grp.</u>, No. 18-6019, Oct. 11, 2024 Oral Argument Transcript, p. 6.
[7]   <u>Id</u>. at pp. 6-7.
[8]   <u>Id</u>. at 8.
[9]   <u>Id</u>. at 9.

6

## II. STANDARD

"The starting point in determining attorney fees is the lodestar, which is calculated by multiplying the number of hours reasonably expended by the reasonable hourly rates." Fish v. St. Cloud State Univ., 295 F.3d 849, 851 (8th Cir. 2002) (citing Hensley v. Eckerhart, 461 U.S. 424, 433, 103 S.Ct. 1933, 76 L.Ed.2d 40 (1983)); see also Harrison v. Harris-Stowe State Univ., 626 S.W.3d 843, 860 n.5 (Mo. Ct. App. 2021) (stating that "[t]he 'lodestar' is the starting point in determining reasonable attorneys' fees"). . . ."Although the district court need not explicitly state which hours it finds reasonable, it must at least calculate the hourly rate and the reasonable number of hours worked." Vines v. Welspun Pipes Inc., 9 F.4th 849, 856 (8th Cir. 2021) (citing Fires, 565 F. App'x at 576). "In sum, the court should calculate the reasonable hourly rate and the reasonable number of hours worked [and] use these two variables to calculate the lodestar ...." Burton, 20 F.4th at 431. "[T]here is a 'strong presumption' that the lodestar figure is reasonable, but that presumption may be overcome in those rare circumstances in which the lodestar does not adequately take into account a factor that may properly be considered in determining a reasonable fee." Perdue v. Kenny A. ex rel. Winn, 559 U.S. 542, 554, 130 S.Ct. 1662, 176 L.Ed.2d 494 (2010).

Jet Midwest Int'l Co. v. Jet Midwest Grp., LLC, 93 F.4th 408, 420 (8th Cir. 2024).

## III. DISCUSSION

### A. Entitlement to Attorneys' Fees

"Missouri substantive law governs whether attorney's fees are available in this diversity action." S&H Farm Supply, Inc. v. BadBoy, Inc., 25 F.4th 541, 554 (8th Cir. 2022)(quoting Jo Ann Howard & Assocs. P.C. v. Nat'l City Bank, 11 F.4th 876, 887 (8th Cir. 2021)). "Missouri follows the American Rule, which requires parties to pay their own attorney fees unless their contract or a statute authorizes otherwise." Id. In the February 9, 2024 Order, the Eighth Circuit found that the Term Loan Agreement did not provide a basis upon which to jointly and severally award attorneys' fees against the Ohadi/Woolley defendants. Jet Midwest International Co. v. Jet Midwest Group, L.L.C., 93 F.4th 417. However, the Eighth Circuit found that Jet Midwest International was

7

entitled to an award of attorney fees under the Special Circumstances Exception to the American Rule. The Eighth Circuit found that this court's factual findings supported an award of attorneys' fees on that basis. Id. at 419. The Eighth Circuit noted this court's finding that "JMG and the Ohadi/Woolley defendants acted with 'actual intent to hinder, delay and defraud'" and "JMG transferred the . . .share certificates to the Ohadi Trust in January 2018 . . .with actual intent to hinder, delay and defraud [Jet Midwest] International." "The sole effect of this transfer was to hinder, delay and defraud Jet Midwest International by preventing Jet Midwest International from satisfying a portion of the Judgment." Id. This Court also found that "[w]hen JMG and the Ohadi Trust entered into the SAA [Security Agreement Amendment] . . ., they did so with actual intent to hinder, delay and defraud [Jet Midwest] International," and "because the actual effect of the SAA was to hinder and delay the enforcement of the Judgment, this must have been intentional," and "the Proposed Foreclosures – like the SAA on which the Proposed Foreclosures purport to be based – are designed to hinder, delay and defraud Jet Midwest International." Id. The Court finds that the Special Circumstances Exception to the American Rule likewise justifies Jet Midwest International's entitlement to attorney fees.

### B. Calculation of Attorneys' Fees

As noted above, the first step in calculating attorney fees is a determination of the lodestar. The lodestar is "the number of hours reasonably expended by the reasonable hourly rates." Fish, 295 F.3d at 851 ( citing Hensley v. Eckerhart, 461 U.S. 424, 433, 103 S.Ct. 1933, 76 L.Ed.2d 40 (1983)). "Th[e] [lodestar] method is meant to produce an award that *roughly* approximates the fee that the prevailing attorney would have

8

received if he or she had been representing a paying client who was billed by the hour in a comparable case. . . The lodestar enjoys a strong presumption of reasonableness, although that presumption may be overcome in those rare circumstances in which the lodestar does not adequately take into account a factor that may properly be considered in determining a reasonable fee." Derby v. Wiskus, No. 4:19-CV-02271-SRC, 2023 WL 3223836, at *1 (E.D. Mo. May 3, 2023)(internal citations and quotations omitted).

**1. Jet Midwest International's Motion for an Award of Enhanced Attorney Fees**

In its Motion for Enhanced Fees, Jet Midwest International seeks attorney fees for nineteen timekeepers (five partners, ten associates, one special counsel, and three paralegals). This is forty-one fewer timekeepers than Jet Midwest International originally sought reimbursement for. Exclusion of the forty-one timekeepers reduced the billable hours requested by 1,392.39. Jet Midwest International is seeking attorney fees of $5,852,297.70, as compared to the $6,980,736.72 in fees initially sought[10]. In its revised motion, Jet Midwest International does not seek fees for attorneys who billed less than 50 hours, additionally they voluntarily reduced the amount of attorney fees sought in its original fee motion by $712,990.76. Jet Midwest International states that for each deposition and court conference, it is only seeking fees for the lead attorneys' time. Jet Midwest International is also not seeking the fees required to prepare the fee motion. The hours billed by each timekeeper and the rates requested are listed below:

**Eric Epstein**
**(Partner)**
Feb. 2018 - Oct. 2018 – 179.80 hours x $655 = $ 117,769.00

---

[10] The Lodestar chart Jet Midwest International provided shows a revised attorney fee amount of $6,267,745.96 (Doc. # 830, Exh. C). However, Jet Midwest International states that the amount of fees actually sought is $5,852,297.70 after accounting for a 10% discount and certain other discounts applicable to some invoices.

9

Case 5:18-cv-06019-FJG    Document 842    Filed 12/06/24    Page 9 of 41
Appellate Case: 25-1306    Page: 117    Date Filed: 02/13/2025 Entry February 413 2025 p117

Nov. 2018 – Dec. 2019 – 2098.85 hours x $700 = 1,469,195.00
Jan. 2020 -- Apr. 2020 -    322.05 hours x $775 =    249,588.75
Total Hours = 2,600.70
Total Fees = $1,836,552.75

**Geoffrey Sant**
**(Partner)**
Feb. 2018 –Oct. 2018 -    43.80 hours x  $600 = $ 26,280.00
Nov. 2018 –Dec. 2019 - 942.30 hours x  $700 =    659,610.00
Jan. 2020 – Apr. 2020 - 104.04 hours x  $775 =     80,631.00
Total Hours = 1,090.14
Total Fees = $766,521.00

**Ari Berman**
**Partner**
Nov. 2018 – Dec. 2019 –212.6 hours x $800 =    $170,080.00
Jan. 2020 --  Apr. 2020      1.5 hours x $875 =    $   1,312.50
Total Hours = 214.10
Total Fees = $171,392.50

**L.T. Crowley**
**Partner**
Nov. 2018 – Dec. 2019 – 34.2 hours x $890 =     $ 30,438.00
Jan. 2020 --  Apr. 2020      3.4 hours x $960=         3,264.00
Total Hours = 37.6 hours
Total Fees = $33,702.00

**Dan Blegen**
**Kansas City Partner**
Sept. 2018 – May 2020 – 63.1 hours x. $400 = $ 25,240.00

**Jay Dealy**
**Special Counsel**
Nov. 2018 – Dec. 2019 –61.5 hours x $700 =  $ 43,050.00

**Carol Lee**
**Senior Associate**
Feb. 2018 -  Oct. 2018 –103 hours x $420 =       $  43,260.00
Nov. 2018 – Dec. 2019 –1722.25 hours x $500 =  861,125.00
Jan. 2020 --  Apr. 2020 -  156.70 hours x $570 =    89,319.00
Total Hours = 1,981.95
Total Fees = $993,704.00

**Michelle Ng**
**Associate/Sr. Associate**
Feb. 2018 -  Oct. 2018 –110.9 hours x $420 =        $46,578.00

10

Case 5:18-cv-06019-FJG    Document 842    Filed 12/06/24    Page 10 of 41
Appellate Case: 25-1306    Page: 118    Date Filed: 02/13/2025 Entry February 13 2025 p118

Nov. 2018 – Dec. 2019 –1294.55 hours x $500 =  647,275.00
Jan. 2020 --  Apr. 2020 -   72.19hours x $570 =     41,148.30
Total Hours = 1,477.64
Total Fees = $735,001.30

**Daryl Kleinman**
**Associate**
Nov. 2018 – Dec. 2019 –930.6 hours x $500 =   $465,300.00
Jan. 2020 --  Apr. 2020 -   1.7 hours x $560 =          952.00
Total Hours = 932.30
Total Fees = $466,252.00

**Carrie Phillips**
Sept. 2018 – May 2020 – 285.5 hours x $280.00 = $79,940.00

**Fangwei Wang**
**Senior Law Clerk/Legal Consultant**
Nov. 2018 – Dec. 2019 – 703.2 hours x $295 =   $207,444.00
Jan. 2020 --  Apr. 2020 -   2.1   hours x $320 =          672.00
Total Hours = 705.3
Total Fees = $208,116.00

**Patti Rothenberg**
**Associate**
Nov. 2018 – Dec. 2019 –546.9 hours x $295 =   $161,335.50
Jan. 2020 --  Apr. 2020 -   29.1   hours x $361 =   10,505.10
Total Hours = 576
Total Fees = $ 171,840.60

**Linlin Tian**
**Attorney**
Nov. 2018 – Dec. 2019 –415.59 hours x $479 =   $199,067.61
Jan. 2020 --  Apr. 2020 -   42.8   hours x $515 =  $ 22,042.00
Total Hours = 458.39
Total Fees = $221,109.61

**Brian Beckerman**
**Associate**
Nov. 2018 – Dec. 2019 – 351.1 hours x $530 =   $  86,083.00
Jan. 2020 --  Apr. 2020 -   15.6 hours x $605 =         9,438.00
Total Hours = 366.7
Total Fees = $195,521

**Yang Wang**
**Senior Law Clerk**
Nov. 2018 – Dec. 2019 –491.6 hours x $295 =   $  145,022.00

11

**Roland Reimers**
**Associate**
Nov. 2018 – Dec. 2019 –108.9 hours x $295 =       $  32,125.50
Jan. 2020 --  Apr. 2020 -  20.3 hours x $320 =           6,496.00
Total Hours = 129.2
Total Fees = $38,621.50

**Patrick Ng**
**Litigation Support Lead**
Nov. 2018 – Dec. 2019 –191.3 hours x $344 =       $  65,807.20

**Liza Joglar**
**Paralegal**
Nov. 2018 – Dec. 2019 –112.5 hours x $373 =       $  41,962.50
Jan. 2020 --  Apr. 2020 -  11.2 hours x $400=           4,480.00
Total Hours = 124.5
Total Fees = $46,442.50

**J. Robertson**
**Kansas City Paralegal**
Sept. 2018 – May 2020 -  159.4 hours x $150=        $ 23,910.00

**Total Hours requested:** 11,946.12
**Total Fees requested:** $6,267,745.96

     **Mr. Sant** was the lead partner on the case and oversaw strategy. Mr. Sant is a

partner at Pillsbury and co-chair of the China Practice. Mr. Sant is fluent in four

languages including Chinese. He has a juris doctorate from NYU as well as a Master's

Degree in Chinese and Japanese literature from Columbia. Mr. Sant specializes in

complex commercial litigation with a focus on China related transactions and frequently

represents Chinese clients in litigations involving cross-border disputes. During trial, he

delivered the closing argument and also conducted the direct examinations of Mr. Kraus

and Mr. DiSalvatore. Mr. Sant took the deposition of Mr. Kraus and defended the

12

Case 5:18-cv-06019-FJG     Document 842     Filed 12/06/24     Page 12 of 41
Appellate Case: 25-1306     Page: 120     Date Filed: 02/13/2025 Entry February 13 2025 p120

depositions of Ms. Meng, Jet Midwest International's 30(b)(6) witness. Mr. Sant was also responsible for updating the client and obtaining approvals for litigation strategy. The rates that Mr. Sant is requesting, ranging from $600 to $775 represent a 31% discount from his normal hourly rates. As the leader of the litigation team, Mr. Sant often did not bill his own time in order to keep costs down for the client.

**Mr. Epstein**[11] was Special Counsel and a Partner at Pillsbury and worked on this litigation from the beginning. Mr. Epstein graduated from Columbia Law School and had extensive experience in U.S.- China litigation, financial litigation and debt collection work. Mr. Epstein was the lead author on the majority of the briefs in this case, including the post-trial brief, the pre-trial brief and the TRO briefing. He was responsible for the oral argument at the January 3, 2019 TRO hearing, examined three witnesses at trial, and handled the rebuttal during closing arguments. Mr. Epstein also deposed the largest number of witnesses in the case, including defendant's expert witness, Mr. Woolley, Ms. White, Mr. Helsten, and the 30(b)(6) depositions of both JMG and JM Inc. The rates requested for Mr. Epstein's range from $655 to $755 and represent a 29% discount off his normal hourly rates.

**Carol Lee** was a Senior Associate during this action and is now a Partner. Ms. Lee has taught at Fordham and has presented at the Cambridge Symposium on Economic Crime. She is fluent in three languages including Chinese. She worked on this case since its inception and worked for the past thirteen years with Mr. Sant and Mr. Epstein focusing on international litigation involving the United States and China. She has worked on multiple international litigations involving alleged fraudulent transfers or

---

[11] Mr. Epstein passed away on September 21, 2021**.**

13

money laundering. In this case, Ms. Lee discovered the defendants' fraudulent foreclosure contained secured collateral from Jet Midwest International's aircraft and also discovered evidence showing that the Ohadi/Woolley defendants were owners of JMG. Ms. Lee also spent time conducting legal research and drafting the Complaint and various other motions and drafting outlines for depositions. The rates requested for Ms. Lee's work ranging from $420 to $570 and represent an up to 43% discount from her normal hourly rates.

**Ms. Ng** was a Senior Associate during this action and is now Counsel at Pillsbury. Ms. Ng graduated from UCLA Law School and has worked with Mr. Sant and Mr. Epstein focusing on international litigations involving the United States and China. She represented the Bank of China in a major international litigation and also represented a Chinese construction company in suing a fraudster who embezzled money from the company. She is fluent in three languages including Chinese. Ms. Ng was the attorney who first noticed that the inventory list produced during the fraudulent disclosure included tens of thousands of items never disclosed during JMG's bankruptcy filing or in post-judgment discovery. Ms. Ng took depositions and also assisted in preparations for other depositions. Ms. Ng worked with Jet Midwest International's 30(b)(6) witness and prepared the witness for her trial testimony. Ms. Ng also prepared evidence exhibits and materials in support of the TRO and the preliminary injunction motions. She also drafted document demands to the defendants and prepared subpoenas to third parties and worked on other discovery matters. The rates requested for Ms. Ng's work range from $420 - $570 and represent an up to 40% discount from her normal rates.

14

Case 5:18-cv-06019-FJG    Document 842    Filed 12/06/24    Page 14 of 41
Appellate Case: 25-1306    Page: 122    Date Filed: 02/13/2025 Entry February 13, 2025 p122

**Daryl Kleiman** was as associate at Pillsbury. Ms. Kleiman graduated from NYU and worked on many international financial litigations, including representing a foreign client before the New York Court of Appeals and representing a major foreign bank on litigation matters. Ms. Kleiman worked on various discovery issues, prepared legal analyses and assisted in preparing for several depositions. She also assisted in trial preparation and handled the cross-examination of a witness at trial. The rates being sought for Ms. Kleiman's work ranging from $500 to $560 and represent an up to 36% discount off her normal rates.

**Ari Berman** was a partner at Pillsbury who has extensive litigation experience and has represented companies in bankruptcy court proceedings and investors in distressed settings. Mr. Berman worked with Jet Midwest International's expert witnesses and prepared them for their depositions. He led work on various discovery disputes and issues related to the experts. Mr. Berman revised the briefs in support of Jet Midwest International's motion for summary judgment, opposition to defendants' motions for summary judgment, motion for attorneys' fees and the post-trial brief. Mr. Berman also handled the direct examination of expert witnesses Ken Yormark and the cross examination of Ken Woolley at trial. The hourly rates being sought for Mr. Berman's time ranges from $800 to $875 and represents a 24% discount off his normal hourly rates.

**Leo Crowley** was the leader of Pillsbury's Insolvency and Restructuring practice. He had nearly four decades of experience and represented major creditor constituencies in some of the largest bankruptcies in the financial services and aviation sectors. Mr. Crowley provided advice on Jet Midwest Internationals' TRO application and advised on

Case 5:18-cv-06019-FJG    Document 842    Filed 12/06/24    Page 15 of 41
Appellate Case: 25-1306    Page: 123    Date Filed: 02/13/2025 Entry February 13 2025 p123

issues of lien position, foreclosure sale and the TRO proceedings. He also defended several depositions. The rates being sought for Mr. Crowley's work range from $890 to $960 and represent an up to 21% discount off his normal hourly rates.

**Fangwei Wang** was an associate at Pillsbury during this action. Ms. Wang is a native speaker of Chinese and is also fluent in English. Ms. Wang specializes in international legal disputes involving the United States and China. She has worked on numerous international litigations involving fraud and financial crime. Ms. Wang analyzed documents and conducted research related to the foreclosure inventory and foreclosure notice, including comparing the foreclosure list to other inventory lists. She also identified and conducted an initial analysis of suspicious bank account transfers, she conducted UCC lien searches and obtained and reviewed aircraft IR reports and title search reports. She also assisted with legal research and cite checking on various briefs. The rate being sought for Ms. Wang's time range from $295 - $320 and represent an up to 17% discount from her normal hourly rates.

**Patti Rothenberg** is an associate at Pillsbury who focuses on complex commercial litigation. Ms. Rothenberg conducted legal research in support of a variety of different motions and litigation strategies, she assisted in preparing and drafting various briefs and assisted in preparations for trial. The rates requested for Ms. Rothenberg's time range from $295 to $361 and represent an up to 45% discount from her normal hourly rates.

**Linlin Tian** is an attorney at Pillsbury who focuses on international litigation involving the United States and China. Ms. Tian is fluent in both English and Chinese. Ms. Tian worked on international litigation involving a Chinese bank and also worked on

16

securities litigations and DOJ investigations involving Chinese companies. Ms. Tian assisted in preparing Jet Midwest International's witness list and exhibit list for trial. She conducted legal research and assisted in drafting motions and cite-checking various briefs. The rates being requested for Ms. Tian's time range from $479 to $515 and represent a 3% discount off her normal hourly rates.

**Brian Beckerman** is a Senior Associate at Pillsbury focusing on commercial litigation in the aviation and aerospace industries. Mr. Beckerman conducted research on many of the motions and legal strategies in the case, especially on the aircraft related financial issues. He conducted legal research regarding FAA recordation requirements and regulations as they apply to the FAA. He conducted legal research regarding recharacterizations of financial transactions, UCC article 9 foreclosure and the impact on underlying actions and the nature of certain financial transactions by defendants. He assisted in drafting portions of the Third Amended Complaint, drafted discovery requests and responses and deposed two corporate representatives. The rates being requested for Mr. Beckerman's time range from $530 to $605 an hour and represent an up to 25% discount from his normal hourly rates.

**Yang Wang** worked as a partner in a Chinese law firm before coming to Pillsbury. Mr. Wang is a native Chinese speaker and is also fluent in English. Mr. Wang obtained an LLM from Fordham. Due to his fluency in both English and Chinese, Mr. Wang performed many of the initial reviews and analysis of documents to identify key evidence in the case. Mr. Wang analyzed defendant's document production and prepared production logs. He assisted with discovery and worked on issues relating to the bond for the preliminary injunction and arranged for a surety bond for the client in

17

the United States and in China. The rate being sought for Mr. Wang's time - $295 represents up to a 12% discount from his normal hourly rate.

**Roland Reimers** is an associate at Pillsbury who is fluent in three languages including Chinese. He focuses his practice on general and complex commercial litigation matters. Mr. Reimers conducted legal research related to the motions in limine and the post-trial brief. The rates sought for Mr. Reimers range from $295 to $320 and represent an up to 44% discount from his normal hourly rates.

**Jay Dealy** is a Special Counsel at Pillsbury. He represents large corporations and financial institutions in commercial contract and tort actions. Mr. Dealy revised the Third Amended Complaint, conducted legal research and worked on the responses and objections to document requests for Ken Yormark and David Tokoph. The rate being sought for Mr. Dealy's time is $700 an hour which is a 27% discount from his normal hourly rate.

**Patrick Ng** was the Litigation Support Project Lead and handled the electronic databases which gathered and organized documents from the client and from defendants and third parties during discovery. Mr. Ng managed the databases and converted electronic documents into PDF form and also into trial-quality exhibits. The rate sought for Mr. Ng's time is $355 an hour.

**Liza Joglar** is a paralegal who obtained FAA records, assisted in reviewing the records and creating an index. She assisted with cite checking and fact checking of certain briefs, attended to electronic docketing and prepared exhibits for certain depositions. The rate sought for Ms. Joglar's time ranges from $373 to $400 an hour.

**Carrie Phillips** was an associate at the German May law firm in Kansas City. Ms. Phillips communicated with counsel from the Pillsbury law firm regarding strategy and status of the litigation, assisted with court filings, discovery requests and responses, deposition arrangements, assisted in preparations for the TRO hearing, assisted in preparing the subpoena to the FAA and assisted in drafting the Third Amended Complaint. Ms. Phillips reviewed and analyzed the summary judgment and Daubert motions, assisted with witness and exhibit lists; assisted with deposition designations and preparation of the motions in limine; assisted in preparing trial subpoenas, prepared for and attended the pre-trial conference, assisted in preparing witness outlines, prepared for and attended the trial and assisted with post-trial briefings. The rate being sought for Ms. Phillips time is $280 an hour.

**Dan Blegen** served as local counsel for the Pillsbury law firm. Mr. Blegen served as a partner at German May. Mr. Blegen communicated with counsel from the Pillsbury firm regarding discovery issues, trial strategy, preparations for trial and work on post-trial finding and conclusions. The rate being sought for Mr. Blegen's time is $400 an hour.

**J. Robertson** was a paralegal for the German May law firm. Mr. Robertson assisted with filings, organized discovery, calendared dates, obtained records from government agencies, filed deposition notices, prepared documents for the pre-trial conference, prepared exhibits and witness documents for trial, created witness notebooks, assisted with trial preparation and witness materials and attended and assisted during trial. The rate being sought for Mr. Robertson's time is $150 an hour.

### a. Reasonableness of Hours Requested

Considering the number of attorneys who worked on this case, the language and legal skills which were required, the Court finds that the number of hours requested by the nineteen timekeepers listed above is more than reasonable considering the complexity of the fraudulent scheme that plaintiff had to uncover. The Court also notes that Jet Midwest Internation has excluded from its original fee calculation forty-one timekeepers and is only seeking to recover for 11,946.12 hours or 1,392.39 fewer hours than initially requested. In light of Jet Midwest International's voluntary reduction, the Court finds no need to further reduce the billable hours.

### b. Reasonableness of Rates Requested

With regard to the hourly rates charged by Jet Midwest International, the Court in Little Rock Sch. Dist v. State Ark. Dep't. of Educ., 674 F.3d 990 (8th Cir. 2012) stated, "a reasonable hourly rate generally means the ordinary fee for similar work in the community." Id. at 997(internal citations and quotations omitted). In Dinosaur Merchant Bank Ltd. v. Bancservices Inter. LLC, No. 1:19-CV-84-ACL, 2020 WL 3489344 (E.D.Mo. June 26, 2020), the Court noted, "where local community rates would not be sufficient to attract experienced counsel in a specialized legal field, the appropriate rate may be determined by reference to a national market or a market for a particular legal specialization . . ." Id. at *4 (internal citations and quotations omitted). The hourly rates for the attorneys listed above are as follows:

```
Geoffrey Sant:   $600 -  $775   (This is a 31% discount off his normal hourly rates)
Eric Epstein:    $655 -  $755   (This is a 29% discount off his normal hourly rates)
Carol Lee:       $420 -  $570   (This is a 43% discount off her normal hourly rates)
Michelle Ng:     $420 -  $570   (This is a 40% discount off her normal hourly rates)
Daryl Kleiman    $500 -  $560   (This is a 36% discount off her normal hourly rates)
A.M. Berman      $800 -  $875   (This is a 24% discount off his normal hourly rates)
```

20

Case 5:18-cv-06019-FJG    Document 842    Filed 12/06/24    Page 20 of 41
Appellate Case: 25-1306    Page: 128    Date Filed: 02/13/2025 Entry ID: 5485413 February 13 2025 p128

```
L.T. Crowley      $890 -  $960  (This is a 31% discount off his normal hourly rates)
Fangwei Wang:     $295 -  $320  (This is a 17% discount off her normal hourly rates)
Patti Rothenberg  $295 -  $361  (This is a 45% discount off her normal hourly rates)
Linlin Tian       $479 - $515   (This is a 3% discount off her normal hourly rates)
Brian Beckerman   $530 - $605   (This is a 25% discount off his normal hourly rates)
Yang Wang         $295          (This is a 12 % discount off his normal hourly rates)
Roland Reimers    $295 - $320   (This is a 44% discount off his normal hourly rates)
Jay D. Dealy      $700          (This is a 27% discount off his normal hourly rates)
Patrick Ng        $344          (This is a 3% discount off his normal hourly rates)
Liza Joglar       $373 - $400   (This is a 3% discount off her normal hourly rates)
Carrie Phillips   $280
Dan Blegen        $400
J. Robertson      $150
```

According to the 2019 Missouri Lawyers Media Billing Rates survey[12] in Kansas City the median rate was $475 an hour for partners and the median associate rate was $345. However, the range of rates in Kansas City varied from $865 to $195 for partners and $495 to $225 for associates. Of the highest rates reported in Missouri, fourteen of those rates were from attorneys in the Kansas City area. The range of those reported rates was from $650 to $865.

The Court also consulted the Real Rate Report for New York law firm rates. The following were the rates and time periods examined for partners and associates based in New York:

**2018 Real Rate Report - Reporting data through Sept. 2018[13]**
Litigation Partner: $695 Median; $721 Mean (First Quartile: $434 – Third Quartile: $995)
Litigation Associate: $460 Median; $487 Mean (First Quartile: $305-Third Quartile:$652)

**Real Rate Report – Reporting date through Second Quarter - June 2019[14]**
Litigation Partner: $768 (Mean)
Litigation Associate: $513 (Mean)

---

[12] Scott Lauck, Welcome to Billing Rates 2019, Missouri Lawyers Media, (Aug. 2 2019), available at https://molawyersmedia.com/2019/08/02/billing-rates-2019/.
[13] 2018 Real Rate Report, Wolters Kluwer, p. 28 (September 2018).
[14] 2020 Real Rate Report, Mid-Year Update, Wolters Kluwer, p. 29 (June 2020). The Court relied on the 2020 Mid-Year report for the 2019 data because there was not a separate published report for 2019.

21

**Real Rate Report – Second Quarter 2020**[15]
Litigation Partner:$660 Median; $738 (Mean) (First Quartile: $457–Third Quartile: $985)
Litigation Associate:$446 Median;$507 (Mean)(First Quartile $381-Third Quartile: $665)

All of the rates for the New York timekeepers generally fall within the range of rates noted in the Real Rate Report with the exception of two partners: Ari Berman billed $800 an hour from November 2018 to December 2019 and $875 an hour from January 2020 to April 2020. The same is true for Leo Crowley who billed at a rate of $890 an hour November 2018 – December 2019 and $960 an hour from January through April 2020. These rates are significantly above the median or mean rates for a litigation partner based in New York. With the exception of these two partners, the Court finds the rates billed to be reasonable for the skill level required and the complex nature of the litigation.

### c. Lodestar Calculation

As noted above, the Court finds the number of hours billed by the nineteen timekeepers identified to be reasonable. With the exception of Mr. Berman and Mr. Crowley, the Court finds the remainder of the hourly rates to be reasonable. The Court has adjusted the amount of Mr. Berman and Mr. Crowley's billable rates to the same rates billed by Mr. Sant. Accordingly, the Court has reduced the billable rates for Mr. Berman and Mr. Crowley and calculates the Lodestar as follows:

**Eric Epstein**
**(Partner)**
Feb. 2018 -  Oct. 2018 –    179.80 hours x $655 = $  117,769.00
Nov. 2018 – Dec. 2019 – 2098.85 hours x $700 = 1,469,195.00
Jan. 2020 --  Apr. 2020 -    322.05 hours x $775 =    249,588.75
Total Hours = 2,600.70

---

[15] Id.

22

Total Fees = $1,836,552.75

**Geoffrey Sant**
**(Partner)**
Feb. 2018 –Oct. 2018 -    43.80 hours x  $600 = $  26,280.00
Nov. 2018 –Dec. 2019 - 942.30 hours x  $700 =    659,610.00
Jan. 2020 – Apr. 2020 - 104.04 hours x  $775 =     80,631.00
Total Hours = 1,090.14
Total Fees = $766,521.00

**Ari Berman**
**Partner**
Nov. 2018 – Dec. 2019 –212.6 hours x $700 =   $148,820.00
Jan. 2020 --  Apr. 2020      1.5 hours x $775 =   $  1,162.50
Total Hours = 214.10
Total Fees = $149,982.50

**L.T. Crowley**
**Partner**
Nov. 2018 – Dec. 2019 – 34.2 hours x  $700 =    $23,940.00
Jan. 2020 --  Apr. 2020      3.4 hours x $775=       2,635.00
Total Hours = 37.6 hours
Total Fees = $26,575.00

**Dan Blegen**
**Kansas City Partner**
Sept. 2018 – May 2020 - 63.1 hours x. $400 = $ 25,240.00

**Jay Dealy**
**Special Counsel**
Nov. 2018 – Dec. 2019 –61.5 hours x $700 =  $ 43,050.00

**Carol Lee**
**Senior Associate**
Feb. 2018 -  Oct. 2018 –103 hours x $420 =       $  43,260.00
Nov. 2018 – Dec. 2019 –1722.25 hours x $500 =  861,125.00
Jan. 2020 --  Apr. 2020 -   156.70 hours x $570 =    89,319.00
Total Hours = 1,981.95
Total Fees = $993,704.00

**Michelle Ng**
**Associate/Sr. Associate**
Feb. 2018 -  Oct. 2018 –110.9 hours x $420 =      $46,578.00
Nov. 2018 – Dec. 2019 –1294.55 hours x $500 =  647,275.00
Jan. 2020 --  Apr. 2020 -   72.19hours x $570 =      41,148.30

23

Total Hours = 1,477.64
Total Fees = $735,001.30

**Daryl Kleinman**
**Associate**
Nov. 2018 – Dec. 2019 –930.6 hours x $500 =   $465,300.00
Jan. 2020 -- Apr. 2020 -   1.7 hours x $560 =          952.00
Total Hours = 932.30
Total Fees = $466,252.00

**Carrie Phillips**
Sept. 2018 – May 2020 – 285.5 hours x $280.00 = $79,940.00

**Fangwei Wang**
**Senior Law Clerk/Legal Consultant**
Nov. 2018 – Dec. 2019 – 703.2 hours x $295 =   $207,444.00
Jan. 2020 -- Apr. 2020 -   2.1   hours x $320 =          672.00
Total Hours = 705.3
Total Fees = $208,116.00

**Patti Rothenberg**
**Associate**
Nov. 2018 – Dec. 2019 –546.9 hours x $295 =   $161,335.50
Jan. 2020 -- Apr. 2020 -   29.1   hours x $361 =   10,505.10
Total Hours = 576
Total Fees = $ 171,840.60

**Linlin Tian**
**Attorney**
Nov. 2018 – Dec. 2019 –415.59 hours x $479 =   $199,067.61
Jan. 2020 -- Apr. 2020 -   42.8   hours x $515 = $ 22,042.00
Total Hours = 458.39
Total Fees = $221,109.61

**Brian Beckerman**
**Associate**
Nov. 2018 – Dec. 2019 – 351.1 hours x $530 =   $ 86,083.00
Jan. 2020 -- Apr. 2020 -   15.6 hours x $605 =          9,438.00
Total Hours = 366.7
Total Fees = $195,521

**Yang Wang**
**Senior Law Clerk**
Nov. 2018 – Dec. 2019 –491.6 hours x $295 =    $ 145,022.00

24

**Roland Reimers**
**Associate**
Nov. 2018 – Dec. 2019 –108.9 hours x $295 =      $  32,125.50
Jan. 2020 --  Apr. 2020 -  20.3 hours x $320 =          6,496.00
Total Hours = 129.2
Total Fees = $38,621.50

**Patrick Ng**
**Litigation Support Lead**
Nov. 2018 – Dec. 2019 –191.3 hours x $344 =      $  65,807.20

**Liza Joglar**
**Paralegal**
Nov. 2018 – Dec. 2019 –112.5 hours x $373 =      $  41,962.50
Jan. 2020 --  Apr. 2020 -  11.2 hours x $400=          4,480.00
Total Hours = 124.5
Total Fees = $46,442.50

**J. Robertson**
**Kansas City Paralegal**
Sept. 2018 – May 2020 -  159.4 hours x $150=        $ 23,910.00

     **Revised Lodestar Amount:** Total billable hours 11,946.12 x various rates listed

above = $6,239,208.96.

     **2.  Ohadi/Woolley's Objections to the Enhanced Attorneys' Fee Request**

     The Ohadi/Woolley defendants first argue that the rates charged by Kansas City

counsel in this action are the rates that should be used in this case. The Ohadi/Woolley

parties state that the Court should adjust the rates charged by plaintiff's counsel to no

more than the rates charged by local counsel or alternatively, the rates set forth for non-

class action counsel set forth in the 2019 Missouri Lawyer's Weekly Billing Rate

summary. Additionally, the Ohadi/Woolley defendants state that the court should order a

25

Case 5:18-cv-06019-FJG     Document 842     Filed 12/06/24     Page 25 of 41
Appellate Case: 25-1306     Page: 133     Date Filed: 02/13/2025 Entry ID: 5485493 February 13 2025 p133

10% reduction in the number of hours allowed and award no more than $3,561,938.52.[16]

In reply, Jet Midwest International states that despite failing to identify a single improper time entry, defendants are asking the Court to arbitrarily cut Jet Midwest International's fees by 10%, without any explanation or justification. Jet Midwest International also argues that this Court has repeatedly found national rates to be appropriate in this case.

**C. Adjustments to the Lodestar**

The second step in calculating a fee award is to "generally evaluate 'the ultimate reasonableness of the award . . .by considering relevant factors . . . .'" League of Women Voters of Mo. v. Ashcroft, 5 F.4th 937, 941 (8th Cir. 2021)(quoting In re Target Corp. Customer Data Sec. Breach Litig., 892 F.3d 968, 977 (8th Cir. 2018). The factors which Courts examine to determine the ultimate reasonableness of the award include:

> (1) the time and labor required; (2) the novelty and difficulty of the questions; (3) the skill requisite to perform the legal service properly; (4) the attorney's preclusion of other employment due to acceptance of the case; (5) the customary fee; (6) whether the fee is fixed or contingent; (7) the time limitations imposed by the client or the circumstances; (8) the amount involved and the results obtained; (9) the experience, reputation, and ability of the attorneys; (10) the "undesirability" of the case; (11) the nature and length of the professional relationship with the client; and (12) awards in similar cases. Johnson v. Ga. Highway Express, Inc., 488 F.2d 714, 717–19 (5th Cir. 1974), abrogated on other grounds by Blanchard v. Bergeron, 489 U.S. 87, 90, 109 S.Ct. 939, 103 L.Ed.2d 67 (1989).

Missouri Primate Foundation v. People for the Ethical Treatment of Animals, Inc., No. 4:16 CV 2163 CDP, 2023 WL 2645643, at *2, n.2 (E.D. Mo. Mar. 27, 2023).

---

[16] The Ohadi/Woolley defendants calculate this amount by multiplying the hourly rates billed by Kansas City counsel in this case by 9,556.86 hours (reflecting the 20% reduction in the hours).

26

The factors which the Court finds relevant to the motion are discussed below.

1) Time and Labor – Counsel for Jet Midwest International invested substantial time and labor over the years that this case has been pending. Jet Midwest International notes that the amount requested does not reflect the total amount of time or effort spent on this litigation. In his Declaration, Geoffrey Sant states that in deference to the Court's earlier Order which reduced the fee request by 25%, Jet Midwest International has voluntarily reduced its fee amount by $712,99.49. Jet Midwest International states that it limited the timekeepers for which fees were sought to only attorneys who billed more than 50 hours and for each deposition and court conference, Jet Midwest International is only seeking fees for the lead attorneys' time. Jet Midwest International also did not include fees for preparation of the instant motion.

2) Novelty and Difficulty of Questions on Appeal - the issues raised in this case were extraordinarily complex involving a series of intertwined fraudulent transfers amongst the various defendants.

3) Skill Required - Counsel for Jet Midwest International have experience in handling complex commercial litigation matters. Counsel's work necessitated a thorough understanding of the complex fraudulent transfers in this case. Additionally, members of the litigation team were required to draw on their legal skills and Chinese language fluency to coordinate with a client based in China.

4) Customary fee - Jet Midwest International notes that all of its attorneys billed at lower fees than what their normal billing rates are. As discussed above, with only two minor exceptions, the Court find that the fees are reasonable for the nature of the work that was performed. With regard to awards in similar cases, Jet Midwest International

points to an award in <u>ResCap Liquidating Trust v. Primary Residential Mortgage, Inc.</u>, <u>59 F.4th 905, 921-22</u> (8th Cir. 2023) in which an award of $14.08 million in fees was awarded in connection with a $5.4 million damage award.

5) Amount Involved and Results Obtained – Jet Midwest International was completely successful in defending the $41 million judgment entered by this Court.

6) Nature and Length of the Professional Relationship – Pillsbury represented Jet Midwest International throughout this case. Additionally, Pillsbury discounted its rates for Jet Midwest International, providing an average discount of approximately 26% off its standard rates.

7) Experience, Reputation and Ability – Geoffrey Sant specializes in complex, commercial litigation with a focus on China related transactions. Attorneys Lee and Ng also specialized in China related commercial litigation. The bankruptcy court observed that Pillsbury has "extensive knowledge" "a lot of specialized knowledge" and "has established that they can produce favorable results in these matters."

8) Undesirability of the Case – Jet Midwest International states that from the beginning the Ohadi/Woolley defendants engaged in overwhelming and vexatious litigation which caused some creditors to abandon their efforts to collect on money owed them. The litigation tactics of the Ohadi/Woolley defendants combined with the complex nature of the case contributed to the undesirability of this case.

"There is a 'strong presumption' that the lodestar method represents a reasonable fee." <u>Beckler v. Rent Recovery Sols., LLC</u>, <u>83 F.4th 693, 695</u> (8th Cir. 2023) (quoting <u>Pennsylvania v. Del. Valley Citizens' Council for Clean Air</u>, <u>478 U.S. 546, 565</u>, <u>106 S.Ct. 3088</u>, <u>92 L.Ed.2d 439</u> (1986)). After consideration of all of the relevant factors discussed

28

Case 5:18-cv-06019-FJG    Document 842    Filed 12/06/24    Page 28 of 41
Appellate Case: 25-1306    Page: 136    Date Filed: 02/13/2025 Entry February 13 2025 p136

above and the arguments advanced by defendants the Court finds that no adjustment of the lodestar figure is warranted. The above referenced factors support the lodestar figure calculated and represent a reasonable attorney's fee award for the time and effort plaintiff's counsel expended on this case.

### D. Should a Multiplier Be Awarded?

Jet Midwest International argues that this Court should award a 1.5x multiplier in response to defendants' egregious, continuous fraud throughout this litigation arguing that other courts in Missouri have often awarded fee multipliers on top of a fee award. Mr. Sant stated during oral argument: "we request a 1.5 multiplier because a multiplier is part of the lodestar. It's not a sanction. The multiplier is part of determining a reasonable fee."[17]  The Court disagrees.

> To determine the amount of reasonable attorney fees, courts employ the "lodestar" method and multiply the number of hours reasonably expended by a reasonable hourly rate. [Hensley v. Eckerhart, 461 U.S. 424, 433 [(1983)]. The lodestar "provides an objective basis on which to make an initial estimate of the value of a lawyer's services," but does not end the inquiry. Id. Various considerations may lead a district court to adjust the fee "upward or downward," but many of these calculations will have been "subsumed within the initial calculation of hours reasonably expended at a reasonable hourly rate." Id at 434 & n.9."

Robinson v. City of St. Louis, Missouri, No. 4:17-CV-156PLC, 2020 WL 4673823

(E.D.Mo. Aug. 12, 2020).

In Perdue v. Kenny A. ex rel Winn, 559 U.S. 542, 130 S.Ct. 1662 (Apr. 21, 2010), the Supreme Court set out "six important rules" regarding lodestar awards:

> First, a reasonable fee is a fee that is sufficient to induce a capable attorney to undertake the representation . . . . .Second, the lodestar method yields a fee that is presumptively sufficient to achieve this objective. . . .Third, although we have never sustained an enhancement of

---

[17] (October 11, 2024 Oral Argument Transcript, pp. 10-11).

29

Case 5:18-cv-06019-FJG    Document 842    Filed 12/06/24    Page 29 of 41
Appellate Case: 25-1306    Page: 137    Date Filed: 02/13/2025 Entry February 13 2025 p137

> a lodestar amount for performance . . .we have repeatedly said that enhancements may be awarded in rare and exceptional circumstances . . .Fourth, we have noted that the lodestar figure includes most, if not all, of the relevant factors constituting a reasonable attorney's fee and have held that an enhancement may not be awarded based on a factor that is subsumed in the lodestar calculation . . .Fifth, the burden of proving that an enhancement is necessary must be borne by the fee applicant . . .Finally, a fee applicant seeking an enhancement must produce specific evidence that supports the award. . . .This requirement is essential if the lodestar method is to realize one of its chief virtues, i.e., providing a calculation that is objective and capable of being reviewed on appeal.

Id. at 552-53 (internal citations and quotations omitted). Justice Kennedy concurring in the decision stated: "[i]t is proper for the Court today to reject the proposition that all enhancements are barred; still, it must be understood that extraordinary cases are presented only in the rarest circumstances." Id. at 560. Thus, Purdue instructs that an enhancement or a multiplier is *not* part of the lodestar and is based on evidence or factors that were not initially considered in the lodestar calculation.

During oral argument on the attorneys' fee motion, Jet Midwest International argued the court should award a multiplier due to defendant's fraudulent delays and egregious repeated frauds on the court. Jet Midwest International argued that if defendants had not concealed documents and emails showing they owned JMG, the case would have been decided on summary judgment and "all of these legal fees would not have happened."[18] But, because defendants concealed the documents and emails, Jet Midwest International was forced to expend well over 11,000 hours in attorney time uncovering and proving defendants' frauds. Jet Midwest International will be compensated for these hours as detailed above. But, as Purdue and other cases have noted, an enhancement or multiplier must be based on factors other than those which

---

[18] October 11, 2024 Oral Argument Transcript, p. 14.

30

Case 5:18-cv-06019-FJG    Document 842    Filed 12/06/24    Page 30 of 41
Appellate Case: 25-1306    Page: 138    Date Filed: 02/13/2025 Entry February 13 2025 p138

make up the lodestar and hours and the rate of compensation are the two components which comprise the lodestar. In <u>Robinson</u>, <u>2020 WL 4673823</u>, plaintiff's counsel requested an enhancement to the lodestar due to the complexity of the matter and the fact that excellent results were achieved. The Court declined to enhance the lodestar stating that although the case involved protracted litigation and excellent results were achieved:

> [t]hese factors . . . "are already reflected in the initial determination of the reasonable hourly rate and number of compensable hours." <u>Gilbert [v. City of Little Rock]</u>, <u>867 F.2d 1063, 1067</u> (8th Cir. 1989)]. To the extent that any of the issues in this case were "complex," this factor was "fully reflected in the number of billable hours recorded by counsel and thus do not warrant an upward adjustment. . . ." <u>Blum [v. Stenson]</u>, <u>465 U.S. 886, 898</u>, [<u>104 S.Ct. 1541</u>, <u>79 L.Ed.2d 891</u> (1984)].

<u>Id</u>. at *12. It is not an understatement to say that this case has been unusually protracted and complex, but as in <u>Robinson</u>, the Court finds that these factors have already been accounted for in the fee award to plaintiff's counsel and do not independently support the application of a multiplier.

The Court notes that Jet Midwest International offered up new facts in their Motion for Sanctions which could possibly have supported application of a multiplier to the fee award, but as noted above, Jet Midwest International withdrew the Motion for Sanctions three days before the scheduled oral argument. Mr. Sant stated during the Oral Argument that in the Settlement Term Sheet, the parties agreed that plaintiff could use all of the information and documents in the Sanctions motion as part of its arguments in the Fee Awards. However, Mr. Sant stated: "Just to clarify, the settlement term sheet which the parties – or the Defendants agreed to and the Trustee agreed to in the bankruptcy action stated that we would be able to continue using the evidence from the

Case 5:18-cv-06019-FJG   Document 842   Filed 12/06/24   Page 31 of 41
Appellate Case: 25-1306   Page: 139   Date Filed: 02/13/2025 Entry February 13 2025 p139

sanctions motions in the fee awards. Later on, the Trustee and the Defendants entered into a settlement agreement. That settlement agreement *does not* reference the sanctions motion in the fee awards. However, our understanding is that because any award that we would receive would be indemnified as part of that agreement. Therefore, we withdrew it because anything we got as a sanction would be indemnified anyway, so there's no point in continuing it. That's why it was withdrawn. That's the sole reason it's withdrawn, but that evidence is critical to showing why our fees were what it was."[19] During oral argument, counsel for defendants noted that it was telling that the sanctions motions was withdraw and noted that it would have provided an avenue for relief, but the parties specifically negotiated for it to be withdrawn. Considering the fact that the Sanctions motion was withdrawn and is no longer before the Court and there was no mention in the Settlement Agreement that the evidence from the Sanctions motion could be used to support for the Fee motions, the Court finds there is no basis on which to apply a 1.5 x multiplier to the fee award.

Accordingly, the Court hereby **AWARDS** Jet Midwest International $5,852,297.70 in attorney fees. The Court recognizes that this amount is $386,911.26 less than the lodestar indicated above, but as noted in Mr. Sant's Declaration, Jet Midwest International is only seeking attorney fees in the amount of $5,852,297.70.

### E. Expert Witness Fees

Section 1920 lists the "expenses that a federal court may tax as costs against the losing party." <u>Crawford Fitting Co. v. J.T. Gibbons</u>, <u>482 U.S. 437</u>,440, <u>107 S.Ct. 2494</u>, <u>96 L.Ed.2d 385</u> (1987). The statute states in part:

---

[19] October 11, 2024 Oral Argument Transcript, p. 9 (emphasis added).

Case 5:18-cv-06019-FJG    Document 842    Filed 12/06/24    Page 32 of 41
Appellate Case: 25-1306    Page: 140    Date Filed: 02/13/2025 Entry ID: 5483403 February 13 2025 p140

> A judge or clerk of any court of the United States may tax as costs the following:
>
> (1) Fees of the clerk and marshal;
> (2) Fees for printed or electronically recorded transcripts necessarily obtained for use in the case;
> (3) Fees and disbursements for printing and witnesses;
> (4) Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case;
> (5) Docket fees under section 1923 of this title;
> (6) Compensation of court appointed experts, compensation of interpreters, and salaries, fees, expenses, and costs of special interpretation services under section 1828 of this title.

Federal Rule of Civil Procedure 54(d)(1) also states that "[u]nless a federal statute, these rules, or a court order provides otherwise, costs - other than attorney's fees - should be allowed to the prevailing party." The Eighth Circuit in the remand order noted "[t]he [MUFTA] does not explicitly authorize the taxation of the expert witness fees as costs, and neither §1821 nor § 1920 allows them." Orduno v. Pietrzak, 932 F.3d 710, 720 (8th Cir. 2019)." The Eighth Circuit noted Jet Midwest International sought $1,117,791.24 for retaining a forensic accounting expert, an aviation expert and an insolvency expert. The Court observed that expert fees "are generally not part of attorney's fees" but stated that on remand this court "may determine whether [these nonrecoverable costs] may be awarded as attorney's fees." Jet Midwest International, 93 F.4th at 423 (quoting Johnson Trustee of Operating Engineers Local #49 Health & Welfare Fund v. Charps Welding & Fabricating, Inc., 950 F.3d 510, 528 (8th Cir. 2020)).

Jet Midwest International argues that this Court may award expert fees under the special circumstances doctrine that the Eighth Circuit held supported a fee award and states that "[r]eimbursement of expert witness fees are routinely approved by courts in the Eighth Circuit and around the country as a component of attorney's fees rather than

33

Case 5:18-cv-06019-FJG    Document 842    Filed 12/06/24    Page 33 of 41
Appellate Case: 25-1306    Page: 141    Date Filed: 02/13/2025 Entry ID: 5485913 2025 p141

costs." Deadwood Canyon Ranch LLP v. Fidelity Exploration & Prod. Co., No. 4-10-CV-081, 2014 WL 11531553 at *8 (D.N.D. June 26, 2014)(citing Lee -Thomas, Inc. v. Hallmark Cards, Inc., 275 F.3d 702 (8th Cir. 2002)). Defendants state that in Missouri expert fees are not considered and awarded as attorney's fees. Architectural Resources, Inc. v. Rakey, 912 S.W.2d 676, 679 (Mo.App. 1995). Defendants state that plaintiff has only cited cases where Missouri courts have awarded expert fees as "items of damage," but they argue that is not the appropriate inquiry here. Plaintiff states that because defendants' frauds caused the expert fees, both equity and the special circumstances exception support an award of expert fees.

In Travelers Indem. Co. v. Bruns, 701 S.W.2d 195 (Mo.App. 1985), the Court found that an award of expert witness fees was permissible when the defendant was forced to hire an expert witness to challenge the authenticity of a letter. The Court of Appeals noted that the discrepancies in the letter were sufficiently obvious, that plaintiff's counsel should have inquired of his client. Failing to do so caused defendant to employ an expert witness to dispute the authenticity. The Court concluded that "an award of the expenses of the witness by an equity court was permissible." Id. at 197. Similarly, in the instant case, it was defendants' own actions that forced plaintiff to hire an aviation expert, an insolvency expert and a forensic accounting expert to demonstrate who were the real owners of JMG and that the transfers were in fact fraudulent.

In Stewart v. Golden Victory Medical LLC, No. 22-cv-2145(ECT/LIB), 2024 WL 1285920 (D.Minn. Mar. 26, 2024), the Court stated:

> [E]xpenses that are not taxable costs "may nevertheless be awarded if they are normally billed to clients." Miller v. Bd. Of Regents of Univ. of Minn., 402 F.Supp.3d 568, 597 (D.Minn.2019); see also Charps, 950 F.3d at 528 ("Some expenses that the district court awarded as 'costs' might be

34

Case 5:18-cv-06019-FJG    Document 842    Filed 12/06/24    Page 34 of 41
Appellate Case: 25-1306    Page: 142    Date Filed: 02/13/2025 Entry February 13 2025 p142

awarded as attorney's fees if they are separately billed under the prevailing practice in the local community."). . . .But, "expert witness fees are generally not part of attorney's fees." <u>Charps</u>, <u>950 F.3d at 528</u>; but <u>see Miller</u>, <u>402 F.Supp.3d at 597</u> (awarding expert fees as expenses that are normally billed to clients).

<u>Id</u>. at *11

In this instance, Mr. Sant stated to the Court: "the expert fees were not separately billed to the client. The experts were engaged by Plaintiff's counsel and the expert fees were included in the attorney fee bills sent to the client. Factually, they were part of the attorney fees."[20] The Court finds that even though expert witness fess are generally not awarded as part of an attorney's fee award, they should be awarded in this case because Jet Midwest International billed the expert witness expenses for Mr. Tokoph, Mr. Yormark and Mr. DiSalvatore directly to their client and it was the defendants' actions which forced plaintiff to hire the expert witnesses. Accordingly, the Court finds that the expert witness fees are recoverable as part of Jet Midwest International's attorney fee award. Accordingly, Jet Midwest International will be allowed $1,117,791.24 in expert witness fees as part of the attorney's fee award.

### F. Costs

In the Order remanding the case, the Eighth Circuit stated that this Court should consider to what extent Jet Midwest International's request for costs are recoverable under §1920. Jet Midwest International is seeking recovery of $364,748.32 for printing, legal research and court reporting services. The Court notes that the Ohadi/Woolley defendants do not oppose plaintiff's request for costs and state in their Suggestions in

---

[20] October 11, 2024 Oral Argument Transcript, p. 14.

35

Case 5:18-cv-06019-FJG    Document 842    Filed 12/06/24    Page 35 of 41
Appellate Case: 25-1306    Page: 143    Date Filed: 02/13/2025 Entry February 13 2025 p143

Opposition that the fee award should reflect "costs of no more than $364,748.32."

(Suggestions in Opposition, p. 14).

### 1. Legal Research

In <u>Benson v. City of Lincoln</u>, No. 4:18CV3127, <u>2024 WL 2155139</u> (D.Neb. May 13,

2024), the Court stated:

> The Eighth Circuit Court of Appeals has recognized that "if the prevailing party demonstrates that separately billing for [computerized legal research (CLR)] is the 'prevailing practice in a given community' and that such fees are reasonable, the district court may award those costs." <u>Dindinger v. Allsteel, Inc.</u>, <u>853 F.3d 414, 432</u> (8th Cir. 2017) (quoting <u>Hernandez v. Bridgestone Ams. Tire Operations, LLC</u>, <u>831 F.3d 940, 950</u> (8th Cir. 2016), in turn quoting <u>Missouri v. Jenkins</u>, <u>491 U.S. 274, 287</u> (1989)); <u>see also</u> <u>Charps Welding</u>, <u>950 F.3d at 528</u> (stating the "prevailing practice" standard as the general standard for expenses); <u>Ludlow</u>, <u>788 F.3d at 804</u>–05 (same). There are some decisions from this district awarding computerized legal research fees as nontaxable expenses, suggesting it is at least a common practice. <u>Ludlow v. BNSF Ry. Co.</u>, No. 4:12CV3113, <u>2014 WL 2155086</u>, at *8 (D. Neb. May 22, 2014), <u>aff'd</u>, <u>788 F.3d 794</u> (8th Cir. 2015); <u>Morales v. Farmland Foods, Inc.</u>, No. 8:08CV504, <u>2013 WL 1704722</u>, *7 n.9 (D. Neb. 2013) (including computerized legal research charges in a fee award in an FLSA case); <u>see also</u> <u>UnitedHealth Group Inc. Shareholder Derivative Litigation</u>, <u>631 F.3d 913, 918</u>–19 (8th Cir. 2011) (reviewing decisions of sister circuits considering awarding computerized legal research expenses). . . .The award for nontaxable expenses will include the fees for Westlaw and LexisNexis legal research.

<u>Id</u>. at *36.

In the instant case, the invoices submitted by Jet Midwest International reflect that

charges for computerized research were billed by both the Pillsbury law firm and the

German May law firm. The Court thus finds that separately billing for these services is

the prevailing practice and the Court will award Jet Midwest International its costs for

computerized legal research fees.

36

Case 5:18-cv-06019-FJG    Document 842    Filed 12/06/24    Page 36 of 41
Appellate Case: 25-1306    Page: 144    Date Filed: 02/13/2025 Entry February 13 2025 p144

## 2. Printing/Court Reporter Costs

Expenses for photocopies "necessarily obtained for use in the case" are recoverable by the prevailing party as costs. 28 U.S.C. § 1920; Fed. R. Civ. P. 54(d). "Amounts sought for copy expenses must be documented or itemized in such a way that the Court can meaningfully evaluate the request." McLelland v. Ridge Tool Co., 350 F.Supp. 3d 773, 776 (W.D. Ark. 2018) (quoting Finan [v. Good Earth Tools, Inc., No. 4:06-CV-878CAS,] 2008 WL 1805639, at *11 [(E.D. Mo. Apr. 21, 2008))]. The itemized bills attached to the Motion for Enhanced Attorney Fees and Costs list for each month the fees which were charged for printing expenses. Thus, the Court will award Jet Midwest International, the requested fees for printing costs. In Watkins v. Lawrence Cnty., Arkansas, No. 3:17-CV-00272-KGB, 2024 WL 1386304, at *7 (E.D. Ark. Mar. 30, 2024), the Court stated: "The Eighth Circuit Court of Appeals has held that § 1920 allows the 'taxation of costs for both printed and electronically recorded transcripts of the same deposition as long as each transcript is necessarily obtained for use in a case.'" Id. at *7 (quoting Stanley v. Cottrell, Inc., 784 F.3d 454, 467 (8th Cir. 2015)) (citations omitted). In this case, the depositions taken were necessary to the prosecution of the case. Accordingly, the Court will allow Jet Midwest International to recover the cost of the court reporter expenses in this case.

### G. Pre-Judgment Interest

In diversity actions, state law governs questions of pre-judgment interest. Kelley as Tr. For PCI Liquidating Tr. v. Boosalis, 974 F.3d 884, 902 (8th Cir. 2020). In Missouri, prejudgment interest is available only for liquidated claims, which are claims that are "fixed and determined or readily ascertainable by computation or a recognized

standard." Baris v. Layton, 43 S.W.3d 390, 397 (Mo. App. 2001). Jet Midwest International argues that the court should award pre-judgment interest based on the 14% rate provided for in the Term Loan Agreement. Jet Midwest International argues that the Eighth Circuit found that the special circumstances exception justified a fee award because defendants tried to "hinder, delay and defraud" them from satisfying a portion of the Judgment. Jet Midwest International argues that defendants should not be allowed to avoid the rate that Jet Midwest International would have been entitled to under the Term Loan Agreement had the fraudulent transfers not occurred. Jet Midwest International argues that the Court should continue to apply the 14% interest rate to the revised fee award from the date of each invoice.

In opposition, defendants state that plaintiff's attorney's fees constitute an unliquidated claim because the fees were not fixed or determined at the outset of the litigation. Defendants state that the inherent uncertainties of civil litigation mean that plaintiff's attorney fees are not definite. Even if the Court were to award pre-judgment interest, defendants state that awarding 14% interest would be improper because the Eighth Circuit rejected any notion that the Term Loan Agreement provided a basis for an award of attorney's fees against the Ohadi/Woolley parties. In reply, Jet Midwest International states pre-judgment interest is necessary to compensate it for defendants' fraudulent delay. Jet Midwest also states that its fees are liquidated and have been ascertained.

In Vogel v. A.G. Edwards & Sons, Inc., 801 S.W.2d 746 (Mo.App. 1990), the Court stated:

> [a]s a general rule, prejudgment interest is not recoverable on a tort claim. Lober v. Kansas City, 100 S.W.2d 267, 268 (Mo. 1936). But, like all

38

Case 5:18-cv-06019-FJG    Document 842    Filed 12/06/24    Page 38 of 41
Appellate Case: 25-1306    Page: 146    Date Filed: 02/13/2025 Entry February 13 2025 p146

general rules in law, this rule has exceptions. Where the defendant's tortious conduct confers a benefit upon the defendant, prejudgment interest may be recovered by the plaintiff on his claim. <u>Crawford v. Smith</u>, <u>470 S.W.2d 529, 533</u> (Mo. banc 1971); <u>New Style Homes, Inc. v. Fletcher</u>, <u>606 S.W.2d 510, 513</u> (Mo.App.1980); <u>see</u> <u>also</u>, <u>Iota Management v. Boulevard Inv. Co.</u>, <u>731 S.W.2d 399, 419</u> (Mo.App.1987).

<u>Id</u>. at 757.

In this case, defendants' fraudulent actions conferred a benefit upon themselves, and by delaying Jet Midwest International's collection efforts, Jet Midwest International lost its fees and the returns the funds would have generated if invested.

With regard to the issue of whether Jet Midwest International's attorney fees were liquidated, the Court in <u>Farmland Industries, Inc. v. Frazier-Parrott Commodities</u>, <u>111 F.3d 588</u> (8th Cir. 1997), stated:

> One exception requires prejudgment interest on unliquidated claims for the reasonable value of services rendered. <u>See</u> <u>Denton Constr. Co. v. Missouri State Highway Comm'n</u>, <u>454 S.W.2d 44, 59</u>–60 (Mo.1970). When a party is liable for the reasonable value of services, he is under a legal duty to liquidate the sum due and must pay interest from the time he should have paid the claim. <u>See</u> <u>id</u>. at 60. This exception applies when a party is liable for the reasonable value of services rendered by an attorney. <u>See</u> <u>Laughlin v. Boatmen's Nat'l Bank</u>, <u>354 Mo. 467</u>, <u>189 S.W.2d 974, 979</u> (1945). Even though the claim is unliquidated in the sense that the amount due is to be measured and determined by the standard of the reasonable value of the attorney's services, a court must grant prejudgment interest on that claim. <u>See</u> <u>id</u>.; <u>see</u> <u>also</u> <u>Catron</u>, <u>723 S.W.2d at 7</u> (discussing <u>Laughlin</u> ). The Missouri Supreme Court has carved out this exception because prejudgment interest has traditionally been used to compensate a party for the loss of the use of money to which the party was entitled. <u>See</u> <u>Catron</u>, <u>723 S.W.2d at 7</u>.

<u>Id</u>. at 592-93. With regard to the amount of pre-judgment interest which should be awarded, the Eighth Circuit in <u>Nodaway Valley Bank v. Continental Cas. Co.</u>, <u>916 F.2d 1362</u> (8th Cir. 1990) stated, "[t]he court 'may also consider equitable principles of fairness and justice when awarding prejudgment interest.'" <u>Id</u>. at 1368 (quoting <u>Catron</u>,

39

Case 5:18-cv-06019-FJG    Document 842    Filed 12/06/24    Page 39 of 41
Appellate Case: 25-1306    Page: 147    Date Filed: 02/13/2025    Entry ID: 5483418    February 13 2025 p147

723 S.W.2d at 7). The Court finds that defendants' misconduct which the Eighth Circuit found justified the application of the Special Circumstances exception, also justifies application of a 14% pre-judgment interest rate. If the Ohadi/Woolley defendants had not transferred to themselves all of JMG's funds, then Jet Midwest International would have been able to recover its legal fees, plus 14% interest from JMG. The Court finds that Jet Midwest International is entitled to a pre-judgment interest rate of 14% from the date of each invoice.

### H. Jet Midwest International's Cross-Motion for Interest on its Award of Attorney Fees and Costs

On March 25, 2024, this Court issued an Order granting Jet Midwest International's Motion for Attorney Fees on Appeal. The Court awarded Jet Midwest International $459,808.70 for the time plaintiff's counsel expended on the appeal. The Court did not however specify whether pre-judgment interest was applicable. For the same reasons discussed above, the Court also finds that Jet Midwest International is entitled to a 14% interest rate on the Court's previous award of $459,808.70 from the date of each invoice.

### IV. CONCLUSION

Accordingly, for the reasons stated above, the Court hereby **GRANTS IN PART** and **DENIES IN PART** Jet Midwest International's Motion for Award of Enhanced Attorney Fees and Costs (Doc. # 828). Jet Midwest International is awarded attorney fees in the amount of $5,852,297.70 plus pre-judgment interest at the rate of 14% from the date of each invoice. Jet Midwest International is awarded Expert Witness Fees in the amount of $1,117,791.24 as part of the attorney's fee award. Jet Midwest International is also awarded costs of $364,748.32 for printing, legal research and court

40

reporting services. The Court also **GRANTS** Jet Midwest International's Cross-Motion

for Interest on its Award of Attorney Fees and Costs (Doc. # 815)


Date: <u>December 6, 2024</u>                                    <u>**S/ FERNANDO J. GAITAN**, **JR.**</u>
Kansas City, Missouri                                    Fernando J. Gaitan, Jr.
                                                         United States District Judge

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# ST. JOSEPH DIVISION

| | | |
|---|---|---|
| JET MIDWEST INTERNATIONAL CO., LTD., | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| vs. | ) | Case No.18-cv-06019-FJG |
| | ) | |
| JET MIDWEST GROUP, LLC, ET AL., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

## <u>ORDER</u>

Currently pending before the court is F. Paul Ohadi, as Trustee of F. Paul Ohadi Trust dated December 15, 1999 (the "Trust"), and in his individual capacity ("Ohadi"), Kenneth M. Woolley ("Woolley"), KMW Business Jets, LLC ("KMW"), and Alta Airlines Holdings, LLC ("Alta") collectively the "Ohadi/Woolley Defendants" Second Motion for Partial Release of Bond (<u>Doc. # 808</u>).

On May 27, 2020, the Court entered judgment in favor of Jet Midwest International in this action. On August 6, 2020, the Court entered an Amended Judgment and also granted the Ohadi/Woolley defendants' Motion to Stay Execution of the Judgment Pending Appeal or in the Alternative to Set the Amount of Bond. The Court ordered the Ohadi/Woolley defendants to post a supersedeas bond in the amount of $20 million dollars. On August 19, 2020, the Ohadi/Woolley defendants delivered a cashier's check in the amount of $20 million to the Clerk of the Court. On August 28, 2020, the Ohadi/Woolley defendants filed an Amended Notice of Appeal with the Eighth Circuit Court of Appeals. On March 15, 2023, the Eighth Circuit affirmed this Court's judgment in <u>Jet Midwest Int'l Co. v. Jet Midwest Group, LLC, et al.</u>, No. 20-2285, <u>2023 WL 2507218</u> (8th Cir. Mar. 15, 2023). On April 18, 2023, the Court ordered the Clerk of the Court to disburse $13,564,842.35 as of April 10, 2023 plus per diem interest of

$2,842.58 from April 11, 2023 until the date of the partial release of the Bond, with the balance (including any interest) to be maintained to satisfy such other portions of the Court's award that becomes final. (Doc. # 791).

On March 25, 2024, the Court entered an Order granting Jet Midwest International $459,808.70 in attorney's fees for work performed in connection with the appeal of the Fraudulent Transfer action. The Ohadi/Woolley parties request that the Court order a partial release of the bond in the amount of $459,808.70 to satisfy this Order. Jet Midwest International requested that the Court's order specify that the amount of attorney's fee award also include 14% interest. On December 6, 2024, the Court ruled that Jet Midwest International was entitled to interest at the rate of 14% on the $459,808.70 attorney's fee award.

Accordingly, the Court hereby **GRANTS** the Ohadi/Woolley defendants' Second Motion for Partial Release of the Bond (Doc. # 808). The Clerk of the Court is hereby **ORDERED** to disburse $459,808.70, plus pre-judgment interest of $212,580.16, through December 16, 2024 for a total disbursement of $672,388.86 from the $20 million supersedeas bond deposited into the Registry of the Court in this case. The balance (including any interest) shall be maintained to satisfy such other portions of the Court's award that become final.  The funds shall be disbursed to:

> JP Morgan Chase Bank NA
> ABA#: 021000021
> SWIFT Code: CHASUS33
> Account #: 301177087165
> For credit to: Pillsbury Winthrop Shaw Pittman LLP

Date:  December 16, 2024                        /s/ Fernando J. Gaitan, Jr.
Kansas City, Missouri                        Fernando J. Gaitan, Jr.
                                             United States District Judge

2

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# ST. JOSEPH DIVISION

JET MIDWEST INTERNATIONAL CO., LTD., )
)
     Plaintiff )
)
     vs. )    Case No.18-cv-06019-FJG
)
JET MIDWEST GROUP, LLC, ET AL., )
)
     Defendants. )
)

# <u>ORDER</u>

Currently pending before the Court is the motion of F. Paul Ohadi, as Trustee of F.

Paul Ohadi Trust dated December 15, 1999 (the "Trust") and in his individual capacity

("Ohadi"), Kenneth M. Woolley ("Woolley"), KMW Business Jets, LLC ("KMW") and Alta

Airlines Holdings, LLC ("Alta,") and collectively, the "Ohadi/Woolley Parties") for Partial

Release of the Bond and a Stay Pending Appeal (Doc. # 844) and Jet Midwest

International's Motion for Leave to File a Sur-Reply in Response to the Motion for Partial

Release of the Bond and Stay Pending Appeal (Doc. # 866).

On January 22, 2025, the Court held a telephone conference with the parties

regarding the pending motions. Plaintiff and the Ohadi/Woolley defendants both agree

that $6,217,046.02 of the remaining $20 million bond initially posted by the

Ohadi/Woolley defendants on August 19, 2020 can be disbursed to plaintiff. The

disbursement of this amount fully satisfies all principal on the lodestar amount of

attorney's fees ordered by the Court on December 6, 2024: ($5,852,297.70) and all

awarded costs ($364,748.32). Accordingly, the Court hereby **GRANTS** the Motion for

Partial Release of the Bond (Doc. # 844).

Because defendants appealed certain portions of the Court's December 6, 2024 Attorney's Fee Order, the Court finds it necessary to address whether and how much of a supersedeas bond defendants should post. The Ohadi/Woolley defendants argue that they have already satisfied $13,590,434.57 of the Fraudulent Transfer judgment and $672,399.96 on the Fee Appeal Award through earlier releases of the initial Bond. Additionally, the Ohadi/Woolley defendants state that they have further paid a $52,000,000 settlement stemming from an award in the pending bankruptcy case in Jet Midwest Group, LLC, Case No. 1:21-bk-11524 (C.D.Cal. Bank.). The Ohadi/Woolley parties state that they have requested an additional $6,217,046.02 be released to satisfy the amounts awarded in the December 6, 2024 Order. The Ohadi/Woolley defendants argue that given the proof of availability of funds and satisfaction of earlier substantial awards, no further bond should be required.

In response, Jet Midwest International argues that after the Court approves the $6,217,046.02 disbursement for the Attorneys' Fee Award, only approximately $600,000 of the original $20 million supersedeas bond will remain. Jet Midwest International argues a new bond is necessary to cover the remaining portions of the Court's Fee Award plus ongoing interest. Jet Midwest International suggests that a $12 million bond would be sufficient to cover the remaining amounts of the Award plus interest. Jet Midwest International suggests that a $12 million bond is appropriate based on the $1,117,791.24 in Expert Fees Awarded in the December 6, 2024 Order, plus interest on the Expert Fees at 14% compounded interest, plus 14% compounded interest on the attorney fees and costs award.

2

Case 5:18-cv-06019-FJG    Document 869    Filed 01/24/25    Page 2 of 6
Appellate Case: 25-1306    Page: 153    Date Filed: 02/13/2025 Entry ID: 5485403 p153

The Ohadi/Woolley defendants argue that if a bond is ordered it should not exceed the $1,117,791.24 Expert Witness Award and in no event should it exceed the total possible maximum with interest through 2027 of $6,000,000. They arrive at this figure by calculating 14% simple interest only on the award of Attorney Fees and Costs.

Fed.R.Civ.P. 62(b) states: "[a]t any time after judgment is entered, a party may obtain a stay by providing a bond or other security." "A bond fully protecting a plaintiff's interest is the requirement in normal circumstances, and the amount generally includes the principal amount of the judgment, anticipated interest on the judgment, and costs." Eckerberg v. Inter-State Studio & Publ'g Co., No. 14-cv-4176-MJW, 2016 WL 9459301, *1(W.D.Mo. Mar. 28, 2016)(internal citations and quotations omitted). As discussed above, Jet Midwest International thinks that the bond should be $12 million, and the Ohadi/Woolley defendants believe that the bond should be no more than $6 million. After reviewing the parties' arguments and their calculations, the Court determines that the Ohadi/Woolley defendants should post a supersedeas bond of $8.4 million. The Court determined this amount by adding the Expert Witness Fee of $1,117,791.24 + 14% simple interest on the Expert Witness Fee Award of $1,151,634.53 + 14% simple interest on Attorneys' Fees and Costs $6,040,499.98 = $8,309,925.75.

The Expert Witness Fees were awarded as part of the Attorneys' Fee Award. The December 6, 2024 Order specifically states: "Jet Midwest International is awarded attorney fees in the amount of $5,852,297.70 plus pre-judgment interest at the rate of 14% from the date of each invoice. Jet Midwest International is awarded Expert Witness Fees in the amount of $1,117,791.24 *as part of the attorneys' fee award*."(emphasis added). Thus, if Jet Midwest International is successful on appeal, it would be entitled

3

Case 5:18-cv-06019-FJG    Document 869    Filed 01/24/25    Page 3 of 6
Appellate Case: 25-1306    Page: 154    Date Filed: 02/13/2025 Entry February 13 2025 p154

to interest on the Expert Witness Fee Award as well as interest on the Attorneys' Fee Award, so it is appropriate to include the Expert Witness Fee Award and interest on that award in the Supersedeas Bond. However, the Court finds that Jet Midwest International is not entitled to compound interest.

Subject matter jurisdiction in this case is based on diversity jurisdiction. (Complaint, No. 1, ¶ 21). In Kelly as Tr. for PCI Liquidating Tr. v. Boosalis, 974 F.3d 884 (8th Cir. 2020), the Court stated: "[i]n general, prejudgment interest presents a question of federal law where the cause of action arises from a federal statute, . . .while [i]n a diversity case, the question of prejudgment interest is a substantive one, controlled by state law." Id. at 901 (internal citations and quotations omitted). See also Travelers Prop. Cas. Ins. Co. of Am. v. Nat'l Union Ins. Co. of Pittsburgh, Pa., 735 F.3d 993, 1004 (8th Cir. 2013)("state law governs [prejudgment interest] in diversity actions."). Compound interest is generally not allowed on judgments under Missouri law. In Health Care Found. of Greater Kansas City v. HM Acquisition, LLC, 507 S.W.3d 646 (Mo. App. 2017), the Court stated:

> [c]ompound interest generally is not allowable on a judgment. . . .There are two exceptions to the general rule that compound interest is not available on judgments in Missouri. . . .First, trial courts, sitting as courts of equity, may assess compound interest when justice requires it to serve the cause of equity. Second, compound interest is allowed if the parties consent to it in the contract or agreement in question. . . . Missouri courts have upheld equitable awards of compound interest only when there has been a breach of fiduciary duty, such as self-dealing or commingling of funds.

Id. at 669 - 670 (internal citations and quotations omitted).

Jet Midwest International argues that the Court's December 6, 2024 Order awarding fees and costs is grounded in equity as it depends on the Special

4

Case 5:18-cv-06019-FJG    Document 869    Filed 01/24/25    Page 4 of 6
Appellate Case: 25-1306    Page: 155    Date Filed: 02/13/2025 Entry ID: 5483493 February 13 2025 p155

Circumstances exception to the American Rule. Jet Midwest International argues that because the fee award is equitable in nature, it calls for an award of compound interest. The Court however disagrees and finds that under Missouri law as noted above, compound interest is generally *not allowable* on a judgment and there are only two exceptions in which courts allow compound interest - where there has been a breach of a fiduciary duty or if the parties have agreed to compound interest. In this case, the Court finds that neither of these exceptions are applicable. Accordingly, the Court finds that Jet Midwest International is not entitled to compound interest on the Court's December 6, 2024 fee award. Accordingly, the Court has calculated the amount of the bond based on simple interest.

The Court, having reviewed the pleadings and the arguments of counsel, hereby **GRANTS** the Ohadi/Woolley defendants' Motion for Partial Release of the Bond and a Stay Pending Appeal (Doc. # 844) and **GRANTS** Jet Midwest International's Motion for Leave to File Sur-Reply in Response to the Motion for a Partial Release of the Bond (Doc. # 866). The Court further **ORDERS**:

1. The Clerk of the Court shall disburse $6,217,046.02 from the initial Bond ordered by this Court on August 6, 2020 (Doc. # 698) to Jet Midwest International in partial satisfaction of this Court's December 6, 2024 order. The balance (including any interest) shall be maintained and may be used by the Ohadi/Woolley defendants to satisfy the amount of the Second Supersedeas Bond they are required to post within thirty days. The funds shall be disbursed to:

5

JP Morgan Chase Bank NA
ABA#: 021000021
SWIFT Code: CHASUS33
Account #: 301177087165
For credit to: Pillsbury Winthrop Shaw Pittman LLP

2.  Collection on the remainder of the Order is stayed for thirty days from the

    date of this Order to allow the Ohadi/Woolley defendants to post an additional

    $8,309,925.75 supersedeas bond with the Clerk of the Court.

3.  Upon the posting of the supersedeas Bond, execution upon the award in the

    December 6, 2024 Order and execution on the Bond is **STAYED** pending

    further order of this Court.

Date: <u>January 24, 2025</u>                    <u>  /s/ Fernando J. Gaitan, Jr.  </u>
Kansas City, Missouri                    Fernando J. Gaitan, Jr.
                                         United States District Judge

6

**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
ST. JOSEPH DIVISION**

| | |
|---|---|
| JET MIDWEST INTERNATIONAL CO., LTD., ) | |
| ) | |
| Plaintiff, ) | Case No. 18-CV-06019-FJG |
| ) | |
| v. ) | |
| ) | |
| JET MIDWEST GROUP, LLC, PAUL KRAUS, KAREN KRAUS, F. PAUL OHADI in his capacity as trustee and legal representative of the F. Paul Ohadi Trust dated December 15 1999 and in his individual capacity the F. PAUL OHADI TRUST DATED DECEMBER 15, 1999, KENNETH M. WOOLLEY, JET MIDWEST, INC., KMW BUSINESS JETS, LLC and ALTA AIRLINES HOLDINGS, LLC, ) ) ) ) ) ) ) ) ) ) ) | |
| ) | |
| Defendants. ) | |
| ) | |

## (AMENDED) NOTICE OF APPEAL

On January 6, 2025, Defendants Kenneth M. Woolley, F. Paul Ohadi, as Trustee of F. Paul Ohadi Trust dated December 15, 1999, and in his individual capacity, KMW Business Jets, LLC, and Alta Airlines Holdings, LLC (collectively, "Defendants"), filed their notice of appeal to the United States Court of Appeals for the Eighth Circuit from the December 6, 2024 Order granting in part and denying in part Jet Midwest International's Motion for Award of Enhanced Fees and Costs (Doc. 842) and the December 16, 2024 Order granting Jet Midwest International's Cross-Motion for Interest on Its Award of Attorneys' Fees and Costs (Doc. 843). *See* Doc. 852. On January 24, 2025, the district court stayed execution of the judgment upon Defendants posting a supersedeas bond. (Doc. 869). That January 24 Order interpreted and

clarified the December 6 and December 16, 2024 Orders. Because those clarifications are relevant to the propriety of the December 6 and December 16 Orders, and out of an abundance of caution, Defendants hereby amend their earlier notice of appeal to include an appeal of the January 24, 2025 Order (Doc. 869). Defendants' amended notice of appeal appeals the orders entered on December 6, 2024 (Doc. 842), December 16, 2024 (Doc. 843), and January 24, 2025 (Doc. 869).

2

Case 5:18-cv-06019-FJG    Document 871    Filed 02/11/25    Page 2 of 4
Appellate Case: 25-1306    Page: 159    Date Filed: 02/13/2025 Entry ID: 5485413 February 13 2025 p159

Dated: February 11, 2025

Respectfully submitted,

**BRYAN CAVE LEIGHTON PAISNER LLP**

*/s/ Robert J. Hoffman*
Elaine Koch, MO Bar No. 38366
Robert J. Hoffman, MO Bar No. 44486
Jennifer Berhorst, MO Bar No. 61784
1200 Main Street, Suite 3800
Kansas City, M 64105
Telephone: (816) 374-3200
Facsimile: (816) 374-3300
bob.hoffman@bclplaw.com
jennifer.berhorst@bclplaw.com
elaine.koch@bclplaw.com

-and-

**GARMAN TURNER GORDON, LLP**

GERALD M. GORDON
ERIKA PIKE TURNER
TERESA M. PILATOWICZ
7251 Amigo Street, Suite 210 Las
Vegas, Nevada 89119
Telephone: (725) 777-3000
Facsimile: (725) 777-3112
ggordon@gtg.legal
eturner@gtg.legal tpilatowicz@gtg.legal

*Attorneys for Kenneth M. Woolley, F. Paul Ohadi,*
*as Trustee of F. Paul Ohadi Trust dated December*
*15, 1999, and in his individual capacity, KMW*
*Business Jets, LLC, and Alta Airlines Holdings,*
*LLC*

3

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of February 2025, I electronically filed the foregoing through the Court's CM/ECF system, which will send notifications to all counsel of record.

*/s/ Robert J. Hoffman*

Attorney for Kenneth M. Woolley F. Paul Ohadi, as Trustee of F. Paul Ohadi Trust dated December 15, 1999 and in his individual capacity, KMW Business Jets, LLC, and Alta Airlines Holdings, LLC

4

# MISSOURI WESTERN DISTRICT - **KANSAS CITY**

Please note any additions or deletions to the style of the case from the style listed on the docket sheet (or attach an amended docket sheet with the final style of the case).

| Case Caption:  Jet Midwest International Co., Ltd v. Jet Midwest Group, LLC et al | Case No.  18-cv-06019-FJG |
|---|---|

| Appellant: Kenneth M. Woolley, F. Paul Ohadi, as Trustee of F. Paul Ohadi Trust dated December 15, 1999, and in his individual capacity, KMW Business Jets, LLC, and Alta Airlines Holdings, LLC | Appellee:  Jet Midwest International Co., Ltd |
|---|---|

Appellant's Attorney(s):

**Elaine Drodge Koch**
Email: edkoch@bclplaw.com

**Robert J Hoffman**
Email: rjhoffman@bclplaw.com

**Jennifer L. Berhorst**
Email: jennifer.berhorst@BCLPLaw.com

**Gerald M Gordon**
Email: ggordon@gtg.legal

**Erika Pike Turner**
Email: eturner@gtg.legal

**Teresa Marie Pilatowicz**
Email: tpilatowicz@gtg.legal

Appellee's Attorney(s):

**Ari M. Berman**
Email: ari.berman@pillsburylaw.com

**Brian L Beckerman**
Email: brian.beckerman@pillsburylaw.com

**Carol Lee**
Email: carol.lee@pillsburylaw.com

**Daryl Lian Kleiman**
Email: dkleiman@oandzlaw.com

**Geoffrey Sant**
Email: geoffrey.sant@pillsburylaw.com

**Leo T. Crowley**
Email: leo.crowley@pillsburylaw.com

**Michelle K Ng**
Email: michelle.ng@pillsburylaw.com

**Kirk T. May**
Email: kirkm@gmlawpc.com

**Ronald L. Cheng**
Email: ronald.cheng@pillsburylaw.com

**Carrie Savage**
Email: carries@gmlawpc.com

Court Reporter(s):

Jodi Quelle

Please return files and documents to:
**United States District Court**
**400 East 9th Street, Room 1510**
**Kansas City, MO   64106**

Contact Person for Appeal:
Jason_Terry@mow.uscourts.gov

| Length of Trial: | Fee: | IFP: | Pending IFP Motion: |
|---|---|---|---|
| N/A | | | Page 1 of 2 |

| Counsel: | Pending Motions? | Local Interest? | Simultaneous Release? |
|---|---|---|---|
| Retained | No | No | No |

**Special Comments: Amended NOA, pending appeals 25-1033 and 25-1034**